IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
center point coordinates:
(to be provided to the Court under seal)
in rem,

    Defendant(s).
_____/

CIVIL ACTION

Case No.: 8:07-CV-00614-SCB-MAP

## ORDER DIRECTING THE ISSUANCE OF A WARRANT OF ARREST

Pursuant to Supplemental Rule (C)(3) and Local Admiralty Rule 7.03(b)(1), the Clerk is directed to issue a warrant of arrest in the above-styled action.

DONE and ORDERED at Tampa, Florida, this __12__ day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

2345049