IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
center point coordinates:
(to be provided to the Court under seal),
in rem,

    Defendant(s).
_____/

CIVIL ACTION

Case No.:  8:07-CV-00614-SCB-MAP

### NOTICE OF FILING AFFIDAVIT OF PUBLICATION OF NOTICE OF ARREST

Plaintiff hereby notices the filing of the attached Affidavit of C. Pugh of the *Tampa Tribune* concerning publication of the notice of arrest of the UNIDENTIFIED, SHIPWRECKED, VESSEL OR VESSELS, their apparel, tackle, appurtenances and cargo located within center point coordinates provided to the Court under seal in the above styled and numbered cause.

DATED at Tampa, Florida, this 4th day of May, 2007.

                         /s/ Allen von Spiegelfeld
                         Allen von Spiegelfeld
                         Florida Bar No. 256803
                         Eric C. Thiel
                         Florida Bar No. 016267
                         FOWLER WHITE BOGGS BANKER P.A.
                         P.O. Box 1438
                         Tampa, Florida  33601
                         (813) 228-7411
                         (813) 229-8313 - Facsimile
                         Attorneys for Plaintiff

2353102v1