IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
center point coordinates:
(to be provided to the Court under seal),
in rem,

    Defendant(s).
_____/

CIVIL ACTION

Case No.: 8:07-CV-00614-SCB-MAP

### NOTICE OF FILING AFFIDAVIT OF PUBLICATION OF NOTICE OF ARREST

Plaintiff hereby notices the filing of the attached Affidavit of C. Pugh of the *Tampa Tribune* concerning publication of the notice of arrest of the UNIDENTIFIED, SHIPWRECKED, VESSEL OR VESSELS, their apparel, tackle, appurtenances and cargo located within center point coordinates provided to the Court under seal in the above styled and numbered cause.

DATED at Tampa, Florida, this 7th day of May, 2007.

    _____
    Allen von Spiegelfeld
    Florida Bar No. 256803
    avonsp@fowlerwhite.com
    Eric C. Thiel
    Florida Bar No. 016267
    ethiel@fowlerwhite.com
    FOWLER WHITE BOGGS BANKER P.A.
    P.O. Box 1438
    Tampa, Florida 33601
    (813) 228-7411
    (813) 229-8313
    Attorneys for Plaintiff

# The Tampa Tribune

Published Daily

Tampa, Hillsborough County, Florida

State of Florida     }
County of Hillsborough) SS.

Before the undersigned authority personally appeared C. Pugh, who on oath says that she is the Advertising Billing Supervisor of The Tampa Tribune, a daily newspaper published at Tampa in Hillsborough County, Florida; that the attached copy of the

Legal Ads    IN THE    Tampa Tribune

In the matter of        Legal Notices

was published in said newspaper in the issues of

04/30/2007

Affiant further says that the said The Tampa Tribune is a newspaper published at Tampa in said Hillsborough County, Florida, and that the said newspaper has heretofore been continuously published in said Hillsborough County, Florida, each day and has been entered as second class mail matter at the post office in Tampa, in said Hillsborough County, Florida for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, this advertisement for publication in the said newspaper.

Sworn to and subscribed by me, this 30 day of April, A.D. 2007

Personally Known ✓ or Produced Identification ___
Type of Identification Produced _____

Ana Maria Hodel
Commission #DD551367
Expires: MAY 11, 2010
www.AaronNotary.com

---

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION IN ADMIRALTY**

ODYSSEY MARINE EXPLORATION, INC.,
   Plaintiff,
vs.                  CIVIL ACTION
         Case No.: 8:07-CV-00614-SCB-MAP
THE UNIDENTIFIED,
SHIPWRECKED VESSEL,
its apparel, tackle,
appurtenances and
cargo located within
center point coordinates:
(to be provided to the
Court under seal),
in rem,
   Defendant(s).

**NOTICE OF ADMIRALTY ARREST**

Please take Notice that on April 13, 2007, by Order of the Honorable Mark A. Pizzo, Magistrate Judge of the United States District Court for the Middle District of Florida, Tampa Division, a Warrant of Arrest for the Unidentified Shipwrecked Vessel or Vessels, their apparel, tackle, appurtenances and cargo located within center point coordinates provided the Court under seal, and a recovered artifact described as a bronze block along with any other artifacts heretofore and hereafter recovered by Plaintiff Odyssey Marine Exploration, Inc. from the Defendant Shipwrecked Vessel(s) (the "Warrant of Arrest"), was issued on behalf of the Plaintiff as salvor-in-possession or finder-in-possession, pursuant to the provisions of Supplemental Admiralty Rules C and D. The Plaintiff was appointed Substitute Custodian of any Artifacts heretofore and hereafter recovered from Shipwrecked Vessel(s) and has filed a Verified Complaint to have its claim of title to the Defendant Shipwrecked Vessel(s) and the artifacts recovered therefrom (the "Artifacts") adjudicated.
Any party having or claiming to have a right or entitlement to possession of, or who claims an interest in the Defendant Shipwrecked Vessel(s) and/or the Artifacts, is hereby put on notice to appear and file with the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, a claim in writing pursuant to Supplemental Admiralty Rule C(6), which notice of claim must be filed within sixty (60) days of the date of publication hereof, and served on the attorneys for the Plaintiff listed below. Answers to the Verified Complaint must be filed with the Clerk and served within twenty (20) days after the filing of the claim required above.
Applications for intervention under Federal Rule 24 of Civil Procedure by persons claiming maritime liens or other interests in the Defendant Shipwrecked Vessel(s) and the Artifacts shall be allowed within the sixty (60) day period provided above for filing claims of ownership or for possession.
In absence of filed notices of claims and answers within the times above provided, default may be entered and relief requested by Plaintiff in the Verified Complaint may be granted and the claims or interest of any other person or entity shall be terminated and/or extinguished with prejudice.
PLEASE GOVERN YOURSELVES ACCORDINGLY.
DATED: April 30, 2007
/s/ Allen von Spiegelfeld
Allen von Spiegelfeld - FBN 256803
FOWLER WHITE BOGGS BANKER P.A.
P. O. Box 1438
Tampa, Florida 33601
813-228-7411, 813-229-8313-Facsimile
avonsp@fowlerwhite.com
Attorneys for Plaintiff
4853                                4/30/07

---