# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.
        Plaintiff,

vs.                              CASE NO.: 8:07-CIV-614-T-24MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL,
        Defendant.
_____/

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a Track No. One Case. Plaintiff is responsible for serving a copy of this notice and any attachment to this notice upon all other parties. All parties must meet any requirements established in Local Rule 3.05 for cases designated on this track.

                                                  SHERYL L. LOESCH, CLERK

May 14th, 2007

                                              By: *Leida Santiago*
                                                      Courtroom Deputy

*Distribution:*
    *-Original in Court file*
    *-Copies to Plaintiff(s) (including habeas petitioner(s), bankruptcy appellant(s),*
        *and removing defendant(s))*