

# EXHIBIT C

## TO THE

## SWORN STATEMENT

Volvo Cars of North America, LLC

Press Release

Dated June 22, 2007

———————————

ANEXO C

AL

DECLARACION JURADA

Volvo Cars of North America, LLC

Nota de Prensa

Fecha de 22 de junio de 2007

———————————

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*
*Este documento es confidencial y solo para el uso de recipiente designado. No debe ser distribuido a cualquier parte sin autorización de un oficial o representante legal de Odyssey Marine Exploration Inc.*

**Real-Life Adventure Delays Volvo Treasure Retrieval**
**Controversy Sparked by $500 Million Real-Life Treasure Find Adds New
Mystery and Intrigue to Final Leg of Volvo's Online Hunt**

(IRVINE, Calif.) June 22, 2007-In a twist worthy of any great pirate story, Volvo Car
Corporation today upped anchor--at least temporarily--on the last crucial leg of its
global online treasure hunt: the retrieval of a prize treasure chest filled with $50,000
in gold and a key to a new Volvo from the sea floor. The retrieval of the chest will
hang in the balance until controversy dies down over the discovery of real life
treasure by Volvo's Hunt partner, Odyssey Marine Exploration.

Earlier this year, Volvo selected Odyssey, the world leader in deep-ocean shipwreck
exploration, to sink a treasure chest with one goal: to create an authentic, exciting
treasure hunt to promote Disney's 'Pirates of the Caribbean: At World's End.' Veiled
in secrecy, Odyssey scouted locations in the Western Mediterranean, finally zeroing
in on a perfect spot off the coast of Gibraltar. They had planned to take the winner of
The Hunt, 23-year-old Alena Zvereva from Ekaterinburg, Russia, out to retrieve the
treasure from its secret location when the operation hit an unprecedented snag:
Odyssey found real treasure. And a media storm ensued.

"We thought sinking a real treasure chest, filled with $50,000 in gold doubloons and
a key to a new Volvo, and creating a global treasure hunt for 22 markets was
challenging," said Linda Gangeri, national advertising manager, Volvo Cars of North
America. "But that was, quite literally, a drop in the ocean compared to the storm
our attempted retrieval process has stirred up."

While thousands of would-be treasure hunters from around the globe battled it out to
find Volvo's prize booty, Odyssey struck gold and silver of their own in the Atlantic
Ocean with the discovery of an estimated $500 million in coins from a deep ocean
site the company has now code-named the '*Black Swan*.'

As soon as the discovery was made public, having been spotted depositing Volvo's
treasure in an entirely different area, questions started circulating as to the real
provenance of the '*Black Swan*.' Was it a Spanish shipwreck? Had Odyssey been
working on shipwrecks in Spanish waters? Unable to reveal the exact location of the
'*Black Swan*,' in the Atlantic Ocean because of obvious security reasons, and under a
non-disclosure agreement with Volvo to protect the location of its treasure chest,
Odyssey found itself in the eye of a media storm that has yet to abate. Reports have
been widely circulated that a court in the Spanish coastal town of La Linea has issued
an order for the Spanish Guardia Civil to detain any Odyssey vessel should it leave
the port of Gibraltar, putting Volvo's retrieval plans on hold.

"When we discovered the '*Black Swan*,' international interest in the find was
amazing," said Greg Stemm, real-life shipwreck explorer and co-founder of Odyssey.
"Even though we have been very clear that it's in the Atlantic Ocean, outside any
country's territorial waters, when Spanish authorities saw that we'd been out near
Gibraltar in March, some unfortunately jumped to the wrong conclusion. Until very
recently, we were contractually bound not to reveal our arrangement with Volvo, so
without a real explanation of why we had deep-sea exploration equipment out there,
it's easy to see how imaginations could run wild."

Whatever happens, Zvereva will receive $50,000 and a new Volvo XC70. Volvo,
however, is not giving up on its retrieval plans yet and is committed to exploring
every avenue possible to reclaim the chest from its watery depths.

"We wanted an adventure, and we certainly got one," said Gangeri. "Real-life
shipwreck exploration is uncharted waters for us, and Odyssey did warn us that you
never know what will happen out on the high seas. They have been an excellent
partner throughout all this, and they helped make this contest one of the most
authentic, exciting promotions of the year. Now, pirate story or not, we're putting
everything we have toward raising a thrilling--and happy--ending."

**About the Hunt**
The wildly popular Hunt, a month-long multi-media campaign developed as part of Volvo's promotion of the theatrical release of Disney's Pirates of the Caribbean: At World's End, attracted more than 32,000 online contestants from 22 markets around the world. Participants solved a series of puzzles that led to a semi-final puzzle, Puzzle 21: World's End, posted May 31. The first contestant from each country to submit the correct answer then went on to compete in one final online puzzle to decide the winner. All participating markets were represented in the final with the exception of Italy, who didn't have a participant submit a correct semi-final answer within the time limit.

Finalists were Andreas Aigner, Austria; Konstantin Popov, Bulgaria; Erin Chock, Canada; Dennis Leifheit, Germany; Cheuk Fung Leung, Hong Kong; Andreas, Indonesia; Yukio Takai, Japan; Siew Hang Teh, Malaysia; Patricia Gabriela Medrano Picon, Mexico; Liss Johansen, Norway; Aaron Joseph N. David, Philippines; Jarosaw Nowakowski, Poland; Ciprian Constantin Grosu, Romania; Alena Zvereva, Russia; Wilson Teo, Singapore; Jungtae Ahn, South Korea; Maria Qvick Faxa, Sweden; Shih-En Chen, Taiwan; Geranun Jiraboonyanon, Thailand; Karyn Burgess, United Kingdom; and Deborah LaValley, United States.

**About Volvo Cars of North America**
Volvo has been building cars with Safety in mind for 80 years. The current 2007 model line-up of Volvo Cars includes: the award-winning S40 and its wagon counterpart the V50; the award-winning XC90; the sporty S60 sedan; the all-new S80 luxury sedan; the versatile V70 wagon and rugged XC70 (Cross Country); and the new C70 convertible with the innovative retractable hardtop.

**About Odyssey Marine Exploration and "ZEUS."**
Odyssey Marine Exploration, Inc. is engaged in the exploration of deep-water shipwrecks and uses innovative methods and state-of-the-art technology to conduct extensive deep-ocean search and recovery operations around the world. The company was founded by industry pioneers John Morris and Greg Stemm. The ZEUS remotely operated vehicle (ROV) is the centerpiece of an advanced robotic archeology system. It is rated to operate at depths to 8,200 feet and is driven by eight powerful hydraulic thrusters. The system's cameras feed high-definition video signals through advanced fiberoptic telemetry to the surface.

###

Odyssey Marine Exploration believes the information set forth in this Press Release may include "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933 and Section 21E of the Securities Act of 1934. Certain factors that could cause results to differ materially from those projected in the forward-looking statements are set forth in "Risk Factors" in the Part I, Item 1A of the Company's Annual Report on Form 10-K for the year ended December 31, 2006, which has been filed with the Securities and Exchange Commission.



# EXHIBIT D

## TO THE

## SWORN STATEMENT

### Volvo Cars of North America, LLC

### Statement Attesting to Hiring

### Odyssey Marine Exploration Inc.

### Dated June 7, 2007

---

## ANEXO D

## AL

## DECLARACION JURADA

### Volvo Cars of North America, LLC

### Declaración Atestiguando al Empleo

### Odyssey Marine Exploration Inc.

### Fecha de 7 de junio de 2007

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*
*Este documento es confidencial y solo para el uso de recipiente designado. No debe ser distribuido a cualquier parte sin autorización de un oficial o representante legal de Odyssey Marine Exploration Inc.*



Volvo Cars of North America, LLC

One Premier Place
Irvine, CA 92618
949 341 6500
www.volvocars.us

June 7, 2007

To Whom It May Concern:

This statement is to attest to the fact that Volvo Car Corporation hired Odyssey Marine Exploration to sink a treasure chest filled with $50,000 in gold doubloons and a key to a new Volvo in March 2007. As part of this project, which was conducted in cooperation with the Walt Disney Company, the company conducted ROV operations several times off the coast of Spain in order to locate a site where the chest could be safely deposited.

The treasure chest is the prize to a global online treasure hunt that Volvo Car Corporation is conducting to promote Disney's *Pirates of the Caribbean: At World's End*. On June 13, to conclude the treasure hunt and as part of the prize package, one winner and his or her guest will be taken by Odyssey Marine Exploration to the location of the 'buried treasure' to recover the chest and claim the prize.

Odyssey Marine Exploration was working under a non-disclosure agreement and hence was unable to disclose the details of this project until the recovery of the chest was to take place. For this reason, the company has been unable to explain their activities publicly to counter press reports that appear to suggest that they were working on shipwrecks during this period.

*Please note that the location of the treasure chest is strictly confidential and will not be released to media until June 13.*

Please let me know if you have questions concerning the details of this promotion. In the meantime, please find attached a news release, which provides additional background on the treasure hunt.

Yours sincerely,

Linda Gangeri,
National Advertising Manager, Volvo Cars of North America



EXHIBIT E

TO THE

SWORN STATEMENT

Chronology of All Exchanges Between

Odyssey Marine Exploration Inc ("OME")

and

Spain July 1998 – June 2007

———————————

ANEXO E

AL

DECLARACION JURADA

Cronología de Todos los Intercambios Entre

Odyssey Marine Exploration Inc ("OME")

y

España julio 1998 – junio 2007

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*
*Este documento es confidencial y solo para el uso de recipiente designado. No debe ser distribuido a cualquier parte sin autorización de un oficial o representante legal de Odyssey Marine Exploration Inc.*

## CHRONOLOGY OF ALL EXCHANGES BETWEEN ODYSSEY MARINE EXPLORATION INC ("OME") AND SPAIN (including the SPANISH MINISTRY OF FOREIGN AFFAIRS; the MINISTRY OF CULTURE; the GUARDIA CIVIL AND THE JUNTA DE ANDALUCIA) JULY 1998 - JUNE 2007

| | |
|---|---|
| 16 July 1998 | OME begins its operations at sea to search for the wreck of the SUSSEX after first alerting UK authorities that the company will be engaged in a search for the British warship in the waters off Gibraltar. A letter is given to its agent in Gibraltar to be provided to any authority in case of an inspection of Odyssey's research vessel. This document expresses OME's intention to provide any information that may be requested and provides contact information for OME's attorneys. The letter also invites the authorities to inspect the vessel. |
| 22 July1998 | The Spanish General Directorate of the Merchant Marine ("DGMM") through Mr. Julián Abril, contacts OME attorneys to inform them that the company has no authorisation to carry out activities in the area in question. DGMM says that the file will be sent to the Ministry of Foreign Affairs ("MFA"). |
| 24 July1998 | OME attorneys contact Mrs. Luisa Huidobro of the Department of Economic International Relations of the MFA to determine the status of the file and to offer collaboration with the Spanish authorities. Mrs. Huidobro states that there is no authorisation to work in the area, which is considered to be in Spanish jurisdictional waters by the MFA. She states that authorisation for searching for the Sussex must be requested by the US Embassy in Madrid as soon as possible and that OME must inform SASEMAR about its activities in the area. |
| 27 July1998 | A fax is sent by OME attorneys to Mr. Jesús María Uribe (Director of Operations of SASEMAR) following MFA instructions. |
| 22 August 1998 | OME sends a fax to SASEMAR in Tarifa specifying the schedule and the location of its search operations. |
| 8 September1998 | Mr. Ignacio de Frutos of the Spanish Ministry of Defence contacts OME attorneys and claims that the company is operating in Spanish waters. |
| 9 September1998 | OME attorneys contact the MFA in response to the allegations made by the Ministry of Defence and inform the MFA that OME is not operating in Spanish waters. |
| 14 September1998 | OME attorneys send an urgent fax to the General Director of Foreign Affairs of the MFA informing him that the company has started the authorisation process through the US Embassy in Madrid in the event that search operations in the area extend into Spanish territorial waters. |
| 16 September1998 | OME sends a fax to the Director General of Foreign Policy for North America and Europe (MFA) stating again that OME has initiated the authorisation process through the US Embassy in |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| | Madrid in case the company extends its search for the Sussex into Spanish waters. Geographical coordinates and information about the operation are attached to the fax. OME also states its intention to comply with any conditions that Spain establishes on OME's operations in Spanish territorial waters. Finally, OME offers to provide data relating to the location of any warships of Spanish origin that OME locates in Spanish territorial waters stating that OME respects "…the Spanish government's sovereign rights over her sunken warships and fully intend to honour your wishes in this respect." |
|---|---|
| 18 September 1998 | OME sends the same fax to the Director General of Foreign Policy for North America and Europe (MFA) attaching a nautical chart of the area of exploration established by the Ministry of Defence of the United Kingdom. OME also states in this fax that the Tarifa Maritime Control Centre is informed every time the vessel leaves the port. |
| 23 October 1998 | OME, in a demonstration of goodwill and in order to maintain good relations between the parties, agrees to leave the area and requests a meeting with the MFA. |
| 10 November 1998 | OME attorneys contact the Spanish Naval Museum and offer to have the chief of the OME exploration provide a presentation on OME search operations at a time that is convenient for the representatives of the museum. |
| 11 November 1998 | At the request of the MFA and following Royal Decree 799/81, OME provides the Ministry with a report on OME's activities in the area. OME also offers to have an expert designated by Spain embark on Odyssey's research vessel and take notes on the activities that are carried out (this document is dated November 1, 1998). The document is also sent to Mr. Blumberg at the US Department of State. |
| 29 November 1998 | Meeting at the MFA between Greg Stemm and Mr. Cebrian of the MFA. The MFA verbally authorizes OME to return to the sea. This is confirmed by the US Embassy. |
| 11 December 1998 | OME sends a collaboration proposal to the Naval Museum in Madrid. The proposal again reiterates OME's acknowledgement of Spain's right to lay claim to her sovereign immune warships and offers to help Spain recover these vessels through the use of OME's technology and experience with deep ocean expeditions. Specifically, OME offers a joint expedition between the Spanish Naval Museum, the British Royal Naval Museum and OME to search for the Baleares and the Ark Royal with all artifacts recovered becoming the property of the two museums. OME further offers a joint expedition with the Spanish government and the Spanish Naval Museum to undertake the search and excavation of colonial warships lost in the New World. All artefacts obtained in the expedition would become the property of Spain or the Spanish Naval Museum. Finally OME offers to join the Spanish naval museum in an expedition pursuing the archaeological excavation of ancient shipwrecks of |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | Phoenician, Roman or other ancient origin which could be connected to trade with settlements in the Iberian Peninsula. OME offers to fund this expedition entirely and to provide recovered artefacts to the Spanish Naval Museum for display and study. |
| 15 December 1998 | The US State Department receives a Note Verbal request from the MFA for information about OME operations. (This information had already been provided by OME on 11 November 1998). |
| 26 January 1999 | The MFA confirms to OME attorneys that they contacted the Archaeological Institute of Cartagena and have decided to authorise exploratory operations by OME, but notes that the file has also been given to the Ministry of Culture for approval of the authorisation. |
| 3 February 1999 | OME attorneys inform OME that the Ministry of Culture did not approve the authorisation of exploratory operations to identify the SUSSEX. The reason for denial of the authorisation was the alleged lack of documentation regarding OME's work in the area. |
| 8 March 1999 | Mr. Rafael Conde (Deputy Chief of Mission at Spanish embassy in the US) contacts OME directly via fax. The fax states that OME attorneys should contact the MFA to clarify the situation. |
| 12 April 1999 | OME attorneys send a letter to the General Directorate of Fine Arts (Ministry of Culture), responding once more to the doubts expressed by the administration and attaching a nautical chart of the area of exploration. |
| 3 May 1999 | OME receives a communication from the Ministry of Culture dated April 20, 1998 authorising the project presented by OME, and stating that the project must be in accordance with Spanish Historical Heritage Law 16/85.  In particular the following conditions must be met in order to continue the project:<br>1.- The authorisation is only for underwater, archaeological, exploratory wo Work.<br>2.- The Ministry of Culture must be notified of any other finds besides the HMS Sussex.<br>3.- Area limit: 36º 05' North – 05º 05' West in a semicircular area North from 36º 07' North.<br>4.- Time limit is 90 days starting from the notification<br>5.- Resource materials are those noted in the application.  Any change requires authorisation by the Ministry of Culture.<br>6.- The same requirements as in point 5 for the crew.<br>7.- This authorisation is not related to recovery work.<br>8.- All scientific and archaeological information must be passed on to the administration.<br>9.- A member of the Spanish navy will be on board.<br>10.- This authorisation is not a substitute for any other required authorisations.<br>11.- Title V of Spanish Historical Heritage Law 16/85 must be respected. |
| 13 May 1999 | OME sends a fax to the MFA attaching the authorisation of the Ministry of Culture. |
| 20 May 1999 | OME sends a fax to the Naval Museum attaching the |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| | authorisation of the Ministry of Culture. |
|---|---|
| 26 May 1999 | OME sends a fax to the Naval Museum asking for the names of the members of the Navy that will be on board. The fax also provides the date that OME will resume operations. |
| 15 June 1999 | OME sends a fax to the Ministry of Culture to request an extension of the start of the 90 days. OME attorneys again attempt to obtain information regarding which experts from the Ministry of Culture will be appointed to be on board OME's ship. |
| 15 June 1999 | OME sends another fax to the Naval Museum regarding the experts. |
| 18 June 1999 | The Ministry of Culture authorises the 90 day extension for OME. |
| 21 June 1999 | The Naval Museum contacts OME attorneys to authorize OME to start the operations without experts. It also confirms that it will organize a meeting between the Naval Museum, a high ranking official of the office of the Chief of Defence and OME. |
| 21 June 1999 | OME attorneys send a letter to the Ministry of Culture correcting an error in the dates listed in the request for an extension. |
| 26 June 1999 | The Ministry of Defence sends a fax listing the names of the representatives of the Navy that must supervise the work on board Odyssey's ship. |
| 30 June 1999 | OME requests a new extension of the operations authorisation from the MAE. |
| 2 July1999 | The Ministry of Culture authorises the extension request. |
| 23 July1999 | The Navy observers come on board Odyssey's ship. |
| 14 September1999 | OME attorneys send a letter to the US Embassy in Madrid, dated September 1st, 1999. In the letter, OME requests the US Embassy to send an attached letter to the MFA which includes a detailed report on the 1st phase of the authorised operations in relation to the SUSSEX. |
| 21 September1999 | The US Embassy contacts OME attorneys to say that the MFA cannot begin the process of authorisation of the scientific phase of the operation until data on the project is sent to the MFA via Note Verbal. OME sends a fax to the MFA stating its confusion since the information regarding the second scientific stage was already included in the project presented. On the same date the MFA informs the US Embassy that in order to authorise the new phase, and to issue a new permit, the US Embassy must issue a Note Verbal which must include all of the details of the project with coordinates and characteristics of the ship. |
| 6 October 1999 | OME attorneys send a fax to the Naval Museum attaching a copy of the report that OME submitted to the MFA. |
| 10 November 1999 | OME informs Mr. José Rodríguez Spiteri, Director General of Exterior Politics for North America and Europe (MFA) of its intention to use the research vessel MINIBEX and providing the characteristics of the vessel. |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| 12 November 1999 | OME notifies Mrs. María Bassols (MFA) of the details of the vessel. |
| 17 December 1999 | OME attorneys receive a fax from MFA setting a meeting for the 3rd of January 2000. |
| 21 December 1999 | OME attorneys confirm their presence at the meeting. |
| 3 January 2000 | Meeting at the MFA. In attendance: MFA, Ministry of Defence, Ministry of Transport, Ministry of Agriculture and Fishing, Ministry of Industry and Energy, Ministry of Culture, OME attorneys and John Morris of OME. |
| 6 March 2000 | The MFA gives formal authorisation for new operations. |
| 26 May 2000 | The Spanish Embassy in Washington gives authorisation to OME, running from this date until November 30, 2000. The authorisation is for two vessels, and OME is required to inform the Spanish Embassy of the port base and the calendar of work so that the Spanish Ministry of Defence can name the appropriate representatives. The activity is limited to 12 miles around the stated point. |
| 4 July 2000 | OME attorneys notify the appropriate authorities of the new project. |
| 28 December 2000 | OME requests a new authorisation from the Spanish Embassy in Washington for the next exploration. |
| 10 April 2001 | The Ministry of Culture gives authorisation for the recovery of some objects beginning on 11/4/01 and in accordance with Article 6 of Law 16/85. This authorisation, has 8 conditions:<br>1.- Only objects necessary for identification can be recovered.<br>2.- A time limit of 90 days begins with the notification, but there is a possibility of extension.<br>3.- Provisional storage of the finds.<br>4.- All scientific and archaeological information must be passed on to the administration.<br>5.- Navy representation must be on board.<br>6.- The Ministry reserves the right to also name archaeologists.<br>7.- This authorisation does not replace other authorisations required<br>8.- Law 16/85 must be adhered to. |
| 18 April 2001 | OME sends a letter to Mr. Agustín Muñoz (Spanish Embassy in Washington) stating its gratitude to the Embassy for its assistance in obtaining the grant of authorization by the Ministry of Culture. OME attaches a time schedule of the project in order to coordinate the boarding of the Spanish experts. OME requests that the Embassy forward the schedule to the appropriate Spanish authorities (as soon as possible as the project is scheduled to begin on April 19th, 2001). |
| 18 April 2001 | OME sends by fax to the Control Centre of Tarifa, a copy of the authorization and a copy of the schedule of the project indicating that the project will begin on April 19th, 2001. |
| 19 April 2001 | OME sends by fax to Major Diego San Martín, a copy of the schedule of the project in order to coordinate the boarding of the Spanish experts. |
| 23 April 2001 | The Spanish Embassy in Washington informs OME by fax that the project schedule had been sent to the Ministry of Culture and MFA and that the information complied with the |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| | authorization by the Ministry of Culture dated April 10th, 2001. |
|---|---|
| 6 June 2001 | After completion of the survey authorised by the MFA and the MOC, the Junta of Andalucia orders the suspension of OME´s work alleging:<br>(i) That authorization was granted by a non competent authority.<br>(ii) The authorization is not valid since it was granted for a concrete point and not for the 12 miles around this point.<br>The basis for the finding is:<br>(a) Art.6a of law 16/85 states that every region has jurisdiction over its heritage.<br>(b) Art.6b says that the central administration is assumed to be mentioned in the Article.<br>(c) Art. 52 Ley 1/91 of the Historical Heritage of Andalusia gives authority to the Ministry of Culture in those cases in Andalusian territory or waters.<br>(d) Regulations of the Administrative Organisation of the Historical Heritage of Andalusia states that authority to grant authorisation is with the Director General of Cultural Goods |
| 19 June 2001 | The Spanish Embassy in Washington informs OME that the Ministry of Culture had assumed competence in this matter on the basis of public interest since the cannon was found in waters under dispute, and that Ministry of Culture, not the Junta of Andalucia has competence in the matter. |
| 4 July 2001 | A meeting is held in Cadiz between OME attorney and the Junta de Andalucía (Mr. Manuel García León and Mr. Fernando Valverde Cuevas). The Junta states that OME only needs a valid authorization to restart with its work. |
| 6 July 2001 | OME informs the Junta de Andalucía that the vessel MINIBEX, has not carried out underwater archaeological activities yet and the operations up to this moment have not involved any physical activities except at the location authorized by the Ministry of Culture (April 14th, 2001).<br>OME also states that the work performed in the 12 miles around this location was performed in light of the authorization of the Ministry of Culture and the Spanish Embassy in Washington.<br>In relation to archaeological coordination, OME provides the name of the archaeologist appointed by the United Kingdom and states that Mr. Iván Negueruela was appointed by the Spanish Ministry of Culture to determine if further archaeological experts are needed. |
| 22 August 2001 | OME delivers a report to Mr. Félix Valdez of the Spanish Embassy in Washington on the recovered items that were left in the custody of Dr. Iván Negueruela of the Marine Archaeological Institute of Cartagena. |
| September 2001 | A detailed Report on the archaeological activities is delivered to Mr. David Beltrán of the Spanish Embassy in Washington to be sent to proper authorities in Madrid. |
| 21 September 2001 | Agreement of the Council of Ministers on September 21, 2001.<br>The Cabinet maintains the resolution it passed on April 10, 2001 authorizing the extraction work by OME off the coast of Andalusia.  The authorization is to be communicated to the Junta of Andalusia as the Constitution reserves to the State, |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | exclusively, matters of international relations. The Cabinet notes that OME, on or before April 10th had already obtained authorization from the Gibraltarian authorities for the part of the project to be conducted in waters that are in dispute with regard to the sovereignty of Gibraltar and which raised "issues of foreign relations with the United Kingdom." The government reiterates that as the OME project "affects disputed waters in the Straits of Gibraltar; it affects international relations and the foreign policy of the State directly". |
| 20 November 2002 | OME sends a fax to the Naval Museum of Madrid to inform the Museum about the expedition and to offer its cooperation. OME also proposes a meeting at the beginning of December between Mr. Fernando Riaño Lozano of the Naval Museum and OME. |
| 21 November 2002 | OME sends a fax to Mr. Julián Martínez Garcia of the Junta de Andalusia proposing a meeting with Mr. Greg Stemm of OME, in Andalucia, at the convenience of the representatives of the Junta. Mr. Stemm offers to provide information on the status of Sussex project and to offer information on Punic and Roman shipwrecks that have been located during exploration by OME. Mr. Stemm also offers to make a presentation on the archaeological work conducted by OME using robots and the archaeological sites that have been located in the zone. |
| 28 November 2002 | OME attorneys fax the Delegate for Culture of the Junta de Andalusia, Ms. Carmen Calvo, and include a copy of the fax sent to Mr. Julian Martinez Garcia on November 21st, 2002. |
| 12 December 2002 | The Delegate for Culture of the Junta de Andalucia responds that they are discussing the project with the Directorate of Cultural Assets. They are waiting for an answer from this division and will be in contact with OME after they receive an answer. |
| 13 December 2002 | Newspapers publish an interview with Ms. Carmen Calvo Delegate for Culture of the Junta de Andalucia in which she states that authorization should have been granted by the Junta and that the Junta will grant the next one. |
| 14 May 2003 | At the request of OME, a meeting is held with Mr. Román Fernández and Ms. Carmen García Rivera of the Junta in which it is agreed that OME will submit a formal proposal regarding the SUSSEX and other possible activities in the Alboran Sea. |
| 31 July 2003 | OME attorneys send a fax to Mr. Maximiliano Vilchez, Subsecretary of the Government to set up a meeting in order to present the SUSSEX project. |
| 26 November 2004 | OME is informed that the Director of Underwater Heritage Mr. Juan Muñoz de la Borde, had complained that the Spanish Embassy in Washington had not received any information about OME's resumption of activities. On this same date, OME informed Mr. Juan Muñoz de la Borde that a formal communication about the resumption of the activities was sent |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | by the US State Department to the Spanish Government and thereafter the Spanish Government acknowledged receipt of this communication. |
| 29 November 2004 | OME sends information about reports to Tarifa Ship Traffic control to Mr. Juan Luis Muñoz de Laborde. |
| 31 December 2004 | The British Government sends a letter to Mr. José Pons of the Spanish Foreign Relations office responding to question posed by Mr. Pons on December 29th, 2004 in relation to the SUSSEX. The letter states that the British government granted OME the right to rescue in regard to the Sussex, a British military ship which sank in 1694 in the Straits of Gibraltar. OME began investigating the location of the sunken ship at the beginning of December, 2004 and assures that it will be working in international waters and that the ship is indeed the Sussex.<br><br>OME plans to bring its larger ship, the Odyssey Explorer, to the project zone in February of 2005 to begin excavation. It is estimated that the preliminary excavation will take two to three months, although it could take more if the ship is scattered at the bottom of the sea. OME will unload any objects found in the excavation in Gibraltar for commercial reasons and because any artifacts presumed to be from the Sussex would be UK property under OME's agreement with the UK MOD.<br><br>The letter also indicates that OME will be providing further information about the project to the Ministry and the British government is also willing to answer any questions about the project. |
| 14 January 2005 | The General Director of Exterior Politics for Europe and North America (MFA) Mr Jose Pons informs OME that the authorization had expired and that OME would have to immediately submit an archaeological report and a summary of its activities in 2002. |
| 20 January 2005 | In response to these requests OME insists that all the requested documentation has already been submitted and also pointed out, that an Intermediate Archaeological Report of September 2001 was provided to the Spanish Embassy in Washington and the Ministry of Defence in the UK, with evidence that one of the shipwrecks is the SUSSEX, which resulted in final agreement with the UK on 06/10/2002. OME also pointed out that the Control Centre of Tarifa was informed daily when OME's ships left the port and it was informed 30 days before the restarting of OME's operation to enable Tarifa to organize traffic accordingly. OME also noted that Spain was informed about the restart of the operation through diplomatic channels and OME has always stated that if the shipwreck identified as the SUSSEX turns out to be a Spanish vessel they will immediately inform the Spanish authorities. |
| 28 January 2005 | OME sends a copy of its letter to Mr. Pons of the MFA requesting the cooperation of Spain with all of the plans and projects. |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| 3 February 2005 | OME attorney attends a meeting with Mr. José Pons of the MFA. In this meeting the MFA express concern about what might happen if the shipwreck turns out not be the SUSSEX. Mr. Pons notes while there is not an agreement on some points there is no quarrel. The original letter is requested and will be sent to the Ministry of Culture for their opinion.  Mr Pons represents that there should not be a problem with the permission. |
|---|---|
| 15 March 2005 | OME's attorney sends Mr. José Pons (MFA) a fax informing him that OME would be restarting its expedition. A copy of the fax sent to the Control Centre of Tarifa informing it of its temporal and geographic coordinates is attached to the fax to Mr. Pons. |
| 17 March 2005 | OME's attorneys send a fax to Guardia Civil officials in Algeciras announcing the restart of OME's operations. The vessels involved in these operations will be ODYSSEY EXPLORER and RV ODYSSEY.  Guardia Civil officials in Algeciras are also informed that the Spanish government is aware of the operations. |
| 21 March 2005 | Meeting in the MFA attended by OME attorneys, Mr. José Pons, Mr. Manuel de la Cámara and Mr. Santiago Chamorro of the MFA and Mr. Peter Spoor of the UK Embassy. In this meeting the MFA maintains that the waters at issue are not international waters as they are considered waters under dispute and additionally, Spain has not made any decision yet about the shipwreck and consequently, OME cannot start its operations. |
| 27 March 2005 | Meeting attended by OME attorneys and Mr. Luis Lafuente of the Ministry of Culture.  In this meeting Spain asks that OME temporarily cease operation so that Sr. Luis Lafuente may conduct research in the Spanish government on several issues including: Spain's interest in the archaeology of the Sussex, proposing a protocol for Spain's involvement with shipwrecks that OME   might find that are associated with Spanish heritage, to determine the competent authority for the supervision of Spain's involvement with any shipwrecks OME finds, the development of a policy with the UK and the US for the management of sovereign warships.   The Ministry of Culture also asks for a courtesy statement from the UK stating that they believe that the Sussex is UK property. |
| 1 April 2005 | OME sends a letter to Mr. Luis Lafuente (MoC) summarizing the meeting held on March 27th, 2005 (**Exhibit E-1**) The summary of the meeting includes recommended actions on several aspects of the discussions, including the temporary suspension of OME activities so that Spain can resolve a number of issues including Spain's interest in participating in the Sussex operations. OME states that it will unilaterally cease its activities for 15 days. |
| 5 April 2005 | OME attorneys send a copy of the letter April 1st letter sent to Mr. Lafuente to Mr. José Pons (MFA). This cover letter to Mr. |

| | |
|---|---|
| | Pons indicates that OME is looking forward to new cooperation between Spain and the company and through OME's willingness to voluntarily delay operations it will allow the parties to find a common framework for collaboration. |
| 25 April 2005 | Telephone conversation between OME attorneys and Mr. Lafuente in which Mr. Lafuente indicates that he had spoken with the Junta de Andalusia and that it was possible that there might be a future meeting to break the deadlock in the negotiations. He further states that the Junta's big concern is whether the shipwreck really is the SUSSEX and they want archaeological experts on board in order to determine this. |
| 17 May 2005 | Meeting is held in Seville between representatives of the United States, the United Kingdom, the Junta de Andalucia and OME. |
| 6 June 2005 | OME attorneys send an e-mail to Ms. Carmen García attaching the letter addressed to the Junta relating to the meeting held on 17th May 2005 for her approval. |
| 16 June 2005 | OME sends a letter to the Junta de Andalusia regarding the meeting held on 17th May 2005. In this letter OME thanks the Junta for meeting with OME and sets out a proposed cooperation on the Protection and Investigation of Andalusia's Deep Ocean cultural Heritage. OME explains that it has located a number of shipwrecks in the deep waters off Andalusia and some are sites of great archaeological importance. OME proposes to provide funding for archaeological work on these sites to be undertaken in cooperation with an Andalusia archaeological institutions and inter alia, OME to provide US$500,000 in funding by supplying a ship, ROV, technicians etc for approximately 20 days and thereafter provide $50,000 in conservation services for any artefacts. The letter continues with further information to try to satisfy the requirements of the Junta expressed in the meeting of the 17 May. |
| 28 July 2005 | The Spanish Ministry of Culture sends a fax to the MFA stating that they and the Junta want to be sure that the shipwreck is the SUSSEX, and therefore an archaeologist from the Junta will be on board the vessel with direct access to the evidence. If the shipwreck is in fact the SUSSEX the Junta will cooperate with OME and the United Kingdom, to allow the necessary work – including work in Spanish waters if that is where the Sussex is found - with an archaeologist appointed by the Junta. The Ministry of Culture does not authorise excavation of the shipwreck and all work must conform to standards set by the Junta. Once all the work involved in identifying the SUSSEX ends, all documentation must be provided to the Junta. |
| 18 August 2005 | E-mail from the State Department of the USA to OME and its attorneys stating that the US embassy in Madrid has received a Note Verbal from the MFA dated July 28th, 2005 responding to the Note Verbal from the US embassy dated March 2nd, 2005. |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | The MFA states in its note that:<br><br>- Spain acknowledges that shipwrecks of State Ships that are properly identified belong to the flag state.<br>- The waters of Gibraltar are Spanish and the United Kingdom has no right to them (A nautical chart of the Spanish Hydrographical Institute is attached).<br>- The MFA authorises an expedition to identify the shipwreck provided that Spanish archaeologists take part in the expedition. Once the work of identifying the shipwreck ends, OME must ask for a new arrangement through diplomatic channels, enclosing an archaeological proposal for the extraction of the archaeological remains. |
| 24/25/29 August 2005 | During this time period OME attorneys contact the Junta several times to request that it appoint an archaeologist. |
| 1 September 2005 | OME attorneys contact Ms. Carmen Rivera who, in order to appoint the archaeologist, demands a document providing the following information:<br><br>- Description of the archaeological works.<br>- Port where the archaeologist will embark.<br>- Schedule of the work.<br>- Date of the beginning of the work and its length.<br><br>Finally, Ms. Carmen Rivera demands a copy of the Note Verbal of the MFA to the USA embassy in Madrid. |
| 2 September 2005 | A copy of the Note Verbal from MFA is sent to the Junta by OME attorney through the US Embassy in Madrid. OME's attorney is informed that the MFA interpretation of the text of the Spanish Note Verbal of the 2nd September 2005 it is clear that this is not conditional upon the appointment of the archaeologists on behalf of the Junta of Andalusia |
| 8 September 2005 | OME attorneys send a letter to Mr. Jesus Romero Benitez, the General Director of Cultural Heritage of the Junta de Andalusia, with the information demanded by Ms. Carmen Rivera. |
| 27 September 2005 | OME attorneys send a fax to Mr. Jesus Romero Benitez, the General Director of Cultural Heritage of the Junta de Andalusia, asking again for the appointment of an archaeologist. |
| 28 September 2005 | Mr. Jesus Romero Benitez, General Director of Cultural Heritage of the Junta de Andalusia, sends a letter dated 26/09/05 stating that an archaeologist will not be appointed because of the unclear status of the project. He will appoint an archaeologist once an administrative authorisation to carry out the work is obtained according to the requirements stated in the respective Spanish and Andalusia Cultural Heritage Acts. |
| 30 September 2005 | The Junta de Andalusia publishes a press release denying that an agreement has been reached to appoint an archaeologist. |
| 12 November 2005 | The Ministry of Culture addresses a letter to OME attorneys |

| | complaining that OME has restarted its work without the necessary authorisation from the Junta de Andalusia as required by the Spanish and Andalusian Cultural Heritage Acts |
|---|---|
| 14 November 2005 | OME attorneys inform Mr. Jose Pons, General Director of Foreign Affairs and Cooperation of the MFA that OME intends to restart the expedition. The fax sent to Tarifa Control Centre from OME is attached to this communication. |
| 14 November 2005 | OME sends a letter to the Ministry of Culture enclosing a proposal to recover the archaeological remains.<br>On the same date, OME attorneys send an e-mail to Mr. Pons stating that OME has informed the Tarifa Control Centre on the work that the OME will be carrying out. |
| 17 November 2005 | OME attorneys receive a fax from the Harbour Master Office of Algeciras stating that they have received an order from the Junta de Andalusia requiring OME to immediately stop its works in the zone (13 miles) as an archaeologist has not been appointed by the Junta. It also states that in order for an archaeologist to board the ship, OME must have the necessary authorization for the project from the Junta de Andalusia.<br>OME attorneys inform the Harbour Master Office of Algeciras that the MFA has authorised the expedition without a Spanish archaeologist on board according to MFA's Note Verbal addressed to the US embassy in Madrid. |
| 17 November 2005 | A copy of the letter from the Junta de Andalusia dated 28th September 2005 and a copy of the most recent correspondence between OME and the Junta are sent to Mr. Jose Pons. |
| 17 November 2005 | The Ministry of Culture sends a fax to Mr Manuel de la Camara with "the position of the Ministry of Culture and the Junta of Andalucia in relation to the activities of the company OME on the Sussex" and attaches a fax from the Ministry of Foreign Affairs to Mr Pedro Moya Milanes member of the Council of the Presidency of the Junta of Andalucia of the same date which makes it clear that the MFA properly granted permission to OME since they were following the instructions of the Ministry of Culture and that furthermore, it was the responsibility of the Ministry of Culture to sort out the issue with the Junta. (See **Exhibit E-2**) |
| 23 November 2005 | OME voluntarily suspends work so that the MFA can resolve the confusion with the Junta. |
| 28 November 2005 | OME attorneys are informed that the MFA has contacted Mr. Pedro Moya, the person at the Junta who is in charge of the OME matter, and the person whom OME attorneys have tried to contact in order to obtain the appointment of archaeologists to join the expedition. |
| 30 November 2005 | OME attorneys contact Mr. Manuel de la Camara who requests a letter from OME to Mr. Jesus Romero Benitez addressing the following points:<br>- The dates in January when the work will be carried out.<br>- A statement from the company stating that the aim of the |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | expedition is to identify the shipwreck.<br>- An explanation of the work performed to identify the shipwreck.<br>- The area where the work will be carried out.<br>- Another request to the Junta to appoint an archaeologist. |
| 1 December 2005 | Following the Junta's suggestion, OME attorneys send a letter to Mr. Jesus Romero Benitez again providing the information requested. OME indicates that all of this information had already been provided by OME to different Ministries and Administrations in the past.<br>The letter is addressed to Mr. Romero, the Ministry of Culture and to the MFA, as well as the US embassy in Madrid. |
| 2 December 2005 | The Junta answers OME with the same letter it sent on September 28th. |
| 9 December 2005 | OME representatives send a fax to Mr. Pons (MFA) attaching the notification made on 07/12/05 to the Tarifa Maritime Control Centre on the work that OME will be performing in the area. As in the past (every time OME left to operate in the area) the information sent to Tarifa included the characteristics of the ship, geographic coordinates, and the schedule of the operations to be conducted on the expedition. |
| 10 January 2006 | OME is required to abandon the area and information on the ship's Master, Mr. Keith Herron, is taken by the Guardia Civil. |
| 11 January 2006 | A summons is issued for the crime of serious disobedience by the Spanish authorities for the Master, Keith Herron, who is requested to appear before the Guardia Civil de Algeciras on January 12th, 2006. This summons is based on Odyssey conducting operations that had been previously authorized. |
| 11 January 2006 | The Junta de Andalusia publishes an official press release stating that OME has no authorisation to operate in the area because archaeologists have not been appointed to the project, that the Junta is the only competent authority in the matter, and that the Junta has informed OME of its lack of authorisation. |
| 16 January 2006 | OME attorneys receive a fax from the Police, accompanied by a citation for Captain Mr. Keith Herron from the Court of Instruction Number 3 of La Linea de la Concepcion. The appearance is set for January 18th, 2006. |
| 19 January 2006 | OME attorneys send a fax to Mr. Jesús Romero Benitez of the Junta attaching once more an invitation from OME for Spanish archaeologists to embark on the project. |
| 19 January 2006 | OME attorney sends a letter by fax to Mr. Chavez, President of Andalusia requesting a meeting to resolve the issue of the appointment of archaeologists |
| 20 January 2006 | The Junta responds that it will not appoint an archaeologist until it is provided with a proposal that complies with the requirements of Royal Decree 168/2003.<br>The Junta attaches a fax from the Directorate General of the Cultural Heritage of the Junta and the Directorate General of the Spanish Ministry of Culture supporting the Junta's response that permission is needed. |
| 25 January 2006 | The US Embassy in Madrid receives a Note Verbal from the |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| | MFA stating that without the authorisation of the Junta of Andalusia and the presence of a Junta archaeologist on board, OME cannot continue with its work. |
|---|---|
| 8 February 2006 | Meeting with OME, Greg Stemm, Sir Stephen Wright (at that time the Ambassador of the UK to Spain), Mr Peter Spoor and Mr. Romero from the Junta of Andalusia, and OME attorneys. In this meeting the British government states that it is interested in the project, it does not think that any rights have been infringed, and that the conduct of OME, in the eyes of the UK, is correct. |
| | Spain states that competence for authorization belongs to the Junta. The Junta does not consider the archaeological project plan presented to be sufficient |
| | Mr. Romero delivers a copy of the document "Report on the administrative negotiations for authorization of the activities of recovery of the English ship HMS SUSSEX by the OME company." Dated February 7, 2006. |
| 6 March 2006 | OME prepares a press release for its website, approved by Mr. Manuel Cámara (MFA). |
| 29 March 2006 | Notification of the initiation of the administrative sanction proceeding by the Director General of the Ministry of Culture of the Junta de Andalucía |
| 30 March 2006 | Note Verbal from the UK Embassy attaching the Alboran Sea Project elaborated by OME in response to specific requests by Mr. Romero during the meeting with the MFA on February 8th, 2006. |
| 5 May 2006 | UK Embassy informs OME that the Junta is satisfied with the report submitted by OME and that an archaeologist will be nominated. |
| 18 May 2006 | Response of the Junta in a letter with comments on the documentation submitted by OME. Now claimed that the detailed archaeological plan that was provided (and approved by the UK Government is not sufficient to obtain permission for the Alboran Sea Project. |
| 6 June 2006 | OME prepares and via the British Embassy presents its second report on the Alboran Sea Project to the Junta of Andalusia in response to its comments in its letter of 18 May, 2006 |
| 12 July 2006 | The MFA notifies the British Embassy in Madrid, of the response of the Junta de Andalusia. The Junta does not consider the corrected defects sufficient to waive the request for permission. |
| 29 August 2006 | Meeting in Sevilla with the Junta of Andalusia, the British Embassy and OME's technical representatives for the Alborán Sea Project |
| 12 September 2006 | Letter from OME in relation to the questions formulated during the meeting in Seville of 29 August, 2006. OME requests that a recognized Spanish institution review the Alboran Sea Project and in relation to the unique coordinates facilitate the same with the British government. The understanding of OME is that in the spirit of cooperation it |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| | will provide the coordinates of all the wrecks that it has found in previous campaigns in Spanish waters as part of the Alboran Sea Project. |
|---|---|
| 26 September 2006 | OME defends itself against the proposed sanction of the Junta of Andalusia. |
| 2 October 2006 | Letter of the UK Minister for Europe – Geoff Hoon addressed to Manuel Chávez President of the Autonomous Community of Andalusia. He notes the difference of opinion between the UK and Spain as to the status of the waters but urges that this issue be pushed aside in order to collaborate on the SUSSEX project. He also refers to the unresolved action against the ship's master and notes that proceeding in this case will complicate the situation.<br>He also indicates that the coordinates of the OME project are in the hands of the Central Maritime Control in Tarifa. |
| 4 October 2006 | Email from Carlos Sánchez de las Heras of the Directorate General of Culture at the Junta with additional requirements from the Junta de Andalusia – to limit the zone of the shipwreck as much as possible and authenticate the academic qualifications of OME archaeologists. |
| 10 October 2006 | Reply from OME to the email of Carlos Sánchez de las Heras sent via the UK Embassy. OME repeats that it will collaborate with the UK in relation to coordinates of the shipwreck and states it will expedite the notary documentation in relation to the qualifications of its personnel. |
| 13 November 2006 | A meeting takes place with the Directorate General of Fine Arts of the Ministry of Culture in Madrid, in a meeting attended by OME's Cofounder, Mr. Greg Stemm; OME's legal counsel, Mr. Jose Luis Goni and Ms. Elisa de Cabo of the Ministry of Culture. The possibility of shipwreck finds which could have cultural or historical interest to Spain are discussed. OME offered to Spain the opportunity to collaborate in the projects discussed and made clear that some of the wrecks were in danger from other salvors and that the company was prepared to collaborate with Spain to identify and protect these sites. This offer had also been made on various previous occasions to Spanish and Andalucian authorities. |
| 26 January 2007 | OME attorneys send a fax to Guardia Civil officials in Algeciras and attach a letter providing the area of operations and the area of equipment testing. |
| 27 January 2007 | Meeting of OME and their attorney with officials of the Guardia Civil of Algeciras. The nature of the operations which will be undertaken by OME are discussed. It is the understanding of those in the meeting that none of the activities planned would be considered violation of any Spanish law. It is agreed that OME will inform the Guardia Civil prior to the commencement of any operations, providing a detailed chart and description of all activities in advance of operations. |
| 12 February 2007 | Fax from OME attorneys to Guardia Civil officials in |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | Algeciras attaching a new nautical chart with the zone and description of operations. |
| 12 February 2007 | Note verbal of the MFA identifying the requirements to OME for resuming operations. MFA requests that OME identify the qualified technical and scientific personnel, that archaeologists designated by the Junta will be aboard the ship, that before it initiates activities it attends a meeting with British and Spanish experts and, that it report monthly on this phase of the operations. |
| 13 February 2007 | Note verbal from the British Embassy, in response to the note from the MFA of the previous day listing the requirements for resumption of operations, proposing February 28th, 2007 as a day to meet to coordinate the project. |
| 16 February 2007 | Fax from OME's attorneys to Guardia Civil officials in Algeciras attaching a new letter with the nautical zone of operations for the continuing survey activities in the area. |
| 5 March 2007 | Fax from OME's attorneys to Guardia Civil officials in Algeciras attaching a new letter with the zone of operations and a copy of the Notice to Mariners. |
| 3 March 2007 | British Embassy send Nota Verbal to MFA agreeing to terms set by the MFA for OME to resume operations and requesting again that the Junta nominate archaeologists to accompany OME and putting into place arrangements for first coordination meeting and proposing a joint press release with Spain. |
| 5 March 2007 | OME attorneys send to Guardia Civil officials the Notice to Mariners as well as a copy of the nautical chart indicating the relevant zone for continuing survey operations. |
| 23 March 2007 | Meeting in Seville between Greg Stemm for OME, OME attorneys, the Junta de Andalusia and the British Embassy. In the meeting OME provide a detailed presentation of the Alboran Sea Project. The Junta agrees that the archaeology of the project is excellent, and save some formal clarifications by OME, it would proceed to name the Spanish archaeologists to accompany OME. |
| 23 March 2007 | Press release by the Spanish MFA announcing the agreement between the Spanish government and Spain for the start of exploration work on the SUSSEX. |
| 24 March 2007 | OME attorney calls Guardia Civil official in Algeciras to update him on meeting in Sevilla and subsequently forwarding copy of El Pais press article on SUSSEX dated 26 March 2007 |
| 27 March 2007 | Press release by the Ministry of Culture denying that the Ministry has authority over the activities of OME. |
| 30 March 2007 | OME presents a third report to the Junta de Andalusia, through the British Embassy, in response to the Junta's requests during the meeting in Seville. |
| 14 May 2007 | Fax from OME's attorneys to the Guardia Civil attaching a copy of the Notice to Mariners. |
| 17 May 2007 | Fax from OME's attorneys to the Guardia Civil attaching a new letter with the nautical zone of operations. |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| 23 May 2007 | OME attorneys contact Guardia Civil officials of Algeciras to discuss recent press relating to BLACK SWAN and sending fax with information official information from OME press release making clear that the BLACK SWAN was not discovered during operations in the area which the Guardia Civil was monitoring, and in fact not in Spanish waters at all. OME attorney confirming that her telephone number can be passed to Headquarters of Guardia Civil in Madrid if they require information |
|---|---|
| 23 May 2007 | OME attorney receives call from Commander Cortes of the Guardia Civil in charge of the investigation into OME in relation to the BLACK SWAN. OME attorney sends copy of same fax sent earlier to the Guardia Civil of Algeciras and offers any further information that Commander Cortes may require. OME attorney told that at the time Guardia Civil did not need to speak with OME attorneys. |
| 23 May 2007 | OME attorney receives letter by fax from Mr Julian Martinez Garcia, Director General of Fine Arts and Cultural Heritage of the Ministry of Culture requesting that OME attorneys provide very urgently information on the identity of the wreck and the customs documentation in relation to the export of the coins to the US. |
| 24 May 2007 | OME attorney calls Mr Julian Martinez Garcia to arrange a meeting in response to his letter |
| 24 May 2007 | OME subcontractors in Spain approached and questioned by the Guardia Civil in Seville |
| 24 May 2007 | Ruling from the Judge in the proceedings against Master Herron in the Court of La Linea. The judge is requesting a report from the Guardia Civil in relation to the territoriality of the waters where the incident occurred. |
| 29 May 2007 | OME attorneys meet with Mr Julian Martinez Garcia at the Ministry of Culture and hand to Mr Martinez a copy of a letter prepared by OME attorneys in response to the request for information, confirming *inter alia* that the site of the Black Swan is not located in Spanish waters and the vessel's identity as yet unknown |
| 5 June 2007 | US State Dept. official informs Spanish Embassy official that some of the false reports of OME's operations in the Alboran Sea have resulted from OME's promotion with Volvo and Disney, and that OME has not been allowed to disclose this publicly. This information was passed on officially for Government use in hopes of clearing up the ongoing disclosure of false reports by the press and was to be kept in confidence. |
| 5 June 2007 | Spanish press reports that criminal proceedings have been commenced against OME and there exists an order of the judge to arrest and bring OME vessels to a Spanish port to be searched |
| 6 June 2007 | Greg Stemm meets with officials at the Spanish Embassy in Washington DC and provides substantial background information relating to OME's operations during the previous |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

| | nine years. |
|---|---|
| 6 June 2007 | Confidential information on the Volvo and Disney promotion by OME leaked to the press by the Ministry of Culture. |
| 11 June 2007 | OME attorney appears before the Judge in the Court of La Linea de la Concepcion where the press states that criminal proceedings have been commenced in order to obtain information on the allegations. OME files a power of attorney and pleading confirming to the Court that the Black Swan is not located in Spanish waters. The judge tells OME attorney that he can present pleadings at court but since proceedings are secret, judge will not give out any information on the allegations or the scope of the investigation into OME |
| 14 June 2007 | OME attorney meets with the Office of the Public Prosecutor in Cadiz to discuss allegations. OME attorney states that OME representative is willing to give testimony at court and offer vessels for voluntary inspection in relation to any accusation of a crime having been committed in Spanish jurisdictional waters; Public Prosecutor states that OME should present whatever information in writing to the court and allow the judge to determine whether he wants information from OME |
| 21 June 2007 | OME attorney receives back from Court of La Linea the original power of attorney and pleading to appear in the proceedings without any formal explanation from the court. |
| | |

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*



# CRONOLOGIA DE TODOS LOS INTERCAMBIOS ENTRE ODYSSEY MARINE EXPLORATION INC ("OME") Y ESPAÑA
(incluyendo el MINISTERIO DE ASUNTOS EXTERIORES; el MINISTERIO DE CULTURA; la GUARDIA CIVIL y LA JUNTA DE ANDALUCÍA)
## JULIO DE 1998 – JUNIO DE 2007

*"Esta es una traducción de la carta en inglés. A la medida que haya discrepancia entre las dos versiones, la versión inglesa siempre prevalece"*

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

# CRONOLOGIA DE TODOS LOS INTERCAMBIOS ENTRE ODYSSEY MARINE EXPLORATION INC ("OME") Y ESPAÑA
## (incluyendo el MINISTERIO DE ASUNTOS EXTERIORES; el MINISTERIO DE CULTURA; la GUARDIA CIVIL y LA JUNTA DE ANDALUCÍA)
## JULIO DE 1998 - JUNIO DE 2007

| | |
|---|---|
| 16 de julio de 1998 | OME comienza operaciones en el mar para buscar el pecio del SUSSEX después de haber alertado a las autoridades de Reino Unido acerca de que la compañía iba a estar ocupada en la búsqueda de un buque de guerra británico en aguas cerca de la costa gibraltareña. OME hace llegar una carta a su agente en el puerto de Gibraltar con el fin de que ésta sea entregada a cualquier autoridad en caso de inspección del buque de investigacion de Odyssey. Este documento, expresa la intención de OME de facilitar cualquier información que pueda ser requerida y comunica la información de contacto de su representante legal. La carta también invita a las autoridades a subir a bordo para inspeccionar la nave. |
| 22 de julio de 1998 | La Dirección General de la Marina Mercante ("DGMM") por medio del Don Julián Abril, se pone en contacto con los representantes legales de OME para informarles que la compañía no tiene autorización para realizar actividades en la zona en cuestión. En dicho comunicado, se le hace saber que la DGMM dice que el expediente se enviará al Ministerio de Asuntos Exteriores ("MAE"). |
| 24 de julio de 1998 | Los representantes legales de OME, se ponen en contacto con Doña Luisa Huidobro del Departamento de Relaciones Económicas Internacionales del (MAE) para determinar el estado del expediente y ofrecerse a colaborar con las autoridades españolas. Doña Luisa Huidobro denota la inexistencia de autorización para operar en la zona en cuestión, consideradas aguas jurisdiccionales españolas según el MAE. . Requiere que la autorización para llevar acabo la búsqueda del SUSSEX, deberá ser requerida por la Embajada de EEUU en Madrid a la mayor brevedad posible y añade que OME debe informar a SASEMAR acerca de sus actividades en la zona. |
| 27 de julio de 1998 | La representación legal de OME envía un fax a Don Jesús María Uribe, (Director de Operaciones de SASEMAR) siguiendo las |

1

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | instrucciones del MAE.. |
|---|---|
| 22 de agosto de 1998 | OME envía a SASEMAR en Tarifa un fax en el que se especifica el espacio temporal y geográfico de sus operaciones. |
| 8 de septiembre de 1998 | Don Ignacio de Frutos del Ministerio de Defensa Español se pone en contacto con los representantes de OME alegando que OME esta operando en aguas españolas. |
| 9 de septiembre de 1998 | Los representantes de OME contactan con el MAE para contestar las quejas del Ministerio de Defensa e informar al MAE de que OME no esta operando en aguas españolas. |
| 14 de septiembre de 1998 | Los representantes legales de OME remite un fax urgente al Director General para Asuntos Exteriores del MAE informando de que la empresa ha iniciado el proceso de autorización por medio de al Embajada de Estados Unidos en Madrid para el caso en que las operaciones de búsqueda en la zona se extiendan a aguas territoriales españolas. |
| 16 de septiembre de 1998 | OME remite fax al Director General de Política Exterior para Norteamérica y Europa (MAE) anunciando una vez más que OME ha iniciado el proceso de autorización por medio de la Embajada de Estados Unidos en Madrid para el caso en que la empresa extienda su búsqueda en relación al SUSSEX a aguas españolas. Al fax se adjuntan las coordenadas e información acerca de la operación. También se hace mención de la voluntad de la empresa de someterse a cualquier condición que imponga España relativa a las operaciones de OME en aguas territoriales españolas. Finalmente OME ofrece proveer datos en relación al lugar de hallazgo de cualquier buque de guerra de origen español que OME localice en aguas territoriales españolas, indicando que OME respeta "...los derechos soberanos del Gobierno español sobre sus buques de guerra hundidos y que tiene la intención de cumplir con los deseos del estado en esta materia". |
| 18 de septiembre de 1998 | OME envía el mismo fax al Director General de la Política Exterior para Norteamérica y Europa (MAE) adjuntando una carta náutica de la zona de exploración establecida por el Ministerio de Defensa del Reino Unido. OME también indica que está en contacto con el centro de control de Tarifa cada vez que el buque deja el puerto. . |
| 23 de octubre de 1998 | OME como muestra de su buena voluntad y con el fin de mantener las buenas relaciones entre las partes, accede a abandonar la zona y solicita una entrevista con el MAE. |
| 10 de noviembre de 1998 | Los representantes legales de OME contactan con el Museo Naval Español ofreciendo que el jefe encargado de la expedición de OME haga una presentación de las operaciones de búsqueda en el momento que resulte conveniente para los representantes del museo. |
| 11 de noviembre de 1998 | A requerimiento del MAE y en cumplimiento del Real Decreto 799/81 OME entrega al Ministerio un informe de la actividad llevada acabo por la empresa en el área. OME también ofrece que embarque un experto designado por el Estado sobre el buque de investigacion de Odyssey para tomar nota de las actividades que se llevan acabo (este documento lleva fecha de 1 noviembre de 1998). El documento también se envía al Sr. Blumberg del Departamento de Estado de EE |

2

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | UU. |
| 29 de noviembre de 1998 | Reunión en el MAE entre Greg Stemm y el Sr. Cebrian del MAE. El MAE autoriza verbalmente a OME para volver al mar. Esto es confirmado por la Embajada de EE.UU. |
| 11 de diciembre de 1998 | OME envía una propuesta de colaboración al Museo Naval de Madrid. En la propuesta se reitera que OME reconoce el derecho de España de reclamar sus buques de guerra de inmunidad soberana y ofrece a España recuperar estos pecios mediante la tecnología de OME y su experiencia en las operaciones a grandes profundidades. OME ofrece una expedición conjunta del Museo Naval Español, el British Royal Naval Museum y OME para buscar el BALEARES Y EL ARK ROYAL, perteneciendo los artefactos recuperados a los respectivos museos. OME también ofrece una expedición conjunta del Gobierno español y el Museo Naval Español para llevar acabo la búsqueda y excavación de buques de guerra coloniales perdidos en el nuevo mundo. Todos los artefactos recuperados en esta expedición se convertirían en propiedad de España y del Museo Naval Español. Finalmente OME se ofrece para unirse al Museo Naval Español en una expedición que persiga la excavación arqueológica de pecios romanos y fenicios u otros pecios antiguos que puedan ser relacionados con el comercio con enclaves en la Península Ibérica. OME se ofrece para patrocinar toda la expedición y a entregar los artefactos recuperados al Museo Naval Español para su estudio y exposición. |
| 15 de diciembre de 1998 | El Departamento de Estado de EEUU recibe una Note Verbal del MAE en la que se solicita información acerca de las operaciones de OME (Esta información ya fue entregada con fecha 11 de noviembre de 1998). |
| 26 de enero de 1999 | El MAE confirma a los representantes legales de OME que se ha puesto en contacto con el Instituto Arqueológico de Cartagena y que han decidido autorizar a OME para realizar operaciones de exploración, pero indica también que el expediente se ha remitido al Ministerio de Cultura para la aprobación de la autorización. |
| 3 de febrero de 1999 | Los representantes legales de OME informan a OME que le Ministerio de Cultura no ha aprobado la autorización de operaciones de exploración para identificar el SUSSEX. La razón por la que se deniega la autorización era la alegada falta de documentación en relación al trabajo de OME en el área. |
| 8 de marzo de 1999 | Don Rafael Conde (Secretario segundo de la Embajada de España en los EE UU) contacta directamente con OME vía fax. El fax establece que los representantes legales de OME deben contactar con el MAE para aclarar la situación. |
| 12 de abril de 1999 | Los representantes legales de OME remite una carta a la Dirección General de Bellas Artes (Ministerio de Cultura), respondiendo una vez más a las dudas expresadas por la administración y adjuntando una carta náutica del área de exploración. |
| 3 de Mayo de 1999 | OME recibe una comunicación del Ministerio de Cultura de fecha 20 de abril de 1998 autorizando el proyecto presentado por OME e indicando que el proyecto deberá ser acorde con la Ley 16/85 de |

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | Patrimonio Histórico Español. En particular se deberán cumplir las siguientes condiciones para poder continuar con el proyecto:<br>1.- La autorización es solo para tareas de exploración arqueológica subacuática<br>2.- El Ministerio de Cultura deberá ser informado de cualquier hallazgo aparte del SUSSEX.<br>3.- Área limitada a: 36º 05' Norte – 05º 05' Oeste en una zona semicircular Norte del 36º 07' Norte.<br>4.- Límite temporal de 90 días desde la notificación.<br>5.- Recursos materiales son los expuestos en la solicitud. Cualquier cambio requerirá la autorización del Ministerio de Cultura.<br>6.- Lo mismo que en el punto anterior en relación a la dotación.<br>7.- Esta autorización no se refiere a trabajos de recuperación.<br>8.- Toda información científica y arqueológica se comunicará a la Administración.<br>9.- Estará presente un Representante de la Armada española a bordo.<br>10.- La autorización no suple otras autorizaciones que sean requeridas.<br>11.- Se debe respetar el Título V de la Ley 16/85 de Patrimonio Histórico Español. |
| 13 de mayo de 1999 | OME remite un fax al MAE adjuntando la autorización del Ministerio de Cultura. |
| 20 de mayo de 1999 | OME remite un fax al Museo Naval adjuntando la autorización del Ministerio de Cultura. |
| 26 de mayo de 1999 | OME remite un fax al Museo Naval preguntando por los nombres de los miembros de la Armada que estarán embarcados. El fax también incorpora la fecha en la que OME retomará las operaciones. |
| 15 de junio de 1999 | OME envía un fax al Ministerio de Cultura para solicitar una prórroga del comienzo de los 90 días.. Los representantes legales de OME intentan una vez mas conseguir información acerca de que expertos del Ministerio de Cultura serán nombrados para estar a bordo de los buques de OME. |
| 15 de junio de 1999 | OME manda otro fax al Museo Naval en relación a los expertos. |
| 18 de junio de 1999 | El Ministerio de Cultura autoriza la prórroga de 90 días para OME. |
| 21 de junio de 1999 | El Museo Naval contacta con los representantes de OME para autorizar a OME para que comience con las operaciones sin expertos. También confirma que organizará una reunión entre el Museo Naval, un oficial de alto rango del Estado Mayor de la Defensa y OME. |
| 21 de junio de 1999 | La representación legal de OME envía una carta al Ministerio de Cultura en la que corrige un error en las fechas de la petición de la prórroga. |
| 26 de junio de 1999 | El Ministerio de Defensa manda un fax en el que cita los nombres de los representantes de la Armada que deberán supervisar el trabajo a bordo del buque de Odyssey. |
| 30 de junio de 1999 | OME solicita una nueva prorroga de la autorización de operaciones al MAE. |
| 2 de julio de 1999 | El Ministerio de Cultura autoriza prórroga. |
| 23 de julio de 1999 | Los observadores de la Armada embarcan en el buque de Odyssey. |
| 14 de septiembre de 1999 | Los representantes legales de OME mandan una carta a la Embajada de EEUU en Madrid con fecha 1 septiembre de 1999. En esta carta OME solicita a la Embajada de EEUU que remita a MAE una carta |

4

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | adjunta que incluye un informe pormenorizado acerca de la primera fase de las operaciones autorizadas en relación con el SUSSEX. |
| 21 de septiembre de 1999 | La Embajada de EEUU contacta con los representantes legales de OME para informar que el MAE no puede comenzar con el proceso de autorización de la fase científica de las operaciones hasta que datos acerca del proyecto se remita al MAE vía Note Verbal. OME envía un fax al MAE expresando su confusión ya que la información en relación a la segunda fase científica se había ya incluido en el proyecto presentado. Con misma fecha el MAE indica a la Embajada de EEUU que para que pueda autorizar esta nueva fase y expedir un nuevo permiso, la Embajada de EEUU debe elaborar una Note Verbal que deberá incluir todos los detalles del proyecto con coordenadas y características de la nave. |
| 6 de octubre de 1999 | Los representantes legales de OME remiten al Museo Naval un fax adjuntando copia del informe que OME presentó al MAE. |
| 10 de noviembre de 1999 | OME informa a Don José Rodríguez Spiteri, Director General Política Exterior para Norteamérica y Europa (MAE) de la intención de utlizar el buque de investigacion MINIBEX y proporcionando las características del buque. |
| 12 de noviembre de 1999 | OME notifica a Doña María Bassols (MAE) de los detalles del buque. |
| 17 de diciembre de 1999 | Los representantes legales de OME reciben un fax del MAE concertando una reunión para el 3 de enero de 2000. |
| 21 de diciembre de 1999 | Los representantes legales de OME confirman su asistencia a la reunión. |
| 3 de enero de 2000 | Reunión en el MAE. Asisten: MAE, Ministerio de Defensa, Ministerio de Fomento, Ministerio de Agricultura, Pesca y Alimentación, Ministerio de Industria y Energía, Ministerio de Educación y Cultura así como los representantes legales de OME y John Morris de OME. |
| 6 de marzo de 2000 | El MAE da autoriza formal para nuevas operaciones. |
| 26 de mayo de 2000 | La Embajada Española en Washington DC, concede autorización a OME desde esa fecha hasta el 30 de noviembre 2000. La autorización es para los dos buques y OME deberá informar a la Embajada española acerca de la base portuaria así como del calendario de trabajo para que el Ministerio de Defensa pueda nombrar los representantes apropiados. La actividad está limitada a 12 millas entorno al punto indicado. |
| 4 de julio de 2000 | Los representantes legales de OME notifican a las autoridades apropiadas acerca del nuevo proyecto. |
| 28 de diciembre de 2000 | OME solicita una nueva autorización de la Embajada de España en Washington para las siguientes exploraciones. |
| 10 de abril de 2001 | El Ministerio de Cultura otorga autorización para la recuperación de algunos objetos a partir del día 11/4/01 de acuerdo con el Art.6 de la Ley 16/85. Esta autorización tiene 8 condiciones:<br>1.- Solo se podrán recuperar objetos necesarios para la identificación.<br>2.- Limite temporal de 90 días desde la notificación pero existe la posibilidad de prórroga.<br>3.- Depósito provisional de los hallazgos. |

5

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | 4.- Facilitación de toda la información científica y arqueológica a la administración.<br>5.- Representantes de la Armada deberán estar a bordo.<br>6.- El Ministerio se reserva la libertad de nombrar además arqueólogos.<br>7.- Esta autorización no suple otras autorizaciones que se puedan requerir.<br>8.- No se puede en ningún caso contravenir la Ley 16/85. |
| 18 de abril de 2001 | OME hace llegar una carta a Don Agustín Muñoz (Embajada Española en Washington) en la que agradece a la Embajada la asistencia que han llevado al otorgamiento del permiso por el Ministerio de Cultura. OME adjunta un calendario del proyecto para coordinar el embarque de los expertos Españoles. OME solicita que la Embajada remita el calendario a las autoridades españolas apropiadas (a la mayor brevedad posible al iniciarse las operaciones el día 19/4/01). |
| 18 de abril de 2001 | OME manda vía fax al Centro Zonal de control de Tarifa una copia de la autorización así como el calendario del proyecto indicando que el proyecto dará comienzo el 19/4/01. |
| 19 de abril de 2001 | OME remite vía fax al Comandante Diego San Martín una copia del calendario del proyecto con el fin de poder coordinar el embarque de los expertos españoles. |
| 23 de abril de 2001 | La Embajada de España en Washington informa mediante fax a OME que se ha mandado el calendario del proyecto al Ministerio de Cultura así como al MAE y que la información es acorde con la autorización del Ministerio de Cultura de fecha 10/4/01. |
| 6 de junio de 2001 | Tras terminar el prospeccion autorizada por MAE y Ministerio de Cultura, La Junta de Andalucía ordena la suspensión de las operaciones de OME alegando:<br>(i) Que la autorización se concedió por una autoridad incompetente.<br>(ii) Que la autorización no es válida ya que se concedió para un punto concreto y no para 12 millas alrededor de ese punto.<br>La normativa en la que fundamenta es:<br>(a) Art. 6a de la Ley 16/85 establece que cada región tiene jurisdicción sobre su patrimonio.<br>(b) Art. 6b establece que la administración central debe ser mencionada para ser competente.<br>(c) Art. 52 Ley 1/91 del Patrimonio Histórico Andaluz exige la autorización de la Consejería de Cultura para estos casos en territorio terrestre y acuático Andaluz.<br>(d) Reglamento de Organización Administrativa del Patrimonio Histórico Andaluz concede la competencia para otorgar esta autorización al Director General de Bienes Culturales. |
| 19 de junio de 2001 | La Embajada Española en Washington informa a OME que el Ministerio de Cultura asumió la competencia en la materia en base al interés público ya que el cañón extraído se ha encontrado en aguas en disputa y que el Ministerio de Cultura, no la Junta de Andalucía tiene competencia en la materia. |
| 4 de julio de 2001 | Se celebra una reunión en Cádiz entre la representación legal de OME y la Junta de Andalucía (Don Manuel García León y Don Fernando Valverde Cuevas). La Junta declara que OME solo necesita una autorización válida para reemprender el trabajo. |
| 6 de julio de 2001 | OME informa a la Junta de Andalucía que el buque MINIBEX aún no ha realizado actividades arqueológicas subacuáticas y que las operaciones hasta el momento no han conllevado actividades físicas a excepción de en el lugar autorizado por el Ministerio de Cultura |

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

|  |  |
|---|---|
|  | (10/4/2001).<br>OME añade que el trabajo realizado en las 12 millas entorno a este lugar fue realizado acorde con la autorización del Ministerio de Cultura y de la Embajada en Washington.<br>En relación a la coordinación arqueológica, OME da el nombre del arqueólogo designado por el Reino Unido e informa que Don Iván Neguereula fue designado por el Ministerio de Cultura Espanol para determinar si son necesarios más expertos en arqueología. |
| 22 de agosto de 2001 | OME entrega un informe a Don Félix Valdez de la Embajada Española en Washington en relación a los artefactos recuperados que fueron entregados en custodia al Dr. Iván Neguereula del Instituto Arqueólogo Marítima de Cartagena. |
| Septiembre 2001 | Un informe detallado preliminar en relación al las actividades arqueológicas es entregado a Don David Beltrán de la Embajada Española en Washington para que sea remitido a las autoridades competentes en Madrid. |
| 21 de septiembre de 2001 | Acuerdo del Consejo de Ministros de 21 de septiembre de 2001. El Gabinete mantiene la resolución aprobada el 10/04/2001 que autorizaba el trabajo de extracción de OME en la costa Andaluza. La autorización deberá ser comunicada a la Junta de Andalucía ya que la Constitución reserva al Estado en exclusiva asuntos de relaciones internacionales. El Consejo de Ministros toma nota de que OME, el 10 de abril o antes había ya obtenido autorización de las autoridades gibraltareñas para la parte del proyecto que se realizaría en aguas en disputa en relación a la soberanía de Gibraltar y que es motivo de "materia de asuntos exteriores con el Reino Unido". El Gobierno reitera que al "afectar el proyecto de OME aguas en disputa en el estrecho de Gibraltar, esto afecta directamente las relaciones internacionales y la política exterior del estado". |
| 20 de noviembre de 2002 | OME envía un fax al Museo Naval de Madrid para informar al Museo acerca de la expedición y para ofrecer su cooperación. OME también propone una reunión entre Don Fernando Riaño Lozano del Museo Naval y OME a principios de diciembre. |
| 21 de noviembre de 2002 | OME envía un fax a Don Julián Martínez Garcia de al Junta de Andalucía en que propone una reunión con Greg Stemm de OME en Andalucía cuando la Junta lo crea conveniente. El Sr. Stemm ofrece el dar información en relación al estado del proyecto SUSSEX y acerca de pecios Púnicos y Romanos que han sido localizados durante la exploración de OME. El Sr. Stemm también ofrece el hacer una presentación en relación al trabajo arqueológico llevado acabo por OME utilizando robotes y los yacimientos que se han encontrado en la zona. |
| 28 de noviembre de 2002 | La representación legal de OME envía un fax a la Consejera de Cultura de la Junta de Andalucía, Doña Carmen Calvo incluyendo una copia del fax enviado al Sr. Julián Martínez García el 21/11/02. |
| 12 de diciembre de 2002 | La Consejería de Cultura de la Junta de Andalucía comunica que están discutiendo el proyecto con la Dirección de Bienes Culturales. Dicen estar esperando una respuesta de este órgano y que se pondrán en |

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | contacto con OME una vez reciban una respuesta. |
| 13 de diciembre de 2002 | Un periódico publica una entrevista a Doña Carmen Calvo, Consejera de Cultura, Junta de Andalucía donde dice que la autorización debería haber sido dada por la Junta y que será la Junta quién otorgue la siguiente. |
| 14 de mayo de 2003 | Ante el requerimiento de OME, se celebra una reunión con Don Román Fernández y Doña Carmen García Rivera de la Junta. En esta reunión se acuerda que OME presentará una propuesta formal en relación al SUSSEX y otras posibles actividades en el mar de Alborán. |
| 31 de julio de 2003 | La representación legal de OME hace llegar un fax a Don Maximiliano Vilchez, Subsecretario de Gobierno con el fin de concertar una reunión para presentar el proyecto SUSSEX. |
| 26 de noviembre de 2004 | Se le comunicó a Odyssey que el Director de Patrimonio Subacuático, Don Juan Muñoz de la Borde, se había quejado de que la Embajada Española en Washington no había recibido información alguna acerca de la reanudación de las actividades de OME. Con esta misma fecha, OME informa a Don Juan Muñoz de la Borde que una comunicación formal en relación a la reanudación de las actividades fue enviada por Departamento de Estado del EEUU al Gobierno español y que después de esto el Gobierno español acuso recibo de esta comunicación. |
| 29 de noviembre de 2004 | OME hace llegar a Don Juan Luís Muñoz de Laborde información sobre informes enviados al Centro de control de Tráfico de Tarifa. |
| 31 de diciembre de 2004 | El Gobierno Británico envía una carta a Don José Pons de la Oficina Española de Relaciones Exteriores respondiendo a preguntas del mismo Sr. Pons de 29 de diciembre de 2004 en relación al SUSSEX. La carta dice que el Gobierno británico le concedió a OME el derecho de rescate del SUSSEX, un buque militar Británico hundido en 1694 en el estrecho de Gibraltar. OME comenzó a investigar la localización del buque hundido a comienzos de diciembre de 2004 y asegura que trabajaría en aguas internacionales y que el buque realmente era el SUSSEX. OME está planeando traer su buque más grande, el ODYSSEY EXPLORER a la zona del proyecto en febrero de 2005 para comenzar con las excavaciones. La estimación es que la excavación preliminar durará de dos a tres meses aunque la extracción podría durar más tiempo si el buque se encuentra dispersado en el fondo del mar. OME descargará en Gibraltar cualquier objeto encontrado durante la excavación por razones comerciales y porque según el acuerdo con le Ministerio de Defensa de Reino Unido, cualquier artefacto que se presuma que procede del SUSSEX sería de propiedad de Reino Unido. La carta también indica que OME dará más información acerca del proyecto al Ministerio y que el Gobierno británico también está dispuesto a contestar cualquier pregunta acerca del proyecto. |
| 14 de enero de 2005 | La Dirección General de Política Exterior para Europa y América del Norte (MAE) por medio de Don José Pons informa a OME que el autorización ha caducado y que OME debería someter inmediatamente un informe arqueológico y un resumen de sus |

8

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | actividades en 2002. |
| 20 de enero de 2005 | En respuesta a estas peticiones, OME insiste en que toda la documentación requerida había sido ya entregada. También apuntó que un Informe Arqueológico Intermedio de septiembre de 2001 fue entregado a la Embajada de España en Washington y al Ministerio de Defensa de Reino Unido con evidencias de que uno de los pecios encontrados es el SUSSEX, hecho que resultó en un acuerdo final con Reino Unido que lleva fecha de 06/10/2002. OME también indica que el Centro de Control de Tarifa fue informado diariamente cuando los buques de OME salían de puerto y que fue informado 30 días antes de que se retomaran las operaciones con el fin de que se pudiese organizar el tráfico en consecuencia. OME también indica que España fue informada acerca de la reanudación de las operaciones por medio de canales diplomáticos y que OME siempre había mantenido que si el pecio identificado como el SUSSEX resulta ser un buque español informarían a las autoridades españolas de inmediato. |
| 28 de enero de 2005 | OME remite al Sr. Pons del MAE copia de su carta pidiendo la colaboración de España con todos los planes y proyectos. |
| 3 de febrero de 2005 | La representación legal de OME se reúne con don José Pons del MAE. En esta reunión, el MAE expresa su preocupación acerca de lo que pasaría si el pecio resulta no ser el SUSSEX. El Sr. Pons apunta que al no haberse llegado a un acuerdo en algunos puntos, no existe disputa. Se requiere la carta original que será enviada al Ministerio de Cultura para recabar su opinión. El Sr. Pons entiende que no tiene que haber un problema con el permiso. |
| 15 de marzo de 2005 | Los representantes legales de OME hacen llegar un fax a Don José Pons (MAE) en el que le informan que OME va a retomar su expedición. Una copia de este fax se envía al Centro de Control de Tarifa informando de las coordenadas temporales y geográficas de la misma que también se adjuntan al fax dirigido al Sr. Pons. |
| 17 de marzo de 2005 | Los representantes legales de OME envían un fax a la atención de los oficiales de la Guardia Civil en Algeciras en el que anuncian la continuación de las actividades de OME.<br>Los buques que participarán en estas operaciones serán el ODYSSEY EXPLORER y RV ODYSSEY. Los oficiales de la Guardia Civil en Algeciras también es informado de que el Gobierno español está al corriente de las operaciones. |
| 21 de marzo de 2005 | Reunión en el MAE en la que participan los representantes legales de OME, Don José Pons; Don Manuel de la Cámara y Don Santiago Chamorro del MAE y Don Peter Spoor de la Embajada del Reino Unido. En la reunión el MAE mantiene que las aguas en cuestión no son aguas internacionales ya que se consideran aguas en disputa y además España no ha tomado una decisión acerca del pecio y por ello OME no puede comenzar con sus operaciones. |
| 27 de marzo de 2005 | Reunión a la que atienden la representación legal de OME y Don Luís Lafuente del Ministerio de Cultura. En esta reunión, España pide que OME cese temporalmente en sus operaciones para que Don Luís Lafuente pueda investigar dentro del Gobierno español acerca de |

9

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | ciertos temas que incluyen: El interés de España en la arqueología del SUSSEX, proponiendo un protocolo para la participación de España en cualquier pecio que OME encuentre y que esté asociado con el patrimonio Español, para determinar la persona competente para la supervisión de la participación Española en cualquier pecio que OME encuentre, el desarrollo de una política con Reino Unido y EEUU para la gestión de buques de guerra soberanos. El Ministerio de Cultura también solicita una declaración de cortesía de Reino Unido que transmita que creen que el SUSSEX es propiedad de Reino Unido. |
| 1 de abril de 2005 | OME hace llegar una carta a Don Luis Lafuente (MoC) en la que se resume la reunión mantenida el 27 de marzo de 2005 (**Anexo E-1**). El resumen de la reunión incluye acciones recomendadas en algunos aspectos de las conversaciones, como que se paralicen temporalmente las actividades de OME para España así resolver un número de temas que incluyen el interés de España en participar en las operaciones del SUSSEX. OME declara que cesará unilateralmente en sus actividades por un periodo de 15 días. |
| 5 de abril de 2005 | Los representantes legales de OME hacen llegar a la atención de Don José Pons (MAE) una copia de la carta de 1 de abril que se envió al Sr. Lafuente. En la portada al Sr. Pons indica que OME esta deseando una nueva cooperación entre España y la empresa y que espera que por medio de la voluntad de OME de retrasar voluntariamente las operaciones sea posible para las partes encontrar un marco común para la colaboración. |
| 25 de abril de 2005 | Conversación telefónica entre los representantes legales de OME y el Sr. Lafuente en la que el Sr. Lafuente indica que ha hablado con la Junta de Andalucía y que es posible que exista una futura reunió para desbloquear las negociaciones. Declaró también que la gran preocupación de la Junta es si el pecio realmente es el SUSSEX y que por ello quieren que expertos arqueológicos estén embarcados para poder determinar este extremo. |
| 17 de mayo de 2005 | Se celebra en Sevilla una reunión entre representantes de EEUU, Reino Unido, la Junta de Andalucía y OME. |
| 6 de junio de 2005 | Los representantes legales de OME remiten a Doña Carmen García un e-mail al que se adjunta la carta dirigida a la Junta en relación a la reunión mantenida el 17 de mayo de 2005 para su aprobación. |
| 16 de junio de 2005 | OME envía una carta a la Junta de Andalucía en relación a la reunión mantenida el 17 de mayo de 2005. En esta carta, OME le agradece a la Junta la reunión con OME y plantea una cooperación sobre la Protección y la Investigación del patrimonio cultural del Océano Andaluz. OME explica que ha localizado varios pecios en las aguas profundas de Andalucía y que algunos de ellos son yacimientos de una gran importancia arqueológica. OME propone proporcionar fondos para el trabajo arqueológico en estos yacimientos, trabajos que se realizarían en cooperación con una institución arqueológica andaluza e *inter alia* OME proporcionaría US \$500.000 de financiación al suministrar un barco, ROV, los técnicos etc. para aproximadamente 20 días y después, proporcionaría US \$50.000 en servicios de conservación para cualquier artefacto. La carta continúa con |

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | información adicional que trata de satisfacer los requisitos de la Junta expresados en la reunión del 17 de mayo. |
| 28 de julio de 2005 | El Ministerio de Cultura español remite un fax al MAE en el que se expresa que tanto el Ministerio de Cultura como la Junta desean tener la certeza de que el pecio es el SUSSEX. Por ello un arqueólogo de la Junta estará a bordo del buque con acceso pleno a todas las pruebas. Si el pecio realmente es el SUSSEX la Junta colaborará con OME y el Reino Unido para permitir el trabajo que sea necesario -- incluyendo trabajo en aguas españolas si es ahí donde se encuentra el SUSSEX -- con un arqueólogo designado por la Junta. El Ministerio de Cultura no autoriza la excavación del pecio y declara que todo trabajo tiene que realizarse acorde con los estándares establecidos por la Junta. Una vez todo el trabajo en relación al SUSSEX termine, toda la documentación deberá ser entregada a la Junta. |
| 18 de agosto de 2005 | E-mail del Departamento de Estado de EEUU a OME y sus representantes legales declarando que la Embajada de EEUU en Madrid ha recibido una Note Verbal del MAE de 28 de julio de 2005 en respuesta a la Note Verbal de la Embajada de EEUU de fecha 2 de marzo de 2005. El MAE establece en su nota que: <br><br> - España reconoce que los pecios de buques de Estado debidamente identificados pertenecen al Estado de bandera. <br> - Las aguas de Gibraltar son Españolas y el Reino Unido no tiene derecho a ellas (se adjunta una carta náutica del Instituto Hidrográfico Español). <br> - El MAE autoriza una expedición para identificar el pecio con la condición que arqueólogos Españoles tomen parte en la expedición. Una vez el trabajo de identificación del pecio concluya, OME deberá requerir un nuevo acuerdo mediante canales diplomáticos adjuntando una propuesta arqueológica para la extracción de los restos arqueológicos. |
| 24/25/29 de agosto 2005 | Durante este periodo de tiempo los representantes legales de OME contactan con la Junta en varias ocasiones para requerir la designación de un arqueólogo. |
| 1 de septiembre de 2005 | Los representantes legales de OME contactan con Doña Carmen García Rivera que requiere con el fin de designar un arqueólogo, un documento que contenga la siguiente información: <br><br> - Descripción de los trabajos arqueológicos. <br> - Puerto en el que embarcarán los arqueólogos. <br> - Calendario de trabajo. <br> - Fecha de comienzo del trabajo y su duración. <br><br> Finalmente Doña Carmen Rivera solicita una copia de la Note Verbal del MAE a la Embajada de EEUU en Madrid. |
| 2 de septiembre de 2005 | Una copia de la Note Verbal del MAE es enviado a la Junta por los representantes legales de OME por medio de la Embajada de los EEUU en Madrid. La representación legal de OME es informada que la interpretación de MAE de que de la lectura de la Nota Verbal español de 2 de septiembre de 2005 es claro que no esta condicionado al nombramiento de los arqueológicos por parte de la Junta de Andalucía. |
| 8 de septiembre | Los representantes de OME, remiten una carta a Don Jesús Romero |

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| de 2005 | Benítez, Director General de Bienes Culturales de la Junta de Andalucía con la información solicitada por Doña Carmen García Rivera. |
| 27 de septiembre de 2005 | Los representantes legales de OME, envían un fax Don Jesús Romero Benítez, Director General de Bienes Culturales de la Junta de Andalucía, solicitando la designación de un arqueólogo. |
| 28 de septiembre de 2005 | Don Jesús Romero Benítez, Director General de Bienes Culturales de la Junta de Andalucía, hace llegar una carta que lleva fecha de 26/09/05 en la que se informa que no se designará un arqueólogo debido al oscurantismo del proyecto. Designará un arqueólogo una vez se obtenga una autorización administrativa de acuerdo con los requerimientos expresados en las leyes de patrimonio histórico Andaluza y Española. |
| 30 de septiembre de 2005 | La Junta de Andalucía publica una nota de prensa en la que se desmiente el haber alcanzado un acuerdo en la designación de un arqueólogo. |
| 12 de noviembre de 2005 | El Ministerio de Cultura, remite una carta a los representantes de OME quejándose de que OME ha retomado su trabajo sin la autorización necesaria de la Junta de Andalucía tal y como lo requiere la Ley de patrimonio Histórico Andaluz. |
| 14 de noviembre de 2005 | Los representantes legales de OME informan a Don José Pons, Director General de Política Exterior y Cooperación del MAE que OME quiere retomar la expedición. El fax enviado a Tarifa Control por medio de fax, que informa de la intención de la empresa de retomar la expedición. Adjunta al fax de OME enviado al Centro de Control de Tarifa se adjunta a la comunicación. |
| 14 de noviembre de 2005 | OME remite una carta al Ministerio de Cultura adjuntando una propuesta para recuperar los restos arqueológicos. Con misma fecha, los representantes legales de OME envían un e-mail al Don José Pons en el que se declara que OME ha informado al Centro de Control de Tráfico acerca del trabajo que OME estará realizando. |
| 17 de noviembre de 2005 | Los representantes legales de OME reciben un fax de la Capitanía Marítima de Algeciras en el que se declara que han recibido orden de la Junta de Andalucía requiriendo a OME el cese inmediato de su trabajo en la zona (13 millas) al no haberse designado un arqueólogo por la Junta. También declara que para que un arqueólogo embarque, OME debe tener la autorización necesaria para llevar acabo el proyecto de la Junta de Andalucía. Los representantes legales de OME informan a la Capitanía Marítima de Algeciras que el MAE ha autorizado la expedición sin un arqueólogo español a bordo de acuerdo con la Note Verbal dirigida a la Embajada de EEUU en Madrid. |
| 17 de noviembre de 2005 | Una copia de la carta de la Junta de Andalucía de fecha 28 de septiembre de 2005 y una copia de la correspondencia mas reciente entre OME y la Junta es enviada a Don José Pons. |
| 17 de noviembre de 2005 | El Ministerio de Cultura envía un fax a D.Manuel de la Camara con "la postura del Ministerio de Cultura y de la Junta de Andalucía en |

12

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | relación con las actuaciones de la empresa OME en el Sussex" y adjunta un fax del MAE del Don Pedro Moya Milanés miembro de la Consejería de la Presidencia de la Junta de Andalucía de la misma fecha da claro que MAE apropiadamente otorgado a OME el permiso ya que siguieron las instrucciones del Ministerio de la Cultura y que además, fue la responsabilidad del Ministerio de la Cultura de arreglar el asunto con la Junta (Ver **Anexo E-2**) |
| 23 de noviembre de 2005 | OME suspende sus operaciones con el fin de dar al MAE tiempo para que pueda solucionar los problemas con la Junta. |
| 28 de noviembre de 2005 | Los representantes legales de OME informan de que el MAE ha contactado con Don Pedro Moya, la persona de la Junta que se encarga del tema OME y que es también la persona a la que la representación legal de OME ha intentado contactar con el fin de conseguir el nombramiento de arqueólogos para que se unan a la expedición. |
| 30 de noviembre de 2005 | Los representantes legales de OME contactan con Don Manuel de la Cámara que solicita una carta de OME a Don Jesús Romero aclarando los siguientes puntos de interés:<br>- Las fechas de enero en las que se llevará acabo el trabajo.<br>- Una declaración de la empresa en que se diga que el objetivo de la expedición es la identificación del pecio.<br>- Precisar las actividades que se llevarán acabo para identificar el pecio.<br>- La zona aproximada en la que se llevarán acabo las operaciones.<br>- Otra petición a la Junta para la nominación de un arqueólogo. |
| 1 de diciembre de 2005 | Siguiendo la sugerencia de la Junta, los representantes legales de OME envían una carta a Don Jesús Romero Benítez en la que se le da la información requerida. OME indica que toda esta información ya ha sido sometida por OME a diferentes Ministerios y Administraciones en el pasado.<br>La carta se dirige a al Sr. Romero, al Ministerio de Cultura así como al MAE y a la Embajada de EEUU en Madrid. |
| 2 de diciembre de 2005 | La Junta responde a la carta de OME con la misma carta de 28 de septiembre. |
| 9 de diciembre de 2005 | Los representantes legales de OME, hacen llegar un fax a la atención de don José Pons (MAE) al que se adjunta la notificación realizada el pasado 7/12/05 al Centro de Control Marítimo de Tarifa acerca de las operaciones previstas por OME en la zona. Como en el pasado (cada vez que la empresa sale a operar en la zona) la información remitida a Tarifa incluye las características del buque así como las coordenadas geográficas y temporales de la operaciones que se realizarían en la expedición. |
| 10 de enero de 2006 | OME es requerida a abandonar la zona y se toman los datos del Capitán D. Keith Herron por la Guardia Civil. |
| 11 de enero 2006 | Se hace llegar la citación del Capitán D. Keith Herron por un delito de desobediencia grave a los agentes de la autoridad citándole para que comparezca delante de la Guardia Civil de Algeciras el día 12 de enero de 2006. Esta citación es basada en Odyssey realizando las operaciones que habían sido autorizadas previamente |
| 11 de enero de 2006 | La Junta de Andalucía publica una nota de prensa oficial en la que se declara que OME no tiene autorización para operar en la zona al no |

13

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | haberse designado arqueólogos para el proyecto y que la Junta es la única autoridad competente en este tema y que la Junta ha informado a OME de su falta de autorización. |
|---|---|
| 16 de enero de 2006 | La representación legal de OME recibe un fax de la Policía al que se acompaña la citación judicial del Capitán D. Keith Herron por parte del Juzgado de Instrucción Num. 3 de La Línea de la Concepción. La comparecencia deberá ser el día 18 de enero de 2006. |
| 19 de enero de 2006 | Los representantes legales de OME remiten un fax a Don Jesús Romero Benítez de la Junta al que se adjunta una vez mas una invitación a OME para que embarque el arqueólogo español. |
| 19 de enero de 2006 | Los representantes legales de OME hacen llegar una carta vía fax a la Presidencia de la Comunidad Autónoma, el Sr. Chávez, Presidente de la Comunidad solicitando una reunión para resolver el tema del nombramiento de los arqueólogos. |
| 20 de enero de 2006 | La Junta contesta diciendo que no va a designar un arqueólogo hasta que no se les remita una propuesta que cumpla con el Real Decreto 168/2003.<br>La Junta adjunta un fax de la Dirección General de Bienes Culturales de la Junta y del Director General del Ministerio de Cultura Español que apoyan la respuesta de la Junta que se reefiere a la necesidad de un permiso. |
| 25 de enero de 2006 | La Embajada de Estados Unidos en Madrid recibe una Note Verbal del MAE en la que se comunica que sin la autorización de la Junta de Andalucía y la presencia de un arqueólogo de la Junta a bordo, OME no puede continuar con su trabajo. |
| 8 de febrero de 2006 | Reunión con OME, Greg Stemm, el Señor Stephen Wright (en ese momento Embajador de Reino Unido en España), el Sr. Peter Spoor y el Sr. Romero de la Junta de Andalucía y la representación legal de OME. En esta reunión el Gobierno británico declara que está interesado en el proyecto y que en ningún momento piensa que se haya infringiendo derecho alguno y que la conducta de OME en ojos del Reino Unido es correcta.<br>El Gobierno de España declara que la competencia para dar autorización pertenece a la Junta. La Junta no consideró que el plan del proyecto arqueológico presentado sea suficiente.<br>El Sr. Romero, entrega una copia del documento "Informe sobre la tramitación administrativo de autorización de las actividades de recuperación del navío ingles HMS SUSSEX por parte de la empresa OME" de fecha 7 de febrero de 2006 |
| 6 de marzo de 2006 | OME prepara una nota de prensa para su página web, aprobado por el Sr. Manuel de la Cámara (MAE). |
| 29 de marzo de 2006 | Notificación del escrito de Inicio de Procedimiento Sancionador por la Dirección General de Bienes Culturales de la Junta de Andalucía |
| 30 de marzo de 2006 | Note Verbal de la Embajada Británica adjuntando un informe Proyecto Mar del Alborán, elaborado por OME en contestación de los requisitos identificados por el Sr. Romero durante la reunión en el MAE de 8 de febrero de 2006. |
| 5 de mayo de | La Embajada británica informa a OME que la Junta está satisfecha con |

14

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| 2006 | el informe presentado por OME y que se nombrará a un arqueólogo. |
| 18 de mayo de 2006 | Contestación por carta de la Junta de Andalucía con una lista de comentarios sobre la documentación aportada por OME. Ahora reclamando que el plan de arqueológico detallada que fue proporcionado (y aprobado por el Gobierno del Reino Unido) no es suficiente para obtener permiso para el Proyecto del Mar de Alborán. |
| 6 de junio de 2006 | OME prepara y por medio de la Embajada Británica presenta un segundo informe del Proyecto del Mar de Alborán a la Junta en contestación a sus comentarios en su carta del 18 de mayo de 2006. |
| 12 de julio de 2006 | El MAE notifica a la Embajada Británica en Madrid la contestación de la Junta de Andalucía. La Junta no considera subsanados los defectos desestimándose así a la solicitud del permiso. |
| 29 de agosto de 2006 | Reunión en Sevilla con la Junta de Andalucía, la Embajada Británica así como el representante técnico de Odyssey en relación al Proyecto Mar de Alborán. |
| 12 de septiembre de 2006 | Carta de OME en relación con las preguntas formuladas durante la reunión en Sevilla de 29 de agosto de 2006. OME solicita que una reconocida institución española revise el Proyecto del Mar de Alborán y en relación a las coordenadas únicamente dice que colaborará en la facilitación de las mismas con el Gobierno británico. El entendimiento de OME es que en arras al espíritu de cooperación, facilitará las coordinadas de todo pecio que se hayan localizado en anteriores campañas en aguas españolas como parte del Proyecto del Mar Alboran. |
| 26 de septiembre de 2006 | OME se defiende ante la propuesta de sanción de la Junta de Andalucía. |
| 2 de octubre de 2006 | Carta del Ministro para Europa de Reino Unido - el Sr. Geoff Hoon del Gobierno británico dirigida a Manuel Chávez Presidente de a Comunidad Autónoma de Andalucía. En esta carta se destaca que hay una diferencia de opiniones entre Reino Unido y España en relación al estatus de las aguas pero insta a que esto se deje de lado este tema con el fin de colaborar conjuntamente en el tema del SUSSEX. También se hace referencia a las acciones no resueltas contra el capitán que aún no ha sido solucionado y que este procedimiento puede complicar la situación. <br> También indica que las coordenadas del proyecto de OME están en manos del Centro de Control Marítimo de Tarifa. |
| 4 de octubre de 2006 | E-mail del Sr. Carlos Sánchez de las Heras de la Dirección General de Bienes Culturales de la Junta con requisitos adicionales por parte de la Junta de Andalucía – para limitar la zona del pecio tanto como sea posible y que se autentifiquen las calificaciones académicas de los arqueólogos de OME. |
| 10 de octubre de 2006 | Contestación de OME al e-mail del Sr. Carlos Sánchez de las Heras enviado a través de la Embajada Británica. OME repite que colaborará con Reino Unido en relación a las coordenadas del pecio y que se encargará de la expedición del documento notarial de las calificaciones de su personal. |
| 13 de noviembre | Se celebra una reunión con la Dirección General de Bellas Artes del |

*Este documento es confidencial y solo para el uso y comentario del recipiente
designado. No debe ser distribuido a cualquier otra persona sin autorización de
un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| de 2006 | Ministerio de Cultura en Madrid al que es atendida por el cofundador de OME, el Sr. Greg Stemm; el representante legal de OME, Don José Luís Goñi y Doña Elisa de Cabo del Mnisterio de Cultura. Se discutió la posibilidad de la existencia de hallazgos de pecios que pudieran tener interés cultural o histórico para España. OME ofrece a España la oportunidad de colaborar en los proyectos discutidos y deja claro que algunos de los pecios se encontraban en peligro por otros salvadores y que OME estaba preparada a colaborar con España para identificar y proteger esos hallazgos. Esta oferta ya se hizo anteriormente en varias ocasiones a autoridades Españolas y Andaluzas. |
| 26 de enero de 2007 | La representación legal de OME envía un fax a los oficiales de la Guardia Civil en Algeciras adjuntando una carta náutica en la que se establece la zona de operaciones así como de la zona de prueba de equipos. |
| 27 de enero de 2007 | Reunión de OME y sus representantes legales con la oficiales de la Guardia Civil de Algeciras. Se le explica la naturaleza de las operaciones que se llevarán acabo por OME. Es el entendimiento de aquellos que atendieron la reunión, que ninguna de las actividades planeadas se considerarían una violación de la ley española. Se acuerda que OME informe a la Guardia Civil antes del comienzo de cualquier operación, entregando una detallada carta náutica de la zona así como una descripción de toda actividad antes de su realización. |
| 12 de febrero de 2007 | Fax de la representación legal de Odyssey a la atención de los oficiales de la Guardia Civil en Algeciras adjuntando una nueva carta náutica de la zona y una descripción de las operaciones. |
| 12 de febrero de 2007 | Nota verbal del MAE identificando los requisitos para que OME retome las operaciones. El MAE pide que OME identifique el personal científico y técnico cualificado, que arqueólogos designados por la Junta se encontrarán a bordo del buque y que antes de iniciar las actividades atienda a una reunión con expertos británicos y españoles y que se informe mensualmente acerca de esta fase de las operaciones. |
| 13 de febrero de 2007 | Note verbal de la Embajada Británica en contestación a la nota del MAE del día anterior en la que se enumeran los requisitos para retomar las operaciones, se propone el 28 de febrero de 2007 como día de la celebración de la reunión de coordinación del proyecto. |
| 16 de febrero de 2007 | Fax de la representación legal de OME a la atención de los oficiales de la Guardia Civil en Algeciras adjuntando una nueva carta náutica de la zona para la continuación de las actividades de inspección en la zona. |
| 5 de marzo de 2007 | Fax de la representación legal de OME a la atención de los oficiales de la Guardia Civil en Algeciras adjuntando una nueva carta náutica de la zona de operaciones así como copia del aviso a los navegantes. |
| 3 de marzo de 2007 | La Embajada Británica envía una Note Verbal al MAE expresando que está de acuerdo con los términos expresados por el MAE para que OME retome las operaciones y solicita nuevamente a la Junta que nombre arqueólogos que acompañen a OME. Se refiere la Note Verbal también a comenzar a gestionar los preparativos de la primera reunión de coordinación y se propone una nota de prensa conjunta con España. |

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| 5 de marzo de 2007 | Los representantes legales de OME envían a los oficiales de la Guardia Civil el aviso a navegantes así como una copia de la carta náutica indicando la zona relevante para que se continúe con las operaciones de inspección. |
| 23 de marzo de 2007 | Reunión en Sevilla entre Greg Stemm de OME, la representación legal de OME, la Junta de Andalucía y la Embajada Británica. En esta reunión OME realiza una presentación detallada del Proyecto Mar de Alborán. La Junta esta de acuerdo que la arqueología del Proyecto es excelente y salvo algunas aclaraciones formales de OME, procederán a nombrar arqueólogos españoles para que acompañen a OME. |
| 23 de marzo de 2007 | Nota de Prensa del MAE en la que se anuncia un acuerdo entre el Gobierno español y Reino Unido para la realización de trabajos de prospección en el tema SUSSEX. |
| 24 de marzo de 2007 | Los representantes legales de OME llaman al oficial de la Guardia Civil en Algeciras para informarle acerca de la reunión de Sevilla y remitirle copia del artículo de prensa de El País en relación al SUSSEX de fecha 26 de marzo de 2007. |
| 27 de marzo de 2007 | Nota de Prensa del Ministerio de Cultura en que se niega que este Ministerio haya autorizado actividades por parte de OME. |
| 30 de marzo de 2007 | OME presenta un tercer informe a la Junta de Andalucía por medio de la Embajada Británica en contestación a sus requerimientos durante la reunión en Sevilla. |
| 14 de mayo de 2007 | Fax de la representación legal de OME a la atención de la Guardia Civil adjuntando copia del aviso a los navegantes. |
| 17 de mayo de 2007 | Fax de la representación legal de OME a la atención de la Guardia Civil adjuntando una nueva carta náutica de la zona de operaciones. |
| 23 de mayo de 2007 | Los representantes legales de OME contactan con los oficiales de la Guardia Civil de Algeciras para explicar prensa reciente en relación al BLACK SWAN y para enviarle un fax con información que constaba de una nota de prensa oficial de OME en la que se deja claro que el BLACK SWAN no se encontró durante operaciones en el área que estaba monitorizando la Guardia Civil y que de hecho no fue encontrados en aguas españolas. Los representantes legales de OME confirman que su número de teléfono puede entregarse al cuartel general de al Guardia Civil en Madrid si requieren información. |
| 23 de mayo de 2007 | Los representantes legales de OME reciben una llamada del Comandante Cortes de la Guardia Civil, persona a cargo de las investigaciones en relación al BLACK SWAN. Los representantes legales de OME envían una copia del mismo fax que fue enviado anteriormente a la Guardia Civil de Algeciras y se ofrece cualquier información adicional que requiera el Comandante Cortes. Los representantes legales de OME indican que en este momento la Guardia Civil no necesitaba hablar con los representantes legales de OME. |
| 23 de mayo de 2007 | Los representantes legales de OME reciben una carta vía fax de Don Julián Martínez García, Director General de Bellas Artes y Patrimonio Cultural del Ministerio de Cultura solicitando que los representantes legales de OME le den información muy urgente en relación a la |

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | identidad del pecio y los documentos de aduanas en lo que se refiere a la exportación de las monedas a EE.UU. |
| 24 de mayo de 2007 | Los representantes legales de OME llaman a Don Julián Martínez García para organizar una reunión en contestación a su carta. |
| 24 de mayo de 2007 | Los subcontratistas de OME en España son acercados por la Guardia Civil en Sevilla. |
| 24 de mayo de 2007 | Decisión del juez en el procedimiento abierto contra el Capitán Herron en el Juzgado de la Lina. El juez requiere un informe de la Guardia Civil en relación a la territorialidad de las aguas donde ocurrió el incidente. |
| 29 de mayo de 2007 | Los representantes legales de OME se reúnen con Don Julián Martínez García en el Ministerio de Cultura y entregan al Sr. Martínez copia de una carta preparada por los representantes legales de OME en respuesta al requerimiento de información, confirmando *inter alia* que el yacimiento del BLACK SWAN no se encuentra en aguas españolas y que la identidad del pecio aún se desconoce. |
| 5 de junio de 2007 | Un oficial del Departamento de Estado de EE UU, informa a un oficial de la Embajada de España, que algunos de los falsos informes de las operaciones de OME en el Mar de Alborán son resultado de la promoción de OME con Volvo y Disney y que a OME no se les ha permitido revelar este extremo públicamente. Esta información se pasó de forma oficial según los usos de los Gobiernos con la intención de aclarar las falsas revelaciones e informes por la prensa. Sobre este tema se debía mantener la confidencialidad. |
| 5 de junio de 2007 | La prensa española informa que se han comenzado procedimientos penales contra OME y que existe una orden de un juez para arrestar y llevar a puerto español a los buques de OME para que estos sean registrados. |
| 6 de junio de 2007 | Greg Stemm se reúne con oficiales en la Embajada Española en Washington DC y le da información sustancial sobre las operaciones de OME en los últimos nueve años. |
| 6 de junio de 2007 | Información confidencial acerca de la promoción de Volvo y Disney se filtra a la prensa por el Ministerio de Cultura. |
| 11 de junio de 2007 | La representación legal de OME se presenta ante el juez en el tribunal de la Línea de la Concepción donde la prensa informó que existían diligencias abiertas para así conseguir información en relación a las alegaciones. OME entrega un poder para pleitos y un escrito en el que confirma al juzgado que el BLACK SWAN no se ha localizado en aguas españolas. El juez comunica verbalmente a la representación legal de OME que se le permite la presentación de escritos en el juzgado pero que al ser los procedimientos secretos, el juez no dará información alguna en relación a las alegaciones o el alcance de las investigaciones. |
| 14 de junio de 2007 | La representación legal de OME se reúne con la Oficina de la Fiscalía en Cádiz para discutir las alegaciones criminales. La representación legal de OME confirma que los representantes de OME están dispuestos a testificar en el juzgado y que ofrecen sus buques para una inspección voluntaria en relación con cualquier alegación de un delito |

18

*Este documento es confidencial y solo para el uso y comentario del recipiente designado. No debe ser distribuido a cualquier otra persona sin autorización de un oficial o el representante legal de Odyssey Marine Exploration Inc.*

| | |
|---|---|
| | en aguas jurisdiccionales españoles; el fiscal declara que OME debería presentar cualquier información por escrito al juzgado y permitir a este decidir si quiere información de OME. |
| 21 de junio de 2007 | La representación legal de OME recibe de vuelta por parte del juzgado de la Línea el poder para pleitos original y la solicitud de personación en el procedimiento sin explicación alguna del juzgado. |

19



**EXHIBIT E-1**

**TO THE**

**CHRONOLOGY**

Letter to Mr. Luis Lafuente (MoC)

Summarizing March 27, 2005 Meeting

———————————

**ANEXO E-1**

**AL**

**CRONOLOGIA**

Carta a D. Luis Lafuente (MdeC)

Resumiendo reunión de 27 de marzo de 2005

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*
*Este documento es confidencial y solo para el uso de recipiente designado. No debe ser distribuido a cualquier parte sin autorización de un oficial o representante legal de Odyssey Marine Exploration Inc.*



April 1, 2005

Sr. Luis Lafuente Batanero
SubDirector General del Proteccion del Patrimonio Historico
Ministerio de Cultura, Kingdom of Spain
Plaza de Rey, 1
28004, Madrid, Spain

**RE:** *Meeting at Ministry of Culture March 27, 2005 arranged by Sr. José Pons Irazazábal, Ministry of Foreign Affairs, Kingdom of Spain*

**In Attendance:** *Luis Lafuente Batanero (Ministry of Culture, Kingdom of Spain), Greg Stemm (Odyssey), Jose Luis Goñi, Marie Rogers (Goñi and Associates) and Michael Sestak (Embassy of the United States of America)*

Dear Sr. Lafuente,

First of all, let me express my thanks to you for taking the time to explain Spain's position and for allowing us to answer your questions relating to the Sussex project.

Those in attendance felt that your explanation of concerns was useful and provides a framework to prevent any problems with the project going forward, as well as to possibly involve Spain in the observation of the archaeological excavation of the shipwreck of the Sussex and perhaps other projects in a positive manner.

At the end of our discussions today, you and I agreed on a course of action which reflected the issues you presented, and this letter serves to confirm the results of our discussions.

I understand that you are requesting that we temporarily cease operations so that you may conduct some research within the Spanish Government in order to propose action on the following issues:

**1. Spain's interest in becoming involved with the archaeology of the Sussex**

Without prejudice to the legal status of waters the Sussex lies in, you have suggested that the fact that it lies close to Spain represents an opportunity for the UK to extend to Spain an invitation for some involvement in certain aspects of the archaeological excavation of

the shipwreck, in order to further your own research into the underwater cultural heritage close to Spain's shores.

This potential cooperation might include a proposal for a Spanish appointed archaeologist to be invited to join the operation to observe and report the results to the Spanish Government.

*Requested action: You will propose the terms of Spain's desired archaeological association with the Sussex project.*

## 2. A policy for shipwrecks of other nations with Spanish historical association

You expressed that Spain has a cultural interest in historical shipwrecks that have somehow been involved in the Kingdom of Spain's history, without regard to ownership. You expressed that the Kingdom of Spain would like to present its ideal parameters for involvement in these types of projects and possibly other sovereign Spanish shipwrecks that Odyssey may find, whether in international waters, or the waters of other countries.

*Requested action: For you to provide a proposed protocol for Spain's involvement with shipwrecks that Odyssey may find that are not Spain's property, but with Spanish heritage association.*

## 3. Determination of Spain's competent authority for Sussex and other projects

Considering items #1 and #2 above, Spain will propose a strategy for assigning the competency for cultural resource management — whether in territorial waters or international waters.

The result will be a specific recommendation for the competency and involvement of the Spanish government.

*Requested action: For you to identify Spain's competent authority for the supervision of Spain's involvement with the shipwrecks with whom we will be in consultation in the future.*

## 4. Policy with the United States and the United Kingdom on warships

Spain wishes to develop a policy in coordination with the UK and the US for the management of sovereign warships, with respect for ownership rights, but taking into consideration cultural associations and the desire to share archaeological information -- without regard for where shipwrecks lie.

This policy might entail use of the Sussex as a model for the first shipwreck project accomplished under this protocol.

*Requested action: For you to contact appropriate authorities in Spain that are dealing with sovereign shipwreck legal issues in the UK and US and provide comment on whether any legal initiatives by these countries might be applicable to the Sussex project.*

*Odyssey will seek to have information from both these countries furnished to you to assist on this issue.*

**5. Protocol for Spanish shipwrecks found throughout the world**

Recognizing Odyssey's leadership in the field of deep ocean archaeology and conservation, and in view of Odyssey's willingness to cooperate with the Kingdom of Spain in protection of Spain's sovereign immune shipwrecks which Odyssey may locate in international waters – or the territorial waters of other countries - we would like to develop a protocol for dealing with these shipwrecks in advance of locating them.

This protocol would include an agreement for notification as well as a policy for protection, potential archaeological excavation and conservation, as well as ultimate disposition of artifacts subject to the regulations of the Kingdom of Spain.

*Requested action: For you to provide a proposed protocol for notification, protection and process for possible engagement of Odyssey's archaeological services for Spanish shipwrecks outside Spain's territorial waters.*

**6. Proposed demonstration project**

At this time, Odyssey is prepared to collaborate with you to conduct a model excavation of one of the ancient Roman or Phoenician shipwrecks we have located in the territorial waters of Spain. This would be accomplished in cooperation with the competent archaeological authority of Spain, and the collection of artifacts, as well as all records from the project would be turned over to Spain.

*Requested action: For you to provide Odyssey with the appropriate contacts in the Institution or Department in Spain with whom such a project might be undertaken, as well as the course for authorization of such an operation, conditional on meeting Spain's legal and policy requirements for such a project.*

**7. Project plan questions**

We understand that your archaeologists are carefully reviewing the Sussex project plan, and intend to provide questions relative to that document. Once we have received those questions, we will endeavor to answer any of your concerns or address any issues which might result from their examination.

We also stand ready to propose to the UK Government that selected members of your team visit the ship as observers in order to become familiar with the archaeological technology and systems firsthand.

*Requested action: For you to provide Odyssey with a list of questions related to the Sussex project plan that the Ministry of Culture would like addressed as soon as possible so that we have time to respond before April 15.*

I believe that these are the outstanding issues that you and I decided should be addressed going forward, in order to provide the Kingdom of Spain an understanding of the Sussex project, but also to move forward in other areas of possible cooperation in the management and protection of underwater cultural heritage.

As we discussed, we understand that there are policy decisions to be made and other agencies to consult in the development of a response to these issues, which will take some time. I have consulted with our Directors, and we have decided to suspend operations on the Sussex site for 15 days in order to show our good faith and to provide you with time to present us with a plan to address these issues, as well as a timetable that you feel may be necessary to address any outstanding issues that cannot be dealt with within this time period.

Again, I appreciate your cooperation and stand ready to provide whatever assistance you might require to help in the resolution of these issues.

Sincerely,

Greg Stemm
Director, Odyssey Marine Exploration Inc.



**EXHIBIT E-2**

**TO THE**

**CHRONOLOGY**

Fax to Mr. Manuel de la Camara

dated November 17, 2005

with

Attached Fax to Mr. Pedro Moya Milanes

and

English Translation

---

**ANEXO E-2**

**AL**

**CRONOLOGIA**

Emision por Fax a D. Manuel de la Camara

Fecha de 17 de noviembre de 2005

con

Emision por Fax adjunto a D. Pedro Moya Milanes

y

Traducción Inglesa

*This document is confidential and intended only for the use of the recipient. It should not be distributed to any party without authorization of an officer or legal representative of Odyssey Marine Exploration Inc.*
*Este documento es confidencial y solo para el uso de recipiente designado. No debe ser distribuido a cualquier parte sin autorización de un oficial o representante legal de Odyssey Marine Exploration Inc.*



MINISTERIO DE
ASUNTOS
EXTERIORES Y DE
COOPERACIÓN

SECRETARIA DE ESTADO DE
ASUNTOS EXTERIORES Y PARA
IBEROAMÉRICA
DIRECCIÓN GENERAL DE POLÍTICA
EXTERIOR PARA EUROPA Y
AMÉRICA DEL NORTE

## F A X

| De: Dirección General de Política Exterior para Europa y América de Norte |
|---|
| A: D. Pedro Moya Milanés<br>Consejería de la Presidencia de la Junta de Andalucía |

| Asunto: ODYSSEY | |
|---|---|
| Su fax: 0955 05 18 97 | N/fax : 91 394 86 27 |
| Nº DE PÁGS. INCLUYENDO PORTADA: 8 | |
| Fecha: 17-11-05 | |

Adjunto te remito el fax que remitió la Dirección General de Bellas Artes y Bienes Culturales del Ministerio de Cultura al Ministerio de Asuntos Exteriores el pasado 28 de julio. Como puedes ver tanto el enunciado como el contenido es claro, rotundo e inequívoco.

Tras la lectura de este fax se remitió la Nota Verbal que, igualmente te adjunto, a la Embajada Norteamericana. Estos son los hechos.

Me parece un asunto muy serio en el que de ninguna manera podemos dar a entender que la tramitación fue incorrecta por nuestra parte. Bajo mi punto de vista solo cabe que el Ministerio de Cultura aclare con la Junta de Andalucía los términos en los que se produjo el contenido de la telecopia del pasado 28 de junio.

EL DIRECTOR GENERAL,

José Pons

| CORREO ELECTRÓNICO |
|---|

Pl. Marqués de Salamanca, 8
28006-MADRID
Tel. 91 379 92 37/98 79
Fax 91 577 30 11

EN CASO DE PROBLEMAS EN LA RECEPCIÓN, POR FAVOR, LLAME A NUESTRAS OFICINAS.

(16)

26/07 '05 JUE 13:07 FAX 917011301

**SUBDIRECCIÓN GENERAL DE PROTECCIÓN DEL PATRIMONIO HISTÓRICO**
Nº de FAX (91) 5229305

Dirección General de Bellas Artes y Bienes Culturales

TELE-FAX

A LA ATENCIÓN DE: D. Manuel de la Cámara

DE: Luis Lafuente.

Nº DE PÁGINAS: 2

TEXTO

Te remito la postura del Ministerio de Cultura y de la Junta de Andalucía en relación con las actuaciones de la empresa ODYSSEY en el Sussex.




## MINISTERIO DE CULTURA

El Ministerio de Cultura del Reino de España y la Junta de Andalucía admiten que el naufragio de HMS Sussex, dondequiera que esté es de propiedad exclusiva del Gobierno británico y que Odyssey Marine Exploration Inc tiene un contrato en exclusividad para la excavación del citado pecio.

El Ministerio de Cultura y la Junta de Andalucía desean tener la certeza de que el pecio de que se trata es el Sussex. Para satisfacer este requisito, se deberá permitir ir a bordo del Odyssey a los representantes que la Junta de Andalucía designe durante las etapas preliminares de la operación con acceso pleno a toda prueba que sea recuperada.

En el caso de que se comprobara y el Reino Unido admitiera que el buque es el Sussex, la Junta de Andalucía reconocería el derecho de Odyssey para continuar las operaciones en el yacimiento de conformidad con el plan arqueológico que ha sido autorizado por el Reino Unido y que todos los objetos de ese pecio pertenecen al Gobierno del Reino Unido.

Hasta que todas las partes no den por válida la identificación del pecio como el del Sussex, cualquiera de los objetos recuperados de ese yacimiento serán inventariados y conservados en lugar seguro en el barco desde el cual las operaciones están siendo dirigidas.

En el caso de que el pecio no resultare ser el Sussex, la Junta de Andalucía estará de acuerdo en cooperar con el Gobierno del Reino Unido y con Odyssey para continuar la búsqueda del Sussex dando permiso para que ésta tenga lugar en las aguas españolas de la costa de Andalucía.

En el caso de que se lleven a cabo futuras operaciones de búsqueda del Sussex, Odyssey hará disponible un camarote para un observador designado por la Junta de Andalucía. Odyssey también proporcionará comida y alojamiento para este observador sin ningún cargo.



En el transcurso de cualquier búsqueda realizada en aguas territoriales españolas de la costa andaluza, no se tocará ningún yacimiento sin el permiso de la Junta de Andalucía aunque sí se permitirán fotos y vídeos para la identificación del pecio.



MINISTERIO
DE CULTURA



DIRECCIÓN GENERAL
DE BELLAS ARTES
Y BIENES CULTURALES

Todos los datos de búsqueda, localización de pecios y cualquier otra información que se genere por estas actividades en aguas territoriales de la costa andaluza será entregada a la Junta de Andalucía



Toda actividad de búsqueda en las aguas jurisdiccionales de la costa de Andalucía se realizará de conformidad con la normativa relativa al patrimonio cultural andaluz, normas de navegación y demás normas aplicables.

Al finalizar las operaciones referentes al Sussex, Odyssey entregará a la Junta de Andalucía toda la documentación arqueológica, incluyendo el informe final de la excavación o prospección llevada a cabo, fotos vídeos... relativos al pecio para empleo no lucrativo educativo y de investigación.

[Translation of Official Document]                                    - 9 -

MINISTRY OF FOREIGN AFFAIRS AND COOPERATION

SECRETARY OF STATE OF FOREIGN AFFAIRS AND FOR IBEROAMERICA
GENERAL DIRECTORATE OF FOREIGN POLICY FOR EUROPE AND NORTH
AMERICA

FAX

FROM: GENERAL DIRECTORATE OF FOREIGN POLICY FOR EUROPE AND
NORTH AMERICA

TO:     Mr. Pedro Moya Milanes
        Department of the Presidency of the Junta De Andalusia

SUBJECT: ODYSSEY

Fax # 0955 051897              Our Fax: 91 394 86 27

No of Pages Including Cover: 8

Date: Nov 17, 2005

Attached I remit to you the fax that the General Directorate of Fines Arts and Cultural
Goods of the Ministry of Culture sent to the Ministry of Foreign Affairs last July 28.  As
you can see the statement as well as the content is clear, emphatic and unmistakable.

After reading this fax a Nota Verbal was sent that, equally I attach for you, to the
American Embassy.  These are the facts.

It seems to me a very serious issue in which under no circumstances can we let it be
understood that the procedure was incorrectly carried out by us.  In my view all that can
be done is for the Ministry of Culture to clarify with the Junta de Andalucia the terms
upon which the content of the fax of the 28th June was produced.

THE DIRECTOR GENERAL

JOSE PONS

ELECTRONIC MAIL
Pl. Marques de Salamanca
28006- MADRID
Tel: 91 379 92 37/98 79
Fax: 91 577 30 11

In case of reception problems, please, call our offices

GENERAL SUBDIRECTORATE OF THE PROTECTION OF HISTORICAL PATRIMONY

GENERAL DIRECTORATE OF FINE ARTS AND CULTURAL GOODS

TELE-FAX

TO THE ATTENTION OF: Mr. Manuel de la Camara

FROM: Luis Lafuente

No of Pages: 2

TEXT:

I send you the position of the Ministry of Culture and the Junta de Andalusia in relation to the actions of the company ODYSSEY on the Sussex

SIGNATURE OF SENDER

MINISTRY OF CULTURE
GENERAL DIRECTORATE OF FINE ARETS AND CULTURAL GOODS

The Ministry of Culture of the Kingdom of Spain and the Junta de Andalusia admit that the shipwreck of HMS Sussex, wherever this is, is the exclusive property of the British Government and that Odyssey Marine Exploration Inc. has a contract with exclusivity for the excavation of said wreck.

The Ministry of Culture and the Junta de Andalusia desire to have the certainty that the wreck that is being dealt with is the Sussex. To satisfy this requirement, the representatives must be permitted on board the Odyssey that the Junta de Andalusia designates during the preliminary stages of the operation with full access to all proof that is recovered.

In the case that it is proved and the United Kingdom admits that the ship is the Sussex, the Junta de Andalusia will recognize the right of Odyssey to continue the operations in the deposit in conformance with the archaeological plan that has been authorized by the United Kingdom and all the objects of this wreck belong to the Government of the United Kingdom.

Until all the parties validate the identification of the wreck as the Sussex, any of the objects recovered from this deposit will be inventoried and conserved in a secure place on the ship from which the operations are directed.

In the case that the wreck does not result in being the Sussex, the Junta de Andalusia will agree to cooperate with the Government of the United Kingdom and with Odyssey to continue the search for the Sussex giving permission for this to take place in the Spanish waters of the Andalusian coast.

In the case that future Sussex search operations are brought to a head, Odyssey will make available a stateroom for an observer designated by the Junta de Andalusia. Odyssey will also provide meals and lodging for this observer without any charge.

In the course of any search carried out in Spanish territorial waters of the Andalusian coast, no deposit will be touched without the permission of the Junta de Andalusia although photos and videos are permitted for the identification of the wreck.

All of the information of search, location of wrecks and any other information that is generated by these activities in territorial waters of the Andalusian coast will be delivered to the Junta de Andalusia.

All search activity in the jurisdictional waters of the Andalusian coast will be carried out in conformance with the rules applicable to Andalusian cultural patrimony, navigational rules and further applicable rules.

To finalize the operations referring to the Sussex, Odyssey will deliver to the Junta de Andalusia all of the archaeological documentation, including a report of the final excavation or surveying carried out, photos, videos … related to the wreck for non lucrative educational use and for investigation.

-End-