USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 8:07-cv-00614-SCB-MAP    Document 24    Filed 08/06/2007    Page 1 of 3

**U.S. Department of Justice**
United States Marshals Service

FILED
2007 AUG -6 AM 9:33
MIDDLE DISTRICT OF FLORIDA

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Odyssey Marine Exploration, Inc. | 8:07-CV-00614-SCB-MAP |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Unidentified Shipwrecked Vessel, its apparel, tackle, etc. | Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Unidentified Shipwrecked Vessel, its apparel, tackle, etc. +brass plaque

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Allen von Spiegelfeld
P. O. Box 1438
Tampa, FL 33601

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Artifacts are being delivered to the office of the United States Marshal for the Middle District of Florida.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 813-228-7411
DATE: 4/13/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | 18 | 18 | | 4-13-07 |

Odyssey Marine Exploration, Inc. v. The Unidentified Shipwrecked Vessel    Doc. 24

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 4/13/07    Time: 4:30 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy: Brenda L. Ferebee

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $90.00 | | | | 2500.00 | $0.00 |

REMARKS:
4/13/07 Served on sub. custodian @ USMS office

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
center point coordinates:
(to be provided to the Court under seal)
in rem,

    Defendant(s).
_____/

CIVIL ACTION

Case No.: 8:07-CV-00614-SCB-MAP

## WARRANT OF ARREST *IN REM*

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: THE MARSHAL OF THE UNITED STATES
    FOR THE MIDDLE DISTRICT OF FLORIDA
    TAMPA DIVISION

**GREETINGS:**

**WHEREAS,** on the 9th day of April, 2007, Plaintiff Odyssey Marine Exploration, Inc., a Nevada corporation licensed to do business in Florida, filed a Complaint *in rem* against the Defendant Unidentified Shipwrecked Vessel, its apparel, tackle, appurtenances, and cargo located within center point coordinates provided the Court under seal ("Defendant Shipwrecked Vessel") and any artifacts recovered therefrom ("the Artifacts");

**NOW THEREFORE,** you are commanded to take into your possession the small bronze block which has now been brought up by the Plaintiff from the Defendant Shipwrecked Vessel

and brought within the jurisdiction of this Honorable Court, as well as future artifacts recovered from the Shipwrecked Vessel itself.

**YOU ARE HEREBY** further commanded forthwith to cite and admonish the salvage from the Defendant vessel to be and appear before the District Court at the Clerk's Office in said District, within thirty (30) days after service, and then and there, to interpose in writing, a claim, and therewith or thereafter a responsive pleading to the Complaint filed herein within twenty (20) days following such claim, a copy of which Complaint you shall serve upon the salvage from the Defendant Shipwrecked Vessel with this Writ directing the *in rem* Defendant Shipwrecked Vessel to serve a copy of its claim and of its responsive pleading upon the Plaintiff's attorney.

And how you shall have executed this Writ, make known to the Court with your Certificate of Execution thereof written.

BY: **SHERYL L. LOESCH**, Clerk of Court

DATED: 13 APR 2007

BY: _____
Deputy Clerk

2345060