IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division
In Admiralty

| | | |
|---|---|---|
| ODYSSEY MARINE EXPLORATION, INC. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | Case No: 8:07-CV-00614-SCB-MAP |
| | : | |
| THE UNIDENTIFIED, SHIPWRECKED VESSEL, if any, its apparel, tackle, appurtenances and cargo located within a five mile radius of the center point coordinates provided to the Court under seal, | : | |
| | : | |
| Defendant; *in rem* | : | |
| and | : | |
| The Kingdom of Spain, | : | |
| Claimant. | : | |
| _____/ | : | |

## ORDER

NOW, this ___ day of _____, 2007, upon consideration of Plaintiff, Odyssey Marine Exploration, Inc.'s ("Plaintiff") Amended Verified Complaint in Admiralty, the Plaintiff's Motion for Order Granting Preliminary Injunctive Relief, and the Sworn Statement of Plaintiff's Cofounder, Gregory P. Stemm, the Court finds as follows:

The Defendant Site is located in the Atlantic Ocean beyond the territorial waters or contiguous zone of any sovereign nation.

dockets.Justia.com

The Plaintiff has arrested the Defendant Site and has been appointed Substitute Custodian over the artifacts recovered therefrom.

There is a reasonable possibility that unknown parties may attempt to interfere with the Plaintiff's ongoing recovery operations at the Defendant Site, and such interference would cause irreparable injury and harm to Plaintiff as well as to the Defendant Site, itself, thus justifying the immediate issuance of preliminary injunction until the hearing and resolution of this proceeding. Plaintiff warrants to the Court that it shall monitor evidence of activity related to the Defendant Site and give notice of the Order to any third party coming within the area of the Defendant Site.

NOW, THEREFORE, IT IS ORDERED as follows:

Plaintiff's Motion for a Preliminary Injunction confirming the Plaintiff's exclusive rights to recover the Unidentified Shipwrecked Vessel located within the area defined by the center point coordinates given to the Court under seal and temporarily enjoining and restraining any and all interference by any third parties with Plaintiff's exclusive rights to salvage the Defendant Site is hereby GRANTED.

IT IS FURTHER ORDERED that any and all third parties are hereby enjoined from conducting search and/or recovery operations, or conducting activities which would disturb the Defendant Site in any manner or that would interfere with Plaintiff's exclusive rights to continue its recovery the Defendant Site.

**IT IS SO ORDERED.**

_____