# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

-vs-                              Case No. 8:07-cv-614-T-24 MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within center point coordinates,
in rem,

    Defendant.

_____/

## **O R D E R**

This cause comes before the Court on Claimant Kingdom of Spain's Amended and Refiled Motion for Transfer. (Doc. No. 33.) Because this case involves questions of law or fact common to those in *Odyssey Marine Exploration, Inc. v. The Unidentified Shipwrecked Vessel*, Case No. 8:06-cv-1685-SDM-TBM, previously pending before the Honorable Steven D. Merryday, the Motion to Transfer is **GRANTED**. This cause is hereby **TRANSFERRED** to Judge Merryday, with his consent, for all further proceedings pursuant to Local Rule 1.04(b), M.D. Fla.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of August, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies furnished to:
The Honorable Steven D. Merryday
Counsel of Record