NV Num. 205/07

```
Oficina de Asuntos de
                 Gibraltar
        ENTRADA
   22-07-07 : 632
```

2 July 2007

## NOTE VERBALE

Her Britannic Majesty's Embassy acknowledges receipt of Nota Verbal 126/11 dated 22 June 2007 from the Ministry of Foreign Affairs and Co-operation of Spain and has the honour to submit the following reply.

The Embassy would like to inform the Ministry that responsibility for the granting of import and export licences lies with the Government of Gibraltar and does not constitute part of the UK's responsibility for Gibraltar's external affairs. The UK Government has, however, passed on the Ministry's request to the Government of Gibraltar.

The Government of Gibraltar has requested the UK Government to inform the Ministry of Foreign Affairs and Co-operation that two export licences have been granted by the Gibraltar Customs authorities to Odyssey Marine Exploration with regard to objects declared to have been taken from the sea as a result of the exploration and excavation of archaeological objects deposited on the seabed. The Government of Gibraltar has given the UK Government copies of these licences with a request that they be passed to the Ministry in response to its note. Copies are attached.

Her Britannic Majesty's Embassy avails itself of this opportunity to renew to the Ministry of Foreign Affairs and Co-operation the assurance of itsr highest consideration.

British Embassy
MADRID

1

Dockets.Justia.com

NV Núm. 205/07

### NOTA VERBAL

La Embajada de Su Majestad Británica acusa recibo de la Nota Verbal núm. 126/11 del 22 de junio de 2007 remitida por el Ministerio de Asuntos Exteriores y de Cooperación y tiene el honor de darle la respuesta siguiente.

La Embajada desea informar al Ministerio que la responsabilidad por la concesión de licencias de importación y exportación corresponde al Gobierno de Gibraltar y no constituye parte de la responsabilidad del Reino Unido por los asuntos exteriores de Gibraltar. Sin embargo, el Gobierno británico ha transmitido la petición del Ministerio al Gobierno de Gibraltar.

El Gobierno de Gibraltar ha pedido al Gobierno Británico que informe al Ministerio de Asuntos Exteriores y de Cooperación de la concesión por parte de las autoridades aduaneras de Gibraltar de dos licencias de exportación a Odyssey Marine Exploration con respecto a objetos oficialmente extraídos del mar como consecuencia de actividades de prospección y excavación de objetos arqueológicos depositados en los fondos marinos. El Gobierno de Gibraltar ha dado al Gobierno Británico copias de estas licencias con el ruego de que se las haga llegar al Ministerio en respuesta a su nota. Se adjuntan copias.

La Embajada de Su Majestad Británica aprovecha esta ocasión para reiterar al Ministerio de Asuntos Exteriores y de Cooperación el testimonio de su más alta consideración.

Embajada Británica
Madrid

2 de julio de 2007

 

CUS ... RM  CUS 111

## IMPORTS AND EXPORTS (CONTROL) REGULATIONS
### * APPLICATION FOR EXPORT LICENCE

Name of Applicant  *Odyssey Marine Exploration (Vessel          )*

Address  *5215 West Laurel St Tampa, FL 33607*

Name of Consignee  *Odyssey Marine Exploration*

Address  *5215 West Laurel St Tampa FL 33607*

Date of export  *10 Apr 2007*  by  ☐ Sea (Name of M.V.)..........
☐ Land (Vehicle Reg. Number)..........
☑ Air (Flight Number)  *Private Plane Netjet*
☐ Parcel Post

Destination of goods  *US*  Ultimate destination of goods  *US*

Description of goods  *and Coins /Antique Artefacts Bronze/Copper Ingots As Per Attached List*

Value  *1,496,926*  Quantity  *Per Attached List*  No. of Parcels..........  Weight..........

Have these goods paid duty in Gibraltar?  ☐ Yes  ☑ No  (Entry No.)  *N/A*

N.B. -(1) This application should be submitted at least 24 hours prior to export date.
(2) To facilitate issue of licence any correspondence or invoice in support of this application should be attached.

DECLARATION. I/We the undermentioned do hereby declare the above information to be correct to the best of my/our knowledge and belief.

Date  *10 Apr 2007*  Signature ..........
(Applicant)

---

### FOR OFFICIAL USE

*11/4/07*
Date

Collector of Customs

PERMISSION GRANTED
Export Licence No  *752/07*

COLLECTOR OF CUSTOMS

Special conditions/instructions ..........

Remarks on export ..........
*Exported by Aircraft  11/4/07
Reg N7775AS*

Stamp

(name)          (signature)
Officer supervising export

3

AiRE ___T
REG = N445QS

## PROFORMA INVOICE     V:0001   Page 1 of 2

Importer's Statement of value or the price paid in the form of an invoice

Not being in possession of a special or commercial invoice, I request that you accept the statement of value or the price paid in the form of the invoice submitted below.

Seller:   N/A          Artifacts recovered from an unknown shipwreck, Site AMS-D
Location:   Approximately . miles
Importer:   **Odyssey Marine Exploration, Inc.**     Address:   5215 West Laurel, Tampa, Fl

The merchandise has been removed pursuant to a Federal arrest and resulting court order.
The values given below are true and correct to the best of my knowledge and are based upon:

( )     Advice from the Importer     Date: 10 April 2007
( X )    Other                     Insured Value

| Marks & Numbers | Quantities and Descriptions | Unit Price | Total Price |
|---|---|---|---|
| various | qty= 10,080 Silver Coins | | |
| | Classification: 9801001010/3 | $5.00 | $50,450.00 |
| various | qty= 203 Gold Coins | | |
| | Classification: 9801001010/3 | $5.00 | $1,015.00 |
| various | qty= 3 Gold Boxes | | |
| | Classification: 9801001010/3 | $5.00 | $15.00 |
| none | qty= Copper Ingot | | |
| | Classification: 9801001010/3 | $5.00 | $5.00 |
| none | qty= 2 Tin Ingots | | |
| | Classification: 9801001010/3 | $5.00 | $10.00 |
| none | qty= Bronze Ingot | | |
| | Classification: 9801001010/3 | $5.00 | $5.00 |
| none | qty= Cannon Ball | | |
| | Classification: 9801001010/3 | $5.00 | $5.00 |
| none | qty= Cannon Ball Fragment | | |
| | Classification: 9801001010/3 | $5.00 | $5.00 |
| none | qty= Bronze Pulley Wheel | | |
| | Classification: 9801001010/3 | $5.00 | $5.00 |

Itemize all charges:  Charges are ( ) included  ( ) not included.  If any other invoice is received, I will immediately file it with the Director of Customs.

Importer:  **Odyssey Marine Exploration, Inc.**
Address:   5215 West Laurel, Tampa, FL

Date:        10-Apr-07          Signature _____



PROFORMA INVOICE    V:0001  Page 2 of 2

Importer's Statement of value or the price paid in the form of an invoice
Not being in possession of a special or commercial invoice, I request that you accept the
statement of value or the price paid in the form of the invoice submitted below.

Seller: N/A        Artifacts recovered from an unknown shipwreck, Site AMS-D
Location: Approximately    miles
Importer: Odyssey Marine Exploration, Inc.    Address:  5215 West Laurel, Tampa, Fl

The merchandise has been recovered pursuant to a Federal arrest and resulting court order.
The values given below are true and correct to the best of my knowledge and are based upon:

( )    Advice from the Importer    Date: 10 April 2007
(X)    Other                      Insured Value

| Marks & Numbers | Quantities and Descriptions | Unit Price | Total Price |
|---|---|---|---|
| none | qty= 11 Wood Fragments<br>Classification: 9801001010/3 | $5.00 | $55.00 |
| none | qty= Clay Sample<br>Classification: 9801001010/3 | $5.00 | $5.00 |
| none | qty=<br>Classification: 9801001010/3 | $5.00 | |
| none | qty=<br>Classification: 9801001010/3 | $5.00 | |
| none | qty=<br>Classification: 9801001010/3 | $5.00 | |
| none | qty=<br>Classification: 9801001010/3 | $5.00 | |
| none | qty=<br>Classification: 9801001010/3 | $5.00 | |
| none | qty=<br>Classification: 9801001010/3 | $5.00 | |
| none | qty=<br>Classification: 9801001010/3 | $5.00 | |

Itemize all charges: Charges are ( ) included  ( ) not included.  If any other invoice is received, I will
immediately file it with the Director of Customs.

Importer:  Odyssey Marine Exploration, Inc.
Address:  5215 West Laurel, Tampa, FL

Date:    10-Apr-07    Signature

# Artifact Shipping List

**ODYSSEY** MARINE EXPLORATION

| Project: | AMSTERDAM | Destination: | Odyssey Headquarters, Tampa, FL |
|---|---|---|---|
| Location: | AMS-D | Shipping Method: | Personal Transport |
| Shipping Date: | 10-Apr-2007 | Donated by: | Tom Detweiler |
| Shipping ID: | AMS-D-07-02 | Carried by: | Greg Stemm |

| TAG Number | Container | No. | Subcontainer | No. | Artifact Type | Material | Storage Comment |
|---|---|---|---|---|---|---|---|
| AMS-D-07-0001-CC-SC | Big Black Bag | | Small Plastic Screwtop Pot | 1 | Coin | Silver | Stored in sea water, Dhandtber kit between coins |
| AMS-D-07-0002-CC-SC | Big Black Bag | | Small Plastic Screwtop Pot | 1 | Coin | Silver | Stored in sea water, thin rubber felt between coins |
| AMS-D-07-0003-CR | Big Black Bag | | Square Plastic Container | 2 | Other | Bronze | Stored in sea water, thin rubber felt between coins |
| AMS-D-07-0015-ATF-CB | Big Black Bag | | Round Plastic Container | 1 | Other | Iron | Stored in acetyl solution, pH11 |
| AMS-D-07-0017-CB | Big Black Bag | | Square Plastic Container | 3 | Misthsy | Iron | Stored in fresh water |
| AMS-D-07-0018-SF-FY | Big Black Bag | | | | Bldg Fittng | Bronze | Stored in acetyl solution, pH11 |
| AMS-D-07-0007-tf | Big Black Bag | | | | Ingot | Metal | Stored in big black bag (not labeled with TAG number) wrapped in wet burlap |
| AMS-D-07-0008-CC-SC | Various | | | | Ingot | Silver | Stored in 5 small black bags (inside bags are 1, 5, 1), wrapped in wet burlap |
| AMS-D-07-0009-CC-SC | Various | | Round Plastic Container | 1 | Coin | Silver | Stored in 3 small black bags (labels in bags 1, 5, 1), wrapped in wet burlap and 2 blue suitcases |
| AMS-D-07-0010-iL-TN | Various | 2 | | | Metal | Stored in small plastic bag (labels in 1, 2, 3) wrapped in wet burlap and plastic, SERF cobs in small mixed plastic container one of the big black bags |
| AMS-D-07-0011-GT-CU | Pelican Case | | | | Ingot | Metal | Stored in big black bag (inside labeled with TAG number) wrapped in wet burlap |
| AMS-D-07-0012-CR | Big Black Bag | | Square Plastic Container | 10 | Other | Wood | Stored in foam melted pelican case |
| AMS-D-07-0014-AR-CB | Big Black Bag | | Square Plastic Container | 8 | Other | Iron | Stored in fresh water |

Handed over by: Tom Detweiler        Items received by: Greg Stemm

Odyssey Marine Exploration: Artifact Shipping List        Page 1 of 2        Printed: 11-Apr-2007 01:05:20:31



| TAG Number | Container | No. | Subcontainer | No. | Artifact Type | Material | Storage Comment |
|---|---|---|---|---|---|---|---|
| AMS-D-07-0014-CO-SC | Pelican Case | 3 | Square Plastic Container | 7 | Coin | Silver | 5 packages wrapped in burlap and plastic |
| AMS-D-07-0015-OR | Big Black Bag | 7 | | | Other | Wood | Stored in fresh water |
| AMS-D-07-0016-PB | Pelican Case | 1 | Square Plastic Container | 7 | Personal Belongings | Gold | Stored in fresh water |
| AMS-D-07-0017-PB | Pelican Case | 1 | Square Plastic Container | 5 | Personal Belongings | Gold | Stored in fresh water |
| AMS-D-07-0018-PB | Pelican Case | 1 | Square Plastic Container | 6 | Personal Belongings | Gold | Stored in fresh water |
| AMS-D-07-0019-CO-SC | Pelican Case | 1 | | | Coin | Gold | Stored in fresh water |
| AMS-D-07-0020-CO-SC | Big Black Bag | 1 | | | Coin | Gold | A total of 12 coin tubes with fresh water. 10 tubes with 16 coins 8 ESC, 1 tube with 8 ESC, 1 tube with 11 coins 2 ESC |
| AMS-D-07-0021-CO-SC | Small Black Bag | 7 | Square Plastic Container | 8 | Coin | Silver | Stored in small black bag (foled 12), wrapped in velt, burlap and plastic |

Odyssey Marine Exploration - Arthas Shipping Ltd

Handed over by: Tom Dettweiler

Items received by: Greg Stemm

Printed: 11-Apr-2007 // 09:29:31



| XF Condition Quantity | Unit | Description | Value | Total |
|---|---|---|---|---|
| 203 | ea | Antique - 8 Escudo Gold Coin | $1,000.00 | $203,000.00 |
| 10090 | ea | Antique - 8 Reales Silver Coin | $125.00 | $1,261,250.00 |
| 200 | lbs | Antique - Copper Ingot Bar | $3.30 | $660.00 |
| 2 | ea | Antique - Tin Ingot Bar | $200.00 | $400.00 |
| 3 | ea | Antique - Gold Box | $220.00 | $660.00 |
| 1 | ea | Antique - Bronze Ingot Bar | $10,000.00 | $30,000.00 |
| 1 | ea | Antique - Cannon Ball | $700.00 | $700.00 |
| 1 | ea | Antique - Cannon Ball Fragment | $350.00 | $350.00 |
| 1 | ea | Antique - Bronze Pulley Wheel | $50.00 | $500.00 |
| 11 | ea | Antique - Wood Fragments | $500.00 | $50.00 |
| 1 | ea | Antique - Clay Sample | $5.00 | $11.00 |
| | | | $5.00 | $5.00 |

Total Value  $1,496,925.00

*** All artifacts pre-date 1850 ***

Date of transit
Port of Embarkation    Gibraltar
Port of Arrival    NY/NJ USA

Date: 4-10-07



 

# IMPORTS AND EXPORTS (CONTROL) REGULATIONS
## APPLICATION FOR EXPORT LICENCE

Name of Applicant ..... Odyssey Marine Exploration (Vessel)

Address ..... 5215 West Laurel Street, Tampa, FL 33607

Name of Consignee ..... Odyssey Marine Exploration

Address ..... 5215 West Laurel Street, Tampa, FL 33607

Date of export ..... 16 May 2007 ..... by ☐ Sea (Name of M.V.) .....
☐ Land (Vehicle Reg. Number) .....
☑ Air (Flight Number) ..... North American FLT
☐ Parcel Post

Destination of goods ..... US ..... Ultimate destination of goods ..... US

Description of goods ..... 551 plastic buckets containing clumps of encrusted silver coins, 4 copper ingots 1 cooler 2x3' with clumps of encrusted silver coins

Value ..... Est $2.5 million    Quantity ..... 500K    No. of Parcels ..... 557    Weight ..... 32,000 lbs

Have these goods paid duty in Gibraltar? ☐ Yes ☑ No    (Entry No.) ..... N/A

N.B. (1) This application should be submitted at least 24 hours prior to export date.
(2) To facilitate issue of licence any correspondence or invoice in support of this application should be attached.

DECLARATION. I/We the undermentioned do hereby declare the above information to be correct to the best of my/our knowledge and belief.

Date ..... 14 May 2007 ..... Signature ..... *(Alasdar Nesser)*
(Applicant)    ATTACHED (1) LTR. OF AUTHORITY
(2) MANIFEST

### FOR OFFICIAL USE

PERMISSION GRANTED

Export Licence No. 1021/07

Collector of Customs    14/5/07    Date

COLLECTOR OF CUSTOMS

Special conditions/instructions .....

Remarks on export .....

Stamp

(name) ..... (signature) .....
Officer supervising export .....





5215 W. LAUREL STREET
TAMPA, FLORIDA 33607

PHONE: (813) 876-1776
FAX: (813) 876-1777

*14, may 2007*

Subject: Application for Export Licenses

In amplification of application for export license dated 14 May 2007, the cargo is composed of encrusted clumps of silver coins in a corroded condition. The cargo was recovered from the Atlantic Ocean, approximately 180 NM West of Gibraltar, in accordance with rigorous archeological protocols. The value quoted on the application is an estimate based on the evaluated condition of the coins.

Aladar Nesser
International Liaison
*T: 033-672 486417*

Odyssey Marine Exploration
RV Odyssey Explorer
IMO # 7125811

www.shipwreck.net

SPECIALISTS IN SHIPWRECK RESEARCH & PROJECT DEVELOPMENT



| AMS-D Bucket Log | |
| --- | --- |
| 1 | 23 |
| 2 | 18 |
| 3 | 18 |
| 4 | 17 |
| 5 | 24 |
| 6 | 27 |
| 7 | 19 |
| 8 | 24 |
| 9 | 24 |
| 10 | 28 |
| 11 | 17 |
| 12 | 19 |
| 13 | 20 |
| 14 | 25 |
| 15 | 27 |
| 16 | 17 |
| 17 | 30 |
| 18 | 31 |
| | |
| 19 | 21 |
| 20 | 19 |
| 21 | 11 |
| 22 | 9 |
| 23 | 15 |
| 24 | 27 |
| | |
| 25 | 25 |
| 26 | 22 |
| 27 | 21 |
| 28 | 24 |
| 29 | 22 |
| 30 | 18 |
| 31 | 24 |
| 32 | 25 |
| 33 | 23 |
| 34 | 23 |
| 35 | 24 |
| 36 | 22 |
| 37 | 26 |
| 38 | 22 |
| 39 | 24 |
| 40 | 21 |
| 41 | 24 |
| 42 | 29 |
| 43 | 23 |
| 44 | 25 |
| 45 | 27 |
| 46 | 31 |
| 47 | 26 |
| | |



| | |
|---|---|
| 48 | 19 |
| 49 | 10 |
| 50 | 18 |
| 51 | 17 |
| 52 | 16 |
| 53 | 17 |
| 54 | 14 |
| | |
| 55 | 7 |
| 56 | 32 |
| 57 | 25 |
| 58 | 28 |
| 59 | 31 |
| 60 | 30 |
| 61 | 28 |
| 62 | 18 |
| 63 | 27 |
| 64 | 29 |
| 65 | 26 |
| 66 | 26 |
| 67 | 25 |
| 68 | 31 |
| 69 | 29 |
| 70 | 31 |
| 71 | 27 |
| 72 | 31 |
| 73 | 26 |
| 74 | 26 |
| 75 | 27 |
| 76 | 34 |
| 77 | 35 |
| 78 | 31 |
| 79 | 31 |
| 80 | 23 |
| 81 | 22 |
| 82 | 26 |
| 83 | 18 |
| 84 | 24 |
| 85 | 26 |
| 86 | 25 |
| 87 | 25 |
| 88 | 23 |
| | |
| 89 | 25 |
| 90 | 24 |
| 91 | 24 |
| 92 | 23 |
| 93 | 30 |
| 94 | 29 |
| 95 | 26 |
| 96 | 25 |
| 97 | 21 |



| | |
|---|---|
| 98 | 25 |
| 99 | 25 |
| 100 | 25 |
| 101 | 33 |
| 102 | 35 |
| 103 | 26 |
| 104 | 23 |
| 105 | 26 |
| 106 | 26 |
| 107 | 35 |
| 108 | 29 |
| 109 | 35 |
| 110 | 29 |
| 111 | 32 |
| 112 | 33 |
| 113 | 30 |
| 114 | 30 |
| 115 | 31 |
| 116 | 24 |
| 117 | 22 |
| 118 | 23 |
| 119 | 25 |
| 120 | 26 |
| 121 | 25 |
| 122 | 26 |
| 123 | 26 |
| 124 | 26 |
| 125 | 28 |
| 126 | 24 |
| 127 | 7 |
| | |
| 128 | 29 |
| 129 | 26 |
| 130 | 32 |
| 131 | 30 |
| 132 | 32 |
| 133 | 32 |
| 134 | 35 |
| 135 | 31 |
| 136 | 36 |
| 137 | 33 |
| 138 | 31 |
| 139 | 33 |
| 140 | 26 |
| 141 | 28 |
| 142 | 20 |
| 143 | 27 |
| 144 | 28 |
| 145 | 29 |
| 146 | 27 |
| 147 | 29 |

| | |
|---|---|
| 148 | 30 |
| 149 | 27 |
| 150 | 31 |
| 151 | 30 |
| 152 | 25 |
| 153 | 26 |
| 154 | 20 |
| 155 | 20 |
| 156 | 26 |
| 157 | 28 |
| 158 | 31 |
| 159 | 27 |
| 160 | 25 |
| 161 | 26 |
| 162 | 30 |
| 163 | 30 |
| 164 | 26 |
| 165 | 24 |
| 166 | 26 |
| 167 | 28 |
| 168 | 34 |
| 169 | 36 |
| 170 | 31 |
| 171 | 32 |
| 172 | 32 |
| 173 | 33 |
| 174 | 36 |
| 175 | 37 |
| 176 | 23 |
| 177 | 31 |
| 178 | 26 |
| 179 | 29 |
| 180 | 27 |
| 181 | 32 |
| 182 | 23 |
| 183 | 27 |
| 184 | 25 |
| 185 | 27 |
| 186 | 30 |
| 187 | 26 |
| 188 | 25 |
| 189 | 28 |
| 190 | 25 |
| 191 | 32 |
| 192 | 23 |
| 193 | 26 |
| 194 | 21 |
| 195 | 22 |
| 196 | 24 |
| 197 | 21 |



| | |
|---|---|
| 198 | 24 |
| 199 | 27 |
| 200 | 21 |
| 201 | 29 |
| 202 | 23 |
| 203 | 29 |
| 204 | 26 |
| 205 | 28 |
| 206 | 21 |
| 207 | 27 |
| 208 | 20 |
| 209 | 28 |
| 210 | 20 |
| 211 | 27 |
| 212 | 28 |
| 213 | 25 |
| 214 | 24 |
| 215 | 27 |
| 216 | 24 |
| 217 | 25 |
| 218 | 30 |
| 219 | 21 |
| 220 | 24 |
| 221 | 26 |
| 222 | 29 |
| 223 | 28 |
| 224 | 35 |
| 225 | 34 |
| 226 | 29 |
| 227 | 30 |
| 228 | 30 |
| 229 | 31 |
| 230 | 30 |
| 231 | 34 |
| 232 | 27 |
| 233 | 33 |
| 234 | 33 |
| 235 | 28 |
| 236 | 30 |
| 237 | 34 |
| 238 | 30 |
| 239 | 26 |
| 240 | 22 |
| 241 | 25 |
| 242 | 27 |
| 243 | 23 |
| 244 | 16 |
| White Box | 61 |
| | |
| 245 | 26 |
| 246 | 27 |
| 247 | 24 |



| | |
|---|---|
| 248 | 23 |
| 249 | 25 |
| 250 | 21 |
| 251 | 23 |
| 252 | 24 |
| 253 | 25 |
| 254 | 24 |
| 255 | 25 |
| 256 | 24 |
| 257 | 26 |
| 258 | 21 |
| 259 | 25 |
| 260 | 27 |
| 261 | 26 |
| 262 | 27 |
| 263 | 21 |
| 264 | 24 |
| 265 | 25 |
| 266 | 25 |
| 267 | 24 |
| 268 | 23 |
| 269 | 24 |
| 270 | 22 |
| 271 | 27 |
| 272 | 26 |
| 273 | 26 |
| 274 | 26 |
| 275 | 25 |
| 276 | 24 |
| 277 | 25 |
| 278 | 26 |
| 279 | 27 |
| 280 | 29 |
| 281 | 29 |
| 282 | 26 |
| 283 | 27 |
| 284 | 34 |
| | |
| 285 | 23 |
| 286 | 26 |
| 287 | 23 |
| 288 | 25 |
| 289 | 23 |
| 290 | 24 |
| 291 | 25 |
| 292 | 22 |
| 293 | 24 |
| 294 | 27 |
| 295 | 28 |
| 296 | 26 |
| 297 | 27 |
| 298 | 26 |

\*



| | |
|---|---|
| 299 | 26 |
| 300 | 28 |
| 301 | 26 |
| 302 | 29 |
| 303 | 29 |
| 304 | 25 |
| 305 | 27 |
| 306 | 26 |
| 307 | 24 |
| 308 | 25 |
| 309 | 11 |
| 310 | 23 |
| 311 | 21 |
| 312 | 27 |
| 313 | 22 |
| 314 | 24 |
| 315 | 31 |
| 316 | 24 |
| 317 | 27 |
| 318 | 30 |
| 319 | 24 |
| 320 | 23 |
| 321 | 28 |
| 322 | 25 |
| 323 | 26 |
| 324 | 24 |
| 325 | 22 |
| 326 | 24 |
| | |
| 327 | 28 |
| 328 | 24 |
| 329 | 27 |
| 330 | 27 |
| 331 | 29 |
| 332 | 23 |
| 333 | 27 |
| 334 | 30 |
| 335 | 29 |
| 336 | 25 |
| 337 | 27 |
| 338 | 18 |
| 339 | 30 |
| 340 | 20 |
| 341 | 24 |
| 342 | 22 |
| | |
| 343 | 28 |
| 344 | 24 |
| 345 | 23 |
| 346 | 27 |
| 347 | 29 |
| 348 | 31 |



| 349 | 22 |
|-----|-----|
| 350 | 32 |
| 351 | 24 |
| 352 | 32 |
| 353 | 22 |
| 354 | 31 |
| 355 | 28 |
| 356 | 22 |
| 357 | 28 |
| 358 | 32 |
| 359 | 22 |
| 360 | 28 |
| 361 | 24 |
| 362 | 29 |
| 363 | 27 |
| 364 | 28 |
| 365 | 26 |
| 366 | 23 |
| 367 | 24 |
| 368 | 28 |
| 369 | 25 |
| 370 | 23 |
| 371 | 22 |
| 372 | 27 |
| 373 | 29 |
| 374 | 24 |
| 375 | 27 |
| 376 | 25 |
| 377 | 33 |
| 378 | 26 |
| 379 | 26 |
| 380 | 26 |
| 381 | 27 |
| 382 | 20 |
| 383 | 26 |
| 384 | 27 |
| 385 | 24 |
| 386 | 26 |
| 387 | 23 |
| 388 | 25 |
| 389 | 26 |
| 390 | 24 |
| 391 | 23 |
| 392 | 24 |
| 393 | 24 |
| 394 | 23 |
| 395 | 29 |
| 396 | 29 |
| 397 | 25 |
| 398 | 32 |
| 399 | 25 |

*



| | |
|---|---|
| 400 | 35 |
| 401 | 28 |
| 402 | 30 |
| 403 | 30 |
| 404 | 27 |
| 405 | 32 |
| 406 | 28 |
| 407 | 28 |
| 408 | 28 |
| 409 | 32 |
| 410 | 33 |
| 411 | 26 |
| 412 | 29 |
| 413 | 28 |
| 414 | 27 |
| 415 | 27 |
| 416 | 31 |
| 417 | 30 |
| 418 | 31 |
| 419 | 31 |
| 420 | 31 |
| 421 | 27 |
| 422 | 24 |
| 423 | 29 |
| 424 | 23 |
| 425 | 27 |
| 426 | 27 |
| 427 | 28 |
| 428 | 26 |
| 429 | 31 |
| 430 | 26 |
| 431 | 26 |
| 432 | 27 |
| 433 | 33 |
| 434 | 29 |
| 435 | 30 |
| 436 | 32 |
| 437 | 34 |
| 438 | 31 |
| 439 | 29 |
| 440 | 31 |
| 441 | 29 |
| 442 | 34 |
| 443 | 25 |
| 444 | 22 |
| 445 | 22 |
| 446 | 18 |
| 447 | 25 |
| 448 | 23 |
| 449 | 29 |

| | |
|---|---|
| 450 | 26 |
| 451 | 24 |
| 452 | 22 |
| 453 | 25 |
| 454 | 26 |
| 455 | 21 |
| 456 | 23 |
| 457 | 20 |
| 458 | 24 |
| 459 | 23 |
| 460 | 23 |
| 461 | 23 |
| 462 | 23 |
| 463 | 21 |
| 464 | 23 |
| 465 | 25 |
| 466 | 20 |
| 467 | 20 |
| 468 | 22 |
| 469 | 19 |
| 470 | 21 |
| 471 | 20 |
| 472 | 20 |
| 473 | 21 |
| 474 | 22 |
| 475 | 23 |
| 476 | 24 |
| 477 | 24 |
| 478 | 23 |
| 479 | 23 |
| 480 | 27 |
| 481 | 23 |
| 482 | 28 |
| 483 | 28 |
| 484 | 24 |
| 485 | 26 |
| 486 | 26 |
| 487 | 24 |
| 488 | 23 |
| 489 | 23 |
| 490 | 31 |
| 491 | 25 |
| 492 | 31 |
| 493 | 29 |
| 494 | 27 |
| 495 | 28 |
| 496 | 24 |
| 497 | 22 |
| 498 | 21 |
| 499 | 25 |
| 500 | 25 |
| 501 | 24 |



| | |
|---|---|
| 502 | 32 |
| 503 | 34 |
| 504 | 27 |
| 505 | 29 |
| 506 | 30 |
| 507 | 23 |
| 508 | 27 |
| 509 | 32 |
| 510 | 31 |
| 511 | 27 |
| 512 | 36 |
| 513 | 27 |
| 514 | 26 |
| 515 | 23 |
| 516 | 27 |
| 517 | 26 |
| 518 | 31 |
| 519 | 27 |
| 520 | 30 |
| 521 | 27 |
| 522 | 27 |
| 523 | 26 |
| 524 | 31 |
| 525 | 29 |
| 526 | 21 |
| 527 | 28 |
| 528 | 31 |
| 529 | 35 |
| 530 | 34 |
| 531 | 31 |
| 532 | 30 |
| 533 | 40 |
| 534 | 33 |
| 535 | 32 |
| 536 | 33 |
| 537 | 30 |
| 538 | 37 |
| 539 | 29 |
| 540 | 28 |
| 541 | 34 |
| 542 | 28 |
| 543 | 27 |
| 544 | 32 |
| 545 | 34 |
| 546 | 30 |
| 547 | 25 |
| 548 | 35 |
| 549 | 42 |
| 550 | 22 |
| 551 | 21 |

Total     14513



### AMS-D Copper Ingot Log

| Seq No. | Date | Div | Shipped | Date |
|---|---|---|---|---|
| 2 | 8 May 2007 | 57 | Tampa | 16 May 2007 |
| 3 | 9 May 2007 | 59 | Tampa | 16 May 2007 |
| 4 | 9 May 2007 | 60 | Tampa | 16 May 2007 |
| 5 | 10 May 2007 | 62 | Tampa | 16 May 2007 |