IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

        Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED VESSEL, if any, its apparel, tackle, appurtenances and cargo located within a five mile radius of the center point coordinates provided to the Court under seal,

        Defendant;
        *in rem*

and

The Kingdom of Spain,

        Claimant.

CIVIL ACTION

Case No: 8:07-CV-00614-SDM-MAP

*This motion--stipulation--petition is GRANTED--APPROVED--DENIED-- DENIED AS MOOT-- in Tampa, FL on 9/28, 2007.*

*STEVEN D. MERRYDAY*
*UNITED STATES DISTRICT JUDGE*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A
REPLY TO CLAIMANT KINGDOM OF SPAIN'S
OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

COMES NOW, Plaintiff, ODYSSEY MARINE EXPLORATION, INC. ("ODYSSEY"), by and through undersigned counsel, and pursuant to Local Rules 3.01(c) and (d), hereby moves this Honorable Court for leave to file a reply of no more than five (5) pages to Claimant THE KINGDOM OF SPAIN's ("SPAIN") Opposition to Plaintiff's Motion for Protective Order. In support of this Motion, Plaintiff states: