IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| ODYSSEY MARINE EXPLORATION, INC. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | Case No: 8:07-CV-00614-SDM-MAP |
| | : | |
| THE UNIDENTIFIED, SHIPWRECKED VESSEL, | : | |
| if any, its apparel, tackle, appurtenances and | : | |
| cargo located within a five mile radius of the | : | |
| center point coordinates provided to the Court | : | |
| under seal, | : | |
| | : | |
| Defendant; | : | |
| *in rem* | : | |
| and | : | |
| | : | |
| The Kingdom of Spain, | : | |
| | : | |
| Claimant. | : | |
| _____// | | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY
TO KINGDOM OF SPAIN'S MEMORANDUM IN
<u>OPPOSITION TO MOTION FOR PROTECTIVE ORDER</u>**

COMES NOW, Plaintiff, ODYSSEY MARINE EXPLORATION, INC. ("Odyssey"), by and through undersigned counsel, and moves this Honorable Court for an extension to reply to the KINGDOM OF SPAIN's Memorandum in Opposition to Motion for Protective Order Regarding Preliminary Site Assessment (Docket #39) in this matter, and in support thereof would state:

1. ODYSSEY and the KINGDOM OF SPAIN have discussed this matter in detail and agree that an extension should be granted until October 22, 2007.

2403124

2.      The reason for the extension is to allow ODYSSEY sufficient time to research and reply fully and completely to the complicated issues raised in the Kingdom of Spain's Memorandum in Opposition to Motion for Protective Order Regarding Preliminary Site Assessment.

WHEREFORE, in light of the KINGDOM OF SPAIN's agreement, it is requested that the Court permit ODYSSEY until October 22, 2007, to reply to the Memorandum in Opposition to Motion for Protective Order Regarding Preliminary Site Inspection.

### MEMORANDUM OF LAW

The Federal Rules of Civil Procedure, Rule 6(b) provides that the Court can always extend or enlarge times when justice so requires.  In this instance, it is in the benefit of justice to allow the extension of time to reply to the KINGDOM OF SPAIN's Memorandum in Opposition.

### CERTIFICATE UNDER LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has conferred in good faith with counsel for Claimant, Kingdom of Spain, concerning the substance of this motion, and that counsel agree on the resolution of same.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 3, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain*.

      Respectfully submitted,

s/ Eric C. Thiel
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313
Attorneys for Plaintiff

2403124