IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

   Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
if any, its apparel, tackle, appurtenances and
cargo located within a five mile radius of the
center point coordinates provided to the Court
under seal,

   Defendant;
   *in rem*

and

The Kingdom of Spain,

   Claimant.

CIVIL ACTION

Case No: 8:07-CV-00614-SDM-MAP

[Stamp: This motion stipulation—petition is GRANTED—APPROVED—DENIED—DENIED AS MOOT in Tampa, FL on 10/4/2007
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE]

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
KINGDOM OF SPAIN'S MEMORANDUM IN OPPOSITION TO MOTION
FOR ORDER GRANTING PRELIMINARY INJUNCTIVE RELIEF**

COMES NOW, Plaintiff, ODYSSEY MARINE EXPLORATION, INC. ("Odyssey"), by and through undersigned counsel, and moves this Honorable Court for an extension to reply to the KINGDOM OF SPAIN's Memorandum in Opposition to Motion for Preliminary Injunctive Relief (Docket #38) in this matter, and in support thereof would state:

  1.  ODYSSEY and the KINGDOM OF SPAIN have discussed this matter in detail and agree that an extension should be granted until October 22, 2007.

2403035

Dockets.Justia.com