IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

  v.

             CIVIL ACTION

             Case No: 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
if any, its apparel, tackle, appurtenances and
cargo located within a five mile radius of the
center point coordinates provided to the Court
under seal,

    Defendant;
    *in rem*

and

The Kingdom of Spain,

    Claimant.

*[Stamp: This motion/stipulation----petition is GRANTED----APPROVED----DENIED---- DENIED AS MOOT---- in Tampa, FL on 10/4, 2007. STEVEN D. MERRYDAY, UNITED STATES DISTRICT JUDGE]*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO KINGDOM OF SPAIN'S MOTION TO DISMISS AMENDED COMPLAINT**

COMES NOW, Plaintiff, ODYSSEY MARINE EXPLORATION, INC. ("Odyssey"), by and through undersigned counsel, and moves this Honorable Court for an extension to respond to the KINGDOM OF SPAIN's Motion to Dismiss Amended Complaint (Docket #37) in this matter, and in support thereof would state:

  1.  ODYSSEY and the KINGDOM OF SPAIN have discussed this matter in detail and have agreed that an extension should be granted until October 22, 2007.

2403616