

**TRADING MARKETS.com Live!**
UPDATES EVERY 60 SECONDS

POWERRATINGS (for Traders)   Enter Symbol [GO] [SEARCH] [GO]

Home | PowerRatings | Products | Stocks | Options | Forex | E-minis/Futures | Community | LOGIN

PowerRatings FREE TRIAL | TradingMarkets FREE TRIAL

**NEW!** Featured Trading Products

**Raptor III**

Learn how in under 5 minutes a night, you can find stocks that consistently rise over the next 4-7 days...

FREE PRESENTATION
Tuesday, Oct 16 04:30 PM EDT

To attend this free presentation click here

**5x5x5 Portfolio Method**

Are you a momentum trader? How would you like to own a momentum trading method that has had double-digit or triple-digit returns every year?*

Sign Up For The Next Presentation
Thursday, Oct 18 04:30 PM EDT

To attend this free presentation click here

*Based on simulated trading results.

STOCK NEWS   More News: Top Stories | Stock Alerts | All Trading News

## Lawyer: There's proof that salvaged treasure is Spain's

Thursday, September 20, 2007; Posted: 03:14 PM

Miami, Sep 20, 2007 (EFE via COMTEX) -- OMEX | charts | news | PowerRating -- By Emilio J. Lopez.).- There is "very strong" evidence that valuable coins and other objects that a U.S. treasure-hunting firm salvaged in May from the depths of the Atlantic came from a Spanish-flagged vessel," James Goold, the lawyer representing Madrid in the case of the recovered booty, told Efe.

"There's very strong proof" that the haul of gold and silver objects and coins, valued at more than $500 million, that Odyssey Marine Exploration extracted "comes from a Spanish ship," said Goold, who on Wednesday presented a Spanish government claim.

In that motion, presented before a federal court in Tampa, Florida, where Odyssey is based, Spain asked the judge in charge of the case to "reject all the demands that Odyssey filed on August 6th with respect to the shipwreck code-named 'Black Swan.'"

Goold said the "formal petition" that was presented also seeks to have the court disallow

### More Breaking News about OMEX

» Walt Disney Pictures Launches "The World's Biggest Treasure Hunt" for Highly Anticipated Holiday Event Film NATIONAL TREASURE: BOOK OF SECRETS

» Walt Disney Pictures Launches "The World's Biggest Treasure Hunt" for Highly Anticipated Holiday Event Film National Treasure: Book of Secrets

» Spain seizes U.S. treasure-hunting ship

Click here for More News >>

### More Resources for OMEX

» PowerRatings (for Traders)
» PowerRatings (for Investors)
» Quotes & Charts



EXHIBIT A

## Raptor II
TRADING SIGNALS



Since 1995, Raptor II has gained on average 11.26% per winning trade within 8 trading days.* We are now pleased to offer you the opportunity to license the *Raptor II Signals* on a monthly basis.
More Info >>

▶ Start Your 14-Day FREE TRIAL

See All of Our Trading Products

*Improve Your Trading...*

* Based on hypothetical trades.

### This Week's Free Training Classes

🅖 FEATURED PRESENTATION

- **Tuesday, Oct 16 04:30 PM EDT**
  Attend This Free 45-Minute Presentation About the TradingMarkets Raptor III

- **Finding the Real Intraday Strength in the Forex Markets with FXpm**
  Wednesday, Oct 17 12:30 PM EDT

- **Sign up to learn more about the 5x5x5 Portfolio Method in our Free online seminar.**
  Thursday, Oct 18 04:30 PM EDT

- **How to Use TradingMarkets Tools Every Night to Find Tomorrow's Potential Trading Candidates**
  Monday, Oct 22 12:30 PM EDT

- **Learn How To Trade Our Best Performing System – Raptor II**
  Monday, Oct 22 12:30 PM EDT

- **PowerRatings (for Traders), the Tool Every Short-Term Trader Should**

Odyssey's claims "against Spain" and for it to find that the treasure-hunting firm "has no legal right" to the archaeological find.

The heart of the matter, Goold said, is that Odyssey "has violated legal principles" that "are very clear."

He stressed that these "legal principles" should take priority over any other argument or agreement and accused Odyssey of carrying out efforts to conceal information and said these "are beginning to come to light."

Goold said the court has not yet set a date for Odyssey to respond to the Spanish government's claim, although he added that this "is not an obligation" that the marine exploration company has to fulfill.

In an interview with Efe on Monday, Greg Stemm, Odyssey's co-founder and president, expressed his firm desire to eventually "learn the name of the ship from which we removed the treasure," but said the company had not found definitive proof.

"Perhaps we'll never be able to establish the identity of the vessel," Stemm said.

The Spanish Culture Ministry, however, said the most likely scenario is that the treasure haul was extracted from a Spanish-flagged wreck in international waters.

For its part, Odyssey always has defended the legality of the operation that led to the discovery of the underwater wreckage.

In the lawsuit it filed last month, the publicly-traded company demanded compensation from the Spanish government for losses it said it had incurred due to the "obstruction of its operations."

It also asked the Tampa-based court to establish absolute confidentiality over information related to the find, with the goal of avoiding leaks that adversely affect Odyssey's methodology and investigations.

Stemm said he was convinced that international law is on the company's side in its legal dispute with Spain.

He added in this sense that he does not understand the attitude of the Spanish authorities and noted that in November 2006 Odyssey approached them about directly participating in the recovery of the treasure.





**Use Every Day to Gain a Short-Term Edge**
Tuesday, Oct 23 12:30 PM EDT

▼ Sign Up For a Free Class Now

Stemm also said that the firm provided to U.S. District Judge Steven D. Merryday all the details on the wreck site, adding that the Spanish government can have access to that information if and when it signs a confidentiality agreement to prevent the precise location of the site from becoming publicly known.

Odyssey bases its claim to the underwater haul on the fact the Tampa court, which has competent maritime jurisdiction over the matter, granted to Odyssey the status of discoverer and trustee for all the items recovered from the disputed wreck.

Admiralty law establishes that 90 percent of the value of whatever is salvaged from such a treasure ship belongs to the firm or people who undertook the recovery.

Spain's legal position is based on the claim that either the booty was removed from Spanish territorial waters or it constitutes a Spanish-flagged archaeological resource, in both of which cases the treasure would belong to the government in Madrid.

Among other possibilities, experts have said the vessel in question could be the Santa Maria de las Mercedes, a Spanish frigate that sank in 1804 during an attack by a British naval squadron. EFE

emi/mc

 

More News: **Top Stories | Stock Alerts | All Trading News**



PREMIER SPONSORED LINKS



Interbank FX



Advertise Here

- Interbank FX - We give you the tools you need!
- Forex Training
- Free Practice Account with FOREX.com
- How I avoid common trading pitfalls...
- FREE Forex Daily Commentary for 2-weeks
- Attend a FREE 2 hour Investools class near you
- New reduced spread rates at optionsXpress!

**Toll-free 1-888-484-8220 ext. 1
Outside the U.S., please call 1-213-955-5858 ext. 1**

About TradingMarkets | Products | Contact | Advertise | Careers | Link to Us | Site Map | Help | Terms & Conditions | Privacy Policy | Return Policy | Testimonials

All analyst commentary provided on TradingMarkets.com is provided for educational purposes only. The analysts and employees or affiliates of TradingMarkets.com may hold positions in the stocks or industries discussed here. This information is NOT a recommendation or solicitation to buy or sell any securities. Your use of this and all information contained on TradingMarkets.com is governed by the Terms and Conditions of Use. Please click the link to view those terms. Follow this link to read our Editorial Policy.

© 2007 The Connors Group, Inc.