IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
a five mile radius of the center point coordinates
provided to the Court under seal,

    Defendant;
    in rem

and

The Kingdom of Spain,

    Claimant.

CIVIL ACTION

Case No. 8:07-CV-00614-SDM-MAP

**Claimant Kingdom of Spain's Unopposed Motion for Leave to File a Reply
to Plaintiff's Opposition to Claimant's Motion to Dismiss**

Claimant Kingdom of Spain ("Spain") hereby moves, pursuant to Local Rules 3.01(c) and (d), for leave to file a reply to Plaintiff Odyssey Marine Exploration, Inc.'s ("Odyssey") Opposition to Claimant Kingdom of Spain's Motion to Dismiss (Dkt. 53). Spain's reply would not exceed five (5) pages in length and would be filed promptly, no later than seven (7) business days after this motion is granted. Spain certifies that its counsel conferred with Odyssey's counsel pursuant to Local Rule 3.01(g) and was advised that this motion is not opposed.

Odyssey's Opposition to Claimant Kingdom of Spain's Motion to Dismiss ("Opposition") raises new matters to which Spain wishes to respond. For example, Odyssey's

Opposition contends, among other things, that Spain's motion to dismiss is procedurally defective, that Spain has filed a general appearance in this case, and that specific exceptions to sovereign immunity support subject matter jurisdiction over <u>in personam</u> claims against Spain. Spain's reply would briefly address these new contentions. Additionally, in its Opposition, Odyssey characterizes Spain's arguments and past filings in ways to which Spain wishes to respond briefly. For these reasons, Spain respectfully requests leave to reply to Odyssey's Opposition.

Respectfully submitted,

Dated: October 25, 2007

s/ James A. Goold
James A. Goold
District of Columbia Bar # 430315
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 662-5507
Fax: (202) 662-6291
E-mail: jgoold@cov.com

David C. Banker
Florida Bar # 352977
Bush Ross, PA
220 S. Franklin Street
P.O. Box 3913
Tampa, Florida 33601-3913
Telephone: (813) 224-9255
Fax: (813) 223-9255
E-mail: dbanker@bushross.com

-3-

<u>Certificate of Service</u>

I hereby certify that I caused the foregoing Claimant Kingdom of Spain's Unopposed Motion for Leave to File a Reply to Plaintiff's Opposition to Claimant's Motion to Dismiss to be served on Plaintiff's counsel, Allen von Spiegelfeld and Eric C. Thiel, via the Court's CM/ECF system on October 25, 2007.

s/ James A. Goold
James A. Goold
District of Columbia Bar # 430315
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 662-5507
Fax: (202) 662-6291
E-mail: jgoold@cov.com
