IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
a five mile radius of the center point coordinates
provided to the Court under seal,

    Defendant;
    in rem

and

The Kingdom of Spain,

    Claimant.

CIVIL ACTION

Case No. 8:07-CV-00614-SDM-MAP

This motion---stipulation---petition is
GRANTED---APPROVED---DENIED---
DENIED AS MOOT---in Tampa, FL, on 10/26, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

**Claimant Kingdom of Spain's Unopposed Motion for Leave to File a Reply
to Plaintiff's Opposition to Claimant's Motion to Dismiss**

Claimant Kingdom of Spain ("Spain") hereby moves, pursuant to Local Rules 3.01(c) and (d), for leave to file a reply to Plaintiff Odyssey Marine Exploration, Inc.'s ("Odyssey") Opposition to Claimant Kingdom of Spain's Motion to Dismiss (Dkt. 53). Spain's reply would not exceed five (5) pages in length and would be filed promptly, no later than seven (7) business days after this motion is granted. Spain certifies that its counsel conferred with Odyssey's counsel pursuant to Local Rule 3.01(g) and was advised that this motion is not opposed.

Odyssey's Opposition to Claimant Kingdom of Spain's Motion to Dismiss ("Opposition") raises new matters to which Spain wishes to respond. For example, Odyssey's