IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| ODYSSEY MARINE EXPLORATION, INC. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | Case No: 8:07-CV-00614-SDM-MAP |
| | : | |
| THE UNIDENTIFIED, SHIPWRECKED VESSEL, | : | |
| if any, its apparel, tackle, appurtenances and | : | |
| cargo located within a five mile radius of the | : | |
| center point coordinates provided to the Court | : | |
| under seal, | : | |
| | : | |
| Defendant; | : | |
| *in rem* | : | |
| _____/ | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on or about November 7, 2007, service of a copy of this Court's Order of November 2, 2007 [Docket No. 61] was served upon Claimant, The Kingdom of Spain, by delivering a copy of such order by email to Claimant's counsel of record.

    s/ Allen von Spiegelfeld
    Allen von Spiegelfeld – FBN 256803
    avonsp@fowlerwhite.com
    Eric C. Thiel – FBN 016267
    ethiel@fowlerwhite.com
    FOWLER WHITE BOGGS BANKER P.A.
    P.O. Box 1438
    Tampa, Florida 33601
    (813) 228-7411
    Facsimile: (813) 229-8313
    Attorneys for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC  20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL  33601, *Attorneys for Claimant, Kingdom of Spain*.

        s/ Allen von Spiegelfeld
        Allen von Spiegelfeld – FBN 256803
        avonsp@fowlerwhite.com
        Eric C. Thiel – FBN 016267
        ethiel@fowlerwhite.com
        FOWLER WHITE BOGGS BANKER P.A.
        P.O. Box 1438
        Tampa, Florida  33601
        (813) 228-7411
        Facsimile:  (813) 229-8313
        Attorneys for Plaintiff

2415483