mttayUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATIONS, INC.,

        Plaintiff,

v.                                      CASE NO.: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, if any, its apparel, tackle,
appurtenances and cargo located
within a five mile radius of the center
point coordinates provided to the Court
under seal,
        Defendant,
        *in rem*

and

THE KINGDOM OF SPAIN,

        Claimant.
_____/

## **ORDER**

In case numbers 8:06-cv-1685-T-23MAP, 8:07-cv-614-T-23MAP, and 8:07-cv-616-T-23MAP, the parties have filed several motions and responses that are substantially similar. To save the Court's time where the issues and arguments are identical, and to assist the Court in identifying important distinctions between the cases, it is hereby ordered:

1. When a party is making an identical filing in all three cases, the introductory paragraph shall state that the identical filing is being made in all three cases.

2. After consultation with the district judge, the heading should refer only to the particular case and case number, and not to all three cases (contrary to the procedure discussed at the preliminary pre-trial conference on November 26, 2007).

3. When a party is making parallel filings in all three cases – for instance, a motion or response that differs from the filings in the other cases only by a few footnotes, sentences, or paragraphs – the introductory paragraph shall state that similar but not identical filings are being made in all three cases, and **any language in the filing that differs from the language in the parallel filings in the other cases shall appear in bold.**

DONE and ORDERED at Tampa, Florida on November 28, 2007.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE