IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

| | |
|---|---|
| ODYSSEY MARINE EXPLORATION, INC. : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | |
| : | Case No: 8:07-CV-00614-SDM-MAP |
| : | |
| THE UNIDENTIFIED, SHIPWRECKED VESSEL,: | |
| if any, its apparel, tackle, appurtenances and : | |
| cargo located within a five mile radius of the : | |
| center point coordinates provided to the Court : | |
| under seal, : | |
| : | |
| Defendant; : | |
| *in rem* : | |
| _____/ | |

## NOTICE OF APPEARANCE

**COMES NOW** Melinda J. MacConnel (Florida Bar No. 0871151), and files this Notice of Appearance as counsel of record for Plaintiff, Odyssey Marine Exploration, Inc., in the above-referenced matter, and hereby requests that copies of all future pleadings and notices which Odyssey Marine Exploration, Inc. is entitled to receive be sent to the following:

Melinda J. MacConnel
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

An identical filing is being made in Case Nos.: 8:06-cv-1685-SDM-MAP and 8:07-cv-616-SDM-MAP.

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 21, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain.*

      s/ Allen von Spiegelfeld
      Allen von Spiegelfeld – FBN 256803
      avonsp@fowlerwhite.com
      Eric C. Thiel – FBN 016267
      ethiel@fowlerwhite.com
      FOWLER WHITE BOGGS BANKER P.A.
      P.O. Box 1438
      Tampa, Florida 33601
      (813) 228-7411
      Facsimile: (813) 229-8313


      s/ Melinda J. MacConnel
      Melinda J. MacConnel – FBN 871151
      Odyssey Marine Exploration, Inc.
      5215 West Laurel Street
      Tampa, FL 33607
      (813) 876-1776, ext. 2240
      Fax: (813) 830-6609
      E-mail: mmacconnel@shipwreck.net

      Attorneys for Plaintiff

2426841