UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION,
INC.,

    Plaintiff,

v.                                              CASE NO: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, if any, its apparel, tackle,
appurtenances and cargo located within a
five mile radius of the center point coordinates
provided to the Court under seal,

    Defendant,
    in rem,

and

THE KINGDOM OF SPAIN,

    Claimant.
_____/

## **ORDER**

A March 6, 2008, order (Doc. 91) dismisses count III of the amended complaint, which count seeks a preliminary injunction to secure the integrity of the recovery operation against interference from a third party. Accordingly, Odyssey Marine Exploration, Inc.'s motion (Doc. 28) for a preliminary injunction is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on April 4, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE