REPORTAJE: La batalla por un tesoro

# Las monedas de plata son españolas

El pecio descubierto por Odissey posiblemente es 'La Mercedes', el mítico barco que saltó por los aires el 5 de octubre de 1804 - El Gobierno puede reclamarlo

**ÁLVARO DE CÓZAR** - Madrid - 13/04/2008

*El Cisne Negro,* el nombre en clave con el que Odyssey bautizó al pecio con el tesoro más valioso hallado hasta ahora en el fondo del mar, ya tiene identidad: *Nuestra Señora de las Mercedes.* Un buque español hundido en 1804. Odyssey Marine Exploration, la compañía estadounidense especializada en la búsqueda de pecios submarinos, anunció su hallazgo el 18 de mayo de 2007. La empresa sólo dijo entonces que se trataba de un tesoro de 500.000 monedas de plata (17 toneladas) procedente de un buque de época colonial, encontrado en un lugar indeterminado del Atlántico. España siempre sospechó que Odyssey había expoliado *La Mercedes,* un mítico barco que saltó por los aires el 5 de octubre de 1804 tras un combate naval con los ingleses frente a la costa portuguesa del Algarve. Ésa es también la hipótesis de Odyssey desde hace mucho tiempo, según fuentes cercanas al caso.

Mark Pizzo, el juez que arbitra en la pelea entre España y Odyssey por los derechos del hallazgo, dio un plazo de 30 días a la empresa para que revelara la identidad del barco o bien la hipótesis más probable. En declaraciones a este periódico, Greg Stemm, el cofundador de la compañía, comentó el viernes que había dado al juez varias hipótesis, entre ellas la de *La Mercedes.* Stemm no especificó cuál de ellas era la más probable, pero entre bambalinas, ésa es la opción más plausible para los investigadores. Aun así, Odyssey sigue afirmando que un número indeterminado de pruebas contradictorias impide determinar con exactitud la identidad del buque.

El primer acto de la pugna legal que los abogados de ambas partes han mantenido durante todo este año en el juzgado de Tampa por los derechos sobre el hallazgo, se cierra así con la declaración de Odyssey.

La reticencia de la empresa a expresar públicamente el nombre del barco puede explicarse a través del pasado. A mediados de los noventa, Stemm y el otro cofundador de la empresa, John Morris, fueron investigados por la Comisión del Mercado de Valores de Estados Unidos bajo la sospecha de haber dado información inflada sobre un pecio que había hecho subir las acciones de la compañía. Así, pues, la idea de Stemm, según sus declaraciones, es que no debe haber más precipitaciones.

La historia está lejos de terminar. Una vez despejado el misterio, España argumentará ante el juez por qué nunca ha hecho esfuerzos por buscar y encontrar *La Mercedes,* es decir, le convencerá de que el buque no fue abandonado a su suerte. Si el juez ve razonables esos argumentos, el caso podría prolongarse durante años. Ambas partes reclamarían ante los tribunales estadounidenses los derechos sobre el pecio y la carga.

Las claves de esa batalla pasan por la condición legal del buque en ese tiempo. La historia da fe de que *La Mercedes* era un buque de guerra que participó en varias batallas. Según esa cualidad de buque de Estado, el Gobierno español podría reclamarlo. Hay jurisprudencia al respecto en al menos dos ocasiones, con los buques *La Galga de Andalucía* y *El Juno,* devueltos a España en 2000 tras ser descubiertos por una empresa de rescates submarinos también estadounidense.

Odyssey piensa otra cosa. Considera que el buque estaba realizando tareas no militares cuando se hundió. Un simple barco particular cargado con la fortuna de cientos de mercaderes y sus familias. Esas familias son importantes porque podrían dar un radical giro a la historia. O más bien sus apellidos. Si se demuestra que el barco es *La Mercedes*, Odyssey podría ofrecer a los descendientes la posibilidad de

Dockets.Justia.com

reclamar parte de aquella fortuna.

¿Por qué tanta generosidad? ¿Y por qué no? Cada descendiente podría tener un pedazo de oro que llevarse contento a casa. Una baratija si se compara con lo que ganaría la empresa en la Bolsa. Porque en esta larga historia que ya va a hacer el año, las monedas no tienen mucho valor intrínseco. Las 500.000 monedas de plata de *El Cisne Negro* podrían saturar un mercado que no cuenta con mucha gente dispuesta a pagar grandes sumas por algo que tiene todo el mundo. Porque en toda historia importa más el brillo del metal que el metal en sí mismo. Ese brillo mantiene la idea de que todos los proyectos saldrán adelante: las películas de Disney, los concursos de piratas, los libros, los documentales, los museos y las ilusiones de seguir encontrando durante mucho tiempo oro, el metal con el que todavía se siguen forjando los sueños y las pesadillas.

## Ciencia y negocio, una difícil alianza

La idea de Greg Stemm y John Morris en la fundación de Odyssey Marine Exploration era unir ciencia y comercio, arqueología y beneficios. ¿Y si además se le añade el Mercado de Valores? El tintineo de las monedas en las manos de Stemm rechina en los despachos de las universidades de todo el mundo. Un dato. Según comentaba un arqueólogo de la Universidad de Tejas en la revista *The New Yorker* hace unos días, Odyssey no ha publicado una sola línea de información relevante para el gremio. La razón, según Odyssey, es que nunca les dejan. No han aceptado los artículos de sus arqueólogos porque su nombre se relaciona siempre con la palabra de la que la empresa no consigue desprenderse: cazatesoros. El rechazo de la ciencia hace que sus descubrimientos, incluso si son probados y útiles para la historia, caigan en saco roto. "Es difícil conjugar ciencia y negocio", señala Ángel Alloza, historiador del CSIC. "Creo que el problema en este caso es el oscurantismo y la ocultación deliberada de datos que la empresa ha hecho. Eso es lo contrario de la ciencia", concluye.

© **Diario EL PAÍS S.L.** - Miguel Yuste 40 - 28037 Madrid [España] - Tel. 91 337 8200
© **Prisacom S.A.** - Ribera del Sena, S/N - Edificio APOT - Madrid [España] - Tel. 91 353 7900