UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                                   CASE NO.: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located
within a five mile radius of the center
point coordinates provided to the Court
under seal,

    Defendant,
    *in rem*

and

THE KINGDOM OF SPAIN,

    Claimant.
_____/

## **ORDER**

Before the Court is Odyssey Marine Exploration, Inc.'s Motion for Admission *Pro Hac Vice* (doc. 96). Odyssey moves the Court to allow K. Russell LaMotte, Esq. to appear *pro hac vice* as co-counsel. Pursuant to the Local Rule 2.02(a), Mr. LaMotte is directed to participate in electronic filing by registering for CM/ECF and obtaining a password within twenty (20) days of this Order.[1] He is further directed to electronically file notices of compliance with CM/ECF registration within twenty (20) days of this Order. Upon consideration, it is hereby

    ORDERED:

---

[1] Counsel may obtain passwords from the Court by accessing the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. Once counsel have registered for CM/ECF, they must also register an email address.

1. Odyssey's Motion for Admission *Pro Hac Vice* (doc. 96) is GRANTED.

DONE AND ORDERED in Tampa, Florida on April 15, 2008.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record