IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division
In Admiralty

ODYSSEY MARINE EXPLORATION, INC.　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　　　　　　　　:　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:　Case No: 8:07-CV-00614-SDM-MAP
THE UNIDENTIFIED, SHIPWRECKED VESSEL,:
 if any, its apparel, tackle, appurtenances and　　:
cargo located within a five mile radius of the　　:
center point coordinates provided to the Court　　:
under seal,　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendant;　　　　　　　　　　　　　　:
　　　　　　　　*in rem*　　　　　　　　　　　　　　:
and　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
The Kingdom of Spain,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Claimant.　　　　　　　　　　　　　　:
_____/ :

**PLAINTIFF ODYSSEY MARINE EXPLORATION, INC.'S NOTICE OF
SERVING VERIFIED ANSWERS TO INTERROGATORIES**

COMES NOW, the Plaintiff, ODYSSEY MARINE EXPLORATION, INC., (Odyssey), by and through its undersigned counsel, and hereby gives notice that it has served Claimant, THE KINGDOM OF SPAIN, with an original and one copy of Verified Answers to Interrogatories presented by the Court in its Order dated March 12, 2008.

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by hand delivery on April 11, 2008, to: James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and by U.S. Mail to David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain.*

Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

| | |
|---|---|
| ODYSSEY MARINE EXPLORATION, INC. | |
| Plaintiff, | CIVIL ACTION |
| v. | |
| | Case No: 8:07-CV-00614-SDM-MAP |
| THE UNIDENTIFIED, SHIPWRECKED VESSEL, if any, its apparel, tackle, appurtenances and cargo located within a five mile radius of the center point coordinates provided to the Court under seal, | |
| Defendant; *in rem* | |
| and | |
| The Kingdom of Spain, | |
| Claimant. | |

## PLAINTIFF ODYSSEY MARINE EXPLORATION, INC.'S ANSWERS TO INTERROGATORIES

COMES NOW, the Plaintiff, Odyssey Marine Exploration, Inc., by and through its undersigned counsel and responds to the Interrogatories presented by the Court in its Order dated March 12, 2008, as follows:

**Interrogatory #1: State the identity of the vessel relating to the site.**

Answer: We do not believe that there is sufficient evidence to provide a reasonable certainty as to the identity of a vessel related to the site which is the subject of this action. However, see response to Interrogatory #3.

3

**Interrogatory #2: If you are not certain of the identity of the vessel relating to the site, state your good faith belief as to the identity of the vessel.**

Answer: We do not think that sufficient evidence exists to state a good faith belief as to the identity of a vessel related to the site which is the subject of this action. However, see response to Interrogatory #3.

**Interrogatory #3: State your working hypothesis that the site relates to a particular vessel or one among several vessels.**

Answer: At this point in Odyssey's investigation, there is no confirmation that this site represents any specific vessel. In fact, the most outstanding characteristic of this site is the actual absence of a vessel. Odyssey discovered, at the site, a large field of artifacts including coins and other ship's cargo, but no ship's hull, ballast pile or keel which is typically associated with a shipwreck. One vessel Odyssey has considered which may be related to the site is the "*Nuestra Senora de las Mercedes y las Animas*" (the "Mercedes"), a Spanish vessel which had been assigned to transport mail, private passengers and consignments of merchant goods and other cargoes at the time of its sinking in 1804. There is information under review, however, which may be inconsistent with a hypothesis that the wreck site is that of the Mercedes. Among other things, this conflicting information includes reports that the Mercedes has already been located in a different location.

**Odyssey is also considering the following theories:**

    1.    The distribution of the artifacts could indicate jettisoned cargo,

4

although the pattern would have required the ship to remain in a relatively small area while the cargo was being jettisoned, which may have been possible depending on the weather and currents.

2. The cargo may have come from a ship which was lost in a storm in the area. This site lies in a heavily traveled area, and there were possibly other ships lost during the Colonial period which could account for this site, but have so far eluded our researchers and archivists.

3. The cargo may have come from a pirate ship that is reported to have been lost in the area during the period that correlates with the dates on the coins documented to date.

Analysis of data from the site is ongoing, and individual artifacts are being conserved and analyzed to determine whether they support any of these hypotheses.

Odyssey believes that additional research and archaeological excavation will need to be undertaken at the site in order to prove or disprove any of these theories.

**Interrogatory #4: If you are unable to provide the name of a particular vessel or vessels in response to the first three interrogatories, state which vessel you thought you had located to justify the expenditure of corporate funds in exploring the site and recovering artifacts.**

**Answer:** Not applicable.

ODYSSEY MARINE EXPLORATION, INC.

By: _____

GREG STEMM
(Print Name)

CEO
(Title)


STATE OF FLORIDA

COUNTY OF Hillsborough


VERIFICATION

BEFORE ME, the undersigned authority, appeared Greg Stemm as CEO of Odyssey Marine Exploration, Inc., who is personally known to me or who produced Personally Known as identification, who swears and deposes that he/she has read the foregoing Answers to Interrogatories and that the same are true and correct to the best of his/her knowledge and belief.

SWORN TO AND SUBSCRIBED before me this 11 day of April, 2008.

_____
Penny Cubbedge Greene
Notary Public

My commission expires:

PENNY CUBBEDGE GREENE
MY COMMISSION # DD 378351
EXPIRES: December 9, 2008
1-800-3-NOTARY    FL Notary Discount Assoc. Co.

6