FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA   08 APR 28 AM 10:56

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff(s)

v.    CASE NO. 8:07-CV-614-T-23MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, et al.
    Defendant(s)
_____/

RECEIPT FOR EXHIBITS AND/OR EXHIBIT SUBSTITUTES

The undersigned acknowledges receipt of the following described exhibits and/or exhibit substitutes:

X   See below

Sealed envelope filed by Kingdom of Spain re: motion for leave to file under

seal. Being returned pursuant to the Court's order entered on 03/12/08.

April 28
~~March~~ , 2008

_____

Signature

_Peter Stauder_ BUSH ROSS
Relationship to party/counsel