UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

        Plaintiff,

v.                                              CASE NO.: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located
within a five mile radius of the center
point coordinates provided to the Court
under seal,
        Defendant,
        *in rem*

and

THE KINGDOM OF SPAIN,

        Claimant.
_____/

## ORDER

The Kingdom of Spain filed identical supplemental motions to compel compliance with this Court's disclosure order relating to photographs and videotapes in the cases numbered 8:06-cv-1685-T-23MAP (doc. 94) and 8:07-cv-614-T-23MAP (doc. 86). This Court deferred ruling on the motions while the parties attempted to resolve the remaining issues. Counsel for Spain has notified the Court that Spain has received the materials it was seeking, and that while some issues remain, the supplemental motions as filed do not delineate the current disputes. Accordingly, it is hereby

        ORDERED:

1. The Kingdom of Spain's Supplemental Motion to Compel Compliance (doc. 86) is DENIED without prejudice.

DONE AND ORDERED in Tampa, Florida on May 12, 2008.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record