IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

| | |
|---|---|
| ODYSSEY MARINE EXPLORATION, INC. : : Plaintiff, : : v. : : : THE UNIDENTIFIED, SHIPWRECKED VESSEL,: if any, its apparel, tackle, appurtenances and : cargo located within a five mile radius of the : center point coordinates provided to the Court : under seal, : : Defendant; : in rem : _____/ | CIVIL ACTION  Case No: 8:07-CV-00614-SDM-MAP |

**MEMORANDUM IN OPPOSITION TO CLAIMANT KINGDOM OF
SPAIN'S MOTION TO COMPEL SERVICE BY PLAINTIFF OF
AFFIDAVIT FILED WITH THE COURT UNDER SEAL**

COMES NOW, Plaintiff, ODYSSEY MARINE EXPLORATION, INC., by and through its undersigned counsel, and opposes the Motion to Compel Service by Plaintiff of Affidavit Filed with the Court Under Seal (Dkt. 109).

Local Rule of Civil Procedure 3.01 requires a Certificate of Compliance be attached to any motion regarding discovery. No such certificate has been attached to this motion. While this motion was being filed, the undersigned was sending correspondence to opposing counsel in an effort to resolve the dispute. In fact, conversations between the parties are continuing in efforts to resolve this matter.

For the reasons set forth above, the Motion to Compel Service by Plaintiff of Affidavit Filed with the Court Under Seal should be denied.

Respectfully submitted,

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313

Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 14, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, Attorneys for Claimant, Kingdom of Spain.

      s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313

Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

Attorneys for Plaintiff

40198257