UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

   Plaintiff,

v.             CASE NO.: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located
within a five mile radius of the center
point coordinates provided to the Court
under seal,
   Defendant,
   *in rem*

and

THE KINGDOM OF SPAIN,

   Claimant.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a proceeding has been scheduled in the above-styled cause for the place, date, and time set forth below. Please govern yourselves accordingly.

DATE:  June 9, 2008

TIME:  9:30 a.m.

PLACE:  United States Courthouse, 801 N. Florida Avenue, Courtroom 11B, Tampa, FL 33602

TYPE OF
HEARING:  Rule 16(a) Pretrial Conference
  * Please be prepared to discuss the case management reports previously filed, the current status of the case, and appropriate discovery deadlines.

         /s/ Michelle T. Taylor
         Michelle T. Taylor
         Law Clerk to Honorable Mark A. Pizzo