IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
a file mile radius of the center point coordinates
provided to the Court under seal,

    Defendant;
<u>In rem</u>

and

THE KINGDOM OF SPAIN,

    Claimant.
_____/

CIVIL ACTION

Case No. 8:07-CV-0614-SDM-MAP

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME FOR FILING OF
## DISPOSITIVE MOTION AND RESPONSE THERETO

Claimant Kingdom of Spain ("Spain") by and through its undersigned counsel hereby moves for an extension of time for the filing of its dispositive motion, as provided for by this Court's June 11, 2008 Order (Dkt. 114), and of Odyssey Marine Exploration, Inc.'s ("Odyssey") response thereto.

1.    Counsel for the parties have discussed this matter and have agreed on a motion seeking an extension of time whereby the filing of Spain's dispositive motion, as provided for by the Court's June 11, 2008 Order, would be due on or before September 22, 2008, rather than

August 11, 2008, and the filing of Odyssey's response would be due on or before November 17, 2008, rather than October 10, 2008.

2. The agreed-upon extension would provide Spain with additional time necessary to prepare the submissions for its motion and to coordinate the assembly in the United States and Spain of supporting evidentiary materials for its motion, including archival materials for which translations will be prepared. Completion of the extensive materials by multiple declarants and counsel anticipated for the motion is impractical on the current schedule requiring filing of the motion during August. Counsel for Spain has also been placed on call by the United States Court of Appeals for the Second Circuit for a matter that is anticipated to be heard within the next month.

3. The requested extension would allow the parties to more thoroughly develop and prepare their respective submissions.

WHEREFORE, in light of the agreement of the parties, it is requested that the Court permit Spain until September 22, 2008 to file its motion and permit Odyssey until November 17, 2008 to respond.

## MEMORANDUM OF LAW

The Federal Rules of Civil Procedure provide that the Court can extend or enlarge times for good cause. Fed. R. Civ. P. 6(b)(1). In this instance, there is good cause to allow the extension of time requested by this unopposed motion, so that all appropriate materials for a dispositive motion in the circumstances of this case can be submitted for the Court's consideration.

Respectfully submitted, on July 8, 2008,

| | |
|---|---|
| s/ James A. Goold | |
| James A. Goold | David C. Banker |
| District of Columbia Bar # 430315 | Florida Bar # 352977 |
| Covington & Burling LLP | Bush Ross, PA |
| 1201 Pennsylvania Avenue, N.W. | 220 S. Franklin Street |
| Washington, D.C. 20004 | P.O. Box 3913 |
| Telephone: (202) 662-5507 | Tampa, Florida 33601-3913 |
| Facsimile: (202) 662-6291 | Telephone: (813) 224-9255 |
| E-mail: jgoold@cov.com | Facsimile: (813) 223-9255 |
| | E-mail: dbanker@bushross.com |

## CERTIFICATE UNDER LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has conferred in good faith with counsel for Plaintiff Odyssey concerning the substance of this motion, and that counsel agree on the resolution of same.

Respectfully submitted,

Dated: July 8, 2008

s/ James A. Goold
James A. Goold
District of Columbia Bar # 430315
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-5507
Facsimile: (202) 662-6291
E-mail: jgoold@cov.com

David C. Banker
Florida Bar # 352977
Bush Ross, PA
220 S. Franklin Street
P.O. Box 3913
Tampa, Florida 33601-3913
Telephone: (813) 224-9255
Facsimile: (813) 223-9255
E-mail: dbanker@bushross.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Unopposed Motion For Extension of Time For Filing of Dispositive Motion and Response Thereto to be served on Plaintiff's counsel, Allen von Spiegelfeld, Eric C. Thiel, and Melinda J. MacConnel via the Court's CM/ECF system on July 8, 2008.

s/ James A. Goold
James A. Goold
District of Columbia Bar # 430315
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 662-5507
Facsimile:   (202) 662-6291
E-mail:  jgoold@cov.com
