UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                                         CASE NO.: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located
within a five mile radius of the center
point coordinates provided to the Court
under seal,

    Defendant,
    *in rem*

and

THE KINGDOM OF SPAIN and
THE REPUBLIC OF PERU,

    Claimants.
_____/

## **ORDER**

    Before the Court is the unopposed motion for admission to appear *pro hac vice* and written designation and consent to act by Mark Maney, Esq., on behalf of The Republic of Peru (doc. 121). For the reasons stated in the unopposed motion, it is

    ORDERED:

    1.    The motion (doc. 121) is GRANTED contingent upon Mr. Maney's submission of the required Special Admission Attorney Certification forms and payment of the $10.00 special admission fee.

    3.    Pursuant to the Local Rule 2.02(a), Mr. Maney and local counsel, Timothy P. Shusta,

Esq., are directed to participate in electronic filing by registering for CM/ECF and obtaining passwords within twenty (20) days of this Order. Counsel may obtain passwords from the Court by accessing the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. They are further directed to electronically file notices of compliance with CM/ECF registration within twenty (20) days of this Order. Once counsel have registered for CM/ECF, they must also register an email address.

DONE AND ORDERED at Tampa, Florida on September 2, 2008.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record