UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

        Case No. 8:07-CV-00614-SDM-MAP

    Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
If any, its apparel, tackle, appurtenances and cargo
located within a five mile radius of the center point
coordinates provided to the Court under seal, *in rem*,

    Defendant,

and

The Kingdom of Spain and the Republic of Peru,

    Claimants.
_____/

## NOTICE OF COMPLIANCE

Pursuant to the Order granting Mark Maney, Esq. admission to appear *pro hac vice* on behalf of the Republic of Peru (Doc. 122), local counsel, Timothy P. Shusta, hereby gives notice of CM/ECF registration and compliance with rules for electronic filing.

        Respectfully Submitted,

         s/ Timothy P. Shusta
        Timothy P. Shusta
        FBN: 442305
        Phelps Dunbar, LLP
        100 S. Ashley Drive, Suite 1900
        Tampa, Florida 33602-5315
        813.472.7550
        813.472.7570 (fax)
        shustat@phelps.com
        Attorneys for the Republic of Peru

TA.795324.1

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF system on September 12, 2008. I also certify that the foregoing document is being served on all counsel of record on the attached Service List via transmission of Notices of Electronic Filing generated by the CM/ECF system this 12th day of September, 2008.

                                            /s/ Timothy P. Shusta
                                            Timothy P. Shusta

TA.795324.1

# SERVICE LIST

## CASE NO. CASE NO: 8:07-CV-00614-SDM-MAP

| | |
|---|---|
| Allen von Spiegelfeld, Esq. and<br>Eric C. Thiel, Esq.<br>Fowler White Boggs Banker, P.A.<br>Post Office Box 1438<br>Tampa, FL 33601<br>Counsel for Plaintiff Odyssey Marine<br>Exploration, Inc. | K. Russell LaMotte, Esq.<br>Beveridge & Diamond, P.C.<br>Suite 700<br>1350 I St. NW<br>Washington, DC 20005-3311<br>Counsel for Plaintiff Odyssey Marine<br>Exploration, Inc. |
| Melinda J. MacConnel, Esq.<br>O'Brien, Bower, P.a.<br>Suite 100<br>1304 De Soto Avenue<br>Tampa, FL 33606<br>Counsel for Plaintiff Odyssey Marine<br>Exploration, Inc. | James Goold, Esq.<br>Covington & Burling, LLP<br>1201 Pennsylvania Ave. NW<br>Washington, DC 20004-2401<br>Counsel for Claimant Kingdom of Spain |
| David C. Banker, Esq.<br>Jeffrey C. Anderson, Esq. and<br>Keith D. Skorewicz, Esq.<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913<br>Counsel for Claimant Kingdom of Spain | |