UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                                                                         CASE NO: 8:07-cv-614-T-23MAP

UNIDENTIFIED, SHIPWRECKED
VESSEL,

    Defendant,

KINGDOM OF SPAIN,

    Claimant.

_____/

## **ORDER**

The plaintiff moves (Doc. 128) to set a deadline to submit claims to the property that is the subject of this action. Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the plaintiff's motion (Doc. 128) is **REFERRED** to United States Magistrate Judge Mark A. Pizzo for disposition.

ORDERED in Tampa, Florida, on September 19, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge