UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION,
INC.,

    Plaintiff,

v.                                   CASE NO: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within center point coordinates
provided to the court under seal,

    Defendant,
    in rem

and

THE KINGDOM OF SPAIN,

    Claimant.
_____/

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the Kingdom of Spain's "Motion to Seal Pursuant to Orders of January 10 and March 12, 2008" (Doc. 133) is **REFERRED** to United States Magistrate Judge Mark A. Pizzo for disposition, and the Kingdom of Spain's "Motion to Dismiss or for Summary Judgment" (Doc. 131) and "Motion to Require Odyssey to Show Cause Why the Arrest Should Not Be Vacated and for Other Relief" (Doc. 132) are **REFERRED** to United States Magistrate Judge Mark A. Pizzo to issue a report and recommendation on the motions.

ORDERED in Tampa, Florida, on September 25, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE