UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

        Plaintiff,                        CIVIL ACTION

v.                                      Case No: 8:07-cv-00614-SDM-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within a five mile radius
of the center point coordinates provided to
the Court under seal,

        Defendant,
        *in rem*
and

The Kingdom of Spain and The Republic of Peru,

        Claimants,

and

Gonzalo de Aliaga (the Count of San Juan
de Lurigancho), Agustin de Aliaga (the current
Marques de Zelada de la Fuente), Gonzalo
Alvarez del Villar, Ignacio de Colmenares (the
11th Count of Polentinos), Alberto Emilio Thiessen,
Enriqueta Pita Duthurburu, Flora Leonor Perales
Calderon de Colmenares, Felipe Voyest, Adela
Armida de Izcue Bazo, Carola Daireaux Kinsky,
Eleonora Daireaux Kinsky, Matilde Daireaux Kinsky,
Julio Vega Eurasquin, Inez Marquez Osorio, Javier
de Goyeneche (the current Count of Guaqui and
Marques de Villafuente)

        Claimants.
_____/

## NOTICE OF CHANGE OF ADDRESS

COME NOW counsel for Odyssey Marine Exploration, Inc., Allen von Spiegelfeld and Eric Thiel, and hereby provide notice to the Court they are now with the law firm of Banker Lopez Gassler P.A., 501 E. Kennedy Blvd., Suite 1500, Tampa, FL 33602, Phone 813-221-1500, Facsimile 813-222-3066, and request that copies of all future pleadings, orders, etc. be served upon them in accordance with Rule 5 of the Federal Rules of Civil Procedure.

The undersigned hereby represent that this Notice of Change of Address is the result of their change of law firm, that the client has consented to continuing representation in this matter by the undersigned as a member of the Law Firm of Banker Lopez Gassler P.A., and that the prior law firm, Fowler White Boggs Banker P.A., has no objection to this Notice.

Respectfully submitted,

Allen von Spiegelfeld – FBN 256803
avonsp@bankerlopez.com
Eric C. Thiel – FBN 016267
ethiel@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd.
Suite 1500
Tampa, Florida 33602
(813) 221-1500
Facsimile: (813) 222-3066

and

Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November __, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will serve a copy of the foregoing on all counsel of record.

Respectfully submitted,

Allen von Spiegelfeld – FBN 256803
avonsp@bankerlopez.com
Eric C. Thiel – FBN 016267
ethiel@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd.
Suite 1500
Tampa, Florida 33602
(813) 221-1500
Facsimile: (813) 222-3066

and

Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

Attorneys for Plaintiff