UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

        Plaintiff,

v.

        Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
If any, its apparel, tackle, appurtenances and cargo
located within a five mile radius of the center point
coordinates provided to the Court under seal, *in rem*,

        Defendant,

and

The Kingdom of Spain and the Republic of Peru,

        Claimants.
_____/

**UNOPPOSED MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF LOCAL RULE 3.01 PAGE LIMITS**

Claimant, Republic of Peru (hereinafter "Peru") hereby moves for leave pursuant to Local Rule 3.01(d) to file a memorandum in opposition to the Motion to Dismiss or for Summary Judgment by the Kingdom of Spain, (Dkt. 119), in excess of the page limits provided in Local Rule 3.01(b). Peru requests leave to file a memorandum in opposition of no more than 35 pages in length.

The reason for this request is to allow Peru to file a memorandum of law of sufficient length to address the issues raised in the dispositive motion. This court previously granted (Dkt. 126), the joint request of the Kingdom of Spain and Odyssey Marine Exploration for leave to file a motion and opposition, respectively, of 35 pages each. (Dkt. 124).

## MEMORANDUM OF LAW

Local Rule 3.01(d) provides for filing of motions seeking relief from the page limitations set out in Local Rule 3.01(a) & (b). In this instance it is in the interest of justice to allow Peru to file a memorandum of 35 pages in response to the 35 page dispositive motion filed by the Kingdom of Spain.

## RULE 3.01(f) CERTIFICATE

I hereby certify that lead counsel for Odyssey Marine Exploration, Inc., The Kingdom of Spain and the Descendant Claimants have been contacted regarding the relief requested in this motion and further certify that no party to this action opposes the relief requested.

WHEREFORE, in light of the permission previously granted to the Kingdom of Spain and Odyssey Marine Exploration to file a motion and memorandum in opposition each of 35 pages in length, movant requests that the Court grant Peru similar relief to file a memorandum of no more than 35 pages in length.

Respectfully Submitted,

/s/ Timothy P. Shusta
Timothy P. Shusta
FBN: 442305
Phelps Dunbar, LLP
100 S. Ashley Drive
Suite 1900
Tampa, Florida 33602-5315
813.472.7550
813.472.7570 (fax)
shustat@phelps.com

and

/s/ Mark Maney
Mark Maney
Texas State Bar No. 12898200

TA.802366.1

South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas 77002
713.654.8001
713.654.8818 (fax)
mmaney@maneylaw.com
Attorneys for the Republic of Peru

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF system on November 17, 2008. I also certify that the foregoing document is being served on all counsel of record on the attached Service List via transmission of Notices of Electronic Filing generated by the CM/ECF system this **17th** day of November, 2008.

/s/ Timothy P. Shusta
Timothy P. Shusta

## SERVICE LIST

## CASE NO. CASE NO: 8:07-CV-00614-SDM-MAP

| Allen von Spiegelfeld, Esq. and<br>Eric C. Thiel, Esq.<br>Banker, Lopez & Gassler P.A.<br>501 E. Kennedy Blvd.<br>Suite 1500<br>Tampa, FL 33602<br>Counsel for Plaintiff Odyssey Marine Exploration, Inc. | K. Russell LaMotte, Esq.<br>Beveridge & Diamond, P.C.<br>Suite 700<br>1350 I St. NW<br>Washington, DC 20005-3311<br>Counsel for Plaintiff Odyssey Marine Exploration, Inc. |
|---|---|
| Melinda J. MacConnel, Esq.<br>O'Brien, Bower, P.a.<br>Suite 100<br>1304 De Soto Avenue<br>Tampa, FL 33606<br>Counsel for Plaintiff Odyssey Marine Exploration, Inc. | James Goold, Esq.<br>Covington & Burling, LLP<br>1201 Pennsylvania Ave. NW<br>Washington, DC 20004-2401<br>Counsel for Claimant Kingdom of Spain |

| | |
|---|---|
| David C. Banker, Esq.<br>Jeffrey C. Anderson, Esq. and<br>Keith D. Skorewicz, Esq.<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913<br>Counsel for Claimant Kingdom of Spain | David Paul Horan, Esq.<br>Horan, Wallace & Higgins, LLP<br>608 Whitehead Street<br>Key West, FL 33040<br>Counsel for Descendant Claimants |