UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION,
INC.,

    Plaintiff,

v.                                                                  CASE NO: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within center point coordinates
provided to the court under seal,

    Defendant,
    in rem

and

THE KINGDOM OF SPAIN and
THE REPUBLIC OF PERU,

    Claimants.
_____/

## ORDER

The Republic of Peru moves (Doc. 139) for leave to exceed the page limits prescribed by Local Rules 3.01(b).  Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the motion is **REFERRED** to United States Magistrate Judge Mark A. Pizzo for disposition.

ORDERED in Tampa, Florida, on November 19, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE