UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                                                               CASE NO: 8:07-cv-614-T-23MAP

UNIDENTIFIED, SHIPWRECKED
VESSEL,

    Defendant,

KINGDOM OF SPAIN,

    Claimant.
_____/

## **ORDER**

Following the plaintiff's response (Doc. 138) to the Kingdom of Spain's motion (Doc. 131) to dismiss or for summary judgment, the Kingdom of Spain moves (Doc. 144) for leave to reply in support of the motion to dismiss. Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the Kingdom of Spain's motion (Doc. 144) is **REFERRED** to United States Magistrate Judge Mark A. Pizzo for disposition.

ORDERED in Tampa, Florida, on November 24, 2008.

                                                                     STEVEN D. MERRYDAY
                                                              UNITED STATES DISTRICT JUDGE

xc:  Magistrate Judge