UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                          Case No.: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within center point
coordinates provided to the court under seal,

    Defendant;
    *in rem*

and

THE KINGDOM OF SPAIN, and THE
REPUBLIC OF PERU, and various named
descendants,

    Claimants.

_____/

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a proceeding has been scheduled in the above-styled cause for the place, date, and time set forth below. Please govern yourselves accordingly.

    DATE:        January 8, 2009

    TIME:        2:00 p.m.

    PLACE:      United States Courthouse, 801 N. Florida Avenue, Courtroom 11B, Tampa, FL 33602

                                              /s/ Dana S. Kanfer_____
                                              Dana S. Kanfer
                                              Law Clerk to Honorable Mark A. Pizzo

Date: January 6, 2009
cc: Counsel of Record