UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL
=======================================================================

CASE NO.  8:07-cv-614-T-23MAP                              DATE   1/8/09

TITLE   Odyssey Marine Exploration v. The Unidentified Shipwrecked Vessel or Vessels et al.
TIME   2:48 p.m.- 3:15p.m.                TAPE   digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:  Allison Goodman Gold

Court Reporter:           Linda Starr

=======================================================================
Attorney(s) for Plaintiff Odyssey:          Allen K. Von. Spiegelfeld and Melinda MacConnel
Attorney(s) for Claimant Spain:             James Goold and David Banker
Attorney(s) for Claimant Peru:              Mark Maney and Timothy Shusta
Attorney(s) for Individual Claimants:       David Horan (via telephone)

PROCEEDINGS:        Status Conference

The parties were heard on the status of the case.

Odyssey will file a motion regarding setting a deadline for claims.

Odyssey and Spain stated they would need 60 days notice to prepare if the Court decides to hold an evidentiary hearing regarding Spain's motion to dismiss.