UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

      Plaintiff,

v.                                           CASE NO. 8:07-CV-614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
if any, its apparel, tackle, appurtenances and cargo
located within a five mile radius of the center point
coordinates provided to the court under seal,

      Defendant,
      *in rem*

and

THE KINGDOM OF SPAIN,

      Claimant,

and

THE REPUBLIC OF PERU,

      Claimant,

and

GONZALO DE ALIAGA, *et al.,*

      Claimants,

and

SANTIAGO DE ALVEAR, *et al.,*

      Claimants.
_____/

## **ORDER**

    Before the Court is Plaintiff Odyssey Marine Exploration, Inc.'s motion to set a deadline

for claims (doc. 128) and renewed motion to set a deadline for claims (doc. 158). Pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and upon consideration of Plaintiff's motions, it is hereby

ORDERED:

1. Plaintiff's motion to set a deadline for claims (doc. 128) and renewed motion to set a deadline for claims (doc. 158) are GRANTED; and

2. Any person who asserts a right of possession or any ownership interest in the Defendant *res* must file a verified statement of right or interest within ten (10) days of the date of this Order.

DONE AND ORDERED in Tampa, Florida on January 20, 2009.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record