IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

CIVIL ACTION

Case No. 8:O7-CVMO614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED VESSEL, if any, its apparel, tackle, appurtenances and cargo located within a five mile radius of the center point co-ordinates provided to the Court under seal,

    Defendant,
    *In Rem*

And

The Kingdom of Spain and the Republic of Peru,

    Claimants;

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho), Agustin de Aliaga (the current Marques de Zelada de la Fuente), Gonzalo Alvarez del Villar, Jgnacio de Colmenares (the 11th Count of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu, Flora Leonor Perales Calderon de Colmenares, Felipe Voyest, Adela Armida de Izcue Bazo, Carola Daireaux Kinsky, Eleonora Daireaux Kinsky, Matilde Daireaux Kinsky, Julio Vega Eurasquin, lnez Marquez Osorio, Javier do Goyeneche (the current Count of Guaqui and Marques de Villafuente),

And

Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra, Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra

    Claimants.

_____/

**AMENDED VERIFIED CLAIMS OF NAMED DESCENDANTS**

Pursuant to Supplemental Admiralty Rule C(6), Federal Rules of Civil Procedure,

Claimants, Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra, Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra (collectively referred to herein as "Claimants") submit their Amended Claim with attached verified signatures with respect to the goods and cargo that are or may be the subject of this proceeding, and state as follows:

1. The Claimants hereby submit to and accept the jurisdiction over this cause of action and over the property which is the subject of this proceedings and over which they have on information and belief a valid claim and interest.

2. This proceeding involves a cargo that was carried aboard the vessel N*uestra* S*enora de las* M*ercedes* (the "Mercedes") which sank in 1804 while carrying passengers and privately owned goods as cargo from South America to Spain.

3. Claimants are descendants of Diego de Alvear y Ponce de Leon, the owner of 50,000 coins carried aboard the Mercedes when it sank and ownership of these coins passed from the original owner to the Claimants.

4. If it is determined by this Court that the cargo was carried aboard the Mercedes and/or that any portion of that cargo recovered by ODYSSEY MARINE EXPLORATION, INC. came from the Mercedes, the Claimants make this their formal claim for the coins shipped on the Mercedes by Diego de Alvear y Ponce de Leon.

5. The Claimants maintain their interest in the property that may be the subject matter of this proceeding and have not abandoned their ownership interest and their property rights have been reserved.

6. The Claimants object to the claims submitted by the Kingdom of Spain and the Republic of Peru as both claims are attempts to interfere with and abolish the property rights of the Claimants in which they have ownership rights by virtue of their inheritance and other legal and/or equitable transfer that may apply.

7. The Claimants further object to any claim by the Kingdom of Spain or the Republic of Peru that the property of Claimants are subject to sovereign immunity. Neither

the Kingdom of Spain or the Republic of Peru ever had any ownership interest of the property of Diego de Alvear y Ponce de Leon or the Claimants.

WHEREFORE, it is respectfully submitted that this Court determine that the Claimants are entitled to recover the property that they have an ownership interest in or to award the value of the property loss and salvage award to be determined by this Court or such other further relief that this Court may deem just and proper.

/s/ John McLaughlin
JOHN McLAUGHLIN
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, Florida  33606
813/225-4000; 813/225-4010 (fax)
Attorneys for Claimants
Florida Bar No. 193587
E-Mail:  John@wagnerlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 23 day of ENERO, 2009.

_____
Signature of Claimant
Emilio de Alvear

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 23 day of January, 2009.

_____
Signature of Claimant
Santiago de Alvear

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 22 day of ENERO, 2009.

_____
Signature of Claimant
Maria Eugenia Solveyra

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 22 day of ENERO, 2009.

_____
Signature of Claimant
Alejandro Julian Pera Barthe

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 21 day of JANUARY, 2009.

_____
Signature of Claimant

IGNACIO SOLVEYRA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 21 day of February, 2009.

_____
Signature of Claimant
Agustina Solveyra

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Jeffrey Andersen, Esquire<br>Bush Ross, P.A.<br>P.O. Box 3913<br>Tampa, FL 33601-3913<br>Attorneys for Kingdom of Spain | David Banker, Esquire<br>Buss Ross, P.A.<br>P.O. Box 3913<br>Tampa, FL 33601-3913<br>Attorneys for Kingdom of Spain |
| James Goold, Esquire<br>Covington & Burling, LLP<br>1201 Pennsylvania Ave. NW<br>Washington, DC 20004-2401<br>Attorneys for Kingdom of Spain | Keith Skorewicz, Esquire<br>Bush Ross, P.A.<br>P.O. Box 3913<br>Tampa, FL 33601-3913<br>Attorneys for Kingdom of Spain |
| K. Russell LaMotte, Esquire<br>Beveridge & Diamond, PC<br>13501 I St. NW, Suite 700<br>Washington, DC 20005-3311<br>Attorneys for Odyssey Marine | Melinda J. MacConnell, Esquire<br>O'Brien Bower, P.A.<br>511 W. Bay St., Suite 330<br>Tampa, FL 33606-3533<br>Attorneys for Odyssey Marine |
| Eric C. Thiel, Esquire<br>Banker Lopez Gassler, P.A.<br>501 E. Kennedy Blvd., Suite 1500<br>Tampa, FL 33602<br>Attorneys for Odyssey Marine | Allen K. von Spiegelfeld, Esquire<br>Banker Lopez Gassler, P.A.<br>501 E. Kennedy Blvd., Suite 1500<br>Tampa, FL 33602<br>Attorneys for Odyssey marine |
| Mark Maney, Esquire<br>Maney Firm<br>711 Louisiana, Suite 3100<br>Houston, TX 77002-2711<br>Attorneys for Republic of Peru | Timothy Shusta, Esquire<br>Phelps Dunbar, LLP<br>100 S. Ashley Dr., Suite 1900<br>Tampa, FL 33602-5315<br>Attorneys for Republic of Peru |

David P. Horan, Esquire
Horan & Wallace, LLP
608 Whitehead St.
Key West, FL 33040
Attorneys for Claimants

/s/ John McLaughlin
JOHN McLAUGHLIN
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, Florida 33606
813/225-4000; 813/225-4010 (fax)
Attorneys for Claimants
Florida Bar No. 193587
E-mail: John@wagnerlaw.com