UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION,
INC.,

    Plaintiff,

v.                                                                                                  CASE NO: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within center point coordinates
provided to the court under seal,

    Defendant,
    in rem

and

THE KINGDOM OF SPAIN, et al.,

    Claimants.
_____/

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the plaintiff's "Opposed Motion for Leave to Respond to the Reply Memorandum of Claimant, Kingdom of Spain, Supporting Spain's Motion to Dismiss or for Summary Judgment" (Doc. 170) is **REFERRED** to United States Magistrate Judge Mark A. Pizzo for disposition.

ORDERED in Tampa, Florida, on February 2, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE