IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, if any, its apparel, tackle,
appurtenances and cargo located within a
five mile radius of the center point co-
ordinates provided to the Court under seal,

    Defendant,
    *In Rem*

And

The Kingdom of Spain and the Republic of Peru,

    Claimants;

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho), Agustin de Aliaga (the current Marques de Zelada de la Fuente), Gonzalo Alvarez del Villar, Ignacio de Colmenares (the 11th Count of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu, Flora Leonor Perales Calderon de Colmenares, Felipe Voyest, Adela Armida de Izcue Bazo, Carola Daireaux Kinsky, Eleonora Daireaux Kinsky, Matilde Daireaux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio, Javier do Goyeneche (the current Count of Guaqui and Marques de Villafuente),

And

Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra, Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra

    Claimants.

CIVIL ACTION

Case No. 8:O7-CV-00614-SDM-MAP

_____/

**DESCENDANT CLAIMANTS, SANTIAGO DE ALVEAR, EMILIO DE ALVEAR, MARÍA EUGENIA SOLVEYRA, ALEJANDRO JULÍAN PERA BARTHÉ, AGUSTINA SOLVEYRA, AND IGNACIO SOLVEYRA, RESPONSE TO THE KINGDOM OF SPAIN'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Claimants, Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra, Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra, join in the response filed on behalf of the claimants, Gonzalo de Aliaga, et al. to Spain's Motion to Dismiss or for Summary Judgment.  With the exception of Spain and Peru, all other claimants are descendants of private individuals whose goods were shipped aboard the Mercedes.  It does not appear to be disputed by Spain that the Mercedes was carrying privately owned cargo when she sank in 1804.  Odyssey Marine Exploration, Inc. has not by their salvage efforts recovered the vessel Mercedes but a portion of the privately owned cargo carried on the Mercedes found strewn on the Atlantic seabed.

It is the contention of Claimants, Santiago de Alvear, et al., that this Court now has all concerned parties to this matter before it and is in the best position to determine the rights of the various claimants and Odyssey Marine Exploration, Inc.  Claimants are prepared to offer proof to this Court that a portion of the commercial cargo that was recovered by Odyssey Marine Exploration, Inc. was owned by Diego de Alevear and that Santiago de Alvear, et al. are the lawful descendants of Diego de Alevear.

The Descendants Claimants, Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra, Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra respectfully request that this Court retain jurisdiction over the parties and that Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra, Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra be adjudicated the owners of specific portions of the privately owned cargo carried aboard the Mercedes and that this Court decree their specific entitlement to the recovered coins, less a salvage award to Odyssey Marine Exploration, Inc.

CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 3.01, undersigned counsel certifies that he has conferred with Counsel for the Kingdom of Spain in a good faith effort to resolve issues raised in this Response. Kingdom of Spain opposes Descendant Claimants, Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra, Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra, filing of this Response.

Dated the 9th day of February 2009.

Respectfully submitted,

/s/John McLaughlin
JOHN McLAUGHLIN
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, Florida 33606
813/225-4000; 813/225-4010 (fax)
Florida Bar No. 193587
E-mail: John@wagnerlaw.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 12, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jeffrey Andersen, Esquire
David Banker, Esquire
Keith Skorewicz, Esquire
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913
Attorneys for Kingdom of Spain

James Goold, Esquire
Covington & Burling, LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004-2401
Attorneys for Kingdom of Spain

K. Russell LaMotte, Esquire
Beveridge & Diamond, PC
1350 I St. NW, Suite 700
Washington, DC 20005-3311
Attorneys for Odyssey Marine

Melinda J. MacConnell, Esquire
O'Brien Bower, P.A.
511 W. Bay St., Suite 330
Tampa, FL 33606-3533
Attorneys for Odyssey Marine

Eric C. Thiel, Esquire
Allen K. von Spiegelfeld, Esquire
Banker Lopez Gassler, P.A.
501 E. Kennedy Blvd., Suite 1500
Tampa, FL 33602
Attorneys for Odyssey Marine

Marlow V. White, Esquire
Lewis & White, PLC
P.O. Box 1050
Tallahassee, FL 32302
Attorneys for Claimant, Elsa Whitlock

Mark Maney, Esquire
Maney Firm
711 Louisiana, Suite 3100
Houston, TX 77002-2711
Attorneys for Republic of Peru

Timothy Shusta, Esquire
Phelps Dunbar, LLP
100 S. Ashley Dr., Suite 1900
Tampa, FL 33602-5315
Attorneys for Republic of Peru

David P. Horan, Esquire
Horan & Wallace, LLP
608 Whitehead St.
Key West, FL 33040
Attorneys for Claimants

Guy E. Burnette, Jr., Esquire
Guy E. Burnette, Jr., P.A.
3020 N. Shannon Lakes Dr.
Tallahassee, FL 32309
Attorney for Claimants

I have provided copies of the foregoing to Joseph A. Rodriguez, Pro Se/Unrepresented Party, 4611 S. University Dr., Davie, FL, 33328-3817, this 12th day of February, 2009.

<u>/s/ John McLaughlin</u>
JOHN McLAUGHLIN
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, Florida 33606
813/225-4000; 813/225-4010 (fax)
Attorneys for Claimants
Florida Bar No. 193587
E-mail: John@wagnerlaw.com