UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                        CASE NO. 8:07-CV-614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
if any, its apparel, tackle, appurtenances and cargo
located within a five mile radius of the center point
coordinates provided to the Court under seal,

    Defendant;
    *in rem*
and

THE KINGDOM OF SPAIN, *et al.*,

    Claimants.
_____/

## **ORDER**

Before the Court is Plaintiff's unopposed motion for John D. Kimball to appear *pro hac vice* (doc. 188) as counsel for Plaintiff with Allen von Spiegelfeld of the law firm of Banker Lopez Gassler P.A. designated as local counsel pursuant to Local Rule 2.02(a). Upon consideration, it is hereby

ORDERED:

1.     Plaintiff's motion for John D. Kimball to appear *pro hac vice* (doc. 188) is GRANTED.

2.     The motion is GRANTED contingent upon counsel's submission of the required

Special Admission Attorney Certification forms and payment of the $10.00 special admission fee.

3. Pursuant to the Local Rule 2.02(a), counsel is directed to participate in electronic filing by registering for CM/ECF and obtaining a password within twenty (20) days of this Order. Counsel may obtain a password from the Court by accessing the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. He is further directed to electronically file notices of compliance with CM/ECF registration within twenty (20) days of this Order. Once counsel has registered for CM/ECF, he must also register an email address.

DONE AND ORDERED in Tampa, Florida on March 16, 2009.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record