I

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff

vs.

    CIVIL ACTION

Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle
appurtenances and cargo located within
center point coordinates:
provided to the Court under seal,
in rem

    Defendant
    In Rem

And

The Kingdom of Spain and the Republic of Peru,

    Claimants

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho),
Agustin de Aliaga (the current Marques de Zelada de la Fuente),
Gonzalo Alvarez del Villar, Ignacio de Colmenares (the 11th Count
Of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu, Flora Leonor Perales
Calderon de Colmenares, Felipe Voyest, Adela
Armida de Izcue Bazo, Carola Daireux Kinsky, Eleonora Daireux Kinsky,
Matilde Daireux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio,
Javier de Goyeneche (the current Count of Guaqui and Marques de Villafuente)
*and* Jose Antonio Rodriguez Menendez aka Joseph Anthony Rodriguez
    Claimants    /

FILED 09 MAR 23 AM 10:35 CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

## Non-Possessory Lien Claimant (Menendez) Motion for Continuance to Finalize Genealogic Research, to Interview Potential Legal Counsel, and to Complete Memorandum of Law in Support of Verified Claim and to Reply to PLAINTIFF, ODYSSEY MARINE EXPLORATION, INC's RESPONSE TO VERIFIED CLAIM OF JOSEPH ANTHONY RODRIGUEZ

Menendez intends to reply to Odyssey Marine Exploration, Inc. (OME) and demonstrate that he has a valid legal interest in property which has been recovered from the Defendant Site and brought into this Court's jurisdiction. OME demands strict proof of Menendez's legal ownership interest claimed. Menendez believes that his burden of proof is at the level of *clear and convincing evidence.* Black's Law Dictionary (seventh edition, abridged) definition: "Evidence indicating that the thing to be proved is highly probable or reasonably certain."

Towards attaining his burden of proof, Menendez will present contractual and other documentary evidence from the official Kingdom of Spain PARES Archives, from the [Spanish] Royal Academy of History, from the Asturian Virtual Library, from the Florida Statutes, from multiple international treaties in which Spain, Portugal, Great Britain, and/or the United States of America have been signatories, and from other illustrative sources.

Unfortunately, the professional archivist retained by Menendez has not completed retrieval of certificates of original document archives providing additional evidence of his great great grandfather's descent from the family(s) of Pedro Menendez de Aviles, Alonso de la Campa. A seasoned, accredited genealogist in Salt Lake City (with access to the vast genealogic research complex of the Church of Jesus Christ and Latter Day Saints [Mormons] ) has also been contracted by Menendez to gather the "strict proof"

demanded by Odyssey Marine Exploration, Inc.(OME). She has reviewed the materials currently available and has expressed a favorable preliminary opinion. Unfortunately, in order for the genealogist to generate a definitive report, a component of her work relies on the work of the archivist.

Menendez has also interviewed several attorneys for potential representation. So far, however, all attorneys interviewed have bowed out citing the "unusual nature" of this case and their lack of experience in providing effective representation in this subject area.

## Conclusion

1. Menendez hereby prays that this Court grant this motion for continuance to finalize genealogy research, to interview potential legal counsel, and to complete Memorandum of Law in Support of Verified Claim.

2. Menendez hereby prays that this Court grant this motion for continuance to reply to PLAINTIFF, ODYSSEY MARINE EXPLORATION, INC's RESPONSE TO VERIFIED CLAIM OF JOSEPH ANTHONY RODRIGUEZ

## Certificate of Service

I hereby certify, on March 21, 2009, that I caused the attached documents to be served up on the attorneys of record for the parties listed below, by Federal Express delivery to:

| | | |
|---|---|---|
| Allen von Spiegelfeld | | James A. Goold, Esq. |
| Fowler,White, Boggs, Banker, P.A. | AND | Covington & Burling, LLP |
| 501 E. Kennedy Blvd.- Ste. 1700 | | 1201 Pennsylvania Avenue, NW |
| P.O. Box 1438 | | Washington, D.C. 20004 |
| Tampa, FL 33601-1438 | | Fax: (202) 662-6291 |
| Fax: (813) 229-8313 | | Email: jgoold@cov.com |
| Attorneys for Plaintiffs | | Attorneys for Kingdom of Spain |

Melinda J. MacConnel—FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
Email: mmacconnel@shipwreck.net

Attorneys for Plaintiff

John D. Kimball, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5259
Fax: (917) 332-3730
Email: jkimball@blankrome.com

Attorneys for Plaintiff

David C. Banker
Florida Bar 352977
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida 33602-2656
(813) 244-9255
(813) 223-9620

Mark Maney (Trial Counsel)
Texas State Bar No. 12898200
South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas 77002
Tel (713) 654-8001
Fax (713) 654-8818
mmaney@maneylaw.com
Attorneys for the Republic of Peru

And

Timothy P. Shusta
FBN: 442305
Phelps Dunbar LLP
100 S. Ashley Drive
Suite 1900
Tampa, FL  33602-5315
Tel. (813) 472-7550
Fax (813) 472-7570
Shustat@phelps.com
Attorneys for the Republic of Peru


David Paul Horan
FL Bar 142474
Horan, Wallace, and Higgins, LLP
608 Whitehead Street
Key West, FL  33040
Tel. (305) 294-4585
Fax (305) 294-7822
Attorney of Named Descendants


_____
Joseph A. Rodriguez
Pro Se/ Unrepresented Party

4611 South University Drive
Davie, FL 33328-3817
Tel. (954) 804-4115
Email: Expertdoctor@aol.com