Odyssey Marine Exploration, Inc. v. The Unidentified Shipwrecked Vessel                                      Doc. 191
03/23/2009  15:44   8639837875                    3C                                    PAGE  04

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff

CIVIL ACTION

vs.

Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle
appurtenances and cargo located within
center point coordinates:
provided to the Court under seal,
in rem

    Defendant
    In Rem

And

The Kingdom of Spain and the Republic of Peru,

    Claimants

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho),
Agustin de Aliaga (the current Marques de Zelada de la Fuente),
Gonzalo Alvarez del Villar, Ignacio de Colmenares (the 11th Count
Of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu, Flora Leonor Perales
Calderon de Colmenares, Felipe Voyest, Adela
Armida de Izcue Bazo, Carola Daireux Kinsky, Eleonora Daireux Kinsky,
Matilde Daireux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio,
Javier de Goyeneche (the current Count of Guaqui and Marques de Villafuente)
and Jose Antonio Rodriguez Menendez aka Joseph Anthony Rodriguez
    Claimants                                                            /

Dockets.Justia.com

<u>Notice of Filing</u>:

Affidavits of Cesar Menendez Alvarez and Omar Menendez

<u>Certificate of Service</u>

I hereby certify, on March 21, 2009, that I caused the attached documents to be served upon the attorneys of record for the parties listed below, by verifiable delivery to:

| | | |
|---|---|---|
| Allen von Spiegelfeld<br>Fowler, White, Boggs, Banker, P.A.<br>501 E. Kennedy Blvd.- Ste. 1700<br>P.O. Box 1438<br>Tampa, FL 33601-1438<br>Fax: (813) 229-8313<br><br>Attorneys for Plaintiffs | AND | James A. Goold, Esq.<br>Covington & Burling, LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Fax: (202) 662-6291<br>Email: jgoold@cov.com<br>Attorneys for Kingdom of Spain |

Melinda J. MacConnel—FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
Email: mmacconnel@shipwreck.net

Attorneys for Plaintiff

John D. Kimball, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5259
Fax: (917) 332-3730
Email: jkimball@blankrome.com

Attorneys for Plaintiff

David C. Banker
Florida Bar 352977
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida   33602-2656
(813) 244-9255
(813) 223-9620

Mark Maney (Trial Counsel)
Texas State Bar No. 12898200
South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas   77002
Tel (713) 654-8001
Fax (713) 654-8818
mmaney@maneylaw.com
Attorneys for the Republic of Peru

And

Timothy P. Shusta
FBN: 442305
Phelps Dunbar LLP
100 S. Ashley Drive
Suite 1900
Tampa, FL   33602-5315
Tel. (813) 472-7550
Fax (813) 472-7570
Shustat@phelps.com
Attorneys for the Republic of Peru

David Paul Horan
FL Bar 142474
Horan, Wallace, and Higgins, LLP
608 Whitehead Street
Key West, FL   33040

Tel. (305) 294-4585
Fax (305) 294-7822
Attorney of Named Descendants

_____
Joseph A. Rodriguez
Pro Se/ Unrepresented Party

4611 South University Drive
Davie, FL 33328-3817
Tel. (954) 804-4115
Email: Expertdoctor@aol.com