IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff

Vs.

                              CIVIL ACTION

Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackles
Appurtenances and cargo located within
Center point coordinates:
Provided to the Court under seal,
in rem

    Defendant
    In Rem

And

The Kingdom of Spain and the Republic of Peru,

    Claimants



And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho),
Agustín de Aliaga (the current Marques de Zelada de la Fuente),
Gonzalo Alvarez del Villar, Ignacio de Colmenares (the 11th Count
Of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu, Flora
Adela Armida de Izcue Bazo, Carola Daireux Kinsky, Eleonora Daireux Kinsky,
Matilde Daireux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio,
Javier de Goyeneche (the current Count of Guaqui and Marques de Villafuente)

    Claimants

And

(continued)

Jose Antonio Rodriguez Menendez aka Joseph Anthony Rodriguez

Claimant

_____/

## AFFIDAVIT OF OMAR ARGELIO MENENDEZ SANCHEZ

BEFORE ME, the undersigned having authority to take oath in the State of Florida, personally appeared, Omar Argelio Menendez Sanchez, who, after first being duly sworn under oath deposes and states as follows:

1. I submit this Affidavit in support of the non-possessory lien claim filed with this court by Jose Antonio Rodriguez Menendez aka Joseph A. Rodriguez ("Menendez") in Federal case No: 8:07-CV-00614-SDM-MAP.
2. I am a direct descendant of, Don Jose Maria Menendez Alvarez, native of parrish of Molleda, Municipality of Corvera, Principality of Asturias, Kingdom of Spain.
3. Jose Maria's son was my paternal grandfather: Don Narciso Menendez Rosales.
4. Narciso's son was my father: Mario Argelio Menendez de Leon.
5. My father, Mario Argelio Menendez de Leon, was the grand-uncle of Jose Antonio Rodriguez Menendez and brother to Jose Antonio's maternal grandfather, Jesus Maria Menendez de Leon.
6. I was born in Cuba, immigrated to the United States as a Resident Alien in May of 1979.
7. My birth date is October 16, 1940, and I am over eighteen years of age and I have resided in Florida for more than ten years. I have a spouse and descendant children several of whom are Florida residents.
8. I am a Public Accountant graduated in 1964 from the University of Havana, Cuba.
9. Actually I am retired.

   Address: 13943 SW 46 Terrace  Unit "A"  Miami, FL 33175-4412
   Telephone number: (305) 221-7013
   Facsimile number: None
   Email address: meno3005@comcast.net

6. I hereby declare two facts under solemn oath:
1) As a young child and later as an adult, several of our Menendez family elders solemnly told me, that our family lineage of Menendez was from Aviles and that we were descendants of the

family(s) of Pedro Menendez de Aviles, Alonso de la Campa—first successful European colonizer of Florida.

2) To my best knowledge and belief, "The Family Tree of Jose Maria Menendez Alvarez Descendants of Florida and Cuba" is correct and accurate as it appears in filings before this court.

FURTHER AFFIANT SAITH NAUGHT.

WITNESSETH:

_____
Omar Argelio Menendez Sanchez, Descendant of Jose Maria Menendez Alvarez

STATE OF FLORIDA:

COUNTY OF MIAMI-DADE:

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the state and county aforesaid to take acknowledgments, personally appeared Omar Argelio Menendez Sanchez, who is personally known to me, or has produced Florida Driver License as identification, and who swore before me that he executed the foregoing Affidavit and who acknowledged before me that he executed the same for the purposes therein expressed.

WITNESS my hand and official seal in the state and county last aforesaid this 21st day of March, 2009.

_____
Notary Public

My commission expires: June 30, 2010

=STAMP=

NOTARY PUBLIC-STATE OF FLORIDA
Mayling Gutierrez
Commission # DD710930
Expires: JUNE 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.