UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.

   Plaintiff,

v.

              Case No: 8:07-CV-614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED VESSEL, if any, its apparel, tackle, appurtenances and cargo located within a five mile radius of the center point coordinates provided to the Court under seal,

   Defendant;
    *in rem*

and

The Kingdom of Spain , *et al.*,

   Claimants,
_____/

## NOTICE OF COMPLIANCE WITH CM/ECF REGISTRATION

In accordance with the Court's order of March 16, 2009, the undersigned confirms that he has registered for CM/ECF and has obtained a password. The undersigned has read and agrees to abide by the administrative procedures for electronic filing in civil and criminal cases, the attorney users manual developed by the Clerk's Office and such changes or additions that have been made thereto and which are available on the court's website.

127643.00601/6729338v.1

The undersigned also has registered an email address.

Dated: New York
      March 30, 2009

                              Respectfully submitted,

                              John D. Kimball
                              jkimball@blankrome.com
                              Blank Rome LLP
                              405 Lexington Avenue
                              New York, NY 10174
                              (212) 885-5259
                              Fax – (917) 332-3730