IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff

CIVIL ACTION

vs.

Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle
appurtenances and cargo located within
center point coordinates:
provided to the Court under seal,
in rem

    Defendant
    In Rem

And

The Kingdom of Spain and the Republic of Peru,

    Claimants

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho),
Agustin de Aliaga (the current Marques de Zelada de la Fuente),
Gonzalo Alvarez del Villar, Ignacio de Colmenares (the 11th Count
Of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu, Flora Leonor Perales
Calderon de Colmenares, Felipe Voyest, Adela
Armida de Izcue Bazo, Carola Daireux Kinsky, Eleonora Daireux Kinsky,
Matilde Daireux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio,
Javier de Goyeneche (the current Count of Guaqui and Marques de Villafuente)
*and* Jose Antonio Rodriguez Menendez aka Joseph Anthony Rodriguez
    Claimants    /

Odyssey Marine Exploration, Inc. v. The Unidentified Shipwrecked Vessel

Doc. 166

Dockets.Justia.com

## Notice of Filing:

1. Affidavit of Mayra Sanchez-Johnson, Professional Genealogist
2. University degree of Mayra Sanchez-Johnson in: "Heraldica, Genealogia, y Nobiliaria"
3. C.V. of Mayra Sanchez-Johnson

Linked to this filing and to be forwarded to Court and parties under separate cover:

1. Preliminary batch of twenty-one baptismal and/or marriage certificates, spanning portions of 18th and 19th centuries, from Spanish archival source
2. Original document and file copies of birth certificates for:

   - Jose Antonio Rodriguez Menendez
   - Jesus Maria Menendez de Leon
   - Feliz Abilio Menendez de Leon
   - Migdalia Menendez de la Paz Menendez Mantici
   - Baptismal certificate of Jose Maria Menendez Alvarez
   - Marriage certificate of Jesus Maria Menendez de Leon and Juana Francisco Milagros Matnici Abbadie

   [Only Court shall receive Original Documents]

3. Sections from Historia de Familias Cubanas, by Conde de Jaruco, Havana, Cuba:
   - Lamar
   - Saint-Maxent
   - Valdes-Fauli
   - Govin
4. The family tree of Jose Maria Menendez Alvarez
5. The family tree of Pedro Menendez de Avile, Alonso de la Campa

## Certificate of Service

I hereby certify, on April 9, 2009, that I caused the attached documents to be served upon the Court:

Clerk of Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue
Tampa, FL 33602
(813) 301-5400

And

The attorneys of record for the parties listed below, by verifiable delivery to:

| | | |
|---|---|---|
| Allen von Spiegelfeld<br>Fowler, White, Boggs, Banker, P.A.<br>501 E. Kennedy Blvd.- Ste. 1700<br>P.O. Box 1438<br>Tampa, FL 33601-1438<br>Fax: (813) 229-8313<br><br>Attorneys for Plaintiffs | AND | James A. Goold, Esq.<br>Covington & Burling, LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Fax: (202) 662-6291<br>Email: jgoold@cov.com<br>Attorneys for Kingdom of Spain |

Melinda J. MacConnel—FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
Email: mmacconnel@shipwreck.net

Attorneys for Plaintiff

John D. Kimball, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5259
Fax: (917) 332-3730
Email: jkimball@blankrome.com

Attorneys for Plaintiff

David C. Banker
Florida Bar 352977
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida 33602-2656
(813) 244-9255
(813) 223-9620

Mark Maney (Trial Counsel)
Texas State Bar No. 12898200
South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas 77002
Tel (713) 654-8001
Fax (713) 654-8818
mmaney@maneylaw.com
Attorneys for the Republic of Peru

And

Timothy P. Shusta
FBN: 442305
Phelps Dunbar LLP
100 S. Ashley Drive
Suite 1900
Tampa, FL 33602-5315
Tel. (813) 472-7550
Fax (813) 472-7570
Shustat@phelps.com
Attorneys for the Republic of Peru

David Paul Horan
FL Bar 142474
Horan, Wallace, and Higgins, LLP
608 Whitehead Street
Key West, FL 33040
Tel. (305) 294-4585

Fax (305) 294-7822
Attorney of Named Descendants

Respectfully submitted,

_Joseph A. Rodriguez_
Pro Se/ Unrepresented Party

4611 South University Drive
Davie, FL 33328-3817
Tel. (954) 804-4115
Email: Expertdoctor@aol.com