FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2009 APR -9 AM 10: 47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff

CIVIL ACTION

vs.

Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle
appurtenances and cargo located within
center point coordinates:
provided to the Court under seal,
in rem

    Defendant
    In Rem

And

The Kingdom of Spain and the Republic of Peru,

    Claimants

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho),
Agustin de Aliaga (the current Marques de Zelada de la Fuente),
Gonzalo Alvarez del Villar, Ignacio de Colmenares (the 11th Count
Of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu,

Flora Leonor Perales Calderon de Colmenares, Felipe Voyest, Adela
Armida de Izcue Bazo, Carola Daireux Kinsky, Eleonora Daireux Kinsky,
Matilde Daireux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio,
Javier de Goyeneche (the current Count of Guaqui and Marques de Villafuente)

    Claimants

And

(continued)

Jose Antonio Rodriguez Menendez aka Joseph Anthony Rodriguez

Claimant

_____/

### AFFIDAVIT OF MAYRA SANCHEZ JOHNSON

BEFORE ME, the undersigned having authority to take oath in the State of Utah, personally appeared, Mayra Sanchez Johnson, who, after first being duly sworn under oath deposes and states as follows:

1. I submit this Affidavit in support of the non-possessory lien claim filed with this court by Jose Antonio Rodriguez Menendez aka Joseph A. Rodriguez ("Menendez") in Federal case No: 8:07-CV-00614-SDM-MAP.
2. I am a Professional Genealogist, whose office is located at 1536 Crystal Ridge Drive, West Jordan, UT; telephone number: 801-518-0864; facsimile number: 801-566-4246. My email address is m.f.sanchez.j@gmail.com.
3. I have obtained my Masters in Spanish Genealogical and Heraldry studies with: UNED, Universidad Nacional de Educación a Distancia, located in Madrid, Spain. The date of graduation was on February 7, 2007. No discipline or grievance proceeding has been filed or is pending against me.
4. I have 25 years experience in genealogic work. I have 25 years experience in archival work. Much of this has taken place at the Family History Library of Salt Lake City, Utah—perhaps the largest and best known genealogy-dedicated library and archive in the world. I have also worked in many archives in Spain, including Asturias.
5. My area of specialization and expertise is the genealogy of Spain, Portugal, and Latin America.
6. Menendez has forwarded to me and I have reviewed the following documents:

    - Birth certificate of Jose Antonio Rodriguez Menendez ("Menendez")
    - Birth certificate of Jesus Maria Menendez de Leon (maternal grandfather of Menendez)
    - Birth certificate of Feliz Abilio Menendez de Leon (brother of Jesus Maria)
    - Baptismal certificate of Jose Maria Menendez Alvarez (great great grandfather of Menendez)
    - Marriage certificate of Jesus Maria Menendez de Leon and Juan Francisca Milagros Mantici Abbadie (maternal grandparents of Menendez)
    - Historia de Familias Cubanas, by Conde de Jaruco, Havana, Cuba. Sections:
        - Lamar
        - Saint-Maxent
        - Valdes-Fauli
        - Govin
    - Family tree of Menendez
    - Family tree of Pedro Menendez de Aviles, Alonso de la Campa

7. I have communicated with Menendez by telephone and email and I interviewed him about these Documents.

8. I have subjected the documents and information provided to me by Menendez, to critical review. I have consulted several digital sources dedicated to Spanish genealogy and I have consulted material at the corresponding libraries and archives at Patrimonio Historico Documental Español. I have also consulted reliable genealogical works that contain the lineages of the Menendez de Avilés, the Inclán and the Alvarez de la Campa surnames.

9. I now believe that there is an 85% probability that Menendez does indeed descend, by blood, from the ancestral Asturian families of Pedro Menendez de Aviles, Alonso de la Campa thus rendering Menendez a collateral descendant of Pedro Menendez de Aviles, Alonso de la Campa.

10. Also, I now believe that there is a 80% probability that Menendez is linked to the Primera Rama (English: First Branch) of the official Pedro Menendez de Aviles, Alonso de la Campa family tree by marriage of 19th century ancestors.

11. Menendez states that he awaits baptism and marriage certificates corresponding to the ancestors of his great great grandfather, Jose Maria Menendez Alvarez, from the appropriate archives in Spain. I believe that the awaited certificates will enhance the probability of consanguinity and will affirm the conclusion of # 9.

FURTHER AFFIANT SAITH NAUGHT.

WITNESSETH:

_____
Mayra Sanchez Johnson,
Expert in Spanish Genealogy and Heraldry

STATE OF UTAH:

COUNTY OF Salt Lake:

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the state and county aforesaid to take acknowledgments, personally appeared Mayra Sanchez Johnson, who is personally known to me, or has produced __Utah Driver's License__ as identification, and who swore before me that she executed the foregoing Affidavit and who acknowledged before me that he executed the same for the purposes therein expressed.

WITNESS my hand and official seal in the state and county last aforesaid this __8th__ day of __April__, 2009.

_____
Notary Public

My commission expires: __10/11/2011__

=STAMP=



NOTARY PUBLIC
JUSTIN CLARK
310 S Main
Salt Lake City, Utah 84101
My Commission Expires
October 11, 2011
STATE OF UTAH