UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                          CASE NO: 8:07-cv-614-T-23MAP

UNIDENTIFIED, SHIPWRECKED
VESSEL,

    Defendant,

KINGDOM OF SPAIN, et al.,

    Claimants.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the Republic of Peru's "Motion for Leave to File Sur-Reply in Opposition to Spain's Motion to Dismiss or for Summary Judgment" (Doc. 197) is **REFERRED** to United States Magistrate Judge Mark A. Pizzo for disposition.

ORDERED in Tampa, Florida, on April 10, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge