Arzobispado de Oviedo

Odyssey Marine Exploration, Inc. v. The Unidentified Shipwrecked Vessel

ARCHIVO HISTÓRICO DIOCESANO
ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

Doc. 2

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-7

**Folio** 170

**Núm.**

**Confirmado - (a)**

**En**

**el** / **de** / **de** /

**NOTAS MARGINALES**

"Por incuria de los padres se anotó fuera de su lugar la expresada partida"

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. Esteban de Molleda

Arciprestazgo de Avilés.

D. (ña) Manuel Menendez Suárez Solis.

fue BAUTIZADO (A) el día 8 de Septiembre de 1799

Nació el día 8 de Septiembre de 1799

en Villalegre

de Molleda

de

PADRES D. José Menendez Mariño

natural de Molleda ,

y Dª Manuela Suárez Solís.

natural de S. Vicente de Trasona ,

ABUELOS PATERNOS: D. Juan Menéndez

natural de

y Dª Rosa Mariño

natural de

ABUELOS MATERNOS: D. Manuel Suárez Solis

natural de

y Dª Francisca Suárez

natural de ,

PADRINOS: Manuel Alvarez corujedo ,

MINISTRO: D. Fructuoso Arias

Oviedo , a 3 de abril de 2009

(Sello)

(Para otras Diócesis)

Vº Bº
Vicario General,

Jesús Alvarez
Pro-Vicario General

Para que conste lo firmo,

Agustín A. Hevia

Director del Archivo Histórico Diocesano de Oviedo



# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-7

**Folio** 138 vto.

**Núm.** /

**Confirmado - (a)**

**En** /

**el** / **de** / **de** /

**NOTAS MARGINALES**

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. Esteban de Molleda

Arciprestazgo de Avilés

D. (ña) Tomasa Menéndez Suárez Solís

fue BAUTIZADO (A) el día 22 de marzo de 1797

Nació el día 21 de marzo de 1797

en Vidriero

de Molleda

de

PADRES D. José Menéndez Mariño

natural de Molleda

y Dª Manuela Suárez Solís

natural de S. Vicente de Trasona

ABUELOS PATERNOS: D. Juan Menéndez

natural de /

y Dª Rosa Mariño

natural de /

ABUELOS MATERNOS: D. Manuel Suárez Solís

natural de /

y Dª Francisca Suárez Solís

natural de /

PADRINOS: Manuel García y María Fernández Heres

MINISTRO: D. Fructuoso Arias

Oviedo, a 3 de abril de 2009
(Sello)

(Para otras Diócesis)

Para que conste lo firmo,

Director del Archivo Histórico Diocesano de Oviedo

Vº Bº
Vicario General

Jesús Álvarez
Pro-Vicario General



# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-6

**Folio** 52

**Núm.**

**Confirmado - (a)**

**En**

**el** de de

**NOTAS MARGINALES**

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. Esteban de Molleda

Arciprestazgo de Avilés

D. (ña) José Antonio Menéndez Mariño Lobera

fue BAUTIZADO (A) el día 13 de abril de 1773

Nació el día 12 de abril de 1773

en Vidriero

de Molleda

de

PADRES D. Juan Menéndez,

natural de Molleda ,

y Dª Rosa Mariño Lobera ,

natural de S. Nicolás de Avilés

ABUELOS PATERNOS: D. ,

natural de

y Dª ,

natural de

ABUELOS MATERNOS: D. ,

natural de

y Dª ,

natural de

PADRINOS: José Rodríguez León y María Suárez

MINISTRO: D. José Antonio García Hevia

Oviedo , a 3 de abril de 2009

(Sello)

(Para otras Diócesis)

V.º B.º
Vicario General,

Jesús Álvarez
Pro-Vicario General

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo

# Certificación de Partida de Bautismo

**Parroquia** San Esteban de Molleda de Avilés

**Libro Sign.** 4-10-7

**Folio** 1

**Núm.** /

**Confirmado - (a)**

**En** /

**el** / **de** / **de** /

**NOTAS MARGINALES**

Don *Agustín Heria Ballina*

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de *San Esteban de Molleda*

Arciprestazgo de *Avilés*

D. (ña) *Juan Menéndez Mariño*

fue BAUTIZADO (A) el día *16* de *Junio* de *1.779*,

Nació el día *16* de *Junio* de *1.779*,

en /,

de /,

de /

PADRES D. *Juan Menéndez Rodríguez*

natural de *Molleda*,

y Dª *Rosa Mariño Menéndez*

natural de *S. Nicolás de Avilés*

ABUELOS PATERNOS: D. *José Menéndez*

natural de /,

y Dª *María Rodríguez*

natural de /,

ABUELOS MATERNOS: D. *Pablo Mariño*

natural de /,

y Dª *Margarita Menéndez*

natural de /,

PADRINOS: *José García Heria y Manuela Rodríguez*

MINISTRO: D. *José Antonio García Heria*

*Oviedo*, a *3* de *abril* de *2.009*

(Sello)                                    (Firma del Director del archivo)

(Para otras Diócesis)
Vº Bº
Vicario General,

*Jesús Álvarez*
*Pro. Vicario General*



# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia S. Esteban de Molleda

Arciprestazgo Avilés

Archidiócesis de Oviedo

Libro Sign. 4-10-8

Folio 22

Núm. /

Confirmado - (a)

En /

el / de / de /

NOTAS MARGINALES

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. Esteban de Molleda

Arciprestazgo de Avilés

D. (ña) Maria Menéndez Suárez Solis

fue BAUTIZADO (A) el día 2 de Julio de 1806

Nació el día 2 de Julio de 1806.

en Vidriero

de Molleda

_____ de /

PADRES D. José Menéndez Mariño

natural de Molleda ,

y Dª Manuela Suárez Solis ,

natural de S. Vicente de Trasona ,

ABUELOS PATERNOS: D. Juan Menéndez

natural de / ,

y Dª Rosa Mariño ,

natural de / ,

ABUELOS MATERNOS: D. Manuel Suárez Solis

natural de / ,

y Dª Francisca Suárez ,

natural de / ,

PADRINOS: Manuel de Bango Redal

MINISTRO: D. Narciso Mateo Sánchez

Oviedo , a 3 de abril de 2009

(Sello)

Para que conste lo firmo.

(Para otras Diócesis)

Vº Bº
Vicario General

Jesús Alvarez
Pro-Vicario General

Director del Archivo Histórico Diocesano

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** San Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-7

**Folio** 1

**Núm.**

**Confirmado - (a)**

**En**

**el** de de

**NOTAS MARGINALES**

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta al acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda

Arciprestazgo de Avilés.

D. (ña) Manuel Menéndez Mariño.

fue BAUTIZADO (A) el día 16 de Junio de 1779,

Nació el día 16 de Junio de 1779,

en ,

de .

de

PADRES D. Juan Menéndez Rodríguez

natural de Molleda

y Dª Rosa Mariño Menéndez

natural de S. Nicolás de Avilés

ABUELOS PATERNOS: D. José Menéndez

natural de

y Dª María Rodríguez

natural de

ABUELOS MATERNOS: D. Pablo Mariño

natural de

y Dª Margarita Menéndez

natural de

PADRINOS: José Gutiérrez y María Heres

MINISTRO: D. José Antonio García Hevia

Oviedo, a 3 de abril de 2009

(Sello)

(Para otras Diócesis)

Vº Bº
Vicario General,

Jesús Álvarez
Pro-Vicario General

Para que conste lo firmo.

Agustín H. Hevia

Director del Archivo Histórico Diocesano de Oviedo



# Certificación de Partida de Bautismo

Parroquia San

Esteban de

Molleda

de Avilés

Libro Sign. 4 - 10 - 6

Folio 24

Núm.

Confirmado - (a)

En

el de de

**NOTAS MARGINALES**

Don Agustín Hevia Ballina

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda

Arciprestazgo de Avilés.

D. (ña) María Josefa Menéndez Mariño

fue BAUTIZADO (A) el día 15 de Julio de 1767 ,

Nació el día 15 de Julio de 1.767 ,

en ,

de ,

de

PADRES D. Juan Menéndez Rodríguez León

natural de Vidriero ,

y Dª Rosa Mariño Menéndez ,

natural de ,

ABUELOS PATERNOS: D. José Menéndez ,

natural de ,

y Dª María Rodríguez León ,

natural de ,

ABUELOS MATERNOS: D. Pablo Mariño ,

natural de ,

y Dª Margarita Menéndez ,

natural de ,

PADRINOS: Ignacio Graiño y Antonia Fernández Vao

MINISTRO: Don Pablo Cabeza

Oviedo , a 3 de abril de 2009

(Sello)

(Firma del Director del archivo)

SECRETARIO
Y
PRO-VICARIO
GENERAL

(Para otras Diócesis)
V.º B.º
Vicario General,

Jesús Álvarez
Pro-Vicario General

# Certificación de Partida de Bautismo

Parroquia S. Esteban de Molleda de Avilés

Libro Sign. 4-10-6

Folio 33

Núm.

Confirmado - (a)

En

el / de / de /

**NOTAS MARGINALES**

Don Agustín Heria Bellina

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda Arciprestazgo de Avilés.

D. (ña) María Joaquina Menéndez Mariño.

fue BAUTIZADO (A) el día 21 de agosto de 1769,

Nació el día 20 de agosto de 1769,

en Vidriero,

de Molleda de

PADRES D. Juan Menéndez Rodríguez León

natural de

y Dª Rosa Mariño Menéndez

natural de

ABUELOS PATERNOS: D. José Menéndez

natural de

y Dª María Rodríguez León

natural de

ABUELOS MATERNOS: D. Pablo Mariño

natural de

y Dª María Menéndez

natural de

PADRINOS: Los abuelos paternos

MINISTRO: Don Pablo Cabeza

Oviedo, a 3 de abril de 2009

(Sello)          (Firma del Director del archivo)

(Para otras Diócesis)
V.º B.º
Vicario General,

Heria Álvarez
Pro-Vicario General



# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia _S. Esteban de Molleda_

Arciprestazgo _Avilés_

Archidiócesis de Oviedo

Libro Sign. _4-10-9_

Folio _86_

Núm. _____

Confirmado - (a)

En _____

el _ de _ de _

**NOTAS MARGINALES**

D. _Agustín Mevia Ballina_

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de _San Esteban de Molleda_

Arciprestazgo de _Avilés_

D. (ña) _Modesta Menéndez Alvarez_

fue BAUTIZADO (A) el día _26_ de _Julio_ de 1.839

Nació el día _26_ de _julio_ de 1.839.

en _Vidriero_

de _Molleda_

de _____

PADRES D. _Narciso Menéndez Suárez Solís_

natural de _Molleda._

y Dª _Romana Alvarez Inclán_

natural de _Avilés_

ABUELOS PATERNOS: D. _José Menéndez_

natural de _Molleda_

y Dª _Manuela Suárez Solís_

natural de _Trasona_

ABUELOS MATERNOS: D. _Pedro Alvarez_

natural de _Illas_

y Dª _Josefa Inclán_

natural de _Avilés._

PADRINOS: _Modesto Suárez de Trasona, y Romana Menéndez, de Serín-Gijón_

MINISTRO: _D. Angel Antonio Fernández Urie_

_Oviedo_, a _3_ de _abril_ de _2009_

(Sello)

(Para otras Diócesis)

V.º B.º
Vicario General,

_Jesús Alvarez_
_Pro-Vicario General_

Para que conste lo firmo.

_Agustín A. Hevia_

Director del Archivo Histórico Diocesano de Oviedo



# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4·10·6

**Folio** 63 vto·

**Núm.**

**Confirmado - (a)**

**En**

**el** / **de** / **de** /

**NOTAS MARGINALES**

D. Agustin Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda

Arciprestazgo de Avilés.

D. (ña) Maria Antonia Menéndez Mariño.

fue BAUTIZADO (A) el día 14 de diciembre de 1.775

Nació el día 14 de diciembre de 1.775

en

de

de

PADRES D. Juan Menéndez

natural de Molleda ,

y Dª Rosa Mariño

natural de Avilés· ,

ABUELOS PATERNOS: D.

natural de ,

y Dª

natural de ,

ABUELOS MATERNOS: D.

natural de ,

y Dª

natural de

PADRINOS: Manuel García de la Vega

MINISTRO: Manuel García de la Vega ( de socorro )

Oviedo , a 3 de abril de 2009

(Sello)

(Para otras Diócesis)

V.º B.º
— Vicario General;

Jesús Álvarez
Pro-Vicario General

Para que conste lo firmo

Agustín A. Hevia

Director del Archivo Histórico Diocesano de Oviedo



**Arzobispado de Oviedo**

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban
de Molleda

**Arciprestazgo**
Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-9

**Folio** 37

**Núm.**

**Confirmado - (a)**

**En**

**el** / **de** / **de** /

**NOTAS MARGINALES**

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda
Arciprestazgo de Avilés.
D. (ña) Narciso Menéndez Alvarez
fue BAUTIZADO (A) el día 29 de diciembre de 1834
Nació el día 27 de diciembre de 1834
en Bidviero
de Molleda
de
PADRES D. Narciso Menéndez Suárez Solís.
natural de Bidviero ,
y Dª Ramona Alvarez Inclán ,
natural de Miranda, parroquia de S. Nicolás de Avilés ,
ABUELOS PATERNOS: D. José Menéndez
natural de Molleda ,
y Dª Manuela Suárez Solís ,
natural de Trasona ,
ABUELOS MATERNOS: D. Pedro Alvarez
natural de Illas ,
y Dª Josefa Inclán ,
natural de S. Nicolás de Avilés .
PADRINOS: Pablo Alvarez, soltero, de Molleda
MINISTRO: D. Angel Antonio Fernández Uría
Oviedo , a 3 de abril de 2009
(Sello)

Para que conste lo firmo.

Agustín H.

Director del Archivo Histórico Diocesano de Oviedo

SECRETARIO
Y
PRO-VICARIO
GENERAL
(para otras Diócesis)

Vº Bº
Vicario General,

Jesús Alvarez
Pro-Vicario General



# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-9

**Folio** 125

**Núm.** /

**Confirmado - (a)**

**En** /

**el** / **de** / **de** /

**NOTAS MARGINALES**

D. Agustín Heria Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda

Arciprestazgo de Avilés

D. (ña) Leonarda Menéndez Alvarez

fue BAUTIZADO (A) el día 11 de abril de 1843

Nació el día 11 de abril de 1.843

en Brdriero

de Molleda

de /

PADRES D. Narciso Menéndez Suárez Solís

natural de Molleda.

y Dª Ramona Alvarez Indán

natural de Miranda, Avilés

ABUELOS PATERNOS: D. José Menéndez

natural de Molleda

y Dª Manuela Suárez Solís

natural de Trasona

ABUELOS MATERNOS: D. Pedro Alvarez

natural de Illas.

y Dª Josefa Indán

natural de Miranda

PADRINOS: Manuel y Rita Menéndez, Tíos paternos

MINISTRO: D. Angel Antonio Fernández Urra

Oviedo, a 3 de abril de 2009

(Sello)

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo

SECRETARIO Y PRO-VICARIO GENERAL (Para otras Diócesis)

Vº Bº
Vicario General

Jesús Alvarez
Pro-Vicario General


# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-9

**Folio** 21

**Núm.**

**Confirmado - (a)**

**En**

**el** /de /de /

**NOTAS MARGINALES**

D. Agustin Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda

Arciprestazgo de Avilés:

D. (ña) Casimiro Menéndez Alvarez

fue BAUTIZADO (A) el día 18 de Febrero de 1833

Nació el día 17 de Febrero de 1833

en Bárnero

de Molleda

de

PADRES D. Narciso Menéndez Suárez Solis

natural de Bárnero,

y Dª Ramona Alvarez Inclán,

natural de Miranda,

ABUELOS PATERNOS: D. José Menéndez

natural de Molleda,

y Dª Manuela Suárez Solis

natural de Tresona,

ABUELOS MATERNOS: D. Pedro Alvarez

natural de Illes,

y Dª Josefa Inclán,

natural de Miranda,

PADRINOS: José Alvarez y Maria Alvarez Valdés,

Solteros, naturales de Molleda

MINISTRO: D. Angel Antonio Fernández Uria

Oviedo, a 3 de abril de 2009

(Sello)

(Para otras Diócesis)

Para que conste lo firma

Director del Archivo Histórico Diocesano de Oviedo

Vicario General

Jesús Alvarez
Pro-Vicario General


# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** San Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-8

**Folio** 40

**Núm.** —

**Confirmado - (a)**

**En** —

**el** — **de** — **de** —

**NOTAS MARGINALES**

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda

Arciprestazgo de Avilés

D. (ña) Narciso Menéndez Suárez

fue BAUTIZADO (A) el día tres de diciembre de 1808

Nació el día 3 de diciembre de 1808

en Villalegre

de Molleda

de —

PADRES D. José Menéndez Mariño

natural de Molleda,

y Dª Manuela Suárez Suárez

natural de Sn. Vicente de Trasona,

ABUELOS PATERNOS: D. Juan Menéndez

natural de —

y Dª Rosa Mariño

natural de —

ABUELOS MATERNOS: D. Manuel Suárez

natural de —

y Dª Francisca Suárez Solís

natural de —

PADRINOS: Manuel Menéndez.

MINISTRO: D Narciso Mako Sánchez.

Oviedo, a 3 de abril de 2009

(Sello)

(Para otras Diócesis)

Para que conste lo firmo

*[firma]*

Director del Archivo Histórico Diocesano de Oviedo

Jesús Álvarez
Pro-Vicario General



**Arzobispado de Oviedo**

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-9

**Folio** 105

**Núm.** —

**Confirmado - (a)**

**En** ⁄

**el** ⁄ **de** ⁄ **de** ⁄

**NOTAS MARGINALES**

---

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda

Arciprestazgo de Avilés

D. (ña) Juan Antonio Menéndez Alvarez

fue BAUTIZADO (A) el día 13 de Junio de 1841

Nació el día 12 de Junio de 1841

en Bidriero

de Molleda

de ⁄

PADRES D. Narciso Menéndez Suarez Solís,

natural de Molleda,

y Dª Ramona Alvarez Inclán,

natural de S. Nicolás de Avilés,

ABUELOS PATERNOS: D. José Menéndez,

natural de Molleda,

y Dª Manuela Suarez Solís,

natural de Trasona,

ABUELOS MATERNOS: D. Pedro Alvarez,

natural de Illas,

y Dª Josefa Inclán,

natural de Avilés,

PADRINOS: José Menéndez, soltero, hermano del niño.

MINISTRO: D. Angel Antonio Fernández Uria

Oviedo, a 3 de abril de 2009

(Sello)

Para otras Diócesis)

Vº Bº
Vicario General,

Jesús Alvarez
Pro-Vicario General

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo



**Arzobispado de Oviedo**

ARCHIVO HISTÓRICO DIOCESANO
ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-9

**Folio** 52

**Núm.** /

**Confirmado - (a)**

**En** /

**el** / **de** / **de** /

**NOTAS MARGINALES**

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda

Arciprestazgo de Avilés

D. (ña) Ramona Menéndez Alvarez

fue BAUTIZADO (A) el día 19 de Mayo de 1.836

Nació el día 18 de Mayo de 1.836

en Bidriero

de Molleda

de /

PADRES D. Narciso Menéndez Suárez-Solís

natural de Bidriero ,

y Dª Ramona Alvarez Inclán ,

natural de S. Nicolás de Avilés ,

ABUELOS PATERNOS: D. José Menéndez

natural de Molleda ,

y Dª Manuela Suárez Solís ,

natural de Trasma ,

ABUELOS MATERNOS: D. Pedro Alvarez ,

natural de Illes ,

y Dª Josefa Inclán ,

natural de S. Nicolás de Avilés ,

PADRINOS: Ramón González del Busto, Soltero, de Molleda

MINISTRO: D. Angel Antonio Fernández Uría

Oviedo , a 3 de Abril de 2009

(Sello)

Para que conste lo firmo

Director del Archivo Histórico Diocesano de Oviedo

(Para otras Diócesis)

Vº Bº

Vicario General,

Jesús Alvarez

Pro-Vicario General



# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia S. Esteban de Molleda

Arciprestazgo Avilés

Archidiócesis de Oviedo

Libro Sign. 4-10-7

Folio 185 vto.

Núm.

Confirmado - (a)

En

el / de / de /

NOTAS MARGINALES

D. Agustín Mevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda
Arciprestazgo de Avilés
D. (ña) Josefa Bárbara Menéndez Suárez Solis.
fue BAUTIZADO (A) el día 22 de abril de 1803
Nació el día / de / de /
en Vidriero
de Molleda
de
PADRES D. José Menéndez Marino
natural de Molleda
y Dª Manuela Suárez Solis
natural de /
ABUELOS PATERNOS: D. Juan Menéndez
natural de /
y Dª Rosa Mariño
natural de /
ABUELOS MATERNOS: D. Manuel Suárez Solis
natural de S. Vicente de Trasona
y Dª Francisca Suárez
natural de S. Vicente de Trasona
PADRINOS: Manuel García Vega y Josefa Gutiérrez
MINISTRO: D. Ramón Ignacio Berrosa
Oviedo, a 3 de abril de 2009
(Sello)

Para que conste lo firmo.

(Para otras Diócesis)

Vicario General

Jesús Álvarez
Pro-Vicario General

Director del Archivo Histórico Diocesano de Oviedo



# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-7

**Folio** 90

**Núm.** /

**Confirmado - (a)**

**En** /

**el** / **de** / **de** /

**NOTAS MARGINALES**

"Se verificó la dispensa de Su Santidad por la cual se legitimó la niña"

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. Esteban de Molleda

Arciprestazgo de Avilés

D. (ña) Manuela Menéndez Suárez Solís

fue BAUTIZADO (A) el día 16 de octubre de 1792

Nació el día 15 de octubre de 1.792

en Villalegre

de Molleda

de /

PADRES D. José Menéndez Mariño

natural de Molleda ,

y Dª Manuela Suárez Solís

natural de S. Vicente de Trasona ,

ABUELOS PATERNOS: D. Juan Menéndez ,

natural de ,

y Dª Rosa Mariño

natural de ,

ABUELOS MATERNOS: D. Manuel Suárez ,

natural de ,

y Dª Francisca Suárez Solís

natural de ,

PADRINOS: Manuel Álvarez Corrujedo y Manuela Suárez

MINISTRO: D. Narciso Mato Sánchez

Oviedo , a 3 de abril de 2009

(Sello)

Para otras Diócesis)

V.º B.º
Vicario General,

Jesús Álvarez
Pro-Vicario General

Para que conste lo firmo.

Agustín A. Hevia

Director del Archivo Histórico Diocesano de Oviedo



# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-7

**Folio** 116 Vto

**Núm.**

**Confirmado - (a)**

**En**

**el** / de / de /

NOTAS MARGINALES

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda

Arciprestazgo de Avilés

D. (ña) Rita Menéndez Suárez Solís

fue BAUTIZADO (A) el día 12 de marzo de 1795

Nació el día 11 de marzo de 1795

en Villalegre

de Molleda

de

PADRES D. José Menéndez Mariño

natural de Molleda ,

y Dª Manuela Suárez Solís ,

natural de San Vicente de Trasona ,

ABUELOS PATERNOS: D. Juan Menéndez

natural de ,

y Dª Rosa Mariño

natural de ,

ABUELOS MATERNOS: D. Manuel Suárez Solís ,

natural de ,

y Dª Francisca Suárez Solís ,

natural de ,

PADRINOS: Manuel Suárez Solís y María Menén-

-dez

MINISTRO: D. Fructuoso Arias

Oviedo , a 3 de abril de 2009

(Sello)

(Para otras Diócesis)

V.º B.º
Vicario General.

Jesús Álvarez
Pro-Vicario General

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo

# CERTIFICACIÓN DE PARTIDA DE MATRIMONIO

Parroquia S. Esteban
de Molleda

Arciprestazgo Avilés

.................................................

**Archidiócesis de Oviedo**

Libro Sign. 4.10.6

Folio 55 vto

Núm. ✓

### NOTAS MARGINALES

- obtuvieron
dispensa de Su
Santidad por
el cuarto grado
de consanguinidad.

**D.** Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Matrimonios de la Parroquia de San Esteban de Molleda Arciprestazgo de Avilés el día 29 de Enero de año 1793 contrajeron matrimonio canónico

D. José Menéndez Mariño de estado ✓ hijo de D. Juan Menéndez

y de D.ª Rosa Mariño

bautizado en

de

y feligrés de Molleda

de ✓

y D.ª Manuela Suárez Suárez de estado ✓ hija de D. Manuel Suárez

y de D.ª Francisca Suárez

bautizada en

de ✓

y feligresa de Trasona

de ✓

Asistió al matrimonio el Presbítero D. Narciso Mateo Sánchez

y fueron testigos

D./D.ª Manuel Suárez

y D./D.ª Manuel García Bega

Para que conste, expido la presente que firmo y sello con el del Archivo Histórico Diocesano en Oviedo a tres

de abril de dos mil nueve

Para que conste lo firmo.

(Para otras Diócesis)

Vicario General
Pro-Vicario General

Director del Archivo Histórico Diocesano del Oviedo

RECEIVED

09 APR 16 AM 11:06
CLERK. U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Clerk of Court
SAM M. GIBBONS U.S. COURT HOUSE
801 NORTH FLORIDA AVENUE
33602 Tampa - Florida. USA

José del Riego García-Argüelles
Búsquedas documentales en Archivos de Asturias
Calle Sánchez - Ocuña nº 3 - 1º E
33010 OVIEDO
SPAIN