UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                                 CASE NO: 8:07-cv-614-T-23MAP

UNIDENTIFIED, SHIPWRECKED
VESSEL,

    Defendant,

KINGDOM OF SPAIN,

    Claimant.
_____/

## **ORDER**

The Republic of Peru moves (Doc. 201) for reconsideration of an order (Doc. 201) denying the Republic of Peru's motion for leave to file a sur-reply. Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the Republic of Peru's motion (Doc. 201) is **REFERRED** to United States Magistrate Judge Mark A. Pizzo for disposition.

ORDERED in Tampa, Florida, on May 1, 2009.

                                                              STEVEN D. MERRYDAY
                                                        UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge