FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2009 MAY 22 AM 10: 29

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff

                                     CIVIL ACTION

vs.

                              Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle
appurtenances and cargo located within
center point coordinates:
provided to the Court under seal,
in rem

    Defendant
    In Rem

And

The Kingdom of Spain and the Republic of Peru,

    Claimants

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho),
Agustin de Aliaga (the current Marques de Zelada de la Fuente),
Gonzalo Alvarez del Villar, Ignacio de Colmenares (the 11th Count
Of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu, Flora Leonor Perales
Calderon de Colmenares, Felipe Voyest, Adela
Armida de Izcue Bazo, Carola Daireux Kinsky, Eleonora Daireux Kinsky,
Matilde Daireux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio,
Javier de Goyeneche (the current Count of Guaqui and Marques de Villafuente) et tal.
*and* Jose Antonio Rodriguez Menendez aka Joseph Anthony Rodriguez
    Claimants                                                  /

## NOTICE of FILING

1. Forty-seven documents have been submitted with this filing. They are enumerated and described in the Exhibit List with a *revision date*: 5/14/09.

2. English translations are included with select baptismal and marriage certificates vital to demonstrating the genealogic ascent of Jose Antonio Rodriguez Menendez ("Menendez") along his mother's paternal lineage.

3. Personally valuable and irreplaceable original documents are marked with red-ink label: "Original Document". Faithful photostatic copies are also included to serve as this Court's permanent archival copies once this proceeding has ended and original documents are retrieved from Court by "Menendez".

4. Ecclesiastic archival authorities in Spain have been instructed to ship original copy birth and marriage certificates directly to this Court. These documents should consist of sturdy yellow paper stock bearing original "Archivo Diocesano de Oviedo" letterhead, markings, and ecclesiastic stamps. With the notable exception of the baptismal certificate of Jose Maria Menendez Alvarez (which was mailed by the ecclesiastic archive directly to "Menendez"), "Menendez" has not handled these certificates from Spain. These original documents shipped directly from Spain have not been labeled, "Original Document", yet "Menendez" has made copy of the Court's PDF file/scanned copies of the certificates appearing on PACER in an effort to comply with Court requirement that copies be provided to Court for archival purposes should original documents be recovered by claimant/litigant at conclusion of proceeding.

5. Ecclesiastic archive in Spain is now preparing a second batch of baptismal and marriage certificates for direct shipment to this Court. Over twenty certificates are anticipated in the second batch which will reach into the mid-seventeenth century of "Menendez's" ancestry.

6. Genealogic documents listed in Affidavit of Mayra Sanchez-Johnson, Professional Genealogist, are now being translated and prepared for filing by this court.

7. As stated in Docket No. 175, Verified Claim of Named Descendant of Non-possessory Lien-holder, a memorandum has been researched and is now being completed which shall address:

- "Menendez's" *collateral* descent from family(s) of Pedro Menendez de Aviles, Alonso de la Campa. (Pedro Menendez de Aviles, Alonso de la Campa's Will and Testament allows and establishes precedent of inheritance via collateral descent which was practiced historically and repeatedly—as additional documents shall show.)

- Applicability and validity of the Asiento (contract) between Pedro Menendez de Aviles, Alonso de la Campa and Felipe II—King of Spain, *in perpetuity*, for benefit of the "heirs and successors" of Pedro Menendez de Aviles, Alonso de la Campa.

Certificate of Service

I hereby certify, on May 21, 2009, that I caused the attached documents to be served upon the Court:

Clerk of Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue
Tampa, FL 33602

and upon attorneys of record for the parties listed below, by Fedex Carrier to:

| | | |
|---|---|---|
| Allen von Spiegelfeld/<br>Eric C. Thiel<br>Fowler, White, Boggs, Banker, P.A.<br>501 E. Kennedy Blvd.- Ste. 1700<br>P.O. Box 1438<br>Tampa, FL 33601-1438<br>Fax: (813) 229-8313<br><br>Attorneys for Plaintiff (Odyssey Marine) | AND | James A. Goold, Esq.<br>Covington & Burling, LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Fax: (202) 662-6291<br>Email: jgoold@cov.com<br>Attorneys for Kingdom of Spain |

Melinda J. MacConnel—FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
Email: mmacconnel@shipwreck.net

Attorneys for Plaintiff

John D. Kimball, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5259
Fax: (917) 332-3730
Email: jkimball@blankrome.com

Attorneys for Plaintiff

K. Russell LaMotte
Beveridge & Diamond, PC
Suite 700
1350 1 St. NW
Washington, DC 20005-3311
Tel. (202) 789-6080
Fax (202) 789-6190

Email: rlamotte@bdlaw.com
Attorneys for Plaintiff

David C. Banker/
Jeffrey Carter Andersen/
Keith Dennis Skorewicz
Florida Bar 352977
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida 33602-2656
(813) 244-9255
(813) 223-9620
Kingdom of Spain

Mark Maney (Trial Counsel)
Texas State Bar No. 12898200
South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas 77002
Tel (713) 654-8001
Fax (713) 654-8818
mmaney@maneylaw.com
Attorneys for the Republic of Peru

And

Timothy P. Shusta
FBN: 442305
Phelps Dunbar LLP
100 S. Ashley Drive
Suite 1900
Tampa, FL 33602-5315
Tel. (813) 472-7550
Fax (813) 472-7570
Shustat@phelps.com
Attorneys for the Republic of Peru

Marlowe V. White, Jr.
Lewis & White, PLC
222W. Georgia St.
P.O. Box 1050 Tallahassee, FL 32302
Tel. (850) 425-5000
Fax (850) 425-5004
Email: lawlaw@polaris.net
Attorney of Elsa Dorca Whitlock

David Paul Horan
FL Bar 142474
Horan, Wallace, and Higgins, LLP
608 Whitehead Street
Key West, FL 33040
Tel. (305) 294-4585
Fax (305) 294-7822
Attorney of Named Descendants

John J. McLaughlin
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, FL 33606
Tel. (813) 225-4000
Fax (813) 225-4010
Attorney of Santiago & Emilio Alvear,
Maria Eugenia, Agustina, & Ignacio Solveyra,
And Elsa Dorca Whitlock

Guy Ellington Burnette, Jr.
Guy E. Burnette, Jr., P.A.
3020 N. Shannon Lakes DR
Tallahassee, FL 32309
Tel. (850) 668-7900
Fax (850) 668-7972
Email: geb@gburnette.com
Attorney of Dr. Jaime Durand Palacios

_____
Joseph A. Rodriguez
Pro Se/ Unrepresented Party

4611 South University Drive
Davie, FL 33328-3817
Tel. (954) 804-4115
Email: Expertdoctor@aol.com