FILED

09 MAY 26  PH 12: 24

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff                                                   CIVIL ACTION

vs.

                                      Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle
appurtenances and cargo located within
center point coordinates:
provided to the Court under seal,
in rem

    Defendant
    In Rem

And

The Kingdom of Spain and the Republic of Peru,

    Claimants

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho),
Agustin de Aliaga (the current Marques de Zelada de la Fuente),
Gonzalo Alvarez del Villar, Ignacio de Colmenares (the 11th Count
Of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu, Flora Leonor Perales
Calderon de Colmenares, Felipe Voyest, Adela
Armida de Izcue Bazo, Carola Daireux Kinsky, Eleonora Daireux Kinsky,
Matilde Daireux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio,
Javier de Goyeneche (the current Count of Guaqui and Marques de Villafuente) et tal.
*and* Jose Antonio Rodriguez Menendez aka Joseph Anthony Rodriguez
    Claimants                                                                                    /

## NOTICE of ERRATA

1. Exhibit No. 31/A was inadvertently omitted from packages sent to following parties:

   - Guy Ellington Burnette, Esq.

   - Mark Maney, Esq.

   - Timothy P. Shusta, Esq.

   - Marlene V. White, Jr., Esq.

   - David C. Banker/Jeffrey Carter Andersen/Keith Dennis Skorewicz Esqs.

   - Allen von Spiegelfeld, Esq./Eric C. Thiel Esqs.

   - James A. Goold, Esq.

   - Melinda J. MacConnel, Esq.

   - John D. Kimball, Esq.

   - K. Russell Lamotte, Esq.

   Exhibit No. 31/A is enclosed in this correspondence to the parties listed above.

2. Two notarized translations of Exhibit 18/A (baptismal certificate of Jose Maria Menendez Alvarez) were prepared. May 8th, 2009 version is enclosed and should not differ materially from prior version of Exhibit 18/A.

## Certificate of Service

I hereby certify, on May 22, 2009, that I caused the attached documents to be served upon the Court:

    Clerk of Court
    Sam M. Gibbons U.S. Courthouse
    801 N. Florida Avenue
    Tampa, FL  33602

3

and upon attorneys of record for the parties listed below, by Fedex Carrier or U.S. Mail

to:

Allen von Spiegelfeld/
Eric C. Thiel
Fowler,White, Boggs, Banker, P.A.    AND
501 E. Kennedy Blvd.- Ste. 1700
P.O. Box 1438
Tampa, FL  33601-1438
Fax:  (813) 229-8313

Attorneys for Plaintiff (Odyssey Marine)

Melinda J. MacConnel—FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL  33607
(813) 876-1776, ext. 2240
Fax:  (813) 830-6609
Email:  mmacconnel@shipwreck.net

Attorneys for Plaintiff

John D. Kimball, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY  10174
(212) 885-5259
Fax: (917) 332-3730
Email:  jkimball@blankrome.com

Attorneys for Plaintiff

K. Russell LaMotte
Beveridge & Diamond, PC
Suite 700
1350 1 St. NW
Washington, DC  20005-3311
Tel. (202) 789-6080
Fax (202) 789-6190
Email:  rlamotte@bdlaw.com
Attorneys for Plaintiff

James A. Goold, Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
Washington, D.C.  20004
Fax:  (202) 662-6291
Email: jgoold@cov.com
Attorneys for Kingdom of Spain

David C. Banker/

4

Florida Bar 352977
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida 33602-2656
(813) 244-9255
(813) 223-9620
Kingdom of Spain

Mark Maney (Trial Counsel)
Texas State Bar No. 12898200
South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas 77002
Tel (713) 654-8001
Fax (713) 654-8818
mmaney@maneylaw.com
Attorneys for the Republic of Peru

And

Timothy P. Shusta
FBN: 442305
Phelps Dunbar LLP
100 S. Ashley Drive
Suite 1900
Tampa, FL 33602-5315
Tel. (813) 472-7550
Fax (813) 472-7570
Shustat@phelps.com
Attorneys for the Republic of Peru

Marlowe V. White, Jr.
Lewis & White, PLC
222W. Georgia St.
P.O. Box 1050 Tallahassee, FL 32302
Tel. (850) 425-5000
Fax (850) 425-5004
Email: lawlaw@polaris.net
Attorney of Elsa Dorca Whitlock


David Paul Horan
FL Bar 142474
Horan, Wallace, and Higgins, LLP
608 Whitehead Street
Key West, FL 33040
Tel. (305) 294-4585

Fax (305) 294-7822
Attorney of Named Descendants

John J. McLaughlin
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, FL 33606
Tel. (813) 225-4000
Fax (813) 225-4010
Attorney of Santiago & Emilio Alvear,
Maria Eugenia, Agustina, & Ignacio Solveyra,
And Elsa Dorca Whitlock

Guy Ellington Burnette, Jr.
Guy E. Burnette, Jr., P.A.
3020 N. Shannon Lakes DR
Tallahassee, FL 32309
Tel. (850) 668-7900
Fax (850) 668-7972
Email: geb@gburnette.com
Attorney of Dr. Jaime Durand Palacios

Joseph A. Rodriguez
Pro Se/ Unrepresented Party

4611 South University Drive
Davie, FL 33328-3817
Tel. (954) 804-4115
Email: Expertdoctor@aol.com