UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                           CASE NO: 8:07-cv-614-T-23MAP

UNIDENTIFIED, SHIPWRECKED
VESSEL,

    Defendant,

KINGDOM OF SPAIN, et al.,

    Claimants.
_____/

## **ORDER**

The plaintiff and the "descendant claimants" jointly move (Doc. 210) for an extension of time to object to the magistrate judge's June 3, 2009, report and recommendation (Doc. 209). The unopposed motion (Doc. 210) is **GRANTED**. The deadline to object to the June 3, 2009, report and recommendation is extended to **July 6, 2009**, and the deadline to respond to any objection is extended to **August 7, 2009**.

ORDERED in Tampa, Florida, on June 8, 2009.

                                                            STEVEN D. MERRYDAY
                                            UNITED STATES DISTRICT JUDGE

xc: Magistrate Judge