UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.     Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
If any, its apparel, tackle, appurtenances and cargo
located within a five mile radius of the center point
coordinates provided to the Court under seal, *in rem*

    Defendant,

and

THE KINGDOM OF SPAIN,
THE REPUBLIC OF PERU, *et al.*,

    Claimants.

*[Stamp: petition is DENIED. stipulation APPROVED. this motion GRANTED / DENIED AS MOOT. 6/10/09, Tampa, FL. STEVEN D. MERRYDAY, UNITED STATES DISTRICT JUDGE]*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
<u>OBJECTION TO REPORT AND RECOMMENDATION</u>**

    COMES NOW The Republic of Peru, by and through undersigned counsel and moves for an extension of time to file its Objection to the Report and Recommendation filed on June 3, 2009 (Doc. 209) and in support states as follows:

    1.     This case arises out of the admiralty arrest of the Defendant vessel, located in the Atlantic Ocean and involves determination of the rights of various parties to coins and other artifacts salvaged by the plaintiff.

    2.     On June 3, 2009, Magistrate Mark A. Pizzo filed a Report and Recommendation (Doc. 209) recommending that Spain's Motion to Dismiss (Doc. 131) and