IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

CIVIL ACTION

Case No. 8:O7-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, if any, its apparel, tackle,
appurtenances and cargo located within a
five mile radius of the center point co-
ordinates provided to the Court under seal,

    Defendant,
    *In Rem*

And

The Kingdom of Spain and the Republic of Peru,

    Claimants;

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho), Agustin de Aliaga (the current Marques de Zelada de la Fuente), Gonzalo Alvarez del Villar, Jgnacio de Colmenares (the 11th Count of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu, Flora Leonor Perales Calderon de Colmenares, Felipe Voyest, Adela Armida de Izcue Bazo, Carola Daireaux Kinsky, Eleonora Daireaux Kinsky, Matilde Daireaux Kinsky, Julio Vega Eurasquin, lnez Marquez Osorio, Javier do Goyeneche (the current Count of Guaqui and Marques de Villafuente),

And

Santiago de Alvear, Emilio de Alvear,
María Eugenia Solveyra, Alejandro Julían Pera Barthé,
Agustina Solveyra, and Ignacio Solveyra

    Claimants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO REPORT AND RECOMMENDATION

COMES NOW, Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra,

Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra, by and through undersigned counsel and moves for an extension of time to file its Objection to the Report and Recommendation filed on June 3, 2009 (Doc. 209) and in support states as follows:

1. This case arises out of the admiralty arrest of the Defendant vessel, located in the Atlantic Ocean and involves determination of the rights of various parties to coins and other artifacts salvaged by the plaintiff.

2. On June 3, 2009, Magistrate Mark A. Pizzo filed a Report and Recommendation (Doc. 209) recommending that Spain's Motion to Dismiss (Doc. 131) and Motion to Vacate Arrest (Doc. 132) be granted and that the plaintiff be directed to return the *res* to Spain.

3. Pursuant to 28 U.S.C. § 636(b)(l) and Local Rule 6.02(a) parties who desire to object to the Report and Recommendation must file written objections within ten (10) days of service of the Report and Recommendations.

4. The process of preparation of objections on behalf of Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra, Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra includes translating the Report and Recommendations and the objections, prepared by counsel, into Spanish. This process cannot be completed within a ten day time frame.

5. Plaintiff and various individual claimants have previously requested an extension of time to file objections, (Doc. 210), and the requested extension of time had been granted up to July 6, 2009 to file objections to the June 3, 2009 report and recommendation and the time to reply to any objection has been extended to August 7, 2009. (Doc. 211). These Claimants requests that it receive the same extension of time to file its objections and that all parties have until August 7, 2009 to reply to its objections.

## RULE 3.0 1(g) CERTIFICATE

I HEREBY CERTIFY that I have conferred with counsel for the Kingdom of Spain, who has responded that the Kingdom of Spain has no objection to the extension of time requested. Plaintiff, Odyssey Marine, also has no objection and plaintiff and other claimants have already been granted the extension of time hereby requested by Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra, Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra.

WHEREFORE Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra, Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra respectfully request that the Court enter an Order granting Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra, Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra an extension of time to July 6, 2009 to file objections to the June 3, 2009 report and recommendation and that the deadline to respond to any objection filed by Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra, Alejandro Julían Pera Barthé, Agustina Solveyra, and Ignacio Solveyra be extended to August 7, 2009.

Respectfully submitted,

/s/John McLaughlin
JOHN McLAUGHLIN
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, Florida   33606
813/225-4000; 813/225-4010 (fax)
Florida Bar No. 193587
E-mail:   John@wagnerlaw.com

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court via CM/ECF system on June 10, 2009, which will generate and transmit Notices of Electronic Filing. I have provided copies of the foregoing by U.S. mail to Joseph A. Rodriguez, Pro Se/Unrepresented Party, 4611 S. University Dr., Davie, FL, 33328-3817, this 10th day of June, 2009.

            <u>/s/ John McLaughlin</u>
            JOHN McLAUGHLIN
            Wagner, Vaughan & McLaughlin, P.A.
            601 Bayshore Blvd., Suite 910
            Tampa, Florida  33606
            813/225-4000; 813/225-4010 (fax)
            Attorneys for Claimants
            Florida Bar No. 193587
            E-mail:  John@wagnerlaw.com