IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                                                      CASE NO:  8:07-cv-614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL,

    Defendant,

KINGDOM OF SPAIN, et al.,

    Claimants;
_____/

## NOTICE OF APPEARANCE

    GIANLUCA MORELLO of Fowler White Boggs P.A., 501 East Kennedy Boulevard, Suite 1700, Tampa, Florida 33602, hereby gives notice of his appearance as additional counsel for Plaintiff, Odyssey Marine Exploration, Inc., and requests that copies of all pleadings, orders, and other filings be served upon him.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 10, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                          s/ Gianluca Morello
                                          Gianluca Morello, FBN 034997
                                          Email: gianluca.morello@fowlerwhite.com
                                          Carl R. Nelson, FBN 0280186
                                          Email: cnelson@fowlerwhite.com
                                          FOWLER WHITE BOGGS P.A.
                                          501 E. Kennedy Blvd., Suite 1700
                                          Tampa, FL  33602
                                          Phone: (813) 228-7411
                                          Fax No: (813) 229-8313

Allen von Spiegelfeld, FBN 256803
Email: avonsp@bankerlopez.com
Eric C. Thiel, FBN 066267
Email: ethiel@bankerlopez.com
Banker Lopez Gassler P.A.
501 E. Kennedy Blvd., Suite 1500
Tampa, FL 33602
Phone: (813)221-1500
Fax: (813) 222-3066

John D. Kimball (*pro hac vice*)
Email: jkimball@blankrome.com
Blank Rome, LLP
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
Phone: (212) 943-3980
Fax: (917) 981-2106

K. Russell LaMotte (*pro hac vice*)
Email: rlamotte@bdlaw.com
Beveridge & Diamond, PC
1350 I St. NW, Suite 700
Washington, DC 20005-3311
Phone: (202) 789-6080
Fax: 789-6190

Melinda J. MacConnel, FBN 871151
Email: mmacconnel@shipwreck.net
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
Phone: (813) 876-1776, ext. 2240
Fax: (813) 830-6609


Attorneys for Odyssey Marine Exploration, Inc.