UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
In Admiralty

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

vs.                            Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, etc.,

    Defendant,
    *in rem*

and

THE KINGDOM OF SPAIN, et al.,

    Claimants.

_____/

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME
TO FILE OBJECTION TO REPORT AND RECOMMENDATIONS**

    CLAIMANTS, Elsa D. Whitlock, f/k/a Elsa Dorca Ruiz, and Dr. Jaime Durand Palacios, move the Court to grant an extension of time within which they may filed objections to the Report and Recommendations and, in support, would show:

    1. The instant *in rem* action arises from Plaintiff Odyssey's admiralty arrest of articles of salvage from a wreck site located in the Atlantic Ocean beyond the territorial waters of any country and the determination of rights to coins and artifacts recovered from the wreck site.

    2. On June 3, 2009, Magistrate Mark A. Pizzo filed a Report and Recommendations in the case recommending that Spain's motion to dismiss (Doc. 131) and motion to vacate the arrest (Doc. 132) be granted and that Odyssey be directed to turn-over the *res* to the Kingdom of Spain.

[Stamp: This motion is GRANTED-DENIED AS MOOT. Stipulation-petition is APPROVED-DENIED. Tampa, FL 6/12 2009. STEVEN D. MERRYDAY, UNITED STATES DISTRICT JUDGE]