IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

CIVIL ACTION

Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, if any, its apparel, tackle,
appurtenances and cargo located within a
five mile radius of the center point co-
ordinates provided to the Court under seal,

    Defendant,
    In Rem

And

The Kingdom of Spain and the Republic of Peru,

    Claimants;

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho),
Agustin de Aliaga (the current Marques de Zelada de la
Fuente), Gonzalo Alvarez del Villar, Ignacio de
Colmenares (the 11th Count of Polentinos), Alberto Emilio
Thiessen, Enriqueta Pita Duthurburu, Flora Leonor Perales
Calderon de Colmenares, Felipe Voyest, Adela Armida de
Izcue Bazo, Carola Daireaux Kinsky, Eleonora Daireaux
Kinsky, Matilde Daireaux Kinsky, Julio Vega Eurasquin,
Inez Marquez Osorio, Javier do Goyeneche (the current
Count of Guaqui and Marques de Villafuente),

And

Santiago de Alvear, Emilio de Alvear,
María Eugenia Solveyra, Alejandro Julián Pera Barthé,
Agustina Solveyra, and Ignacio Solveyra

    Claimants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**OBJECTION TO REPORT AND RECOMMENDATION**

COMES NOW, Santiago de Alvear, Emilio de Alvear, María Eugenia Solveyra,