*Archivo Histórico Diocesano*
*Palacio Arzobispal*
*Oviedo*

El Infrascrito AGUSTÍN HEVIA BALLINA, presbítero, Director del Archivo Histórico Diocesano de Oviedo, hago constar que en un libro de BAUTIZADOS de 1747 a 1756, perteneciente a la parroquia de S. ESTEBN DE MOLLEDA, Arciprestazgo de AVILÉS, depositado en este Archivo Histórico Diocesano, bajo signatura 4.10.3, a sus folios 47 y 48, se halla registrada la siguiente cláusula que transcribo en su literalidad:

*"En la Parroquia de San Nicolás de la Villa de Avilés a veinte días del mes de Octubre de mil setecientos cinquenta y quatro el Ilustrísimo Señor Don Juan Francisco Manrique de Lara Brabo de Guzmán, Obispo de Oviedo, Conde de Noreña, del Consejo de Su Magestad, mi Señor, estando haziendo la Visita de este Partido, administró el Santo Sacramento de la Confirmazión a las Personas siguientes, siendo su Padrino Don Juan de Lovera y Don Francisco Sama, Presvíteros de esta villa:*
*...-Juan, hijo de Joseph Menéndez y de María Rodríguez"*
*"Juan Antonio Manso"* (rubricado)

En testimonio y fe de verdad, extiendo la presente certificación, que firmo y sello en Oviedo a catorce de mayo  de dos mil nueve

Fdo: Juan Antonio Menendez Fernandez
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO



El Infrascrito AGUSTÍN HEVIA BALLINA, presbítero, Director del Archivo Histórico Diocesano de Oviedo, hago constar que en un libro de BAUTIZADOS de 1747 a 1756, perteneciente a la parroquia de S. ESTEBN DE MOLLEDA, Arciprestazgo de AVILÉS, depositado en este Archivo Histórico Diocesano, bajo signatura 4.10.3, a su folio 47, se halla registrada la siguiente cláusula que transcribo en su literalidad:

*"En la Parroquia de San Nicolás de la Villa de Avilés a veinte días del mes de Octubre de mil setecientos cinquenta y quatro el Ilustrísimo Señor Don Juan Francisco Manrique de Lara Brabo de Guzmán, Obispo de Oviedo, Conde de Noreña, del Consejo de Su Magestad, mi Señor, estando haziendo la Visita de este Partido, administró el Santo Sacramento de la Confirmazión a las Personas siguientes, siendo su Padrino Don Juan de Lovera y Don Francisco Sama, Presvíteros de esta villa:*

*...-Juan, Joseph y Pedro, hijos de Matheo Menéndez y de María Suárez"*

*"Juan Antonio Manso"* (rubricado)

En testimonio y fe de verdad, extiendo la presente certificación, que firmo y sello en Oviedo a catorce de mayo de dos mil nueve

Fdo: Juan Antonio Menendez Fernandez
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO


# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-3

**Folio** 9

**Núm.**

**Confirmado - (a)**

**En**

**el** de de

**NOTAS MARGINALES**

**D.** Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. Esteban de Molleda

Arciprestazgo de Avilés

D. (ña) José Antonio Menéndez Suárez

fue BAUTIZADO (A) el día 19 de abril de 1715,

Nació el día 18 de abril de 1715,

en

de

de

PADRES D. Mateo Menéndez

natural de

y Dª Francisca Suárez

natural de

ABUELOS PATERNOS: D.

natural de

y Dª

natural de

ABUELOS MATERNOS: D.

natural de

y Dª

natural de

PADRINOS: Ignacio García de Juncedo y Angela García, Soltera

MINISTRO: D. Simón López Candaam

Oviedo, a 14 de mayo de 2009

(Sello)

Para que conste lo firmo.

(Para otras Diócesis)

V.º B.º

Vicario General-

Fdo: Juan Antonio Menendez Fernández

Director del Archivo Histórico Diocesano de Oviedo

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. Esteban de Molleda

**Arciprestazgo** Avilés

**Archidiócesis de Oviedo**

**Libro Sign.** 4-10-3

**Folio** 32 vto

**Núm.** —

**Confirmado - (a)**

**En** —

**el** / de / de /

**NOTAS MARGINALES**

---

**D.** Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. Esteban de Molleda

Arciprestazgo de Avilés

D. (ña) Santiago Menéndez Suárez

fue BAUTIZADO (A) el día 8 de febrero de 1727 ,

Nació el día 7 de febrero de 1727 ,

en ,

de ,

de

PADRES D. Mateo Menéndez

natural de ,

y Dª María Francisca Suárez ,

natural de

ABUELOS PATERNOS: D.

natural de ,

y Dª

natural de

ABUELOS MATERNOS: D.

natural de ,

y Dª

natural de

PADRINOS: Juan del Barrio y Francisca Rodríguez, vecinos de la parroquia

MINISTRO: D. Manuel García Castañón Flórez

Oviedo , a 14 de Mayo de 2009

(Sello)

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo

(Para otras Diócesis)

V.º B.º
~~Vicario General.~~

Fdo: Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO



**Arzobispado de Oviedo**

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia S. Esteban de Molleda

Arciprestazgo Avilés

Archidiócesis de Oviedo

Libro Sign. 4-10.3

Folio 38 vto

Núm. /

Confirmado - (a)

En /

el / de / de /

**NOTAS MARGINALES**

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. Esteban de Molleda

Arciprestazgo de Avilés

D. (ña) Pedro Menéndez Suárez

fue BAUTIZADO (A) el día 10 de octubre de 1729,

Nació el día 9 de octubre de 1729,

en /,

de /,

de /,

PADRES D. Mateo Menéndez,

natural de /,

y Dª María Francisca Suárez,

natural de /,

ABUELOS PATERNOS: D. /,

natural de /,

y Dª /,

natural de /,

ABUELOS MATERNOS: D. /,

natural de /,

y Dª /,

natural de /,

PADRINOS: Juan Suárez Pondal y Luisa del Valle

MINISTRO: D Manuel García Castañón Flórez

Oviedo, a 14 de mayo de 2009

(Sello)

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo

(Para otras Diócesis)

V.º B.º
~~Vicario General.~~

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia _S. Esteban de Molleda_

Arciprestazgo _Avilés_

Archidiócesis de Oviedo

Libro Sign. _4-10.3_

Folio _-28-_

Núm. _/_

Confirmado - (a)

En _____

el _/_ de _/_ de _/_

**NOTAS MARGINALES**

D. _Agustin Hevia Ballina_

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de _S. Esteban de Molleda_
Arciprestazgo de _Avilés_
D. (ña) _Juan Antonio Menéndez Suárez_
fue BAUTIZADO (A) el día _28_ de _mayo_ de _1724_,
Nació el día _26_ de _mayo_ de _1724_,
en _/_ ,
de _/_ .
_____ de _/_
PADRES D. _Mateo Menéndez_
natural de _/_ ,
y Dª _María Suárez_
natural de _/_ ,
ABUELOS PATERNOS: D. _/_ ,
natural de _/_ ,
y Dª _/_
natural de _/_ ,
ABUELOS MATERNOS: D. _/_ ,
natural de _/_ ,
y Dª _/_
natural de _/_ ,
PADRINOS: _Juan Suárez de la Frera y María Suárez, de S. Juan de Villa_
MINISTRO: _D. Manuel García Cantañón Flórez_
_Oviedo_ , a _14_ de _mayo_ de _2009_
(Sello)

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo

(Para otras Diócesis)

V.º B.º
~~Vicario General,~~

Fdo: Juan Antonio Menendez Fernandez
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia _S. Esteban_
_de Molleda_

Arciprestazgo
_Avilés_

Archidiócesis de Oviedo

Libro Sign. _4-10.2_

Folio _240_

Núm. _/_

Confirmado - (a)

En _/_

el _/_ de _/_ de _/_

**NOTAS MARGINALES**

D. _Agustín Hevia Ballina_

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de _San Esteban de Molleda_

Arciprestazgo de _Avilés_

D. (ña) _José Silveste_

fue BAUTIZADO (A) el día _3_ de _enero_ de _1691_,

Nació el día _31_ de _diciembre_ de _1690_,

en _San Esteban de Molleda_,

de _Avilés_

_____ de _____

PADRES D. _Antonio Menéndez Valdés_

natural de _S. Esteban de Molleda_,

y Dª _Ana María Calvo_

natural de _S. Esteban de Molleda_,

ABUELOS PATERNOS: D. _____

natural de _____

y Dª _____

natural de _____

ABUELOS MATERNOS: D. _____

natural de _____

y Dª _____

natural de _____

PADRINOS: _Lic. D Juan Rodríguez Barbón, Presbítero,_
_y Teresa Rodríguez, soltera, vecinos de la parroquia_

MINISTRO: _D Simón López Caudamo_

_Oviedo_, a _14_ de _mayo_ de _2009_

(Sello)

Para que conste lo firmo.

_Agustín H. He..._

Director del Archivo Histórico Diocesano de Oviedo

(Para otras Diócesis)

V.º B.º
~~Vicario General~~

Fdo. Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia S. Esteban de Molleda

Arciprestazgo Antés

Archidiócesis de Oviedo

Libro Sign. 4-10-2

Folio 215

Núm.

Confirmado - (a)

En

el ___ de ___ de ___

**NOTAS MARGINALES**

D. Agustín Hevia Ballina

**Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias**

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de San Esteban de Molleda

Arciprestazgo de Antés

D. (ña) Mateo Antonio:

fue BAUTIZADO (A) el día 20 de Septiembre de 1687,

Nació el día 20 de septiembre de 1687,

en San Esteban de Molleda,

de Antés,

_____ de _____

PADRES D. Antonio Menéndez

natural de S. Esteban de Molleda,

y Dª Ana Calvo

natural de S. Esteban de Molleda

ABUELOS PATERNOS: D.

natural de

y Dª

natural de

ABUELOS MATERNOS: D.

natural de

y Dª

natural de

PADRINOS: Lic. Pedro Menéndez y Polonia Álvarez, vecinos de la parroquia

MINISTRO: D. Simón López Candamo

Oviedo, a 14 de Mayo de 2009.

(Sello)

Para que conste lo firmo.

Agustín A. Hevia

Director del Archivo Histórico Diocesano de Oviedo

(Para otras Diócesis)

V.º B.º
Vicario General

Fdo: Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# Certificación de Partida de Bautismo

**Parroquia** S. Nicolás de Bari

**Arciprestazgo** Avilés

de Avilés

**Libro** IV

**Folio** 82 vto

**Núm.** ⸺

**Confirmado - (a)**

**En** ⸺

**el** ⸺ **de** ⸺ **de** ⸺

**NOTAS MARGINALES**

Don Alfonso López Menéndez
Encargado del Archivo Parroquial de San Nicolás de Bari
Arciprestazgo de Avilés
de Avilés

Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) Pablo Mariño Conde
fue BAUTIZADO (A) el día 19 de Septiembre de 1709 ,
Nació el día ⸺ de ⸺ de ⸺ ,
en Miranda ,
de San Nicolás de Bari ,
de Avilés

PADRES D. Manuel Mariño
natural de Miranda
y Dª Isidora Conde
natural de Miranda

ABUELOS PATERNOS: D. ⸺
natural de ⸺
y Dª ⸺
natural de ⸺

ABUELOS MATERNOS: D. ⸺
natural de ⸺
y Dª ⸺
natural de ⸺

PADRINOS: Pablo Fernández y Bernarda de Cantos

MINISTRO: D Martín Jacinto del Campo.

Avilés , a 18 de Mayo de 2009

(Sello)　　　　　　　(Firma del encargado del archivo)

(Para otras Diócesis)
V.º B.º
Vicario General.

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# Certificación de Partida de Bautismo

Parroquia _San Nicolás de Bari_

Arciprestazgo _Avilés_

de

Libro _IV_

Folio _27 vto_

Núm.

Confirmado - (a)

En

el _de_ _de_

NOTAS MARGINALES

Don _Alfonso López Menéndy_

Encargado del Archivo Parroquial de _San Nicolás de Bari_

Arciprestazgo de _Avilés_

de _Avilés_

Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) _Pedro Francisco de Inclán Camina_

fue BAUTIZADO (A) el día _3_ de _noviembre_ de _1701_,

Nació el día _de_ _de_

en _San Nicolás de Bari_

de _Avilés_

_de_

PADRES D. _Juan de Inclán_

natural de

y Dª _María de Camina_

natural de

ABUELOS PATERNOS: D.

natural de

y Dª

natural de

ABUELOS MATERNOS: D.

natural de

y Dª

natural de

PADRINOS: _Don Francisco Domingo Nava Arango y Doña Francisca de Nava_

MINISTRO: _D. Martín Jacinto del Campo_

_Avilés_, a _18_ de _mayo_ de _2009_

(Sello)                    (Firma del encargado del archivo)

(Para otras Diócesis)
V.º B.º
Vicario General,

D. Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# Certificación de Partida de Bautismo

**Parroquia** S.Nicolás de Bari

**Arciprestazgo** Avilés

de Avilés

**Libro** I

**Folio** 86

**Núm.**

**Confirmado - (a)**

En

el de de

**NOTAS MARGINALES**

"murió"

Don Alfonso López Menéndez
Encargado del Archivo Parroquial de San Nicolás de Bari
Arciprestazgo de Avilés
de Avilés

Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) Fernando de Inclán
fue BAUTIZADO (A) el día 2 de diciembre de 1624 ,
Nació el día de de ,
en San Nicolás de Bari
de Avilés
de
PADRES D. Simón de Inclán
natural de
y Dª "su mujer la canóniga"
natural de
ABUELOS PATERNOS: D.
natural de
y Dª
natural de
ABUELOS MATERNOS: D.
natural de
y Dª
natural de
PADRINOS: María González de Rodiles y Esteban de Valdés vecinos de Avilés
MINISTRO: Bachiller Toribio González de Perera
Avilés , a 18 de mayo de 2009

(Sello)                         (Firma del encargado del archivo)

(Para otras Diócesis):
V.º B.º
Vicario General,

Fdo: Juan Antonio Menendez Fernandez
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# Certificación de Partida de Bautismo

**Parroquia** S. Nicolás de Bari

**Arciprestazgo** Avilés

de Avilés

**Libro** I

**Folio** 33

**Núm.** /

**Confirmado - (a)**

En /

el / de / de /

**NOTAS MARGINALES**

Don Alfonso López Meréndez

Encargado del Archivo Parroquial de San Nicolás de Bari

Arciprestazgo de Avilés

de Avilés

Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) Maria de Inclán

fue BAUTIZADO (A) el día 12 de octubre de 1608 ,

Nació el día ____ de ____ de ____ ,

en San Nicolás de Bari

de Avilés

_____ de ____

PADRES D. Fernando de Inclán

natural de ____

y Dª ____

natural de ____

ABUELOS PATERNOS: D. ____

natural de ____

y Dª ____

natural de ____

ABUELOS MATERNOS: D. ____

natural de ____

y Dª ____

natural de ____

PADRINOS: Gabriel de Cuyences, escribano, y la esposa de Domingo de Carreño, vecinos de Avilés

MINISTRO: Bachiller Toribio González de Perera

Avilés , a 18 de mayo de 2009

(Sello)          (Firma del encargado del archivo)

(Para otras Diócesis)
V.º B.º
~~Vicario General,~~

Fdo: Juan Antonio Menendez Fernandez
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# Certificación de Partida de Bautismo

**Parroquia** S. Nicolás de Bari

**Arciprestazgo** Avilés

de Avilés

**Libro** I

**Folio** 48 vto.

**Núm.** —

**Confirmado - (a)**

**En**

**el** de de

**NOTAS MARGINALES**

Don Alfonso López Menéndez
Encargado del Archivo Parroquial de San Nicolás de Bari
.................................................. Arciprestazgo de Avilés
.................................. de Avilés
Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) Fernando de Inclán
fue BAUTIZADO (A) el día 27 de abril de 1611 ,
Nació el día .......... de .................... de ..........
en S. Nicolás de Bari
de Avilés
.................................. de ..........
PADRES D. Fernando de Inclán
natural de ..........
y Dª ..........
natural de ..........
ABUELOS PATERNOS: D. ..........
natural de ..........
y Dª ..........
natural de ..........
ABUELOS MATERNOS: D. ..........
natural de ..........
y Dª ..........
natural de ..........
PADRINOS: Juan de Cornejo de la Canal y Catalina Cuervo
MINISTRO: Bachiller Toribio González de Perera
Avilés, a 18 de mayo de 2009
(Sello) (Firma del encargado del archivo)

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

(Para otras Diócesis)
V.º B.º
Vicario General,

# Certificación de Partida de Bautismo

**Parroquia** S. Nicolás de Bari

**Arciprestazgo** Avilés

de Avilés

**Libro** V

**Folio** 486

**Núm.**

**Confirmado - (a)**

**En**

**el** de de

**NOTAS MARGINALES**

Don Alfonso López Menéndez

Encargado del Archivo Parroquial de San Nicolás de Bari

Arciprestazgo de Avilés

de Avilés

Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) Rosa Mariño Menéndez

fue BAUTIZADO (A) el día 17 de abril de 1739 ,

Nació el día de de

en San Nicolás de Bari

de Avilés

de

PADRES D. Pablo Mariño

natural de S. Nicolás de Bari

y Dª Margarita Menéndez

natural de S. Nicolás de Bari

ABUELOS PATERNOS: D.

natural de ,

y Dª

natural de ,

ABUELOS MATERNOS: D.

natural de ,

y Dª

natural de ,

PADRINOS: Francisco Mariño y Juana Mariño

MINISTRO: D. Carlos García Vega

Avilés , a 18 de mayo de 2009

(Sello)    (Firma del encargado del archivo)

(Para otras Diócesis)
V.º B.º
Vicario General

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# Certificación de Partida de Bautismo

**Parroquia** San Nicolás de Bari

**Arciprestazgo** Avilés

**de** .................

**Libro** V

**Folio** 363 vto.

**Núm.** —

**Confirmado - (a)**

**En** —

**el** — **de** — **de** —

**NOTAS MARGINALES**

Don Alfonso López Menéndez

Encargado del Archivo Parroquial de San Nicolás de Bari

Arciprestazgo de Avilés

de Avilés

Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) Francisco Antonio de Inclán Mariño.

fue BAUTIZADO (A) el día 29 de febrero de 1736,

Nació el día 28 de febrero de 1736,

en el lugar de Miranda

de San Nicolás de Bari

de Avilés

PADRES D. Pedro de Inclán

natural de San Nicolás de Bari,

y Dª Lucía Mariño

natural de San Nicolás de Bari,

ABUELOS PATERNOS: D. —

natural de —

y Dª —

natural de —

ABUELOS MATERNOS: D. —

natural de —

y Dª —

natural de —

PADRINOS: Francisco Mariño e Isabel Conde, vecinos de Miranda

MINISTRO: D. José de Cueva Salas Abello.

Avilés, a 18 de mayo de 2009

(Sello)                     (Firma del encargado del archivo)

Fdo: Juan Antonio Menendez Fernandez
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

(Para otras Diócesis)
V.º B.º
~~Vicario General~~,

ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# Certificación de Partida de Bautismo

**Parroquia** San Nicolás de Bari

**Arciprestazgo** Avilés

de ............

**Libro** V

**Folio** 304

**Núm.** ____

Confirmado - (a)

En ............

el ____ de ____ de ____

NOTAS MARGINALES

Don Alfonso López Menéndez
Encargado del Archivo Parroquial de San Nicolás de Bari
........................ Arciprestazgo de Avilés
.............. de .... Avilés ....

Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) Esteban Antonio Cuervo Alvarez
fue BAUTIZADO (A) el día 18 de Julio de 1732 ,
Nació el día 17 de Julio de 1732 ,
en San Nicolás de Bari
de Avilés

.............................. de ____

PADRES D. Juan Cuervo
natural de Avilés
y Dª María Alvarez
natural de Avilés

ABUELOS PATERNOS: D. ____
natural de ____
y Dª ____
natural de ____

ABUELOS MATERNOS: D. ____
natural de ____
y Dª ____
natural de ____

PADRINOS: Esteban Alvarez, tío, y María Rodríguez Maribona

MINISTRO: D. José de cuervo Salas Abello

Avilés , a 18 de Mayo de 2009

(Sello)                    (Firma del encargado del archivo)

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

(Para otras Diócesis)
V.° B.°
~~Vicario General,~~

ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# Certificación de Partida de Bautismo

Parroquia _San Nicolás_
_de Bari_

Arciprestazgo _Avilés_

de

Libro _III_

Folio _295 vto_

Núm. _83_

Confirmado - (a)

En

el. de de

NOTAS MARGINALES

Don _Alfonso López Menéndez_
Encargado del Archivo Parroquial de _San Nicolás de Bari_
Arciprestazgo de _Avilés_
de _Avilés_

Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) _José Bernardo de Inclán Valdés Menéndez Camina_
fue BAUTIZADO (A) el día _28_ de _Septiembre_ de _1689_,
Nació el día _27_ de _Septiembre_ de _1689_,
en _San Nicolás de Bari_
de _Avilés_
de
PADRES D. _Juan de Inclán Valdés_
natural de _San Nicolás de Bari_
y Dª _María Menéndez Camina_
natural de _San Nicolás de Bari_
ABUELOS PATERNOS: D.
natural de
y Dª
natural de
ABUELOS MATERNOS: D.
natural de
y Dª
natural de
PADRINOS: _Don José de Navia Arango y_
_Doña Bernardina de Arango Carbajal y Valdés_
MINISTRO: _D. Juan de Solís_
_Avilés_, a _18_ de _mayo_ de _2009_

(Sello) (Firma del encargado del archivo)

Fdo: Juan Antonio Menendez Fernandez
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

(Para otras Diócesis)
V.° B.°
Vicario General

# Certificación de Partida de Bautismo

Parroquia *San Nicolás de Bari*

Arciprestazgo *Avilés*

de *Avilés*

Libro *III*

Folio *194*

Núm. *73*

Confirmado - (a)

En ...........................

el .......... de .......... de ..........

NOTAS MARGINALES

Don *Alfonso López Menéndez*

Encargado del Archivo Parroquial de *San Nicolás de Bari*

Arciprestazgo de *Avilés*

de *Avilés*

Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) *María Teresa de Inclán Valdés Menéndez Camina*

fue BAUTIZADO (A) el día *15* de *Octubre* de *1684*,

Nació el día *12* de *octubre* de *1684*

en *San Nicolás de Bari*

de *Avilés*

.......................... de ..........................

PADRES D. *Juan de Inclán Valdés*

natural de *S. Nicolás de Bari*

y Dª *María Menéndez Camina*

natural de *S. Nicolás de Bari*

ABUELOS PATERNOS: D. ..........................

natural de ..........................

y Dª ..........................

natural de ..........................

ABUELOS MATERNOS: D. ..........................

natural de ..........................

y Dª ..........................

natural de ..........................

PADRINOS: *D. Antonio de Arango y Doña Jacinta de la Pola Valdés esposa de D. Juan de Ponte Falcón*

MINISTRO: *D. Francisco Companenes*

*Avilés*, a *18* de *mayo* de *2009*

(Sello)      (Firma del encargado del archivo)

(Para otras Diócesis)
V.º B.º
~~Vicario General~~

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# Certificación de Partida de Bautismo

**Parroquia** S. Nicolás de Bari

**Arciprestazgo** Avilés

de Oviedo

**Libro** X

**Folio** 118

**Núm.**

**Confirmado - (a)**

**En**

el de de

**NOTAS MARGINALES**

Don Alfonso López Menéndez

Encargado del Archivo Parroquial de San Nicolás de Bari

Arciprestazgo de Avilés

de Avilés

Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) Ramona Manuela Álvarez de Inclán

fue BAUTIZADO (A) el día 12 de enero de 1810 ,

Nació el día 12 de enero de 1810

en Miranda

de San Nicolás de Bari

de Avilés

PADRES D. Pedro Álvarez

natural de S. Julián de Illas

y Dª Josefa de Inclán

natural de San Nicolás de Bari - Avilés

ABUELOS PATERNOS: D.

natural de

y Dª

natural de

ABUELOS MATERNOS: D.

natural de

y Dª

natural de

PADRINOS: Francisco Arias, vecino de Pillarno, y Manuela de Inclán, tía de la bautizada

MINISTRO: D. Pedro Fernández Trelles

Avilés , a 18 de Mayo de 2009

(Sello)  (Firma del encargado del archivo)

Fdo: Juan Antonio Menéndez Fernández
**DELEGADO EPISCOPAL DEL**
**ADMINISTRADOR DIOCESANO**

(Para otras Diócesis)
V.º B.º
~~Vicario General,~~

ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# Certificación de Partida de Bautismo

**Parroquia** San Nicolás de Bari

**Arciprestazgo** Avilés

**de** Oviedo

**Libro** VII

**Folio** 133

**Núm.**

**Confirmado - (a)**

**En**

**el** **de** **de**

**NOTAS MARGINALES**

Don Alfonso López Menéndez
Encargado del Archivo Parroquial de San Nicolás de Bari
.................................................. Arciprestazgo de Avilés
.......................................... de Avilés

Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) Josefa Antonia de Inclán Cuervo Arango
fue BAUTIZADO (A) el día 24 de abril de 1770 ,
Nació el día 23 de abril de 1770 ,
en San Nicolás de Bari
de Avilés
.................................................. de
PADRES D. Francisco de Inclán
natural de San Nicolás de Bari de Avilés
y Dª María Cuervo Arango
natural de San Nicolás de Bari de Avilés
ABUELOS PATERNOS: D.
natural de
y Dª
natural de
ABUELOS MATERNOS: D.
natural de
y Dª
natural de
PADRINOS: Esteban Cuervo y Josefa de Inclán, tíos

MINISTRO: D. Francisco Javier González Rovés
Avilés , a 18 de mayo de 2009
(Sello)          (Firma del encargado del archivo)

Fdo: **Juan Antonio Menendez Fernandez**
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

(Para otras Diócesis)
V.º B.º
Vicario General

# Certificación de Partida de Bautismo

Parroquia _San_

_Nicolás de Bari_

Arciprestazgo _Avilés_

de _Oviedo_

Libro _VI_

Folio _25 vto_

Núm. _____

Confirmado - (a)

En _____

el _de _de_

NOTAS MARGINALES

Don _Alfonso López Menéndez_

Encargado del Archivo Parroquial de _San Nicolás de Bari_

_____ Arciprestazgo de _Avilés_

_____ de _Avilés_

Principado de Asturias.

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos.

D. (ña) _María Josefa Cuervo Alvarez_

fue BAUTIZADO (A) el día _27_ de _enero_ de _1744_ ,

Nació el día _____ de _____ de _____ ,

en _San Nicolás de Bari_

de _Avilés_

_____ de _____

PADRES D. _Juan Cuervo_

natural de _Avilés_

y Dª _María Alvarez_

natural de _Avilés_

ABUELOS PATERNOS: D. _____

natural de _____

y Dª _____

natural de _____

ABUELOS MATERNOS: D. _____

natural de _____

y Dª _____

natural de _____

PADRINOS: _Andrés González Abarca y María_

_Antonia Menéndez_

MINISTRO: _D. José Cuervo Salas Abello_

_Avilés_ , a _18_ de _mayo_ de _2009_

(Sello)     (Firma del encargado del archivo)

(Para otras Diócesis)

V.º B.º

Vicario General,

Fdo: Juan Antonio Menendez Fernández

DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# CERTIFICACIÓN DE PARTIDA DE MATRIMONIO

Parroquia S. Nicolás de Bari - Avilés

Archidiócesis Oviedo

Provincia Asturias

Libro VI

Folio 321

Núm. —

NOTAS MARGINALES

Se velaron en 12 de enero de 1762

D. Alfonso López Menéndez

**Encargado del Archivo parroquial de** San Nicolás de Bari, **Arciprestazgo de** Avilés

CERTIFICO: Que al folio 321 del Libro 6º de Matrimonios de este Archivo de mi cargo hay una partida, de la cual resulta que el día 20 de diciembre del año 1761 contrajeron matrimonio canónico en esta iglesia:

D. Francisco de Inclán Mariño y Lobera de estado ......... hijo de D. Pedro de Inclán y de D.ª Lucía Mariño y Lobera bautizado en ......... de ......... y feligrés de San Nicolás de Bari de Avilés

y D.ª María Cuervo Alvarez de estado ......... hija de D. Juan Cuervo y de D.ª María Alvarez bautizada en ......... de ......... y feligrésa de San Nicolás de Bari de Avilés

Asistió al matrimonio el Presbítero D. Francisco Javier González Bores y fueron testigos D. Antonio de Escobar Argüelles y D. Pedro Alvarez

Para que conste, expido la presente que firmo y sello con el de esta Parroquia, en Avilés a 18 de mayo de dos mil nueve

(Para otras Diócesis)

V.º B.º
~~Vicario General.~~

Fdo: Juan Antonio Menendez Fernandez
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# CERTIFICACIÓN DE PARTIDA DE MATRIMONIO

Parroquia *S. Nicolás de Bari - Avilés*

Archidiócesis *Oviedo*

Provincia *Asturias*

Libro *VII*

Folio *292 vto.*

Núm. _____

NOTAS MARGINALES

D. *Alfonso López Menéndez*

**Encargado del Archivo parroquial de** *S. Nicolás de Bari*

**, Arciprestazgo de** *Avilés*

CERTIFICO: Que al folio *292 vto.* del Libro *7º*
de Matrimonios de este Archivo de mi cargo hay una partida, de la cual resulta que
el día *7* de *agosto* del año *1793*
contrajeron matrimonio canónico en esta iglesia:

D. *Domingo de la Viña González* de
estado _____ hijo de D. *Manuel de la Viña (difunto)*
y de D.ª *Rosa González*
bautizado en *San Esteban de Molleda*
de *Avilés*
y feligrés de *San Esteban de Molleda*
de *Avilés*

y D.ª *Josefa de Inclán Cuervo Arango* de
estado _____ hija de D. *Francisco de Inclán (difunto)*
y de D.ª *María Cuervo Arango*
bautizada en *San Nicolás de Bari*
de *Avilés*
y feligrésa de *San Nicolás de Bari*
de *Avilés*

Asistió al matrimonio el Presbítero D. *Pedro González Trelles*
_____ y fueron testigos
D. *Domingo Valdés*
y D. *Domingo García Barbón*

Para que conste, expido la presente que firmo y sello con el de esta Parroquia.
en *Avilés* a *18*
de *mayo* de dos mil *nueve*

(Para otras Diócesis)

V.º B.º
Vicario General,

Fdo.: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# CERTIFICACIÓN DE PARTIDA DE MATRIMONIO

Parroquia _S. Nicolás_
_de Bari - Avilés_

Archidiócesis _Oviedo_

Provincia _Asturias_

Libro _VIII_

Folio _27_

Núm _/_

NOTAS MARGINALES

D. _Alfonso López Menéndez_

**Encargado del Archivo parroquial de** _San Nicolás de Bari_
**, Arciprestazgo de** _Avilés_

CERTIFICO: Que al folio _27_ del Libro _8º_
de Matrimonios de este Archivo de mi cargo hay una partida, de la cual resulta que
el día _5_ de _Julio_ del año _1800_
contrajeron matrimonio canónico en esta iglesia:

D. _Pedro Álvarez Díaz_ de
estado _____ hijo de D. _José Álvarez_
y de D.ª _Francisca Díaz_
_____ bautizado en _____ de _____
y feligrés de _San Julián de Illas_
de _Illas_
y D.ª _Josefa Inclán Cuervo_ de
estado _viuda_ hija de D. _Francisco de Inclán (Difunto)_
y de D.ª _María Cuervo_
_____ bautizada en _____ de _____
y feligrésa de _San Nicolás de Bari_
de _Avilés_
Asistió al matrimonio el Presbítero D. _Manuel Suárez Solís_
_____ y fueron testigos
D. _José Valdés_
y D. _Pedro Menéndez_
Para que conste, expido la presente que firmo y sello con el de esta Parroquia.
en _Avilés_ a _18_
de _mayo_ de dos mil _nueve_

(Para otras Diócesis)

V.º B.º
~~Vicario General~~

Fdo: Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# CERTIFICACIÓN DE PARTIDA DE MATRIMONIO

Parroquia _San Nicolás de Avilés_

Archidiócesis _Oviedo_

Provincia _Asturias_

Libro _VIII_

Folio _369_

Núm. _____

NOTAS MARGINALES

D. _Alfonso López Menéndez_

**Encargado del Archivo parroquial de** _San Nicolás de Bari_ **, Arciprestazgo de** _Avilés_

CERTIFICO: Que al folio _369_ del Libro _8º_ de Matrimonios de este Archivo de mi cargo hay una partida, de la cual resulta que el día _5_ de _Junio_ del año _1830_ contrajeron matrimonio canónico en esta iglesia:

D. _Narciso Menéndez Suárez Solís_ de estado _____ hijo de D. _José Menéndez (difunto)_ y de D.ª _Manuela Suárez Solís (difunta)_ bautizado en _____ de _____ y feligrés de _San Esteban de Molleda_ de _Avilés_

y D.ª _Ramona Álvarez Inclán_ de estado _____ hija de D. _Pedro Álvarez_ _____ y de D.ª _Josefa Inclán_ _____ bautizada en _____ de _____ y feligrésa de _San Nicolás de Bari (lugar de Miranda)_ de _Avilés_

Asistió al matrimonio el Presbítero D. _Francisco Martínez Manzaneda_ y fueron testigos D. _Bernardo Fernández Cano_ y D. _José Álvarez_

Para que conste, expido la presente que firmo y sello con el de esta Parroquia, en _Avilés_ a _18_ de _Mayo_ de dos mil _nueve_

(Para otras Diócesis)

V.º B.º
~~Vicario General,~~

Fdo: Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# CERTIFICACIÓN DE PARTIDA DE MATRIMONIO

Parroquia _San Nicolás_
_de Avilés_

Archidiócesis _Oviedo_

Provincia _Asturias_

Libro _Tomo VI_

Folio _342_

Núm _____

NOTAS MARGINALES

D. _Alfonso López Menéndez_

**Encargado del Archivo parroquial de** _San Nicolás de_
_Avilés_ **, Arciprestazgo de** _Avilés_

CERTIFICO: Que al folio _342_ del Libro _6º_
de Matrimonios de este Archivo de mi cargo hay una partida, de la cual resulta que
el día _27_ de _Junio_ del año _1763_
contrajeron matrimonio canónico en esta iglesia:

D. _Juan Menéndez Rodríguez León_ de
estado _____ hijo de D. _José Menéndez_ _____
_____ y de D.ª _María Rodríguez León_
_____ bautizado en _____ de
_____
y feligrés de _San Esteban de Molleda_
_____ de _Avilés_
y D.ª _Rosa Mariño y Lobera_ de
estado _____ hija de D. _Pablo Mariño y Lobera_
_____ y de D.ª _Margarita Menéndez (Difunta)_
_____ bautizada en _____ de
_____
y feligrésa de _San Nicolás_
_____ de _Avilés_

Asistió al matrimonio el Presbítero D. _Francisco Javier González_
_Reves_ y fueron testigos
D. _Fernando Antonio Quirós_
y D. _Manuel Fernández Sobrín_

Para que conste, expido la presente que firmo y sello con el de esta Parroquia.
en _Avilés_ a _18_
de _Mayo_ de dos mil _nueve_

(Para otras Diócesis)

V.º B.º
~~Vicario General~~

Fdo: Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# CERTIFICACIÓN DE PARTIDA DE MATRIMONIO

Parroquia _San Nicolás_
_de Bari de Avilés_

Archidiócesis _Oviedo_

Provincia _Asturias_

Libro _IV_

Folio _20_

Núm. _____

NOTAS MARGINALES

D. _Alonso López Menéndez_

**Encargado del Archivo parroquial de** _San Nicolás de_
_Bari_ **, Arciprestazgo de** _Avilés_

CERTIFICO: Que al folio _20_ del Libro _4º_
de Matrimonios de este Archivo de mi cargo hay una partida, de la cual resulta que
el día _5_ de _febrero_ del año _1699_
contrajeron matrimonio canónico en esta iglesia:

D. _Manuel Mariño Fernández_ de
estado _____ hijo de D. _Pedro Mariño_
y de D.ª _Lucía Fernández (difunta)_
bautizado en _S. Nicolás de Bari_
de _Avilés_
y feligrés de _S. Nicolás de Bari - Aldea de Miranda_
de _Avilés_
y D.ª _Isidora Conde Alonso_ de
estado _____ hija de D. _Pedro Conde (difunto)_
y de D.ª _Ana Alonso_
bautizada en _S. Nicolás de Bari_
de _Avilés_
y feligrésa de _S. Nicolás de Bari - Aldea de Miranda_
de _Avilés_

Asistió al matrimonio el Presbítero D. _Salvador García_
_de Riveras_ y fueron testigos
D. _Juan Conde_
y D. _Medero García_

Para que conste, expido la presente que firmo y sello con el de esta Parroquia.
en _Avilés_ a _18_
de _mayo_ de dos mil _nueve_

(Para otras Diócesis)

V.º B.º
~~Vicario General~~

Fdo: Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# CERTIFICACIÓN DE PARTIDA DE MATRIMONIO

Parroquia _S. Nicolás_
_de Bari - Avilés_

Archidiócesis
_Oviedo_

Provincia _Asturias_

Libro _I_

Folio _209 vto_

Núm. _____

NOTAS MARGINALES

D. _Alfonso López Menéndez_

**Encargado del Archivo parroquial de** _S. Nicolás de Bari_
**, Arciprestazgo de** _Avilés_

CERTIFICO: Que al folio _209 vto._ del Libro _1º_
de Matrimonios de este Archivo de mi cargo hay una partida, de la cual resulta que
el día _7_ de _noviembre_ del año _1610_
contrajeron matrimonio canónico en esta iglesia:

D. _Alonso de Inclán_ de
estado _____ hijo de D. _____
_____ y de D.ª _____
_____ bautizado en _____
_____ de _____
y feligrés de _Cudillero_
_____ de _____
y D.ª _Ana de Quirós_ de
estado _____ hija de D. _Juan Martínez de Ponte_
_____ y de D.ª _____
_____ bautizada en _____
_____ de _____
y feligrésa de _____
_____ de _____

Asistió al matrimonio el Presbítero D. _Bachiller Toribio González_
_de Perera_ y fueron testigos
D. _"el Capitán Menás"_
y D. _Isabel de Ponas, esposa de Pedro Menéndez de Avilés_

Para que conste, expido la presente que firmo y sello con el de esta Parroquia.
en _Avilés_ a _18_
de _mayo_ de dos mil _nueve_

(Para otras Diócesis)

V.º B.º
~~Vicario General:~~

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

# CERTIFICACIÓN DE PARTIDA DE MATRIMONIO

Parroquia *San Nicolás de Bari*

Archidiócesis *Avilés*

Provincia *Asturias*

Libro *V*

Folio *386 vto*

Núm. —

NOTAS MARGINALES

D. *Alfonso López Menéndez*

**Encargado del Archivo parroquial de** *San Nicolás de Bari*, **Arciprestazgo de** *Avilés*

CERTIFICO: Que al folio *386 vto* del Libro *5º* de Matrimonios de este Archivo de mi cargo hay una partida, de la cual resulta que el día *29* de *Julio* del año *1731* contrajeron matrimonio canónico en esta iglesia:

D. *Pablo Mariño Conde* de estado —— hijo de D. *Manuel Mariño* y de D.ª *Isidora Conde* bautizado en —— de —— y feligrés de ——

y D.ª *Margarita Menéndez Fernández* de estado —— hija de D. *Ignacio Menéndez* y de D.ª *Felipa Fernández* bautizada en —— de —— y feligrésa de —— de ——

Asistió al matrimonio el Presbítero D. *José Morán* y fueron testigos

D. *José Martínez del Riego* y D.ª *Celedonia Conde*

Para que conste, expido la presente que firmo y sello con el de esta Parroquia. en *Avilés* a *18* de *mayo* de dos mil *nueve*

(Para otras Diócesis)

V.º B.º
~~Vicario General,~~

Fdo: Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# CERTIFICACIÓN DE PARTIDA DE MATRIMONIO

D.

Parroquia *S. Nicolás de Bari de Avilés*

Archidiócesis *Oviedo*

Provincia *Asturias*

Libro *V*

Folio *373 vto.*

Núm.

NOTAS MARGINALES

Encargado del Archivo parroquial de *San Nicolás de Bari*, Arciprestazgo de *Avilés*

CERTIFICO: Que al folio *373 vto.* del Libro *5º* de Matrimonios de este Archivo de mi cargo hay una partida, de la cual resulta que el día *4* de *febrero* del año *1727* contrajeron matrimonio canónico en esta iglesia:

D. *Juan Cuervo Alonso* de estado _____ hijo de D. *Lorenzo Cuervo* y de D.ª *Isabel Alonso* bautizado en *S. Juan de Tresmonte de Las Regueras* y feligrés de *S. Juan de Tresmonte* de *Las Regueras*

y D.ª *Josefa Álvarez González Lorenzana* de estado _____ hija de D. *Miguel Álvarez* y de D.ª *Mariana González Lorenzana* bautizada en *San Nicolás de Bari* de *Avilés* y feligrésa de *San Nicolás de Bari* de *Avilés*

Asistió al matrimonio el Presbítero D. *Gregorio Jacinto Pérez Valdés* y fueron testigos D. *Fabián de Alce* y D. *Pedro Menéndez*

Para que conste, expido la presente que firmo y sello con el de esta Parroquia, en *Avilés* a *18* de *mayo* de dos mil *nueve*

(Para otras Diócesis)

V.º B.º
Vicario General,

Fdo: Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO