IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff                                                                CIVIL ACTION

vs.

                                                          Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle
appurtenances and cargo located within
center point coordinates:
provided to the Court under seal,
in rem

    Defendant
    In Rem



And

The Kingdom of Spain and the Republic of Peru,

    Claimants

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho), Agustin de Aliaga (the current Marques de Zelada de la Fuente), Gonzalo Alvarez del Villar, Ignacio de Colmenares(the 11th Count of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu,Flora Leonor Perales Calderon de Colmenares, Felipe Voyest, Adela Armida de Izcue Bazo, Carola Daireux Kinsky, Eleonora Daireux Kinsky,Matilde Daireux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio, Javier de Goyeneche (the current Count of Guaqui and Marques de Villafuente)
And
Santiago de Alvear, Emilio de Alvear, Maria Eugenia Solveyra, Alejandro    Julian Pera Barthe, Agustina Solveyra, and Ignacio Solveyra
*And*                Jose Antonio Rodriguez Menendez aka Joseph Anthony Rodriguez
    Claimants                                                      /

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO REPORT AND RECOMMENDATION

1. Jose Antonio Rodriguez Menendez aka Joseph A. Rodriguez ("Menendez") respectfully motions this Court to grant Menendez extension of time in which to prepare and file objection to Magistrate Pizzo's Report and Recommendation.

2. Magistrate Pizzo filed Report and Recommendation on June 3, 2009 that Summary Judgment be granted to Kingdom of Spain, that other claimants be dismissed, and that *res* return to Spain.

3. In accordance with 28 U.S.C. section 636(b)(1) and Local Rule 6.02(a) parties have ten days in which to object to the Report and Recommendation.

4. A second, thirty item batch of Original Document baptismal and/or marriage certificates are presently arriving in Tampa from official archival sources in Spain. Additional, vitally important documents, are now being retrieved by archivists in Spain for shipment to Tampa. These documents include two ancient court rulings containing ancestral genealogies and/or ancient court rulings declaring the validity of the four hundred forty-four year-old Asiento (contract) forming the basis of Menendez's legal argument in this case. All documents must be perused and translated into English, in accurate and painstaking fashion.

5. Other parties in this case have been granted or are presently petitioning for time extensions in which to prepare and file their objections to Magistrate Pizzo's Report and Recommendation. Menendez respectfully requests a July 6, 2009 deadline in

which to file his objection and an August 7, 2009 deadline in which to reply to any objections.

## Certificate of Service

I hereby certify, on June 13, 2009, that:

- I have communicated my intention by email, to legal counsel of other parties, of filing the Motion for Extension of Time to Object to Report and Recommendation— receiving no replies with objections in return

- I caused the attached documents to be served upon the Court:

Clerk of Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue
Tampa, FL 33602

and upon attorneys of record for the parties listed below, via U.S. Mail:

| | | |
|---|---|---|
| Allen von Spiegelfeld/ Eric C. Thiel Fowler, White, Boggs, Banker, P.A. 501 E. Kennedy Blvd.- Ste. 1700 P.O. Box 1438 Tampa, FL 33601-1438 Fax: (813) 229-8313 | AND | James A. Goold, Esq. Covington & Burling, LLP 1201 Pennsylvania Avenue, NW Washington, D.C. 20004 Fax: (202) 662-6291 Email: jgoold@cov.com |
| Attorneys for Plaintiff (Odyssey Marine) | | Attorneys for Kingdom of Spain |

Melinda J. MacConnel—FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
Email: mmacconnel@shipwreck.net

Attorneys for Plaintiff

John D. Kimball, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5259
Fax: (917) 332-3730
Email: jkimball@blankrome.com

Attorneys for Plaintiff

K. Russell LaMotte
Beveridge & Diamond, PC
Suite 700
1350 1 St. NW
Washington, DC 20005-3311
Tel. (202) 789-6080
Fax (202) 789-6190
Email: rlamotte@bdlaw.com
Attorneys for Plaintiff

                                                    David C. Banker/
                                                  Jeffrey Carter Andersen/
                                                  Keith Dennis Skorewicz
                                                  Florida Bar 352977
                                                  Bush Ross, PA
                                                  1801 North Highland Avenue
                                                  Tampa, Florida 33602-2656
                                                  (813) 244-9255
                                                  (813) 223-9620
                                                  Kingdom of Spain

Mark Maney (Trial Counsel)
Texas State Bar No. 12898200
South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas 77002
Tel (713) 654-8001
Fax (713) 654-8818
mmaney@maneylaw.com
Attorneys for the Republic of Peru

And

Timothy P. Shusta
FBN: 442305
Phelps Dunbar LLP
100 S. Ashley Drive
Suite 1900
Tampa, FL 33602-5315
Tel. (813) 472-7550
Fax (813) 472-7570
Shustat@phelps.com
Attorneys for the Republic of Peru

Marlowe V. White, Jr.
Lewis & White, PLC
222W. Georgia St.
P.O. Box 1050 Tallahassee, FL 32302
Tel. (850) 425-5000
Fax (850) 425-5004
Email: lawlaw@polaris.net
Attorney of Elsa Dorca Whitlock


David Paul Horan
FL Bar 142474
Horan, Wallace, and Higgins, LLP
608 Whitehead Street
Key West, FL 33040
Tel. (305) 294-4585
Fax (305) 294-7822
Attorney of Named Descendants

John J. McLaughlin
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, FL 33606
Tel. (813) 225-4000
Fax (813) 225-4010
Attorney of Santiago & Emilio Alvear,
Maria Eugenia, Agustina, & Ignacio Solveyra,
And Elsa Dorca Whitlock

Guy Ellington Burnette, Jr.
Guy E. Burnette, Jr., P.A.
3020 N. Shannon Lakes DR
Tallahassee, FL 32309
Tel. (850) 668-7900
Fax (850) 668-7972

Email: geb@gburnette.com
Attorney of Dr. Jaime Durand Palacios

Respectfully submitted,

_____
Joseph A. Rodriguez
Pro Se/ Unrepresented Party

4611 South University Drive
Davie, FL 33328-3817
Tel. (954) 804-4115
Email: Expertdoctor@aol.com