UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

          Plaintiff,

v.                                    Case No. 8:07-CV-614-SDM-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, if any, its apparel, tackle,
appurtenances and cargo located within a
five mile radius of the center point
coordinates provided to the Court under seal,

          Defendant,
          *in rem*

and

THE KINGDOM OF SPAIN,
THE REPUBLIC OF PERU, *et al.*,

          Claimants.
_____/

## **ORDER**

      This cause is before the Court for consideration of Claimant Jose Antonio Rodriguez Menendez's motion for continuance (doc. 190). Claimant asks for a continuance to "finalize genealogy research, to interview potential legal counsel, and to complete Memorandum of Law in Support of Verified Claim," as well as to reply to Plaintiff Odyssey's response to his verified claim.

      Since filing his motion, Claimant has filed a number of documents supporting his claim. To the extent Claimant's motion sought permission to make such filings, his motion will be

granted. To the extent he sought further relief, his motion will be denied without prejudice. On June 3, 2009, I issued a report and recommendation that the district court judge dismiss this case for lack of jurisdiction. If the district court judge disagrees with my recommendation, Claimant may re-file his motion if he so chooses. Based on the foregoing, it is hereby

ORDERED:

1. Claimant's motion for continuance (doc. 190) is GRANTED IN PART to the extent Claimant sought permission to make the additional filings regarding his genealogy that he already has filed with the Court; and

2. Claimant's motion for a continuance (doc. 190) is DENIED IN PART WITHOUT PREJUDICE to the extent he sought additional relief.

DONE and ORDERED at Tampa, Florida on June 16, 2009.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE