IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff

vs.

CIVIL ACTION

Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle
appurtenances and cargo located within
center point coordinates:
provided to the Court under seal,
in rem

    Defendant
    In Rem

And

The Kingdom of Spain and the Republic of Peru,

    Claimants

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho), Agustin de Aliaga (the current Marques de Zelada de la Fuente), Gonzalo Alvarez del Villar, Ignacio de Colmenares(the 11th Count of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu,Flora Leonor Perales Calderon de Colmenares, Felipe Voyest, Adela Armida de Izcue Bazo, Carola Daireux Kinsky, Eleonora Daireux Kinsky,Matilde Daireux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio, Javier de Goyeneche (the current Count of Guaqui and Marques de Villafuente)
And
Santiago de Alvear, Emilio de Alvear, Maria Eugenia Solveyra, Alejandro  Julian Pera Barthe, Agustina Solveyra, and Ignacio Solveyra
*And*        Jose Antonio Rodriguez Menendez aka Joseph Anthony Rodriguez
    Claimants                                            /

[Stamped: This motion—petition—DENIED. Stipulation APPROVED. GRANTED AS MOOT—on 6/19/09, Tampa, FL. DENIED AS MOOT. STEVEN D. MERRYDAY, UNITED STATES DISTRICT JUDGE]

[Stamped: FILED 2009 JUN 15 PM 12:26 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA]