IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED VESSEL,

    Defendant,

KINGDOM OF SPAIN, et al.,

    Claimants;

CASE NO: 8:07-cv-00614-T-23MAP

[Stamp: Stipulation---petition---DENIED / APPROVED---DENIED / GRANTED / DENIED AS MOOT  Tampa, FL on 6/30, 2009. /s/ Steven D. Merryday, UNITED STATES DISTRICT JUDGE]

**UNOPPOSED MOTION BY ODYSSEY MARINE EXPLORATION, INC.,
FOR AN EXTENSION OF ALL PARTIES' TIME TO RESPOND
TO THE REPORT AND RECOMMENDATION**

Plaintiff, Odyssey Marine Exploration, Inc. ("Odyssey"), by and through its undersigned counsel and under Rule 6(b) of the Federal Rules of Civil Procedure, moves the Court for an extension of time for all parties and claimants (collectively, the "parties") to file objections to the Report and Recommendation (Doc. 209) to July 21, 2009, and for the Kingdom of Spain ("Spain") to respond to the objections to August 31, 2009.

On June 3, 2009, Magistrate Judge Mark A. Pizzo filed a Report and Recommendation (the "R&R") in this case. Pursuant to the Notice to Parties, and under 28 U.S.C. §636(b)(1), aggrieved parties were to file written objections within ten (10) days from the date of service of the report. Odyssey, joined by numerous claimants, requested and was

1