Arzobispado de Oviedo
Odyssey Marine Exploration, Inc. v. The Unidentified Shipwrecked Vessel

ARCHIVO HISTÓRICO DIOCESANO
ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

Doc. 226

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia S. ESTEBAN DE MOLLEDA

Arciprestazgo AVILES

Archidiócesis de Oviedo

Libro Sign. 4.10.3

Folio 19 vto.

Núm. /

Confirmado - (a)

En /

el / de / de /

**NOTAS MARGINALES**

/

D. AGUSTIN A. HEVIA BALLINA

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. ESTEBAN DE MOLLEDA

Arciprestazgo de AVILES

D. (ña) MARÍA FRANCISCA RODRIGUEZ LEÓN y FERNÁNDEZ

fue BAUTIZADO (A) el día 10 de MARZO de 1720,

Nació el día / de / de /,

en /,

de /.

de /

PADRES D. TOMAS RODRIGUEZ LEÓN

natural de /,

y Dª DOMINGA FERNÁNDEZ,

natural de /,

ABUELOS PATERNOS: D. /,

natural de /,

y Dª /,

natural de /,

ABUELOS MATERNOS: D. /,

natural de /,

y Dª /,

natural de /,

PADRINOS: FRANCISCO GUTIÉRREZ y MARIA BLANCO.

MINISTRO: PEDRO MENENDEZ BANGO.

OVIEDO, a 23 de JUNIO de 2007.

(Sello)

Para que conste lo firmo.

(Para otras Diócesis)

V.º B.º
Vicario General

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

Director del Archivo Histórico Diocesano de Oviedo


Arzobispado de Oviedo

ARCHIVO HISTÓRICO DIOCESANO
ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia S. ESTEBAN DE MOLLEDA

Arciprestazgo AVILÉS

Archidiócesis de Oviedo

Libro Sign. 4.10.1.

Folio 24

Núm. 1

Confirmado - (a)

En /

el / de / de /

NOTAS MARGINALES

/

D. AGUSTÍN A. HEVIA BALLINA

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. ESTEBAN DE MOLLEDA

Arciprestazgo de AVILÉS

D. (ña) JUAN MENÉNDEZ FERNÁNDEZ

fue BAUTIZADO (A) el día 4 de ENERO de 1628

Nació el día / de / de /

en VIDRIERO

de MOLLEDA

................................................... de /

PADRES D. PEDRO MENÉNDEZ

natural de VIDRIERO,

y Dª CATALINA FERNÁNDEZ,

natural de /,

ABUELOS PATERNOS: D. /,

natural de /,

y Dª /,

natural de /,

ABUELOS MATERNOS: D. /,

natural de /,

y Dª /,

natural de /,

PADRINOS: DOMINGO GARCÍA y LA MUJER DE PEDRO SÁNCHEZ, ZAPATERO.

MINISTRO: LIC. JUAN DE BALCÁRCEL.

OVIEDO, a 23 de JUNIO de 2009

(Sello)

(Para otras Diócesis)

V.º B.º
Vicario General
Fdo: Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo



# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

**Parroquia** S. ESTEBAN DE MOLLEDA

**Arciprestazgo** AVILÉS

**Archidiócesis de Oviedo**

**Libro Sign.** 4.10.1

**Folio** 51

**Núm.** /

**Confirmado - (a)**

**En** /

**el** / **de** / **de** /

**NOTAS MARGINALES**

/

D. AGUSTÍN A. HEVIA BALLINA

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. ESTEBAN DE MOLLEDA
Arciprestazgo de AVILÉS
D. (ña) ESTEBANA MENÉNDEZ ALVAREZ
fue BAUTIZADO (A) el día 28 de DICIEMBRE de 1641,
Nació el día / de / de /,
en VIDRIERO,
de MOLLEDA,
............................................................................ de /
PADRES D. JUAN MENÉNDEZ
natural de VIDRIERO,
y Dª MARÍA ALVAREZ
natural de /
ABUELOS PATERNOS: D. /
natural de /
y Dª /
natural de /
ABUELOS MATERNOS: D. /
natural de /
y Dª /
natural de /
PADRINOS: DOMINGO MENÉNDEZ DE VIDRIERO y MARÍA LÓPEZ, MUJER DE JUAN GARCÍA
MINISTRO: ANTONIO ALVAREZ DE GALLEGOS

OVIEDO, a 23 de JUNIO de 2009

(Sello)

(Para otras Diócesis)
V.º B.º
Vicario General,

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo



Arzobispado de Oviedo

ARCHIVO HISTÓRICO DIOCESANO
ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia  S. ESTEBAN DE MOLLEDA

Arciprestazgo  AVILÉS

Archidiócesis de Oviedo

Libro Sign.  4-10-1

Folio  5 vto.

Núm.  /

Confirmado - (a)

En  /

el  /  de  /  de  /

NOTAS MARGINALES

/

D.  AGUSTIN A. HEVIA BALLINA

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de  S. ESTEBAN DE MOLLEDA

Arciprestazgo de  AVILÉS

D. (ña)  MARÍA MENÉNDEZ FERNÁNDEZ

fue BAUTIZADO (A) el día  3  de  Junio  de  1613.

Nació el día  /  de  /  de  /

en  VIDRIERO

de  MOLLEDA

de  /

PADRES D.  PEDRO MENÉNDEZ

natural de  VIDRIERO,

y Dª  CATALINA FERNÁNDEZ.

natural de  /,

ABUELOS PATERNOS: D.  /

natural de  /,

y Dª  /,

natural de  /,

ABUELOS MATERNOS: D.  /

natural de  /,

y Dª  /,

natural de  /,

PADRINOS:  ALONSO CASTAÑO y CATALINA FERNÁNDEZ.

MINISTRO:  Lc. JUAN DE BALCARCEL.

OVIEDO , a  23  de  Junio  de  2007

(Sello)

(Para otras Diócesis)

V.º B.º
Vicario General,

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo


Arzobispado de Oviedo

ARCHIVO HISTÓRICO DIOCESANO
ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia S. ESTEBAN DE MOLLEDA

Arciprestazgo AVILES

Archidiócesis de Oviedo

Libro Sign. 4.10.1

Folio 15 VTO.

Núm. 1

Confirmado - (a)

En /

el / de / de /

NOTAS MARGINALES

/

D. AGUSTIN A HEVIA BALLINA

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. ESTEBAN DE MOLLEDA
Arciprestazgo de AVILES
D. (ña) CATALINA MENÉNDEZ FERNÁNDEZ
fue BAUTIZADO (A) el día 20 de DICIEMBRE de 1621
Nació el día / de / de /
en VIORIERO
de MOLLEDA
................................................ de ................................................

PADRES D. PEDRO MENÉNDEZ
natural de VIORIERO,
y Dª CATALINA FERNÁNDEZ
natural de /,

ABUELOS PATERNOS: D. /
natural de /,
y Dª /
natural de /,

ABUELOS MATERNOS: D. /
natural de /,
y Dª /
natural de /,

PADRINOS: JUAN DE VALDES SOMONTE Y DOÑA MARIA DE INCLAN DE AVILES
MINISTRO: LIC. JUAN DE BALCARCEL

OVIEDO, a 23 de JUNIO de 2009
(Sello)

(Para otras Diócesis)

V.º B.º
Vicario General,

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo


**Arzobispado de Oviedo**

ARCHIVO HISTÓRICO DIOCESANO
ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia S. ESTEBAN DE MOLLEDA

Arciprestazgo AVILES

Archidiócesis de Oviedo

Libro Sign. 4.10-1

Folio 7

Núm. —

Confirmado - (a)

En —

el — de — de —

NOTAS MARGINALES

—

D. AGUSTIN A. MEVIA BALLINA

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. ESTEBAN DE MOLLEDA Arciprestazgo de AVILES
D. (ña) ISABEL MENENDEZ DE VALDES y FERNANDEZ
fue BAUTIZADO (A) el día 3 de DICIEMBRE de 1614.
Nació el día — de — de —
en —
de —
 de —

PADRES D. PEDRO MENENDEZ DE VALDES
natural de —,
y Dª CATALINA FERNANDEZ
natural de —,

ABUELOS PATERNOS: D. —,
natural de —,
y Dª —,
natural de —,

ABUELOS MATERNOS: D. —,
natural de —,
y Dª —,
natural de —,

PADRINOS: ALONSO CASTAÑO · E ISABEL MENENDEZ

MINISTRO: Lic. JUAN DE BALCARCEL

OVIEDO, a 23 de JUNIO de 2009.
(Sello)

Para que conste lo firmo.

(Para otras Diócesis)

V.º B.º
~~Vicario General~~,

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

Director del Archivo Histórico Diocesano de Oviedo

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia S. ESTEBAN de MOLLEDA

Arciprestazgo AVILES

Archidiócesis de Oviedo

Libro Sign. 4.10.1

Folio 6.1

Núm. /

Confirmado - (a)

En /

el / de / de /

**NOTAS MARGINALES**

/

D. AGUSTIN A. HEVIA BALLINA

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. ESTEBAN DE MOLLEDA

Arciprestazgo de AVILES

D. (ña) MARIA MENENDEZ ALVAREZ

fue BAUTIZADO (A) el día 9 de MAYO de 1645,

Nació el día / de / de /,

en / ,

de / .

............................................................ de / ............................................................

PADRES D. JUAN MENENDEZ

natural de /,

y Dª MARIA ALVAREZ

natural de /,

ABUELOS PATERNOS: D. /

natural de /,

y Dª /

natural de /,

ABUELOS MATERNOS: D. /

natural de /,

y Dª /

natural de /,

PADRINOS: DOMINGO DE LA VEGA y CATALINA, HIJA DE ALONSO DE LA VEGA

MINISTRO: ANTONIO ALVAREZ DE GALLEGOS

OVIEDO, a 23 de JULIO de 2009

(Sello)

(Para otras Diócesis)

V.º B.º
Fdo: Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL
ADMINISTRADOR DIOCESANO

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia S. ESTEBAN DE MOLLEDA

Arciprestazgo AVILÉS

Archidiócesis de Oviedo

Libro Sign. 4.10.1

Folio 38

Núm. /

Confirmado - (a)

En /

el / de / de /

NOTAS MARGINALES

/

D. AGUSTIN A. HEVIA BALLINA

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. ESTEBAN DE MOLLEDA
Arciprestazgo de AVILÉS
D. (ña) JUAN MENÉNDEZ MENÉNDEZ
fue BAUTIZADO (A) el día 20 de DICIEMBRE de 1637,
Nació el día / de / de /,
en VIDRIERO
de MOLLEDA,
................................. de /
PADRES D. DOMINGO MENÉNDEZ
natural de VIDRIERO,
y Dª MARIA MENÉNDEZ
natural de /,
ABUELOS PATERNOS: D. /
natural de /
y Dª /
natural de /,
ABUELOS MATERNOS: D. /
natural de /
y Dª /
natural de /,
PADRINOS: JUAN GONZALEZ DE LUERA Y CATALINA GARCIA DE LLARANES
MINISTRO: Lic. JUAN DE BALCÁRCEL
OVIEDO, a 23 de JUNIO de 2009

(Sello)

(Para otras Diócesis)

Vº Bº
Fdo: Juan Antonio Menendez Fernandez
Vicario General
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Arzobispado de Oviedo

ARCHIVO HISTÓRICO DIOCESANO
ARCHIDIÓCESIS DE OVIEDO
ESPAÑA

Parroquia S. ESTEBAN DE MOLLEDA

Arciprestazgo AVILÉS

Archidiócesis de Oviedo

Libro Sign. 4.10.1.

Folio 62

Núm. 1

Confirmado - (a)

En /

el / de / de /

**NOTAS MARGINALES**

/

D. AGUSTÍN A HEVIA BALLINA

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. ESTEBAN DE MOLLEDA.

Arciprestazgo de AVILÉS

D. (ña) ISABEL MENÉNDEZ ÁLVAREZ

fue BAUTIZADO (A) el día 9 de Julio de 1645.

Nació el día / de / de /,

en VIORIERO,

de MOLLEDA,

................ de /

PADRES D. DOMINGO MENÉNDEZ

natural de VIORIERO,

y Dª CATALINA ÁLVAREZ

natural de /

ABUELOS PATERNOS: D. /

natural de /

y Dª /

natural de /

ABUELOS MATERNOS: D. /

natural de /

y Dª /

natural de /

PADRINOS: JUAN ARGUDÍN E ISABEL RODRÍGUEZ

MINISTRO: ANTONIO ÁLVAREZ DE GALLEGOS.

OVIEDO, a 23 de Junio de 2009.

(Sello)

(Para otras Diócesis)

V.º B.º
Fdo. Juan Antonio Menéndez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo

# CERTIFICACIÓN DE PARTIDA DE BAUTISMO

Parroquia: S. ESTEBAN DE MOLLEDA

Arciprestazgo: AVILÉS

Archidiócesis de Oviedo

Libro Sign.: 4.10.1

Folio: 49

Núm.: /

Confirmado - (a)

En: /

el /de /de /

**NOTAS MARGINALES**

/

D. AGUSTIN A. HEVIA BALLINA

Director del Archivo Histórico Diocesano de Oviedo, Principado de Asturias

CERTIFICA: Que según consta del acta reseñada al margen, correspondiente al Libro de Bautismos de la Parroquia de S. ESTEBAN DE MOLLEDA

Arciprestazgo de AVILÉS

D. (ña) MARIA MENENDEZ [ilegible] EZ

fue BAUTIZADO (A) el día 28 de ABRIL de 1641,

Nació el día / de / de /,

en VIDRIERO,

de MOLLEDA,

de /

PADRES D. DOMINGO MENÉNDEZ

natural de VIDRIERO,

y Dª [ilegible] EZ

natural de /

ABUELOS PATERNOS: D. /

natural de /

y Dª /

natural de /

ABUELOS MATERNOS: D. /

natural de /

y Dª /

natural de /

PADRINOS: TORIBIO GARCIA DE LA VEGA E ISABEL MENÉNDEZ

MINISTRO: ANTONIO ALVAREZ DE GALLEGOS

OVIEDO, a 23 de JUNIO de 2009.

(Sello)

(Para otras Diócesis)

V.º B.º
~~Vicario General~~,

Fdo: Juan Antonio Menendez Fernández
DELEGADO EPISCOPAL DEL
ADMINISTRADOR DIOCESANO

Para que conste lo firmo.

Director del Archivo Histórico Diocesano de Oviedo