UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                         Case No: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, if any, its apparel, tackle,
appurtenances and cargo located within a five
mile radius of the center point coordinates
provided to the Court under seal,

    Defendant;
    *in rem*

and

THE KINGDOM OF SPAIN *et al.*,

    Claimants.
_____/

**PLAINTIFF ODYSSEY MARINE EXPLORATION, INC.'S REQUEST
FOR ORAL ARGUMENT ON ITS OBJECTIONS TO THE MAGISTRATE
<u>JUDGE'S JUNE 3, 2009, REPORT AND RECOMMENDATION</u>**

Pursuant to Local Rule 3.01(j), plaintiff Odyssey Marine Exploration, Inc. ("Odyssey") respectfully requests oral argument on Plaintiff Odyssey Marine Exploration, Inc.'s Objections to the Magistrate Judge's June 3, 2009, Report and Recommendation. Odyssey believes that oral argument would assist the Court's resolution of these objections, and the underlying motions, because of the complex issues implicated by them.

In light of the size of the record on the motions underlying the objections, Odyssey estimates that it will require approximately 45 minutes to argue its objections, and would reserve 15 minutes for rebuttal.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 21, 2009, I electronically filed this document with the Clerk of the Court by using the CM/ECF system and mailed a true and correct copy to non-CM/ECF participant Joseph A. Rodriguez, *pro se*, 4611 South University Drive, Davie, FL 33328-3817.

s/ Gianluca Morello
Carl R. Nelson, FBN 0280186
cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
gianluca.morello@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: (813) 228-7411
Fax No: (813) 229-8313

Melinda J. MacConnel, FBN 871151
mmacconnel@shipwreck.net
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
Phone: (813) 876-1776, ext. 2240
Fax: (813) 830-6609

Attorneys for Plaintiff Odyssey Marine Exploration, Inc.