IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle
appurtenances and cargo located within
center point coordinates:
provided to the Court under seal,
in rem

      Defendant
      In Rem

And

The Kingdom of Spain and the Republic of Peru,

    Claimants

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho),
Agustin de Aliaga (the current Marques de Zelada de la Fuente),
Gonzalo Alvarez del Villar, Ignacio de Colmenares (the 11th Count
Of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu,Flora Leonor Perales
Calderon de Colmenares, Felipe Voyest, Adela
Armida de Izcue Bazo, Carola Daireux Kinsky, Eleonora Daireux Kinsky,
Matilde Daireux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio,
Javier de Goyeneche (the current Count of Guaqui and Marques de Villafuente)
*and* Jose Antonio Rodriguez Menendez aka Joseph Anthony Rodriguez
    Claimants                                   /

CIVIL ACTION

Case No. 8:07-CV-00614-SDM-MAP

## NOTICE OF ERRATA

A.  *Objection to Recommendation and Report* filed with Court on July 21, 2009 was discovered to harbor the following errata. All errata appear to pose no material effect on the jurisdictional argument which was the core basis of *Objection to Recommendation and Report.*

1.  Page 5, ¶ four. Pedro Menendez de Aviles, Alonso de Aviles fathered three daughters. ALL were named "Maria" to varying degrees.

    a) Maria Menendez de Aviles y Solis became a nun and never conceived children.

    b) Ana Maria Menendez de Aviles y Solis married Pedro Valdes, Lord of the House of Valdes in Gijon and a leader of Pedro Menendez de Avile's Florida expedition, but was murdered during her husband's New World absence and never conceived children.

    c) Maria Menendez de Aviles was of illegitimate birth and married Don Diego Fernandez de Velasco. This Maria and her spouse, Don Diego Fernandez de Velasco, are the intended subjects on page 5, ¶four, of the *Objection to Recommendation and Report.*

    See Exhibit 51/B, p. 2.

2.  Page 6, ¶ three. Professional Genealogist and Menendez inadvertently assigned Exhibit label No. 79/A to separate documents:

    a)  Genealogist assigned No. 79/A to "Juro a Favor de Bartolome de Leon y Quiros". (English: Affidavit in support of Bartolome de Leon y Quiros)

    b)  Menendez assigned No. 79/A to "Codicil"

Menendez hereby reassigns Exhibit label No. 79/B to "Codicil". A 79/B label is included for attachment to your copy of the "Codicil".

3. Page 15, ¶ two. A double negative was inadvertently used and confuses the reader:

> "As such, failure to engage in slave trade may no longer be required by Spain in order for PMA's 'heirs and successors' to enjoy the full benefits and compensations of the Asiento."

Correct statement should read:

> "As such, slavery may no longer be required by Spain in order for PMA's 'heirs and successors' to enjoy the full benefits and compensations of the Asiento."

B. Exhibit 105/A: Footnote errata. Footnotes in thesis excerpt may not correspond to text. A complete batch of footnotes from pertinent thesis chapters is provided. They bear Exhibit label No. 105/B.

C. Clarifications in 51/A were carried out by Genealogist, Mayra Sanchez-Johnson, and chiefly involved the "Marias" (three daughters of Pedro Menendez de Aviles) on p. 2 and Mayor de Leon Menendez de Aviles. 51/A is derived by Mayra Sanchez-Johnson from a genealogy software program which occasionally and robotically lists a descendant more than once. Correctly, Mayor de Leon is the sole legitimate daughter of Pedro Menendez Leon Quiros and Maria de Arango Inclan. Mayor de Leon is the great granddaughter of Casa de Trasona (House of Rodriguez de Leon) descendant, Simon de Leon, and Marina Alonso de Arango, half-sister of Pedro Menendez de Aviles, Alonso de la Campa. A translated article from La Voz de Aviles (English: Voice of Aviles) by Justo Urena y Hevia, Official Chronicler of Aviles, has been filed with the Court and accurately details this lineage of "Menendez de Aviles" linked to Casa de Trasona (House of Rodriguez de Leon).

Menendez hereby submits Exhibit No. 51/B, i.e. "Descendants of ALONSO ALVAREZ DE AVILES (OR SANCHEZ DE AVILES) AND MARIA ALSONSO DE ARANGO (OR ALONSO Y MENENDEZ DE ARANGO)" as a more correct version of Exhibit No. 51/A.

### Certificate of Service

I hereby certify, on August 27, 2009, that I caused the attached documents to be served upon the Court:

    Clerk of Court
    Sam M. Gibbons U.S. Courthouse
    801 N. Florida Avenue
    Tampa, FL 33602

and upon attorneys of record for the parties listed below, by Fedex Carrier to:

Allen von Spiegelfeld/
Eric C. Thiel
Fowler, White, Boggs, Banker, P.A.     AND      James A. Goold, Esq.
501 E. Kennedy Blvd.- Ste. 1700      Covington & Burling, LLP
P.O. Box 1438      1201 Pennsylvania Avenue, NW
Tampa, FL 33601-1438      Washington, D.C. 20004
Fax: (813) 229-8313      Fax: (202) 662-6291
     Email: jgoold@cov.com
Attorneys for Plaintiff (Odyssey Marine)      Attorneys for Kingdom of Spain

Melinda J. MacConnel—FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
Email: mmacconnel@shipwreck.net
Attorneys for Plaintiff

John D. Kimball, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

(212) 885-5259
Fax: (917) 332-3730
Email: jkimball@blankrome.com

Attorneys for Plaintiff

K. Russell LaMotte
Beveridge & Diamond, PC
Suite 700
1350 1 St. NW
Washington, DC 20005-3311
Tel. (202) 789-6080
Fax (202) 789-6190
Email: rlamotte@bdlaw.com
Attorneys for Plaintiff

David C. Banker/
Jeffrey Carter Andersen/
Keith Dennis Skorewicz
Florida Bar 352977
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida 33602-2656
(813) 244-9255
(813) 223-9620
Kingdom of Spain

Mark Maney (Trial Counsel)
Texas State Bar No. 12898200
South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas 77002
Tel (713) 654-8001
Fax (713) 654-8818
mmaney@maneylaw.com
Attorneys for the Republic of Peru

And

Timothy P. Shusta
FBN: 442305
Phelps Dunbar LLP
100 S. Ashley Drive
Suite 1900
Tampa, FL 33602-5315
Tel. (813) 472-7550

Fax (813) 472-7570
Shustat@phelps.com
Attorneys for the Republic of Peru

Marlowe V. White, Jr.
Lewis & White, PLC
222W. Georgia St.
P.O. Box 1050 Tallahassee, FL   32302
Tel. (850) 425-5000
Fax (850) 425-5004
Email:  lawlaw@polaris.net
Attorney of Elsa Dorca Whitlock
David Paul Horan
FL Bar 142474
Horan, Wallace, and Higgins, LLP
608 Whitehead Street
Key West, FL   33040
Tel. (305) 294-4585
Fax (305) 294-7822
Attorney of Named Descendants

John J. McLaughlin
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, FL   33606
Tel. (813) 225-4000
Fax (813) 225-4010
Attorney of Santiago & Emilio Alvear,
Maria Eugenia, Agustina, & Ignacio Solveyra,
And Elsa Dorca Whitlock

Guy Ellington Burnette, Jr.
Guy E. Burnette, Jr., P.A.
3020 N. Shannon Lakes DR
Tallahassee, FL   32309
Tel. (850) 668-7900
Fax (850) 668-7972
Email:  geb@gburnette.com
Attorney of Dr. Jaime Durand Palacios

Respectfully submitted,



_____
Joseph A. Rodriguez

7

Pro Se/ Unrepresented Party

4611 South University Drive
Davie, FL 33328-3817
Tel. (954) 804-4115
Email: Expertdoctor@aol.com

U.S. District Court
Middle District of Florida

**DEFENDANT'S EXHIBIT**

Exhibit Number: **51/B**

Case Number:
Case No. 8:07-CV-00614-

SDM-MAP

ODYSSEY  v.  Spain

Date Identified:

Date Admitted: **6/3/09**

# Descendants of

## ALONSO ALVAREZ DE AVILÉS
### (Or SÁNCHEZ DE AVILÉS)
### AND
## MARÍA ALONSO DE ARANGO
### (Or ALONSO Y MENÉNDEZ DE ARANGO)

Mayra F. Sanchez-Johnson
Expert in Spanish Genealogy, Heraldry and Nobility

51/A

# Descendants of María ALONSO DE ARANGO

## First Generation

**1. María ALONSO DE ARANGO**, daughter of Juan ALONSO DE LA CAMPA and Elvira MENÉNDEZ DE ARANGO, was born in Avilés, Asturias, España.

María married **Alonso ALVAREZ DE AVILÉS ( OR SÁNCHEZ DE AVILÉS)** son of **Alvar or Diego SÁNCHEZ DE AVILÉS** and María GONZÁLEZ CASCO. Alonso was born in Avilés, Asturias, España.

Children from this marriage were:

+ 2    M       i.    **Pedro MENÉNDEZ DE AVILÉS Adelantado** died on 17 Sep 1574 in Santander, España.

Pedro married **María DE SOLÍS CASCOS** (d. 1594).

Pedro next married **Unkown**.

+ 3    M       ii.   **Alvaro SÁNCHEZ DE AVILÉS** died in 1559 in Avilés, Asturias, España.

Alvaro married **Berenguela DE VALDÉS**.

Alvaro next married **Marquesa DE VALDÉS**.

  4    M       iii.  **Diego MENÉNDEZ DE ARANGO**.

  5    M       iv.   **Bartolomé MENÉNDEZ DE ARANGO**.

+ 6    M       v.    **Juan MENÉNDEZ DE ARANGO** was born in Avilés, Asturias, España.

Juan married **Josefa MÁRQUEZ DE VALDÉS**.

María next married **Juan MARTÍNEZ DE SABUGO**.

Children from this marriage were:

  7    F       i.    **Catalina GONZÁLEZ ARANGO**.

  8    F       ii.   **Maria ALFONSO DE ARANGO**.

+ 9    M       iii.  **Juan MARTÍNEZ**.

Juan married **Ana DE LEÓN**.

+ 10   F       iv.   **María DE ARANGO**.

María married **Rodrigo DE LAS ALAS**.

+ 11   F       v.    **Marina ALONSO DE ARANGO**.

Marina married **Simón DE LEÓN**.

## Second Generation (Children)

**2. Pedro MENÉNDEZ DE AVILÉS Adelantado** died on 17 Sep 1574 in Santander, España.

Pedro married **María DE SOLÍS CASCOS**, daughter of **Juan GONZÁLEZ DE AVILÉS** and Catalina DE SOLÍS CASCOS. María died in 1594 in Avilés, Asturias, España.

Children from this marriage were:

+ 12   F       i.    **Catalina MENÉNDEZ DE AVILÉS** died in 1616.

Catalina married **Hernando DE MIRANDA**.

Catalina next married **Hernando DE LAS ALAS**.

  13   M       ii.   **Juan MENÉNDEZ DE AVILÉS SOLÍS**.

# Descendants of María ALONSO DE ARANGO

   14  F    iii.  **María MENÉNDEZ DE AVILÉS SOLÍS.**

+ 15  F    iv.  **Ana María MENÉNDEZ DE AVILÉS.**

               Ana married **Pedro DE VALDÉS.**

Pedro next married **Unkown.** Unkown was born in Mexico.

The child from this marriage was:

+ 16  F    i.  **María MENÉNDEZ DE AVILÉS.**

               María married **Diego FERNÁNDEZ DE VELASCO.**

3. **Alvaro SÁNCHEZ DE AVILÉS** died in 1559 in Avilés, Asturias, España.

      General Notes: He was Captain of Infantry in Flandes and Captain General of the Fleets to the Indies in several occasion for different operations.

      By testament given in Avilés onSeptember 24, 1568.

Alvaro married **Berenguela DE VALDÉS.** Berenguela was born in Corvera, Asturias.

Children from this marriage were:

+ 17  M    i.  **Pedro MENÉNDEZ DE AVILÉS VALDÉS** was born in Cudillero, Asturias.

               Pedro married **Mayor GONZÁLEZ DE OVIEDO Y DE ARANGO.**

+ 18  F    ii.  **María MENÉNDEZ DE AVILÉS Y VALDÉS.**

               María married **Diego FLÓREZ Y VALDÉS** (b. 1530, d. 1595).

   19  M    iii.  **Juan MENÉNDEZ DE AVILÉS.**

Alvaro next married **Marquesa DE VALDÉS,** daughter of **Fernando DE MIRANDA** and **Unknown.** Marquesa was born in Avilés, Asturias, España.

The child from this marriage was:

+ 20  F    i.  **Catalina MENÉNDEZ DE AVILÉS.**

               Catalina married **Martín DE QUIRÓS.**

6. **Juan MENÉNDEZ DE ARANGO** was born in Avilés, Asturias, España.

      General Notes: He died in Flandes with no descendants.

Juan married **Josefa MÁRQUEZ DE VALDÉS.**

The child from this marriage was:

+ 21  M    i.  **Juan MENÉNDEZ Y MÁRQUEZ** was born in Cudillero, Asturias.

               Juan married **María MENÉNDEZ DE POSADA** in 1596 in San Agustin, La Florida.

9. **Juan MARTÍNEZ.**

Juan married **Ana DE LEÓN.**

Children from this marriage were:

   22  M    i.  **Pedro MARTÍNEZ DE LEÓN.**

   23  M    ii.  **Domingo MARTÍNEZ DE LEÓN.**

24 M    iii.   **Juan MARTÍNEZ DE LEÓN.**

25 F    iv.   **María MARTÍNEZ DE LEÓN.**

26 F    v.   **Eulalia MARTÍNEZ DE LEÓN.**

**10. María DE ARANGO.**

María married **Rodrigo DE LAS ALAS**, son of **Nicolás DE LAS ALAS** and **Sancha DE MIRANDA.**

**11. Marina ALONSO DE ARANGO.**

Marina married **Simón DE LEÓN**, son of **Pedro RODRÍGUEZ DE LEÓN** and **Leonor DE QUIROS VALDÉS**. Simón was born in Trasona, Asturias, España.

Children from this marriage were:

27 F    i.   **Mayor MENÉNDEZ DE AVILÉS.**

+ 28 M    ii.   **Pedro Alonso DE LEÓN MENÉNDEZ DE AVILÉS**

Pedro married **Mayor DE HEVIA.**

+ 29 M    iii.   **Bartolomé DE LEÓN.**

Bartolomé married.

+ 30 M    iv.   **Simón DE LEÓN QUIRÓS.**

Simón married **Leonor DE PERAMOTO** in Sevilla, España.

31 M    v.   **Sebastián DE LEÓN.**

+ 32 F    vi.   **Catalina ALONSO DE LEÓN.**

Catalina married **Juan GONZÁLEZ CASCOS** in Avilés, Asturias, España.

33 M    vii.   **Esteban DE LEÓN.**

34 F    viii.   **Leonor DE LEÓN.**

## Third Generation (Grandchildren)

**12. Catalina MENÉNDEZ DE AVILÉS** died in 1616.

General Notes: She left will and testament with Julián Valdés Estrada, Scribe of Avilés, on May 3, 1611 leaving as her heir her cousin Pedro Menéndez Márquez y Valdés.

She was the heir to her father, and at her death the title passed to her uncle Alvaro.

Catalina married **Hernando DE MIRANDA**, son of **Sancho DE MIRANDA** and **Leonor DE LAS ALAS.** Hernando was born in Santirso de Cadamo, Asturias, España.

The child from this marriage was:

+ 35 F    i.   **Toribia MENÉNDEZ DE AVILÉS.**

Toribia married **Alvaro PÉREZ DE NAVIA-ARANGO.**

Catalina next married **Hernando DE LAS ALAS.**

**15. Ana María MENÉNDEZ DE AVILÉS.**

Ana married **Pedro DE VALDÉS.**

Marriage Notes: They had no children.

# Descendants of María ALONSO DE ARANGO

### 16. María MENÉNDEZ DE AVILÉS

General Notes: The information was taken from the book Heráldica de Avilés, by Francisco Mellén Blanco, published on July 2009.

María married **Diego FERNÁNDEZ DE VELASCO**

Children from this marriage were:

| | | | |
|---|---|---|---|
| 36 | M | i. | **Pedro FERNÁNDEZ DE VELASCO Y MENÉNDEZ DE AVILÉS** |
| 37 | M | ii. | **Diego FERNÁNDEZ DE VELASCO Y MENÉNDEZ DE AVILÉS** |
| 38 | F | iii. | **Antonia FERNÁNDEZ DE VELASCO Y MENÉNDEZ DE AVILÉS** |
| 39 | F | iv. | **Ana María FERNÁNDEZ DE VELASCO Y MENÉNDEZ DE AVILÉS** |
| 40 | F | v. | **Francisca FERNÁNDEZ DE VELASCO Y MENÉNDEZ DE AVILÉS** |

### 17. Pedro MENÉNDEZ DE AVILÉS VALDÉS was born in Cudillero, Asturias.

General Notes: Second sucessor to the House of Avilés, after his uncle, Pedro Menéndez de Avilés. He was Lord of Santa Paya, Captain General and Viceroy of the Army in the Floridas, where he was killed by the indians. He defended San Agustin from the Pirate Drake. He worked with his uncle in may mission in the Indies.

Pedro married **Mayor GONZÁLEZ DE OVIEDO Y DE ARANGO**, daughter of Luis **GONZÁLEZ DE OVIEDO** and Constanza **DE ARANGO**.

The child from this marriage was:

+ 41  M     i.   **Pedro MENÉNDEZ DE AVILÉS Y ARANGO** was born in San Agustín, La Florida.

Pedro married **Isabel DE PORRES Y DE LAS PEÑAS** (d. 1656) in 1607.

### 18. María MENÉNDEZ DE AVILÉS Y VALDÉS

María married **Diego FLÓREZ Y VALDÉS**, son of Juan **FLÓREZ DE QUIÑONES** and Urraca **DE VALDÉS Y DÓRIGA**. Diego was born in 1530 in Mortereas, Somiendo, Asturias and died in 1595 at age 65.

Children from this marriage were:

+ 42  F     i.   **Francisca FLÓREZ DE VALDÉS Y MENÉNDEZ**

Francisca married **Diego FLÓREZ DE VALDÉS ALVAREZ**.

Francisca next married **Suero QUEIPO DE LLANO**.

+ 43  F     ii.  **Mariana FLÓREZ DE VALDÉS Y MENÉNDEZ**

Mariana married **Arias DE OMAÑA** in 1585 in Somiedo, Asturias.

+ 44  F     iii. **Marquesa FLÓREZ DE VALDÉS Y MENÉNDEZ**

Marquesa married **Fernando FLOREZ DE VALDÉS ALVAREZ**

+ 45  F     iv.  **Isabel FLÓREZ DE VALDÉS Y MENÉNDEZ** died on 30 Dec 1608 in Oviedo, Asturias, España.

Isabel married **Pedro DE AVILÉS Y HEVIA Captain** (d. 22 Oct 1617) in 1593.

### 20. Catalina MENÉNDEZ DE AVILÉS

Catalina married **Martín DE QUIRÓS**.

Children from this marriage were:

+ 46 M    i. **Pedro DE QUIRÓS.**

      Pedro married **Leonor DE MIRANDA.**

      Pedro next married **María DE QUIROS.**

   47 M    ii. **Juan DE QUIRÓS.**

   48 F    iii. **Catalina DE QUIRÓS.**

**21. Juan MENÉNDEZ Y MÁRQUEZ** was born in Cudillero, Asturias.

      General Notes: Governor of San Agustin, La Florida, Sargent Mayor, Oficer of the Real Hacienda of La Florida.

Juan married **María MENÉNDEZ DE POSADA**, daughter of **Juan POSADA** Captain and **Catalina MENÉNDEZ MARQUEZ**, in 1596 in San Agustin, La Florida. María was born in San Agustin, La Florida.

Children from this marriage were:

+ 49 M    i. **Francisco MENÉNDEZ MÁRQUEZ Y MENÉNDEZ POSADA** was born on 2 Apr 1601 in San Agustin, La Florida.

      Francisco married **Antonia DE PEDROSO Y AYLLÓN** on 9 Dec 1631 in La Habana, Habana, Cuba.

+ 50 M    ii. **Alonso MENÉNDEZ MÁRQUEZ Y MENÉNDEZ POSADA** was born in San Agustin, La Florida.

      Alonso married **Lucía DE SOTOLONGO Y FIGUEROA** on 25 Aug 1655 in La Habana, Habana, Cuba.

**28. Pedro Alonso DE LEÓN MENÉNDEZ DE AVILÉS**

      General Notes: Regidor of Avilés, Captain of ships to the Indies, La Floridas and England during the kingdom of Felipe II.

Pedro married **Mayor DE HEVIA**, daughter of **Diego DE HEVIA DEL PESO** and **Sancha**.

      Marriage Notes: This couple had other children for which there is no history established.

Children from this marriage were:

+ 51 M    i. **Pedro DE LEÓN MENÉNDEZ DE AVILÉS**

      Pedro married **Mayor DE HEVIA ESTRADA.**

   52 M    ii. **Simón DE LEÓN MENÉNDEZ DE AVILÉS**

+ 53 F    iii. **Mayor DE LEÓN MENÉNDEZ DE AVILÉS**

      Mayor married **Alvaro Alonso PÉREZ DE NAVIA Y ARANGO-VALDÉS** in 1655.

   54 F    iv. **María DE LEÓN MENÉNDEZ DE AVILÉS**

**29. Bartolomé DE LEÓN.**

      General Notes: Regidor of the county of Gozón, Prior of the hospital in Avilés. Served in the wars of India and died in Sicily.

Bartolomé married.

The child from this marriage was:

   55 F    i. **2 Natural Daughters DE LEÓN.**

**30. Simón DE LEÓN QUIRÓS.**

Simón married **Leonor DE PERAMOTO** in Sevilla, España.

**32. Catalina ALONSO DE LEÓN.**

Catalina married **Juan GONZÁLEZ CASCOS** in Avilés, Asturias, España.

## Fourth Generation (Great-Grandchildren)

**35. Toribia MENÉNDEZ DE AVILÉS.**

Toribia married **Alvaro PÉREZ DE NAVIA-ARANGO,** son of **Juan ALONSO DE NAVIA BOLAÑA Gobernador de La Habana** and **María DE ARANGO.**

The child from this marriage was:

    56  F    i.  **Toribia o Mencia PÉREZ DE NAVIA-ARANGO** died infancia.

**41. Pedro MENÉNDEZ DE AVILÉS Y ARANGO** was born in San Agustín, La Florida.

    General Notes: Third sucessor to the House of Avilés, Adelantado of Florida and Regidor of Avilés, Knight of the order of Santiago. In 1601 he was named Governor and Captain General of the Floridas. He was commissioned to build eight ships to keep at the seas from Spain to the Floridas for protection agianst the pirates.

    He left testament in Valladolid before the Scribe Juan Bautista Guillén on October 28, 1618.

Pedro married **Isabel DE PORRES Y DE LAS PEÑAS,** daughter of **Martín DE PORRES** and **Isabel DE LA PEÑA,** in 1607. Isabel died in 1656.

Children from this marriage were:

  + 57  M    i.  **Martín MENÉNDEZ DE AVILÉS Y PORRES** died in 1660.

               Martín married **Leonor DE MIRANDA Y PONCE DE LEÓN**

  + 58  M    ii.  **Gabriel MENÉNDEZ DE AVILÉS Y PORRES** died on 10 Jul 1692 in Madrid, España.

               Gabriel married **Isabel Antonia DE PORRES VILLELA Y MANRIQUE** (b. 17 Jul 1640, d. 1674).

               Gabriel next married **Juana DE LUJAN ACUÑA Y RIVADENEIRA** in 1675.

    59  M    iii.  **Alvaro MENÉNDEZ DE AVILÉS Y PORRES** died on 13 Aug 1624 in Oviedo, Asturias, España.

**42. Francisca FLÓREZ DE VALDÉS Y MENÉNDEZ**

    General Notes: Lady of the Mayorazgo of Las Morteras and Piedrafita de Babia from 1597.

    She died having had no children, and left testament in 1633 before Lazaro Rodriguez, Scribe of Cangas de Tineo. She joined the house of Quiepo to her own in 1635, before her death.

Francisca married **Diego FLÓREZ DE VALDÉS ALVAREZ**

Francisca next married **Suero QUEIPO DE LLANO.**

**43. Mariana FLÓREZ DE VALDÉS Y MENÉNDEZ**

    General Notes: She did not have any children and after her husband died she became a nun at the convent

of Huelgas, in Avilés.

Mariana married **Arias DE OMAÑA** in 1585 in Somiedo, Asturias.

## 44. Marquesa FLÓREZ DE VALDÉS Y MENÉNDEZ

General Notes: Owner of the house of Florez de Valdes, in Babia. Left testament in 1630 before scribe Alonso Alvarez in Babia. She died having had no children

Marquesa married **Fernando FLOREZ DE VALDÉS ALVAREZ**

## 45. Isabel FLÓREZ DE VALDÉS Y MENÉNDEZ died on 30 Dec 1608 in Oviedo, Asturias, España.

General Notes: Lady of the Houses of Monteras and Peidrafitas.

Isabel married **Pedro DE AVILÉS Y HEVIA Captain**, son of **Gaspar DE AVILÉS Y FLOREZ DE VALDES** and **Catalina ALONSO DE HEVIA**, in 1593. Pedro died on 22 Oct 1617 in Oviedo, Asturias, España.

The child from this marriage was:

+ 60 M    i.    **Gaspar DE AVILÉS Y FLOREZ DE VALDÉS**

     Gaspar married **Catalina DE VALDÉS Y VIGIL DE QUIÑONES** in 1618.

## 46. Pedro DE QUIRÓS.

General Notes: He had children with his first wife.

Pedro married **Leonor DE MIRANDA.**

Pedro next married **María DE QUIROS**.

The child from this marriage was:

+ 61 M    i.    **Martín DE QUIRÓS**.

     Martín married **María DE CARREÑO.**

## 49. Francisco MENÉNDEZ MÁRQUEZ Y MENÉNDEZ POSADA was born on 2 Apr 1601 in San Agustin, La Florida.

General Notes: Treasurer of the Real Hacienda of La Florida. Left testament in San Agustín de la Florida, before the Scribe Juan Moreno y Segovia.

Francisco married **Antonia DE PEDROSO Y AYLLÓN**, daughter of **Pablo de Pedroso DE PEDROSO Y AYLLÓN** and **María AYLLÓN DE AGUILAR**, on 9 Dec 1631 in La Habana, Habana, Cuba. Antonia was born in La Habana, Habana, Cuba.

Children from this marriage were:

+ 62 M    i.    **Juan MENÉNDEZ MÁRQUEZ Y PEDROSO** was born in La Habana, Habana, Cuba.

     Juan married **Teresa DE SOTOLONGO Y FIGUEROA** on 10 Dec 1662 in La Habana, Habana, Cuba.

     Juan next married **Antonia URRABARRO Y CARVAJAL**

+ 63 M    ii.    **Tomás MENÉNDEZ MÁRQUEZ Y PEDROSO**

     Tomás married **María DÍAZ RUIZ DE MEXÍA** on 14 Dec 1663.

+ 64 M    iii.    **Antonio MENÉNDEZ MÁRQUEZ Y PEDROSO** was born in San Agustin, La Florida and died on 27 Mar 168 in La Habana, Habana, Cuba.

     Antonio married.

# Descendants of María ALONSO DE ARANGO

      65  M    iv.  **Alonso MENÉNDEZ MÁRQUEZ Y PEDROSO** Canonigo

**50.** **Alonso MENÉNDEZ MÁRQUEZ Y MENÉNDEZ POSADA** was born in San Agustin, La Florida.

Alonso married **Lucía DE SOTOLONGO Y FIGUEROA**, daughter of **Luis DE SOTOLONGO** and **Francisca DE FIGUEROA Y SEPULVADA**, on 25 Aug 1655 in La Habana, Habana, Cuba. Lucía was born in Habana, Habana, Cuba.

Children from this marriage were:

      66  M    i.  **Francisco MENÉNDEZ MÁRQUEZ Y SOTOLONGO** Sacerdote was born in La Habana, Habana, Cuba, was christened on 29 May 1657, and died on 1 Nov 1722 at age 65.

  + 67  M    ii.  **Pedro MENÉNDEZ MÁRQUEZ Y SOTOLONGO** Alférez was christened on 28 Feb 1660 and died in 1735 at age 75.

               Pedro married **María Margarita MARTÍN**.

      68  M    iii.  **Mateo MENÉNDEZ MÁRQUEZ Y SOTOLONGO** was christened on 8 Oct 1661.

      69  F    iv.  **Ana MENÉNDEZ MÁRQUEZ Y SOTOLONGO** was christened on 5 Sep 1663.

      70  F    v.  **María MENÉNDEZ MÁRQUEZ Y SOTOLONGO** was christened on 14 Feb 1667.

      71  M    vi.  **Agustin MENÉNDEZ MÁRQUEZ Y SOTOLONGO** was christened on 23 Apr 1671.

**51.** **Pedro DE LEÓN MENÉNDEZ DE AVILÉS**

Pedro married **Mayor DE HEVIA ESTRADA**. Mayor was born in Villaviciosa.

The child from this marriage was:

  + 72  M    i.  **Pedro MENÉNDEZ LEÓN QUIRÓS** Regidor died in 1653 in Avilés, Asturias, España.

               Pedro married **María DE ARANGO INCLÁN**.

**53.** **Mayor DE LEÓN MENÉNDEZ DE AVILÉS**

Mayor married **Alvaro Alonso PÉREZ DE NAVIA Y ARANGO-VALDÉS**, son of **Juan ALONSO DE NAVIA-ARANGO** and **Elvira DE NAVIA Y BOLAÑO**, in 1655.

    Marriage Notes: Two important lineages are joined with this marriage: the Navia -Arango and the Menéndez de Avilés

## Fifth Generation (Great Great-Grandchildren)

**57.** **Martín MENÉNDEZ DE AVILÉS Y PORRES** died in 1660.

    General Notes: Fourth successor to the House of Avilés, Knight of the Order of Alcantara, Adelantado of The Floridas, Aide to Infanta Da. Isabel Clara. He became Perpetual Castellano of the San Juan de Nieva and the Tower of the Plaza of Avilés en 1641, and the family held that title since then.

    He left his second testament on Nov. 30,1659 before Toribio Falcón, in Avilés. His first testament was dated October 23, 1630 where he named as his heir his cousin Martín de Porres, son of Felipe de Porres. He had no children.

Martín married **Leonor DE MIRANDA Y PONCE DE LEÓN**

    Marriage Notes: They had no children.

**58.** **Gabriel MENÉNDEZ DE AVILÉS Y PORRES** died on 10 Jul 1692 in Madrid, España.

    General Notes: Fifth successor to the House of Avilés, First Count of Canalejas, Castellano of the Tower of San Juan de Avilés, Adelantado de La Florida, Knight of the Order of Alcantará. He was given the

mission of fighting hte pirates off the coast of The Floridas in 1686.

He left a testament in Madrid on March 2, 1692, before Patricio Cabezón.

Gabriel married **Isabel Antonia DE PORRES VILLELA Y MANRIQUE**, daughter of **Martín Antonio DE PORRES** and **Luisa VILLELA MANRIQUE**. Isabel was born on 17 Jul 1640 in Madrid, España and died in 1674 in Madrid, España at age 34.

Children from this marriage were:

+ 73 M    i.    **Pedro MENÉNDEZ DE AVILÉS Y PORRES**was born in Sevilla, España and died in Llerena, Badajoz, España.

           Pedro married **María Manuela DE BAÑUELOS Y SANDOVAL**

   74 F    ii.    **María MENÉNDEZ DE AVILÉS Y PORRES**

   75 M    iii.    **Francisco MENÉNDEZ DE AVILÉS Y PORRES**

   76 F    iv.    **Catalina MENÉNDEZ DE AVILÉS Y PORRES**

+ 77 F    v.    **Angela María MENÉNDEZ DE AVILÉS Y PORRES**was christened on 18 Mar 1665 in Sevilla, España.

           Angela married **Silvestre VILLAVICENCIO.**

           Angela next married **Diego Ramiro OSORIO RUBÍN DE CELÍS**

Gabriel next married **Juana DE LUJAN ACUÑA Y RIVADENEIRA**in 1675.

**60. Gaspar DE AVILÉS Y FLOREZ DE VALDÉS**

       General Notes: Lord of the Houses of Blogues and of Las Monteras and Piedrafita de Babia since 1637. Perpetual Regidor of Avilés.

Gaspar married **Catalina DE VALDÉS Y VIGIL DE QUIÑONES,** daughter of **Juan DE VALDÉS** and **Mayor VIGIL DE QUIÑONES,** in 1618.

Marriage Notes: Tuvieron hijos.

The child from this marriage was:

+ 78 M    i.    **Diego DE AVILÉS HEVIA FLOREZ Y VALDÉS VIGIL**was born on 3 Feb 1622.

           Diego married **Inés DE NAVIA Y ARANGO**in 1651.

           Diego next married **Francisca DE RIVERA** in 1647.

**61. Martín DE QUIRÓS.**

Martín married **María DE CARREÑO.**

**62. Juan MENÉNDEZ MÁRQUEZ Y PEDROSO**was born in La Habana, Habana, Cuba.

       General Notes: Sargent Mayor, Judge of the Real La Hacienda of La Habana and the island of Cuba, Knight of the Order of Santiago, since 1685.

Juan married **Teresa DE SOTOLONGO Y FIGUEROA**, daughter of **Luis DE SOTOLONGO** and **Francisca DE FIGUEROA Y SEPULVADA**, on 10 Dec 1662 in La Habana, Habana, Cuba.

Juan next married **Antonia URRABARRO Y CARVAJAL**, daughter of **Tomás URRABARRO Capitan** and **Leonarda DE CARVAJAL**

Children from this marriage were:

   79 M    i.    **Antonia MENÉNDEZ MÁRQUEZ Y URRABARRO**was christened on 10 May 1678.

80 F    ii.   **María de Jesús MENÉNDEZ MÁRQUEZ Y URRABARRO**was christened on 10 May 1678.

81 F    iii.   **Leonarda Basilia MENÉNDEZ MÁRQUEZ Y URRABARRO**was christened on 27 Jun 1684.

82 F    iv.   **Juana Lorenza Jeronima MENÉNDEZ MÁRQUEZ Y URRABARRO**was christened on 8 Jul 1686.

83 M    v.   **Francisco Ambrosio MENÉNDEZ MÁRQUEZ Y URRABARRO**

84 F    vi.   **Florencia MENÉNDEZ MÁRQUEZ Y URRABARRO**died on 29 Jun 1763.

85 F    vii.   **María MENÉNDEZ MÁRQUEZ Y URRABARRO**

86 M    viii.   **José MENÉNDEZ MÁRQUEZ Y URRABARRO**died on 25 Mar 1769.

87 M    ix.   **Juan José MENÉNDEZ MÁRQUEZ Y URRABARRO**was christened on 6 Aug 1697.

88 F    x.   **Tomasa Antonia MENÉNDEZ MÁRQUEZ Y URRABARRO**was christened on 12 Nov 1690.

89 F    xi.   **María Luisa MENÉNDEZ MÁRQUEZ Y URRABARRO**was christened on 14 Mar 1693.

90 F    xii.   **Teresa MENÉNDEZ MÁRQUEZ Y URRABARRO**was christened on 10 Nov 1695.

**63. Tomás MENÉNDEZ MÁRQUEZ Y PEDROSO**

General Notes: Contador de la Real Hacienda de La Florida

Tomás married **María DÍAZ RUIZ DE MEXÍA**on 14 Dec 1663.

Children from this marriage were:

+ 91 M    i.   **Antonio MENÉNDEZ MÁRQUEZ Y DÍAZ**was born on 15 Jul 1664 in San Agustin, La Florida.

Antonio married **Micaela VALERA DE GUZMÁN Y DÍAZ DE LEÓN**in La Habana, Habana, Cuba.

+ 92 M    ii.   **Francisco MENÉNDEZ MÁRQUEZ Y DÍAZ**was christened on 23 Sep 1669.

Francisco married **Antonia Basilia DE LEÓN Y ARGÜELLES**(d. 17 Apr 1727).

Francisco next married **Francisca LÓPEZ DE TOLEDO**(d. 18 Sep 1731).

Francisco next married **Catalina DE AVILA Y SAAVEDRA**(b. 14 Apr 1721).

**64. Antonio MENÉNDEZ MÁRQUEZ Y PEDROSO**was born in San Agustin, La Florida and died on 27 Mar 168 in La Habana, Habana, Cuba.

General Notes: Contador de la Real Hacienda de La FLorida, Testó en 17 de Marzo, 1684.

Antonio married. (b. 14 Apr 1721)

The child from this marriage was:

93 M    i.   **Juan MENÉNDEZ MÁRQUEZ Sargento Mayor.**

**67. Pedro MENÉNDEZ MÁRQUEZ Y SOTOLONGO Alférez**was christened on 28 Feb 1660 and died in 1735 at age 75.

Pedro married **María Margarita MARTÍN**.

Children from this marriage were:

+ 94 F    i.   **Josefa MENÉNDEZ MÁRQUEZ Y MARTÍN**

Josefa married **José PÉREZ MORERA Alférez**

    95  F    ii.  **María del Rosario MENÉNDEZ MÁRQUEZ Y MARTÍN**died on 17 Jan 1732.

**72. Pedro MENÉNDEZ LEÓN QUIRÓS Regidor**died in 1653 in Avilés, Asturias, España.

Pedro married **María DE ARANGO INCLÁN**.

Children from this marriage were:

  + 96  F    i.  **Mayor DE LEÓN MENÉNDEZ DE AVILÉS**was born in Avilés, Asturias, España.

                   Mayor married **Alvaro ALONSO PÉREZ DE NAVIA Captian**

  + 97  F    ii.  **Margarita DE LEÓN MENÉNDEZ DE AVILÉS**

                   Margarita married **Gregorio LLANO**.

## Sixth Generation (3rd Great-Grandchildren)

**73. Pedro MENÉNDEZ DE AVILÉS Y PORRES**was born in Sevilla, España and died in Llerena, Badajoz, España.

      General Notes: Second Count of Canalejas, Adelantado de La Florida, Knight of the Order of Alcántara. Sixth Lord of the House of Avilés, Lord of Santa Paya and the House of Termiño.

      Left testament in Valladolid on January of 1709, before Scribe Ignacio de Cabezón.

      Appears in the 1698 census of Avilés with his bother Francisco. Appendix 7 Doc 82/A page 1.

Pedro married **María Manuela DE BAÑUELOS Y SANDOVAL**, daughter of **Manuel DE BAÑUELOS Marquis of Hontiveros** and **Catalina DE SANDONAL**. María died in Llerena, Badajoz, España.

Children from this marriage were:

  + 98  F    i.  **María Catalina MENÉNDEZ DE AVILÉS Y BAÑUELOS**was christened on 28 Oct 1680 in San Sebastian, Madrid.

                   María married **Pedro SUÁREZ DE GÓNGORA**in 1711.

                   María next married **José María AGUILERA DE LOS RÍOS**.

    99  F    ii.  **María Francisca MENÉNDEZ DE AVILÉS Y BAÑUELOS**died infancia.

    100  M    iii.  **José Julián MENÉNDEZ DE AVILÉS Y BAÑUELOS**died infancia.

**77. Angela María MENÉNDEZ DE AVILÉS Y PORRES**was christened on 18 Mar 1665 in Sevilla, España.

      General Notes: Her children are not documented.

Angela married **Silvestre VILLAVICENCIO**.

Angela next married **Diego Ramiro OSORIO RUBÍN DE CELÍS**

The child from this marriage was:

    101  M    i.  **Casimiro OSORIO RUBÍN DE CELÍS**

**78. Diego DE AVILÉS HEVIA FLOREZ Y VALDÉS VIGIL**was born on 3 Feb 1622.

      General Notes: Alferez Mayor of the county of Miranda.

Diego married **Inés DE NAVIA Y ARANGO**, daughter of **Juan ALONSO** and **Elvira DE NAVIA Y VALDÉS**, in 1651.

Children from this marriage were:

+ 102   F    i.   **Juana DE AVILÉS FLOREZ**

     Juana married **Manuel QUEIPO DE LLANO** in 1668.

+ 103   F    ii.   **Gregoria DE AVILÉS FLOREZ** was born in 1664.

     Gregoria married **Juan MENÉNDEZ DE LUARCA Y TINEO** in 1685.

+ 104   F    iii.   **Antonia DE AVILÉS FLOREZ**

     Antonia married **Francisco DE HEVIA MIRANDA** in 1669.

+ 105   F    iv.   **Clara DE AVILÉS FLOREZ**

     Clara married **José DE LLANES CAMPOMANES.**

Diego next married **Francisca DE RIVERA** in 1647.

**91. Antonio MENÉNDEZ MÁRQUEZ Y DÍAZ** was born on 15 Jul 1664 in San Agustín, La Florida.

Antonio married **Micaela VALERA DE GUZMÁN Y DÍAZ DE LEÓN**, daughter of **Juan VALERA DE GUZMÁN** and **Luisa DÍAZ DE LEÓN**, in La Habana, Habana, Cuba. Micaela was born in La Habana, Habana, Cuba.

Children from this marriage were:

   106   F    i.   **Micaela MENÉNDEZ MÁRQUEZ Y VALERA DE GUZMÁN**

   107   F    ii.   **María de los Angeles MENÉNDEZ MÁRQUEZ Y VALERA DE GUZMÁN**

   108   F    iii.   **Luisa Simona MENÉNDEZ MÁRQUEZ Y VALERA DE GUZMÁN** was christened on 3 Mar 1711.

   109   M    iv.   **Andrés MENÉNDEZ MÁRQUEZ Y VALERA DE GUZMÁN** was christened on 10 Dec 1705.

**92. Francisco MENÉNDEZ MÁRQUEZ Y DÍAZ** was christened on 23 Sep 1669.

Francisco married **Antonia Basilia DE LEÓN Y ARGÜELLES.** Antonia died on 17 Apr 1727.

Children from this marriage were:

+ 110   F    i.   **Manuela MENÉNDEZ MÁRQUEZ Y LEÓN** was born in San Agustín, La Florida.

     Manuela married **Antonio URRABARRO DE MELO Y LÓPEZ**

   111   F    ii.   **María MENÉNDEZ MÁRQUEZ Y LEÓN** was born in San Agustín, La Florida and was christened on 25 May 1690.

+ 112   F    iii.   **María Jerónima MENÉNDEZ MÁRQUEZ Y LEÓN** was born in San Agustín, La Florida and was christened on 9 Apr 1692.

     María married **Pedro HORRUTINER** on 20 Nov 1713 in San Agustín, La Florida.

+ 113   M    iv.   **Francisco MENÉNDEZ MÁRQUEZ Y LEÓN Sargento Mayor** was born in San Agustín, La Florida and died on 10 Oct 1768 in La Habana, Habana, Cuba.

     Francisco married **Juana BENEDIR HORRUTINER**

     Francisco next married **Gertrudis VILAVERDE.**

Francisco next married **Francisca LÓPEZ DE TOLEDO.** Francisca died on 18 Sep 1731 in San Agustín, La Florida.

Francisco next married **Catalina DE AVILA Y SAAVEDRA.** Catalina was born on 14 Apr 1721 in Sevilla, España.

**94. Josefa MENÉNDEZ MÁRQUEZ Y MARTÍN**

Josefa married **José PÉREZ MORERA Alférez**

**96. Mayor DE LEÓN MENÉNDEZ DE AVILÉS**was born in Avilés, Asturias, España.

Mayor married **Alvaro ALONSO PÉREZ DE NAVIA Captian** Alvaro was born in Avilés, Asturias, España.

Marriage Notes: According to Juan Ureña y Hevia, this couple had 10 children. Seven of them are listed in the 1698 census of Avilés, except Juan who was an adult. Juan is listed in the 1674 census. Appendix 7, Doc 80/A page 16, & 62 and Doc 82/A page 2.

Children from this marriage were:

+ 114 M    i.    **Juan Alonso José DE NAVIA Y ARANGO MENÉNDEZ DE AVILÉS**was born in 1659 in Avilés, Asturias, España and died in 1731 in Avilés, Asturias, España at age 72.

         Juan married **Margarita Magdalena MONTENEGRO Y LANTOIRA**

         Juan next married **Rosa DE NAVIA OSORIO VIGIL DE QUIÑONES**

   115 M    ii.    **Francisco ALONSO PÉREZ DE NAVIA**was born in Avilés, Asturias, España.

   116 M    iii.    **Domingo ALONSO PÉREZ DE NAVIA**was born in Avilés, Asturias, España.

   117 M    iv.    **Alvaro Jacinto ALONSO PÉREZ DE NAVIA**was born in Avilés, Asturias, España.

   118 M    v.    **Joseph ALONSO PÉREZ DE NAVIA**was born in Avilés, Asturias, España.

   119 F    vi.    **Mayor Lucia ALONSO PÉREZ DE NAVIA**was born in Avilés, Asturias, España.

   120 F    vii.    **Josefa ALONSO PÉREZ DE NAVIA** was born in Avilés, Asturias, España.

   121 F    viii.    **Isabel Rosa ALONSO PÉREZ DE NAVIA**was born in Avilés, Asturias, España.

**97. Margarita DE LEÓN MENÉNDEZ DE AVILÉS**

Margarita married **Gregorio LLANO.**

Marriage Notes: The children are listed in the 1669 census of Avilés. Appendix 7, Doc 80/A page 73

Children from this marriage were:

   122 M    i.    **Pedro Juan LLANO Y MENÉNDEZ DE AVILÉS**was born in Avilés, Asturias, España.

   123 M    ii.    **Gregorio LLANO Y MENÉNDEZ DE AVILÉS**was born in Avilés, Asturias, España.

   124 M    iii.    **Antonio LLANO Y MENÉNDEZ DE AVILÉS**

   125 M    iv.    **Francisco LLANO Y MENÉNDEZ DE AVILÉS**was born in Avilés, Asturias, España.

## Seventh Generation (4th Great-Grandchildren)

**98. María Catalina MENÉNDEZ DE AVILÉS Y BAÑUELOS**was christened on 28 Oct 1680 in San Sebastian, Madrid.

General Notes: Third Countess of Canalejas, Fourth Marchioness of Hontiveros, Lady of the House of Avilés and others.

María married **Pedro SUÁREZ DE GÓNGORA**in 1711.

Children from this marriage were:

+ 126 F    i.    **Ana Antonia SUÁREZ DE GÓNGORA MENÉNDEZ DE AVILÉS**died in 1776.

         Ana married **Fernando Lázaro DE LUJÁN Y SILVA**

+ 127 F     ii.   **María Josefa GÓNGORA DE LOS RIOS.**

              María married **José DE OVIEDO.**

    128 F     iii.   **María Manuela SUÁREZ DE GÓNGORA** died in infancy.

    129 F     iv.   **Isidra SUÁREZ DE GÓNGORA** died in Infancy.

    130 F     v.   **Joaquina SUÁREZ DE GÓNGORA** died in infancy.

María next married **José María AGUILERA DE LOS RÍOS.**

       Marriage Notes: They had no children.

## 102. Juana DE AVILÉS FLOREZ.

Juana married **Manuel QUEIPO DE LLANO**, son of **Fernando QUEIPO DE LLANO** and **Felipa ZAPATA DEL MARMOL**, in 1668.

## 103. Gregoria DE AVILÉS FLOREZ was born in 1664.

Gregoria married **Juan MENÉNDEZ DE LUARCA Y TINEO** in 1685.

## 104. Antonia DE AVILÉS FLOREZ.

Antonia married **Francisco DE HEVIA MIRANDA** in 1669.

Children from this marriage were:

+ 131 M     i.   **Diego DE HEVIA AVILÉS Y FLORES.**

              Diego married **Rosenda María PONCE DE LEÓN** in 1705.

+ 132 F     ii.   **Luisa DE HEVIA AVILÉS Y FLORES.**

              Luisa married **Toribio DE MIER Y NORIEGA** in 1702.

## 105. Clara DE AVILÉS FLOREZ.

Clara married **José DE LLANES CAMPOMANES.**

## 110. Manuela MENÉNDEZ MÁRQUEZ Y LEÓN was born in San Agustin, La Florida.

Manuela married **Antonio URRABARRO DE MELO Y LÓPEZ** Antonio was born in Sevilla, España.

## 112. María Jerónima MENÉNDEZ MÁRQUEZ Y LEÓN was born in San Agustin, La Florida and was christened on 9 Apr 1692.

María married **Pedro HORRUTINER** on 20 Nov 1713 in San Agustin, La Florida.

## 113. Francisco MENÉNDEZ MÁRQUEZ Y LEÓN Sargento Mayor was born in San Agustin, La Florida and died on 10 Oct 1768 in La Habana, Habana, Cuba.

Francisco married **Juana BENEDIR HORRUTINER.**

Children from this marriage were:

+ 133 F     i.   **Antonia MENÉNDEZ MÁRQUEZ Y HORRRUTINER** was born on 10 Sep 1726 in San Agustin, La Florida.

              Antonia married **Juan Manuel AGUIRRE** on 1 Jun 1757.

    134 M     ii.   **Ambrosio MENÉNDEZ MÁRQUEZ Y HORRRUTINER** was born in San Agustin, La Florida and was christened on 10 Feb 1733.

135 M iii. **José MENÉNDEZ MÁRQUEZ Y HORRRUTINER**was born in San Agustin, La Florida and was christened on 3 May 1728.

136 F iv. **María MENÉNDEZ MÁRQUEZ Y HORRRUTINER**was born in San Agustin, La Florida and was christened on 9 Apr 1729.

137 M v. **Juan MENÉNDEZ MÁRQUEZ Y HORRRUTINER**was born in San Agustin, La Florida and was christened on 14 Nov 1731.

138 F vi. **Basilia MENÉNDEZ MÁRQUEZ Y HORRRUTINER**was born in San Agustin, La Florida and was christened on 14 Nov 1731.

139 F vii. **Leonarda MENÉNDEZ MÁRQUEZ Y HORRRUTINER**was born in San Agustin, La Florida and was christened on 26 Oct 1740.

140 M viii. **Pedro MENÉNDEZ MÁRQUEZ Y HORRRUTINER**was born in San Agustin, La Florida and was christened on 9 Aug 1744.

Francisco next married **Gertrudis VILAVERDE.**

**114. Juan Alonso José DE NAVIA Y ARANGO MENÉNDEZ DE AVILÉS**was born in 1659 in Avilés, Asturias, España and died in 1731 in Avilés, Asturias, España at age 72.

Juan married **Margarita Magdalena MONTENEGRO Y LANTOIRA.**

The child from this marriage was:

+ 141 F i. **Francisca DE NAVIA Y MONTENEGRO.**

Francisca married **Alvaro NAVIA-OSORIO VIGIL** in 1701.

Juan next married **Rosa DE NAVIA OSORIO VIGIL DE QUIÑONES.**

The child from this marriage was:

+ 142 M i. **Juan Alonso DE NAVIA Y ARANGO.**

Juan married **María Joaquina VICOME ALVAREZ DE LA RIBERA.**

## Eighth Generation (5th Great-Grandchildren)

**126. Ana Antonia SUÁREZ DE GÓNGORA MENÉNDEZ DE AVILÉS**died in 1776.

General Notes: Fourth Countess of Canalejas, Marchioness de Almodovar y de Ontiveros, Lady of La Zarza, Cañaveral, La Rambla, Espiel, and Trasierra and of the House of Góngora.

Ana married **Fernando Lázaro DE LUJÁN Y SILVA,** son of **Fernando DE LUJÁN Conde de Castroponce and Antonia DE SILVA.**

Children from this marriage were:

+ 143 M i. **Pedro Francisco DE LUJÁN Y MENÉDEZ DE AVILÉS**

Pedro married **Francisca Javiera MILÁN Y PONCE DE LEÓN.**

Pedro next married **María Joaquina MONTSERRAT Y ACUÑA.**

+ 144 F ii. **María Rafaela DE LUJÁN Y MENÉDEZ DE AVILÉS Marquesa de Quirra**

María married **Silverio Vicente CATALÁ CODORNIU Y CASTELVIT.**

145 M iii. **Juan Antonio DE LUJÁN Y MENÉDEZ DE AVILÉS**was born on 26 Jun 1721 in Madrid, España.

146 F iv. **María Tiburcia DE LUJÁN Y MENÉDEZ DE AVILÉS**

147 F v. **María Leonor DE LUJÁN Y MENÉDEZ DE AVILÉS**was born on 28 Jun 1722 in Madrid, España.

148 F vi. **Bernarda DE LUJÁN Y MENÉDEZ DE AVILÉS**died in infancy.

149 M vii. **Fernando DE LUJÁN Y MENÉDEZ DE AVILÉS**died in infancy.

150 F viii. **Ana Antonia DE LUJÁN Y SILVA** was born on 19 Apr 1718 in Madrid, España.

**127. María Josefa GÓNGORA DE LOS RIOS.**

María married José DE OVIEDO.

Marriage Notes: Children are not documented.

**131. Diego DE HEVIA AVILÉS Y FLORES.**

General Notes: Regidor of Oviedo. Lord of the House of Hevia. The couple did not have children and the lordship went to José Lonrezo Hevia Bernardo.

Diego married **Rosenda María PONCE DE LEÓN**, daughter of **Lope PONCE DE LEÓN Marquis of Valdecarzana** and **María Josefa TRELLES**, in 1705.

**132. Luisa DE HEVIA AVILÉS Y FLORES.**

Luisa married **Toribio DE MIER Y NORIEGA** in 1702.

The child from this marriage was:

+ 151 F i. **María Antonia DE MIER HEVIA AVILÉS Y FLORES.**

María married José DE MIER Y NORIEGA.

**133. Antonia MENÉNDEZ MÁRQUEZ Y HORRRUTINER**was born on 10 Sep 1726 in San Agustin, La Florida.

Antonia married **Juan Manuel AGUIRRE** on 1 Jun 1757. Juan was born in Guipúzcoa, España.

**141. Francisca DE NAVIA Y MONTENEGRO.**

Francisca married **Alvaro NAVIA-OSORIO VIGIL** in 1701.

**142. Juan Alonso DE NAVIA Y ARANGO.**

Juan married **María Joaquina VICOME ALVAREZ DE LA RIBERA.**

## Ninth Generation (6th Great-Grandchildren)

**143. Pedro Francisco DE LUJÁN Y MENÉDEZ DE AVILÉS.**

General Notes: Fifth Count of Canalejas, Marquis of Almodovar and de Ontiveros.

Pedro married **Francisca Javiera MILÁN Y PONCE DE LEÓN.**

Marriage Notes: They had no children.

Pedro next married **María Joaquina MONTSERRAT Y ACUÑA.**

The child from this marriage was:

152 M i. **Catalina DE LUJÁN Y MONSERRAT**died infancy.

**144. María Rafaela DE LUJÁN Y MENÉDEZ DE AVILÉS Marquesa de Quirra.**

General Notes: Sixth Countess of Canalejas.

# Descendants of María ALONSO DE ARANGO

María married **Silverio Vicente CATALÁ CODORNIU Y CASTELVIT.**

The child from this marriage was:

+ 153 F    i.    **Josefa Dominga CATALÁ Y LUJÁN.**

         Josefa married **Benito OSORIO Y LASO DE LA VEGA.**

**151. María Antonia DE MIER HEVIA AVILÉS Y FLORES.**

     General Notes: She inherited the Houses of her father.

   María married **José DE MIER Y NORIEGA.** José was born in Alles, Peñamellera.

Children from this marriage were:

+ 154 F    i.    **María Luisa DE MIER HEVIA NORIEGA Y AVILÉS** was born on 23 Nov 1725 in Valladolid, España and died in 1781 at age 56.

         María married **Alvaro José DE INCLÁN Y VALDÉS** (b. 27 Oct 1710) on 28 Aug 1748 in San Pedro de Plezín.

+ 155 F    ii.    **Manuela Antonia DE MIER HEVIA.**

         Manuela married **Bernardo ARGÜELLES** in 1747.

## Tenth Generation (7th Great-Grandchildren)

**153. Josefa Dominga CATALÁ Y LUJÁN.**

     General Notes: Decima sucesora al mayorazgo y Sptima Condesa de Canalejas.

   Josefa married **Benito OSORIO Y LASO DE LA VEGA.**

     Marriage Notes: They had no children.

**154. María Luisa DE MIER HEVIA NORIEGA Y AVILÉS** was born on 23 Nov 1725 in Valladolid, España and died in 1781 at age 56.

     General Notes: Lady of the Houses of Las Lorteras and of Piedrafita, inherited from her mother, and the House of Hevia in Villaviciosa.

   María married **Alvaro José DE INCLÁN Y VALDÉS,** son of **Fernando DE INCLÁN Y ALVAREZ DE RIVERA** and **Isabel María DE VALDÉS OSORIO Y NAVIA BOLAÑA,** on 28 Aug 1748 in San Pedro de Plezín. Alvaro was born on 27 Oct 1710 in San Cucufate de Llarena, Asturias, España.

Children from this marriage were:

+ 156 F    i.    **Benita Vicenta Josefa DE INCLÁN Y VALDÉS** was born on 23 Mar 1751 in Oviedo, Asturias, España and died in 1830 at age 79.

         Benita married **Fernando DE VALDÉS Y BERNALDO DE QUIRÓS** (b. 6 Nov 1747) on 2 Jan 1770 in Oviedo, Asturias, España.

   157 F    ii.    **Vicenta DE INCLÁN Y VALDÉS** died in infancy.

**155. Manuela Antonia DE MIER HEVIA.**

   Manuela married **Bernardo ARGÜELLES** in 1747.

## Eleventh Generation (8th Great-Grandchildren)

**156. Benita Vicenta Josefa DE INCLÁN Y VALDÉS** was born on 23 Mar 1751 in Oviedo, Asturias, España and died in 1830 at age 79.

# Descendants of María ALONSO DE ARANGO

General Notes: Lady of the Houses of las Morteras, Piedrafitas and Inclan.

She won the case for the possesion of the title of Eighth Countess of Canalejas, before the Chancilleria de Valladolid in 1821. She then also became Eleventh Lady of the House of Avilés.

Benita married **Fernando DE VALDÉS Y BERNALDO DE QUIRÓS** on 2 Jan 1770 in Oviedo, Asturias, España. Fernando was born on 6 Nov 1747 in Oviedo, Asturias, España.

Children from this marriage were:

+ 158 M i. **Alvaro VALDÉS Y DE INCLÁN LEIGUARDA** was born on 27 Apr 1771 in Oviedo, Asturias, España.

   Alvaro married **María del Carmen RAMÍREZ DE JOVE Y CIENFUEGOS Marquesa de San Esteban** (b. 11 Jul 1772) on 1 Sep 1793 in Gijón, Asturias, España.

   159 M ii. **José Gregorio DE VALDÉS Y DE INCLÁN** was born on 29 Nov 1771 in Oviedo, Asturias, España.

   160 M iii. **Juan VALDÉS Y DE INCLÁN** was born on 13 Jul 1777 in Oviedo, Asturias, España.

   161 M iv. **Casiiro DE VALDÉS Y DE INCLÁN**

+ 162 F v. **María Antonia DE VALDÉS Y DE INCLÁN** was born in Oviedo, Asturias, España.

   María married **Francisco DE HEREDIA Y TINEO.**

## Twelfth Generation (9th Great-Grandchildren)

**158. Alvaro VALDÉS Y DE INCLÁN LEIGUARDA** was born on 27 Apr 1771 in Oviedo, Asturias, España.

General Notes: Count of Canalejas, Adelantado of La Florida, Coronel of Artillery, Alcalde Mayor of Ronda and Perpetual Regidor of Oviedo.

Alvaro married **María del Carmen RAMÍREZ DE JOVE Y CIENFUEGOS Marquesa de San Esteban,** daughter of **Manuel RAMÍREZ DE JOVE Y CIENFUEGOS** and Nicolasa **DE CIENFUEGOS Y VELARDE,** on 1 Sep 1793 in Gijón, Asturias, España. María was born on 11 Jul 1772 in Gijón, Asturias, España.

Children from this marriage were:

+ 163 F i. **María del Rosario VALDÉS DE INCLÁN Y RAMIREZ DE JOVER** was born on 5 Oct 1794 in Gijón, Asturias, España and died in 1850 in Santiago at age 56.

   María married **Juan Antonio ARMADA MONDRAGÓN Y GUERRA** in 1816.

+ 164 F ii. **Nicolasa Gala VALDÉS DE INCLÁN Y RAMIREZ DE JOVE**

   Nicolasa married **Antonio DE FAES VALDÉS SORRIBAS.**

**162. María Antonia DE VALDÉS Y DE INCLÁN** was born in Oviedo, Asturias, España.

María married **Francisco DE HEREDIA Y TINEO.** Francisco was born in San Felix de Hevia, Tineo, Asturias.

The child from this marriage was:

   165 M i. **Antonio María DE HEREDIA Y VALDÉS** was born on 2 Aug 1816 in Oviedo, Asturias, España.

## Thirteenth Generation (10th Great-Grandchildren)

**163. María del Rosario VALDÉS DE INCLÁN Y RAMIREZ DE JOVER** was born on 5 Oct 1794 in Gijón, Asturias, España and died in 1850 in Santiago at age 56.

General Notes: Fourth Marchioness of San Esteban del Mar de Natahoyo; Tenth Countess of Canalejas y successor to the Mayorazgo of the House of Avilés, COndaco and Termiño.

María married **Juan Antonio ARMADA MONDRAGÓN Y GUERRA** in 1816.

The child from this marriage was:

+ 166 M    i.   **Alvaro ARMADA VALDÉS.**

          Alvaro married **María de la Paciencia FERNÁNDEZ DE CÓRDOBA.**

**164. Nicolasa Gala VALDÉS DE INCLÁN Y RAMIREZ DE JOVE**

Nicolasa married **Antonio DE FAES VALDÉS SORRIBAS**, son of **Antonio DE FAES ARGANDONA Y MIRANDA** and **Ramona VALDÉS SORRIBAS.**

## Fourteenth Generation (11th Great-Grandchildren)

**166. Alvaro ARMADA VALDÉS.**

General Notes: Firth Marquis of San Esteban del Mar de Natahoyo, Knight of the Order of Montesa; Eleventh Count of Canalejas, and Grande de España of the first class.

Alvaro married **María de la Paciencia FERNÁNDEZ DE CÓRDOBA.**

# Name Index

**(No surname)**
  Sancha, 5
  Unkown, 1, 2
**AGUILERA DE LOS RÍOS**
  José María, 11, 14
**AGUIRRE**
  Juan Manuel, 14, 16
**ALFONSO DE ARANGO**
  Maria, 1
**ALONSO**
  Juan, 11
**ALONSO DE ARANGO**
  María, 1
  Marina, 1, 3
**ALONSO DE HEVIA**
  Catalina, 7
**ALONSO DE LA CAMPA**
  Juan, 1
**ALONSO DE LEÓN**
  Catalina, 3, 6
**ALONSO DE NAVIA BOLAÑA**
  Juan Gobernador de La Habana, 6
**ALONSO DE NAVIA-ARANGO**
  Juan, 8
**ALONSO PÉREZ DE NAVIA**
  Alvaro Captian, 11, 13
  Alvaro Jacinto, 13
  Domingo, 13
  Francisco, 13
  Isabel Rosa, 13
  Josefa, 13
  Joseph, 13
  Mayor Lucia, 13
**ALVAREZ DE AVILÉS ( OR SÁNCHEZ DE AVILÉS)**
  Alonso, 1
**ARGÜELLES**
  Bernardo, 17
**ARMADA MONDRAGÓN Y GUERRA**
  Juan Antonio, 18, 19
**ARMADA VALDÉS**
  Alvaro, 19
**AYLLÓN DE AGUILAR**
  María, 7
**BENEDIR HORRUTINER**
  Juana, 12, 14
**CATALÁ CODORNIU Y CASTELVIT**
  Silverio Vicente, 15, 17

# Name Index

**CATALÁ Y LUJÁN**
Josefa Dominga, 17
**DE ARANGO**
Constanza, 4
María, 1, 3, 6
**DE ARANGO INCLÁN**
María, 8, 11
**DE AVILA Y SAAVEDRA**
Catalina, 10, 12
**DE AVILÉS FLOREZ**
Antonia, 12, 14
Clara, 12, 14
Gregoria, 12, 14
Juana, 12, 14
**DE AVILÉS HEVIA FLOREZ Y VALDÉS VIGIL**
Diego, 9, 11
**DE AVILÉS Y FLOREZ DE VALDES**
Gaspar, 7
**DE AVILÉS Y FLOREZ DE VALDÉS**
Gaspar, 7, 9
**DE AVILÉS Y HEVIA**
Pedro Captain, 4, 7
**DE BAÑUELOS**
Manuel Marquis of Hontiveros, 11
**DE BAÑUELOS Y SANDOVAL**
María Manuela, 9, 11
**DE CARREÑO**
María, 7, 9
**DE CARVAJAL**
Leonarda, 9
**DE CIENFUEGOS Y VELARDE**
Nicolasa, 18
**DE FAES ARGANDONA Y MIRANDA**
Antonio, 19
**DE FAES VALDÉS SORRIBAS**
Antonio, 18, 19
**DE FIGUEROA Y SEPULVADA**
Francisca, 8, 9
**DE HEREDIA Y TINEO**
Francisco, 18
**DE HEREDIA Y VALDÉS**
Antonio María, 18
**DE HEVIA**
Mayor, 3, 5
**DE HEVIA AVILÉS Y FLORES**
Diego, 14, 16
Luisa, 14, 16

# Name Index

**DE HEVIA DEL PESO**
    Diego, 5
**DE HEVIA ESTRADA**
    Mayor, 5, 8
**DE HEVIA MIRANDA**
    Francisco, 12, 14
**DE INCLÁN Y ALVAREZ DE RIVERA**
    Fernando, 17
**DE INCLÁN Y VALDÉS**
    Alvaro José, 17
    Benita Vicenta Josefa, 17
    Vicenta, 17
**DE LA PEÑA**
    Isabel, 6
**DE LAS ALAS**
    Hernando, 1, 3
    Leonor, 3
    Nicolás, 3
    Rodrigo, 1, 3
**DE LEÓN**
    2 Natural Daughters, 5
    Ana, 1, 2
    Bartolomé, 3, 5
    Esteban, 3
    Leonor, 3
    Sebastián, 3
    Simón, 1, 3
**DE LEÓN MENÉNDEZ DE AVILÉS**
    Margarita, 11, 13
    María, 5
    Mayor, 5, 8, 11, 13
    Pedro, 5, 8
    Pedro Alonso, 3, 5
    Simón, 5
**DE LEÓN QUIRÓS**
    Simón, 3, 6
**DE LEÓN Y ARGÜELLES**
    Antonia Basilia, 10, 12
**DE LLANES CAMPOMANES**
    José, 12, 14
**DE LUJÁN**
    Fernando Conde de Castroponce, 15
**DE LUJAN ACUÑA Y RIVADENEIRA**
    Juana, 6, 9
**DE LUJÁN Y MENÉDEZ DE AVILÉS**
    Bernarda, 16
    Fernando, 16

# Name Index

**DE LUJÁN Y MENÉDEZ DE AVILÉS**
Juan Antonio, 15
María Leonor, 16
María Rafaela Marquesa de Quirra, 15, 16
María Tiburcia, 15
Pedro Francisco, 15, 16

**DE LUJÁN Y MONSERRAT**
Catalina, 16

**DE LUJÁN Y SILVA**
Ana Antonia, 16
Fernando Lázaro, 13, 15

**DE MIER HEVIA**
Manuela Antonia, 17

**DE MIER HEVIA AVILÉS Y FLORES**
María Antonia, 16, 17

**DE MIER HEVIA NORIEGA Y AVILÉS**
María Luisa, 17

**DE MIER Y NORIEGA**
José, 16, 17
Toribio, 14, 16

**DE MIRANDA**
Fernando, 2
Hernando, 1, 3
Leonor, 5, 7
Sancha, 3
Sancho, 3

**DE MIRANDA Y PONCE DE LEÓN**
Leonor, 6, 8

**DE NAVIA OSORIO VIGIL DE QUIÑONES**
Rosa, 13, 15

**DE NAVIA Y ARANGO**
Inés, 9, 11
Juan Alonso, 15, 16

**DE NAVIA Y ARANGO MENÉNDEZ DE AVILÉS**
Juan Alonso José, 13, 15

**DE NAVIA Y BOLAÑO**
Elvira, 8

**DE NAVIA Y MONTENEGRO**
Francisca, 15, 16

**DE NAVIA Y VALDÉS**
Elvira, 11

**DE OMAÑA**
Arias, 4, 7

**DE OVIEDO**
José, 14, 16

**DE PEDROSO Y AYLLÓN**
Antonia, 5, 7

# Name Index

**DE PEDROSO Y AYLLÓN**
    Pablo de Pedroso, 7
**DE PERAMOTO**
    Leonor, 3, 6
**DE PORRES**
    Martín, 6
    Martín Antonio, 9
**DE PORRES VILLELA Y MANRIQUE**
    Isabel Antonia, 6, 9
**DE PORRES Y DE LAS PEÑAS**
    Isabel, 4, 6
**DE QUIROS**
    María, 5, 7
**DE QUIRÓS**
    Catalina, 5
    Juan, 5
    Martín, 2, 4, 7, 9
    Pedro, 5, 7
**DE QUIROS VALDÉS**
    Leonor, 3
**DE RIVERA**
    Francisca, 9, 12
**DE SANDONAL**
    Catalina, 11
**DE SILVA**
    Antonia, 15
**DE SOLÍS CASCOS**
    Catalina, 1
    María, 1
**DE SOTOLONGO**
    Luis, 8, 9
**DE SOTOLONGO Y FIGUEROA**
    Lucía, 5, 8
    Teresa, 7, 9
**DE VALDÉS**
    Berenguela, 1, 2
    Juan, 9
    Marquesa, 1, 2
    Pedro, 2, 3
**DE VALDÉS OSORIO Y NAVIA BOLAÑA**
    Isabel María, 17
**DE VALDÉS Y BERNALDO DE QUIRÓS**
    Fernando, 17, 18
**DE VALDÉS Y DE INCLÁN**
    Casiiro, 18
    José Gregorio, 18
    María Antonia, 18

# Name Index

**DE VALDÉS Y DÓRIGA**
   Urraca, 4

**DE VALDÉS Y VIGIL DE QUIÑONES**
   Catalina, 7, 9

**DÍAZ DE LEÓN**
   Luisa, 12

**DÍAZ RUIZ DE MEXÍA**
   María, 7, 10

**FERNÁNDEZ DE CÓRDOBA**
   María de la Paciencia, 19

**FERNÁNDEZ DE VELASCO**
   Diego, 2, 4

**FERNÁNDEZ DE VELASCO Y MENÉNDEZ DE AVILÉS**
   Ana María, 4
   Antonia, 4
   Diego, 4
   Francisca, 4
   Pedro, 4

**FLÓREZ DE QUIÑONES**
   Juan, 4

**FLOREZ DE VALDÉS ALVAREZ**
   Fernando, 4, 7

**FLÓREZ DE VALDÉS ALVAREZ**
   Diego, 4, 6

**FLÓREZ DE VALDÉS Y MENÉNDEZ**
   Francisca, 4, 6
   Isabel, 4, 7
   Mariana, 4, 6
   Marquesa, 4, 7

**FLÓREZ Y VALDÉS**
   Diego, 2, 4

**GÓNGORA DE LOS RIOS**
   María Josefa, 14, 16

**GONZÁLEZ ARANGO**
   Catalina, 1

**GONZÁLEZ CASCO**
   María, 1

**GONZÁLEZ CASCOS**
   Juan, 3, 6

**GONZÁLEZ DE AVILÉS**
   Juan, 1

**GONZÁLEZ DE OVIEDO**
   Luis, 4

**GONZÁLEZ DE OVIEDO Y DE ARANGO**
   Mayor, 2, 4

**HORRUTINER**
   Pedro, 12, 14

# Name Index

**LLANO**
    Gregorio, 11, 13
**LLANO Y MENÉNDEZ DE AVILÉS**
    Antonio, 13
    Francisco, 13
    Gregorio, 13
    Pedro Juan, 13
**LÓPEZ DE TOLEDO**
    Francisca, 10, 12
**MÁRQUEZ DE VALDÉS**
    Josefa, 1, 2
**MARTÍN**
    María Margarita, 8, 10
**MARTÍNEZ**
    Juan, 1, 2
**MARTÍNEZ DE LEÓN**
    Domingo, 2
    Eulalia, 3
    Juan, 3
    María, 3
    Pedro, 2
**MARTÍNEZ DE SABUGO**
    Juan, 1
**MENÉNDEZ DE ARANGO**
    Bartolomé, 1
    Diego, 1
    Elvira, 1
    Juan, 1, 2
**MENÉNDEZ DE AVILÉS**
    Ana María, 2, 3
    Catalina, 1, 2, 3, 4
    Juan, 2
    María, 2, 4
    Mayor, 3
    Pedro Adelantado, 1
    Toribia, 3, 6
**MENÉNDEZ DE AVILÉS SOLÍS**
    Juan, 1
    María, 2
**MENÉNDEZ DE AVILÉS VALDÉS**
    Pedro, 2, 4
**MENÉNDEZ DE AVILÉS Y ARANGO**
    Pedro, 4, 6
**MENÉNDEZ DE AVILÉS Y BAÑUELOS**
    José Julián, 11
    María Catalina, 11, 13
    María Francisca, 11

# Name Index

MENÉNDEZ DE AVILÉS Y PORRES
Alvaro, 6
Angela María, 9, 11
Catalina, 9
Francisco, 9
Gabriel, 6, 8
María, 9
Martín, 6, 8
Pedro, 9, 11
MENÉNDEZ DE AVILÉS Y VALDÉS
María, 2, 4
MENÉNDEZ DE LUARCA Y TINEO
Juan, 12, 14
MENÉNDEZ DE POSADA
María, 2, 5
MENÉNDEZ LEÓN QUIRÓS
Pedro Regidor, 8, 11
MENÉNDEZ MARQUEZ
Catalina, 5
MENÉNDEZ MÁRQUEZ
Juan Sargento Mayor, 10
MENÉNDEZ MÁRQUEZ Y DÍAZ
Antonio, 10, 12
Francisco, 10, 12
MENÉNDEZ MÁRQUEZ Y HORRRUTINER
Ambrosio, 14
Antonia, 14, 16
Basilia, 15
José, 15
Juan, 15
Leonarda, 15
María, 15
Pedro, 15
MENÉNDEZ MÁRQUEZ Y LEÓN
Francisco Sargento Mayor, 12, 14
Manuela, 12, 14
María, 12
María Jerónima, 12, 14
MENÉNDEZ MÁRQUEZ Y MARTÍN
Josefa, 10, 13
María del Rosario, 11
MENÉNDEZ MÁRQUEZ Y MENÉNDEZ POSADA
Alonso, 5, 8
Francisco, 5, 7
MENÉNDEZ MÁRQUEZ Y PEDROSO
Alonso Canonigo, 8
Antonio, 7, 10

**MENÉNDEZ MÁRQUEZ Y PEDROSO**
Juan, 7, 9
Tomás, 7, 10
**MENÉNDEZ MÁRQUEZ Y SOTOLONGO**
Agustin, 8
Ana, 8
Francisco Sacerdote, 8
María, 8
Mateo, 8
Pedro Alférez, 8, 10
**MENÉNDEZ MÁRQUEZ Y URRABARRO**
Antonia, 9
Florencia, 10
Francisco Ambrosio, 10
José, 10
Juan José, 10
Juana Lorenza Jeronima, 10
Leonarda Basilia, 10
María, 10
María de Jesús, 10
María Luisa, 10
Teresa, 10
Tomasa Antonia, 10
**MENÉNDEZ MÁRQUEZ Y VALERA DE GUZMÁN**
Andrés, 12
Luisa Simona, 12
María de los Angeles, 12
Micaela, 12
**MENÉNDEZ Y MÁRQUEZ**
Juan, 2, 5
**MILÁN Y PONCE DE LEÓN**
Francisca Javiera, 15, 16
**MONTENEGRO Y LANTOIRA**
Margarita Magdalena, 13, 15
**MONTSERRAT Y ACUÑA**
María Joaquina, 15, 16
**NAVIA-OSORIO VIGIL**
Alvaro, 15, 16
**OSORIO RUBÍN DE CELÍS**
Casimiro, 11
Diego Ramiro, 9, 11
**OSORIO Y LASO DE LA VEGA**
Benito, 17
**PÉREZ DE NAVIA Y ARANGO-VALDÉS**
Alvaro Alonso, 5, 8
**PÉREZ DE NAVIA-ARANGO**
Alvaro, 3, 6

# Name Index

**PÉREZ DE NAVIA-ARANGO**
Toribia o Mencia. 6
**PÉREZ MORERA**
José Alférez, 10, 13
**PONCE DE LEÓN**
Lope Marquis of Valdecarzana, 16
Rosenda María, 14, 16
**POSADA**
Juan Captain, 5
**QUEIPO DE LLANO**
Fernando, 14
Manuel, 12, 14
Suero, 4, 6
**RAMÍREZ DE JOVE Y CIENFUEGOS**
Manuel, 18
María del Carmen Marquesa de San Esteban, 18
**RODRÍGUEZ DE LEÓN**
Pedro, 3
**SÁNCHEZ DE AVILÉS**
Alvar or Diego, 1
Alvaro, 1, 2
**SUÁREZ DE GÓNGORA**
Isidra, 14
Joaquina, 14
María Manuela, 14
Pedro, 11, 13
**SUÁREZ DE GÓNGORA MENÉNDEZ DE AVILÉS**
Ana Antonia, 13, 15
**TRELLES**
María Josefa, 16
**URRABARRO**
Tomás Capitan, 9
**URRABARRO DE MELO Y LÓPEZ**
Antonio, 12, 14
**URRABARRO Y CARVAJAL**
Antonia, 7, 9
**VALDÉS DE INCLÁN Y RAMIREZ DE JOVE**
Nicolasa Gala, 18, 19
**VALDÉS DE INCLÁN Y RAMIREZ DE JOVER**
María del Rosario, 18
**VALDÉS SORRIBAS**
Ramona, 19
**VALDÉS Y DE INCLÁN**
Juan, 18
**VALDÉS Y DE INCLÁN LEIGUARDA**
Alvaro, 18

**VALERA DE GUZMÁN**
Juan, 12
**VALERA DE GUZMÁN Y DÍAZ DE LEÓN**
Micaela, 10, 12
**VICOME ALVAREZ DE LA RIBERA**
María Joaquina, 15, 16
**VIGIL DE QUIÑONES**
Mayor, 9
**VILAVERDE**
Gertrudis, 12, 15
**VILLAVICENCIO**
Silvestre, 9, 11
**VILLELA MANRIQUE**
Luisa, 9
**ZAPATA DEL MARMOL**
Felipa, 14

U.S. District Court
Middle District of Florida

**DEFENDANT'S EXHIBIT**

Exhibit Number: **105/B**

Case Number:
Case No. 8:07-CV-00614-
SDM-MAP

ODYSSEY    v.    Spain

Date Identified: **6/3/09**

Date Admitted: _____

56

to leave Florida must first obtain fiscal clearance. If the debtor had

already entered another jurisdiction, they could ask royal permission

to pursue him and require the local officers of the law to assist.[98]

Only a royal official or a *situador*, like themselves, was likely to get

so deeply in debt to the Crown that he had to be followed out of Florida.

If the debtor was deceased or in prison, the officials could

still resort to religious pressure to collect funds owed to him by

unknown persons. In such a case, letters of excommunication were taken

out and read in the main churches of both Havana and St. Augustine, and

were followed by a solemn procession of parishioners wearing black veils

and carrying a cross draped in black, who marched back and forth across

town chanting the "*Laus Deo*" and calling on anyone who was holding any-

thing belonging to the individual, or owing him money, or knowing of

someone who did, to declare it or face eternal damnation.[99] Little was

recovered by this means, which suggests either that there was not much

to recover, or that a Spaniard prized his purse as well as his soul.

Notes

[1] For a survey of the *situado* transfers see Chapter 1, pp. 7-8.

[2] *Cédula* to the royal officials of Tierra Firme, 11-15-1571,
"Registros," pp. 19-20; Armade, Florida on Trial, pp. 78-79; Consejo
to the King, 10-21-1579, IG 140-7-33 JTC 7.

[3] Junta de Guerra, 9-18-1703, filed with Duke of Albuquerque,
Viceroy of New Spain, 4-10-1703, SD 58-1-27/A26-63 JTC 5; Bartolomé de
Argüelles, 10-31-1598, SD 54-5-14/25 JTC 3; Cédula to the governor of
Florida, 2-21-1590, "Registros," pp. 186-87; Cédula to the royal offi-
cials of Mexico City, 6-18-1635, SD 54-5-10 (summary only) JTC 3.

[4] Cédula to Governor Ybarra, 6-9-1601, "Registros," pp. 349-50; Gillaspie, "Juan de Ayala y Escobar," p. 15; Francisco de la Rocha and Juan de Pueyo, 1-16-1684, SD 54-5-14/163 JTC 3; Fr. Francisco Martínez, Memorial, n.d. [summary seen in Consejo 6-15-1638], SD 54-5-20 JTC 4.

[5] Consejo to the King, 10-21-1579, IG 140-7-33 JTC 7; Arnade, Florida on Trial, p. 83; Juan Menéndez Marquéz, 3-14-1608, SD 54-5-14/58 JTC 3; Friars in chapter, 10-16-1612, SD 54-5-17/61 JTC 4; Cédula [to the royal officials of Florida] with copy to the royal officials of Mexico City, 8-21-1646, SD 54-5-20/46 JTC 4.

For the history of friars versus soldiers in the authorized strength see Robert Allen Matter, "The Spanish Missions of Florida: The Friars Versus the Governors in the 'Golden Age,' 1606-1690," Diss. Univ. of Washington 1972, chap. 6, pp. 171-205. His appendix on pp. 417-18 gives the estimated numbers of each at selected times 1565-1763. A more detailed review of authorized and effective strengths 1671-1702 is in Luis R. Arana, "The Spanish Infantry: The Queen of Battles in Florida, 1671-1702," M.A. Thesis Univ. of Florida 1960, chap. 2, pp. 16-30.

[6] Pedro Redondo Villegas, 4-20-1601, SD 54-5-17/13 JTC 4; Fr. Juan Moreno, 6-18-1673, SD 54-5-20/95 JTC 4.

[7] See Chapter 3, pp. 79, 81.

[8] List of cédulas and licenses given to Governor-elect Fernández de Olivera, made on 5-12-1613 for Governor Treviño Guillamas, SD 54-5-10 (summary only) JTC 3.

[9] Cédula to Governor-elect Ybarra, 5-19-1603, "Registros," pp. 346-47.

[10] Friars in chapter, 10-16-1612, SD 54-5-17/61 JTC 4; Juan Menéndez Marquéz, 3-14-1608, SD 54-5-14/58 JTC 3.

[11] Francisco Menéndez Marquéz, Juan de Cueva and Francisco Ramírez, 1-30-1627, SD 54-5-14/87 JTC 3; Joseph de Prado, 12-30-1654, SD 54-5-14/115 JTC 3.

[12] Francisco Menéndez Marquéz and Pedro Benedit Horruytiner, 3-18-1647, SD 54-5-14 JTC 3; Juan de Pueyo and Juan Benedit Horruytiner, 11-10-1707, SD 58-1-34/11 JTC 6.

[13] Governor Fernández de Olivera, 10-13-1612, SD 54-5-14/74 JTC 3; Francisco de la Rocha and Salvador de Cigarroa, 9-3-1681, enclosed with Auto on the trade goods, 6-28-1683, SD 54-5-14/159 JTC 3. For the building fund misapplications in the eighteenth century see John Jay TePaske, The Governorship of Spanish Florida, 1700-1763 (Durham, N.C.: Duke Univ. Press, 1964), pp. 91-97.

[14] Juan Menéndez Marquéz, Juan López de Avilés and Bartolomé de Argüelles, 9-13-1600, SD 54-5-14/41 JTC 3.

15Cédulas to the royal officials of Mexico City, 9-29-1602 and 8-30-1603, "Registros," pp. 334, 356-57; Cédulas to Governor Ybarra, 6-9-1603 and 7-25-1603, "Registros," pp. 349-50, 352-53; Juan Menéndez Marquéz, 4-21-1603, SD 54-5-17/27 JTC 4.

16Santos de las Heras, 2-10-1658, SD 54-5-14/117 JTC 3; Junta de Guerra, 2-6-1680, in reply to Governor Hita y Salazar, 11-4-1678, SD 54-5-14/148 JTC 3.

17Cédula to the royal officials of Mexico City, 9-18-1604, "Registros," p. 363; Bartolomé de Argüelles, 5-12-1591, SD 54-5-14/16 JTC 3; Sánchez-Bella, p. 228.

18Juan Menéndez Marquéz, 4-13-1601, SD 54-5-17/11 JTC 4; Bartolomé de Argüelles, Juan Menéndez Marquéz and Pedro López de San Julian, 1-23-1602, SD 54-5-14/43 JTC 3.

19[Consejo] to the House of Trade, 3-27-1612, IG 148-2-11 JTC 7; Juan de Arrazola, Andrés de Sotocayor and Joseph de Olivera, 10-8-1612, SD 54-5-14/70 JTC 3; Sánchez-Bella, pp. 228-29; Anon., regarding Tesorero Francisco Menéndez Marquéz, 1-9-1627, SD 54-5-14/86 JTC 3.

20"Memorandum and Accounting for 500 Yards of Jerquota That Your Excellency Sent Me. San Luis [no date], evidently by Manuel Solana," in Mark F. Boyd, Hale G. Smith and John W. Griffin, eds., Here They Once Stood: The Tragic End of the Apalachee Missions (Gainesville: Univ. of Florida Press, 1951), pp. 46-48; Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4.

21Joseph de Córdova Ponce de León, Governor of Havana, 10-6-1683, SD 54-5-19/55 JTC 4; Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4. See also Chapter 1, p. 15.

22See Chapter 1, pp. 12-17.

23Ex-Governor Hita y Salazar, n.d. [seen in Consejo 2-8-1684], SD 58-1-26/84 JTC 5; Governor Zúñiga y Cerda, 10-15-1701, SD 58-1-27/20 JTC 5; Proceedings against two counterfeiters (summary only), in Juan de Pueyo Visita of 1695, Residencias of 1694-1699, EC 157-4/91 JTC 1.

24Nicolás Ponce de León, 9-25-1642, SD 54-5-14/95 JTC 3; Governor Guerra y Vega, 4-8-1666, SD 54-5-10 JTC 3; Gillaspie, "Juan de Ayala y Escobar," p. 17.

25Joseph de Prado and Juan Menéndez Marquéz, 6-30-1668, SD 54-5-14/134 JTC 3; Nicolás Ponce de León II, 3-24-1671, SD 58-1-35/18 JTC 6.

26Nicolás Ponce de León, 9-20-1651, SD 54-5-18/45 JTC 4; Pedro Beltrán de Santa Cruz, 11-28-1645, SD 54-5-14/102 JTC 3; Francisco Menéndez Marquéz and Pedro Benedit Horruytiner, 5-17-1646, SD 54-5-14/98 JTC 3; Anon., 11-20-1655, SD 54-5-10 JTC 3.

[27]Cristobal de Viso to don Francisco de Altamira y Angulo, n.p. [in Spain], 7-14-1682, SD 54-5-20/117 JTC 4.

[28]Governor Treviño Guillamas to the royal officials, 1-27-1617, SD 54-5-14/79 JTC 3; Juan Menéndez Marquéz and Alonso de las Alas, 11-26-1609, SD 54-5-14/62 JTC 3; Alonso Sánchez Sáez de Mercado, Memorial, 1-4-1596, enclosed with his letter of 1-6-1596, SD 54-5-16/72 JTC 4; Juan Menéndez Marquéz, Havana, n.d., sent from St. Augustine 4-13-1601, SD 54-5-17/11 JTC 4; Santos de las Heras to el Señor Secretario, Mexico City, 3-15-1654, SD 54-5-14/113 JTC 3.

[29]Pedro Beltrán de Santa Cruz, Havana, 11-28-1645, SD 54-5-14/102 JTC 3, and 11-20-1655, SD 54-5-18/48 JTC 4.

[30]Ex-Governor Hita y Salazar, 2-8-1684, SD 58-1-26/84 JTC 5.

[31]C. H. Haring, The Spanish Empire in America (New York: Harcourt, 1947), p. 266.

[32]Governor Quiroga y Losada, 4-1-1688, SD 58-1-26/118 JTC 5; "Agreement between Dr. Vázquez of the Council in the Name of the King, with Pedro Menéndez de Avilés, March 15, 1565," appendix 1 in Lyon, The Enterprise of Florida, pp. 213-19.

[33]Bartolomé de Argüelles, 3-30-1601, SD 54-5-17/7 JTC 4; Francisco de la Rocha and Francisco de Cigarroa, 7-10-1685, SD 54-5-12 NC 6; Juan Menéndez Marquéz, 9-20-1602, SD 54-5-14/49 JTC 3; Governor Luis Horruytiner with Francisco Menéndez Marquéz and Nicolás Ponce de León, 5-14-1636, SD 54-5-20/31 JTC 4; Santos de las Heras and Joseph de Prado, 8-21-1653, with enclosures of 10-27-1636, n.d. [after 1655], and 7-15-1656, SD 54-5-14/111 JTC 3.

[34]Auto on a bishopric, 9-30-1645 to 10-5-1645, SD 54-5-14/123 JTC 3; Crown to the Audiencia Real de Santo Domingo, 9-13-1656, SD 54-5-14/118 JTC 3; Governor Juan de Salamanca of Havana, 11-1-1658, SD 54-5-14/119 JTC 3.

[35]Nicolás Ponce de León II, Antonio Menéndez Marquéz and Francisco de la Rocha, 10-15-1674, SD 54-5-14/138 JTC 3.

[36]Cédula to the royal officials of Florida, received on 9-13-1656, and answer from Santos de las Heras and Domingo de Leturiondo, 5-31-1658, SD 54-5-14/118 JTC 3; Francisco de la Rocha and Francisco de Cigarroa, 7-10-1685, SD 54-5-12 NC 6.

[37]Salvador de Cigarroa and Francisco de la Rocha, 2-18-1680, SD 54-5-14/150 JTC 3; Thomás Menéndez Marquéz and Joachin de Florencia, 12-29-1693, SD 58-1-34/A² JTC 6.

[38]Sánchez-Bella, p. 222; Friars in chapter, 5-19-1681, SD 54-5-11 JTC 3; Thomás Menéndez Marquéz and Joachin de Florencia, 7-1-1697, SD 58-1-26/136 JTC 5.

39 Governor Hita y Salazar, 3-6-1680, and Consejo reply of 10-21-1680, SD 54-5-11/58 JTC 3; Ignacio de Leturiondo, 10-29-1694, SD 54-5-20/135 JTC 4. For additional references see Bushnell, "The Menéndez Marquéz Cattle Barony at La Chua," pp. 426-28.

40 Interim Governor Nicolás Ponce de León, 9-20-1651, SD 54-5-18/45 JTC 4; Sale of Governor Salazar y Vallecilla's estate, 10-16-1651, SD 54-5-18 JTC 4.

41 Joseph de Prado, 12-30-1654, SD 54-5-14/115 JTC 3; Santos de las Heras and Domingo de Leturiondo, 10-8-1657, SD 54-5-18/50 JTC 4; Governor Rebolledo, 10-18-1657, SD 54-5-18 JTC 4; Governor Moral Sánchez, 9-8-1735, SD 58-1-31/41 JTC 5.

42 Royal officials [not listed], 1-5-1580, summarized with Consejo comments 6-4-1580, IG 140-7-33 JTC 7; Bartolomé de Argüelles, 5-12-1591, SD 54-5-14/16 JTC 3; Interim Governor Nicolás Ponce de León II, n.d., with Junta de Guerra reply of 11-29-1674, SD 54-5-11 JTC 3.

43 Cédulas to the governors of Florida, 4-19-1583, 8-11-1593, and 2-10-1603, "Registros," pp. 153, 235-36, 337-38.

44 Governor Hita y Salazar, 10-30-1678, SD 58-1-32 JTC 5; Alonso Solana, Report on the blacksmiths, 5-20-1683, SD 54-5-14/159 JTC 3.

45 Arnade, Florida on Trial, p. 85; Agustín and Juan, natives of San Juan del Puerto, n.p. [el Morro, Havana], 7-2-1636, SD 53-2-2/28 JTC 2; Francisco Menéndez Marquéz and Pedro Benedit Hornruytner, 7-27-1667 SD 54-5-20 JTC 4; Juan Menéndez Marquéz II, 1-25-1667, SD 54-5-14/130 JTC 3.

46 Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Junta de Guerra reply to Ex-Governor Hita y Salazar, 12-10-1680, SD 54-5-19/38 JTC 4; Francisco Menéndez Marquéz II and Salvador García Villegas, 4-16-1735, enclosed with Governor Moral Sánchez, 4-20-1735, SD 86-6-5/19 JTC 7; Gillaspie, "Juan de Ayala y Escobar," pp. 44, 82.

47 Gillaspie, "Juan de Ayala y Escobar," p. 48; Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Arnade, Florida on Trial, p. 79.

48 Bartolomé de Argüelles, 10-31-1598, SD 54-5-14/25 JTC 3; Cédula to Governor Méndez Canzo, 11-9-1598, "Registros," pp. 300-306; Juan Menéndez Marquéz, Juan López de Avilés and Bartolomé de Argüelles, 9-13-1600, SD 54-5-14/41 JTC 3.

49 Arnade, Florida on Trial, p. 18.

50 "Agreement between Dr. Vázquez of the Council in the Name of the King, with Pedro Menéndez de Avilés, March 15, 1565," appendix 1 in Lyon, The Enterprise of Florida, p. 217.

[51]Arnade, Florida on Trial, pp. 31-42; Governor Moral Sánchez, 4-20-1735, SD 86-6-5/19 JTC 7.

[52]Juan Menéndez Marqués, Alonso de las Alas and Alonso Sánchez Sáez de Mercado, 3-12-1608, SD 54-5-14/57 JTC 3; Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Anon., 11-20-1655, SD 54-5-10 JTC 3; Juan de la Rosa, 12-24-1667, n.p. [San Luis], in Domingo de Leturiondo Visita of 1677-1678, FC 156-3-22/87-90 JTC 1; Evangeline Walker Andrews and Charles McLean Andrews, eds., Jonathan Dickinson's Journal or, God's Protecting Providence. Being the Narrative of a Journey from Port Royal in Jamaica to Philadelphia between August 23, 1696 and April 1, 1697 (Stuart, Fla.,: Southeastern Printing Co., 1975), p. 43.

[53]Joseph de Prado and Domingo de Leturiondo, 9-3-1661, SD 54-5-14/124 JTC 3.

[54]Juan Menéndez Marqués, Alonso de las Alas and Alonso Sánchez Sáez de Mercado, 3-12-1608, SD 54-5-14/57 JTC 3; Anon., 11-20-1655, SD 54-5-10 JTC 3.

[55]Governor Ybarra to Fr. Pedro Bermejo, 7-27-1605, SD 54-5-17 JTC 4; Fr. Francisco Pareja et al., 1-17-1617, SD 54-5-20 JTC 4; Governor Rojas y Borja, 6-30-1628, SD 54-5-10 JTC 3; General cédula, 4-21-1592, "Registros," pp. 202-201.

[56]Cédula regarding bartering in Florida, 4-21-1592, "Registros," pp. 202-203; Governor Ybarra, n.d., [seen in Consejo 11-10-1605], IG 145-3-3 JTC 7.

[57]Bartolomé de Argüelles, 5-12-1591, SD 54-5-14/16 JTC 3; Cédula to Gerónimo de Rojas Avellaneda, 4-22-1577, and Juan Bautista de Rojas, Governor of Cuba, n.p. [Havana], 7-6-1578, SD 54-1-34/53 JTC 2; [Alonso de Cáceres], Relación, [Havana], n.d. [after 12-12-1574], PAT 1-1-1/19-33 JTC 1.

[58]Arnade, The Siege of St. Augustine, pp. 39-40; Arnade, Florida on Trial, pp. 6-7, 83-84. Drake's men captured 13 or 14 large brass guns in the abandoned fort (Chatelain, The Defenses of Spanish Florida, pp. 48-49).

[59]Andrews and Andrews, eds., Jonathan Dickinson's Journal, p. 43; Governor Rojas y Borja, 1-20-1625, SD 54-5-10 JTC 4; Cédula regarding bartering in Florida, 4-21-1592, "Registros," pp. 202-203.

[60]Enrique Primo de Rivera, 11-26-1690, SD 54-5-19/115 JTC 4; Governor Guerra y Vega, 9-25-1667, SD 54-5-10 (summary only) JTC 3; Joseph de Prado and Juan Menéndez Marqués, 6-30-1668, SD 54-5-14/134 JTC 3; Governor Márques Cabrera, 6-28-1683, SD 54-5-11/104 JTC 3.

[61]Cédula to Pedro Redondo Villegas, 11-14-1600, "Registros," p. 327; Alonso Sánchez Sáez de Mercado, Juan de Junco and Bartolocé de Argüelles, 6-17-1586, SD 54-5-14/13 JTC 3; Chatelain, The Defenses of Spanish Florida, pp. 48-49.

62Governor Zúñiga y Cerda, at the Junta de Guale chiefs, 2-7-1701, Santa María, SD 58-2-8/4-179 to 185 JTC 6; Andrews and Andrews, eds., Jonathan Dickinson's Journal, p. 43.

63Maynard Geiger, O.F.M., The Franciscan Conquest of Florida, 1573-1618, Diss. The Catholic Univ. of America 1937 (Washington: The Catholic Univ. of America, 1937), pp. 57-58, 76.

64Lyon, The Enterprise of Florida, pp. 53, 131-35.

65Governor Ybarra, 5-10-1605, 1-4-1606 and 5-16-1607, SD 54-5-9/76, 80 and 81 JTC 2.

66Juan Menéndez Marquéz and Alonso de las Alas, 11-26-1609, SD 54-5-14/62 JTC 3.

67Junta de guerra to consider the Apalaches' proposal to make war on the heathen, 11-3-1694, SD 58-1-26/130 JTC 5; Governor Torres y Ayala to Governor Joseph Blake, 3-3-1695, in reply to a letter of 1-24-1695, SD 58-1-26/130 JTC 5.

68Governor Márques Cabrera, 9-8-16°5, with cédula of 9-2-1687, SD 58-1-26/130 JTC 5.

69Memorial y noticias sacras y reales del Imperio de las Indias occidentales, Madrid, 1646, extracts in JTC 10. See also Governor Rodríguez Villegas, cited in Boniface, pp. 81-82.

70Bartolomé de Argüelles, 8-3-1598, SD 54-5-14/24 JTC 3.

71Joachin de Florencia Visita of 1694-1695, EC 157-4/91 JTC 1; Jerald T. Milanich and William C. Sturtevant, eds., Emilio F. Moran, trans., Francisco Pareja's 1613 Confessionario: A Documentary Source for Timucuan Ethnography (Tallahassee: Fla. Dept. of State, 1972), p. 67; Francisco de la Rocha and Salvador de Cigarroa, 3-2-1680, SD 54-5-14/152 JTC 3.

72Alonso de las Alas and Juan Menéndez Marquéz, 12-13-1595, SD 54-5-14/18 JTC 3; Gaspar Márques, Cacique of San Sebastian and Tocoy, 6-23-1606, SD 54-5-17/47 JTC 4.

73Alonso de las Alas and Juan Menéndez Marquéz, 12-13-1595, SD 54-5-14/18 JTC 3.

74Alonso Sánchez Sáez de Mercado, 1-6-1596, SD 54-5-16/72 JTC 4; Alonso de las Alas, 12-11-1595, SD 54-5-14/17 JTC 3; Fr. Francisco Pareja et al., 1-14-1617, SD 54-5-20/18 JTC 4; Bartolomé de Argüelles, 8-3-1598, SD 54-5-14/24 JTC 3; Arnade, Florida on Trial, pp. 57, 72, 74; Geiger, p. 77.

75Fr. Francisco Pareja, 1-17-1617, SD 54-5-20 JTC 4; Agustín and Juan, natives of San Juan del Puerto, n.p. [el Morro, Havana], 7-2-1636, SD 53-2-12/28 JTC 2.

[76]Antonio Menéndez Marquéz and Francisco de la Rocha, n.d., in the Auto on Mayaca and Enacape, 3-15-1682 to 9-7-1682, SD 54-5-11/95 JTC 3. In 1701 one village of Guales who had moved to San Juan del Puerto were obliged to send workers to St. Augustine, run a ferry, and provide 60 brewings of cassina each month for the garrison at Santa María (Junta of Guale chiefs, Santa María, 2-7-1701, SD 58-2-8/4-179 to 185 JTC 6).

[77]For the variety of Indian services and those exempt from them see the Joachín de Florencia Visita of 1694-1695, EC 157-4/91 JTC 1.

[78]Haring, p. 267; John Preston Moore, The Cabildo in Peru Under the Hapsburgs: A Study in the Origins and Powers of the Town Council in the Viceroyalty of Peru, 1530-1700 (Durham: Duke Univ. Press, 1954), pp. 258-59.

[79]Haring, p. 267; Antonio Ponce de León, 2-26-1687, SD 58-2-15/6 JTC 6; Juan de Pueyo and Juan Benedit Horruytiner, 11-10-1707, SD 58-1-34/10 JTC 6.

[80]Haring, pp. 260-61.

[81]"Agreement between Dr. Vázquez of the Council 1, the Name of the King, with Pedro Menéndez de Avilés, March 15, 1565," appendix 1 in Lyon, The Enterprise of Florida, p. 217.

[82]Cédulas to the royal officials, 9-30-1580 and 4-26-1583, "Registros," pp. 144-45, 155.

[83]Geiger, pp. 89-122; Bartolomé de Argüelles, Juan Menéndez Marquéz and Alonso de las Alas, 4-20-1603, SD 54-5-14/52 JTC 3.

[84]Cédula to Veracruz officials, 9-29-1591, "Registros," pp. 245-46; Juan Menéndez Marquéz, Juan López de Avilés and Bartolomé de Argüelles, 9-13-1600, SD 54-5-14/41 JTC 3.

[85]Bartolomé de Argüelles, 10-31-1598, SD 54-5-14/25 JTC 3. Part of what the governor did pay fell into the hands of his unpopular kinsman Juan García.

[86]Juan Menéndez Marquéz, Juan López de Avilés and Bartolomé de Argüelles, 9-13-1600, SD 54-5-14/41 JTC 3.

[87]Bartolomé de Argüelles, Juan Menéndez Marquéz and Pedro López de San Julian, 1-23-1602, SD 54-5-14/43 JTC 3.

[88]Cédula to the royal officials of Florida, 9-18-1604, "Registros," p. 362.

[89]Bartolomé de Argüelles, 3-18-1599, SD 54-5-14/27 JTC 3; Alonso de las Alas, 1-12-1600, SD 54-5-14/29 JTC 3; Bartolomé de Argüelles, Juan Menéndez Marquéz and Pedro López de San Julian, 1-23-1602, SD 54-5-14/43 JTC 3; Governor Ybarra, 12-23-1605, and to the royal officials, 2-5-1605, SD 54-5-17/37 and 31 JTC 4.

[90] Governor Ybarra, 4-8-1608, SD 54-5-9/91 JTC 2; Geiger, pp. 207, 212-18; Sánchez-Bella, p. 242.

[91] Sánchez-Bella, p. 188; Moore, p. 164.

[92] Francisco Menéndez Marquéz, 2-8-1648, SD 54-5-14/109 JTC 3.

[93] Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4.

[94] Gillaspie, "Juan de Ayala y Escobar," pp. 55-57.

[95] Friars in chapter, 9-10-1657, SD 54-5-20 JTC 4; Diego de Peñalver Angulo, Havana, 3-21-1696, SD 54-5-13/113-113 NC 9; Bushnell, "The Menéndez Marquéz Cattle Barony at La Chua," pp. 417, 424; Joseph de Córdova Ponce de León, Governor of Havana, 10-6-1683, SD 54-5-19/55 JTC 4.

[96] Haring, p. 274; Moore, p. 259; Sánchez-Bella, pp. 53, 219-21.

[97] Sánchez-Bella, pp. 51, 165-68, 174, 178-82; Cédula regarding the royal officials, 6-10-1580, and cédula to Governor Menéndez Marquéz, 4-19-1583, "Registros," pp. 143-44, 153.

[98] Arana, p. 9; Nicolás Ponce de León, 7-3-1632, SD 54-5-14/91 JTC 3; Sánchez-Bella, pp. 139, 169, 183; Cédula to Nicolás Ponce de León, 8-4-1643, enclosed with Nicolás Ponce de León, Mexico City, 9-25-1642, SD 54-5-14/95 JTC 3.

[99] Alonso Sánchez Sáez de Mercado, Memorial, 1-4-1596, enclosed with his letter of 1-6-1596, SD 54-5-16/72 JTC 4; Hoffman and Lyon, pp. 65-67 (the excommunication ceremony is found on p. 67).

In his connection with the garrison, the treasury official could count on a food supply, medicine, and a career for his sons. As regidor of the cabildo, the whole regional economy was laid before him to adjust to his advantage. As an official of the exchequer he had the second highest salary in town, plus job tenure, free housing, and the chance to hire out his work and take it easy. And beyond all this were the valued "honors, deferences, graces, exemptions, liberties, preeminences, prerogatives and immunities." A royal official was as secure financially and socially as any person was likely to have been, who lived in that place and at that time.

Notes

[1] In Table 1 the underlined date can also be the date of selection, or the date on which a future became effective. Date of title unfortunately gives little idea of the time of an official's arrival, which sometimes can only be inferred from the time he begins to sign correspondence, or when his name first appears in the Parish Register. An official might go to New Spain for the situado before heading to Florida, which would delay his arrival by at least half a year. In the table a vertical line indicates the period in office. In the case of substitutes it is not possible to be sure of continuity of service. The dates behind a substitute's name indicate only years in which he was known to serve the office, and not unbroken continuity.

[2] Since Argüelles came to Florida twelve years before being appointed contador, he probably was one of the Menéndez clan, but this has not been established (Arnade, Florida on Trial, pp. 45-46).

[3] Bushnell, "The Menéndez Marqués Cattle Barony at La Chua," pp. 411-12; Anon., n.p., 8-6-1648, SD 53-1-6/14 JTC 3.

[4] Juan Menéndez Marqués, 1-10-1613, SD 54-5-17/62 JTC 4; Juan Menéndez Marqués, n.d. [seen in Consejo 4-3-1620], SD 54-5-17/80 JTC 4; Parish Register Baptisms, 4-2-1601; Consejo summary and reply, 1-9-1627, to Francisco Menéndez Marqués, n.d., SD 54-5-14/86 JTC 3; Residencia of Governor Rojas y Borja, 10-9-1627 to 9-2-1630, EC 154-B, Escribanía 27-C.

[5]John H. Parry, The Sale of Public Office in the Spanish Indies Under the Hapsburgs, Ibero-Americana no. 37 (Berkeley: Univ. of California Press, 1953), passim.

[6]Governor Rebolledo, October, 1657, SD 54-5-18/53 JTC 4.

[7]Junta de Guerra, 3-8-1687, SD 58-1-20 JTC 4.

[8]Francisco Menéndez Marquéz and Pedro Benedit Horruytiner, 5-17-1646, SD 54-5-14/98 JTC 3.

[9]Antonio de Argüelles to don Antonio Ortiz de Otalora, 6-11-1690, SD 54-5-19/110 JTC 4.

[10]Governor Márques Cabrera, 5-30-1684, SD 54-5-11/116 JTC 3, 3-20-1686, SD 54-5-19/64 JTC 4, and 10-6-1686 with Junta de Guerra reply, SD 58-1-35/21 JTC 6; Gillaspie, "Juan de Ayala y Escobar," pp. 11-12.

[11]Cámara reply on 5-14-1685 to Governor Márques Cabrera, 5-30-1684, SD 54-5-11/116 JTC 3; Sánchez-Bella, pp. 134, 146-49, 154, 313.

[12]Sánchez-Bella, pp. 25-26, 135.

[13]Sánchez-Bella, p. 136; "Registros," pp. 124, 204-205, and passim.

[14]"Registros," passim, and pp. 214-15; Thomás Menéndez Marquéz and Joachin de Florencia, 12-6-1693, SD 54-5-15/98 JTC 4. It was customary to allow three months travel to some posts in the Indies (Sánchez-Bella, pp. 160-61).

[15]Ex-Governor Hita y Salazar, n.d. [seen in Consejo 2-8-1684], SD 58-1-26/84 JTC 5; Sánchez-Bella, pp. 259-60; Nicolás Ponce de León, 11-20-1637, SD 54-5-10 JTC 3; Pedro Benedit Horruytiner, 11-10-1657, SD 54-5-18/55 JTC 4; Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4.

[16]Sánchez-Bella, pp. 28, 149-58.

[17]Lyon, The Enterprise of Florida, pp. 25, 50.

[18]Sánchez-Bella, p. 254; Consejo to the King, 10-21-1579, IG 140-7-33 JTC 7; Cédula to the royal officials of Florida, 12-14-1579, "Registros," pp. 76-243 passim, and 126-27.

[19]Juan Menéndez Marquéz, Juan López de Avilés and Bartolomé de Argüelles, 9-13-1600, SD 54-5-14/41 JTC 3; Alonso de las Alas and Juan Menéndez Marquéz, 12-13-1595, SD 54-5-14/18 JTC 3; Governor Zúñiga y Cerda at the Junta of Guale chiefs, Santa María, 2-7-1701, SD 58-2-8/4 JTC 6; Juan Menéndez Marquéz, Alonso de las Alas and Alonso Sánchez Sáez de Mercado, 3-12-1608, SD 54-5-14/57 JTC 3. For detailed discussions of each of these revenues see Chapter 2.

20 Sánchez-Bella, pp. 158-59; Juan Menéndez Marquéz, Juan López de Avilés and Bartolomé de Argüelles, 9-13-1600, SD 54-5-14/41 JTC 3.

21 Bartolomé de Argüelles, 4-20-1600, SD 54-5-14/38 JTC 3; Gillaspie, "Juan de Ayala y Escobar," p. 43.

22 Pedro Redondo Villegas, 4-20-1601, SD 54-5-17/13 JTC 4; Governor Luis Horruytiner with Francisco Menéndez Marquéz and Nicolás Ponce de León, 5-14-1636, SD 54-5-20/31 JTC 4; Juan Menéndez Marquéz II, 1-25-1667, SD 54-5-14/130 JTC 3.

23 Fr. Manuel de Cardoso, 1-25-1702, SD 58-1-20 JTC 4; Fr. Juan Gómez de Palma, n.p., n.d. [1640?], British Museum MS 13976 fol. 87, Lowery transcript in JTC 7; Arnade, Florida on Trial, pp. 72, 74; Pedro Redondo Villegas, 4-20-1601, SD 54-5-17/13 JTC 4; Ignacio de Leturiondo, n.d. [copyist's guess 1707], SD 58-2-8/4-206 JTC 6; Fr. Alonso del Moral, n.d. [Consejo summary 11-5-1676] SD 54-5-20/104 JTC 4; Exo Governor Hita y Salazar, 5-15-1683, in Auto on the trade goods, 6-28-1683, SD 54-5-14/159 JTC 3; Governor Márquez Cabrera, 12-8-1680, Junta de Guerra summary in SD 54-5-11/66 JTC 3.

24 Fiscal of the Consejo, 8-30-1686, commenting on Francisco de la Rocha and Juan de Pueyo, 4-1-1684, SD 54-5-14/164 JTC 3.

25 Antonio Ponce de León, 2-26-1687, SD 58-2-15/6 JTC 6; Juan de Pueyo and Juan Benedit Horruytiner, 11-10-1707, SD 58-1-34/10 JTC 6.

26 Arana, pp. 16-26; "Registros," pp. 134-35, 152-53, 240; Governor Zúñiga y Cerda, 9-30-1702, SD 58-1-27/58 JTC 5; Governor Márquez Cabrera, 6-28-1683, SD 54-5-14/160 JTC 3; Enrique Primo de Rivera, 11-26-1690, SD 54-5-19/115 JTC 4; Alonso de Pastrana, n.d. [1616], SD 54-5-17/75 JTC 4; Francisco Menéndez Marquéz, Juan de Cueva and Francisco Ramírez, 1-30-1627, SD 54-5-14/87 JTC 3; Pedro Benedit Horruytiner, 11-10-1657, SD 54-5-18/55 JTC 4; Catalina de Valdés, n.d. [1616], SD 54-5-17/76 JTC 4.

27 Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Governor Hita y Salazar, 3-13-1679, SD 54-5-11/49 JTC 3; Arana, p. 26.

28 Ignacio de Leturiondo, 10-29-1694, SD 54-5-20/135 JTC 4; Guale chiefs, 10-16-1657, SD 54-5-20 JTC 4; Fr. Alonso del Moral, n.d. [seen in Consejo 11-23-1676], SD 54-5-20/103 JTC 4.

29 Friars in chapter to Governor Rebolledo, 5-10-1657, enclosed with their letter of 9-10-1657, SD 54-5-20 JTC 4; Antonio Matheos to Governor Márques Cabrera, San Luis, 5-19-1686, SD 54-5-9/102 JTC 2; Joachín de Florencia Visita of 1694-1695, EC 157-4/91 JTC 1.

30 Pedro Redondo Villegas, 4-20-1601, SD 54-5-17/13 JTC 4; Petition of Florida soldiers, n.d. [before 1627], SD 54-5-18/5 JTC 4; Governor Rojas y Borja, 1-20-1625, SD 54-5-10 JTC 4; Governor Fernández de Olivera, 10-13-1612, SD 54-5-14/74 JTC 3; Governor Márques Cabrera,

3-20-1686, SD 58-2-2 JTC 6; Juan de Pueyo and Juan Benedit Horruytiner, 4-18-1708, SD 58-1-34/13 JTC 6; Thomás Menéndez Marquéz and Joachín de Florencia, 12-29-1693, SD 58-1-34/A² JTC 6; Santos de las Heras, 2-10-1658, SD 54-5-14/117 JTC 3; Joseph de Prado and Juan Menéndez Marquéz II, 6-30-1668, SD 54-5-14/134 JTC 3.

[31]Anon., 11-20-1655, Juan Ruíz Maroto, 11-28-1655, and Gregorio Bravo, 12-5-1655, all in SD 54-5-10 JTC 3.

[32]Eugenio de Espinosa, n.d. [seen in Junta de Guerra 4-1-1659], SD 54-5-10 JTC 3; Bartolomé de Argüelles, Instructions to the treasurer, 5-12-1591, SD 54-5-14/16 JTC 3; Cargo manifest on the Nuestra Señora del Rosario out of Sevilla, n.d. [1607], SD 54-5-14/54 JTC 3; Gillaspie, "Juan de Ayala y Escobar," pp. 51-52; Salvador de Cigarroa, Madrid, 6-25-1659, SD 54-5-14/121 JTC 3; Anon., 11-20-1655, SD 54-5-10 JTC 3; Juan Menéndez Marquéz, 9-20-1602, SD 54-5-14/49 JTC 3; Salvador de Cigarroa and Francisco de la Rocha, 2-18-1680, SD 54-5-14/150 JTC 3.

[33]Alonso de Leturiondo, 3-18-1689, SD 58-1-34/A¹ JTC 6; Ignacio de Leturiondo, 10-29-1694, SD 54-5-20/135 JTC 4.

[34]Fr. Francisco Martínez, n.d. [Consejo summary seen 6-15-1658], SD 54-5-20 JTC 4; Friars in chapter to Governor Márques Cabrera, 5-10-1681 to 5-30-1681, SD 54-5-11 JTC 3; Dr. Pedro Fernández de Pulgar, Historia General de la Florida, Madrid, n.d. [after 1640], lib. 4, cap. 5, folio 210, taken from Lowery extracts in JTC 7.

[35]Bartolomé de Argüelles once explained that since the governor and royal officials were counted in the 300 plazas, they were entitled to rations and free medicines like the soldiers (5-15-1602, SD 54-5-14/ 46 JTC 3).

[36]Sánchez-Bella, p. 188; Alonso de Leturiondo, 3-18-1689, SD 58-1-34 JTC 6; Bushnell, "The Menéndez Marquéz Cattle Barony at La Chua," pp. 422-25; Alonso de Leturiondo, 4-29-1697, SD 54-5-20/143 JTC 4; Ex-Governor Rojas y Borja, 7-27-1630 and n.d., and Miguel Gerónimo Portal y Mauleón's lawyer, n.d., in Residencia of Governor Rojas y Borja, 1620-1630, EC 154-B, Escribanía 27-C.

[37]Sánchez-Bella, pp. 110-11, 156, 161, 193-95.

[38]Sánchez-Bella, pp. 194, 196.

[39]Alonso Sánchez Sáez de Mercado, 5-8-1586, SD 54-5-14 JTC 3; Cédula to Pedro Redondo Villegas, 11-14-1600, "Registros," p. 328; Bartolomé de Argüelles, 2-20-1600, SD 54-5-14/32 JTC 3; Auto on Alonso Sánchez Sáez de Mercado, 2-4-1609 and 3-17-1609, SD 54-5-9/96 and 97 JTC 2 (also in SD 54-5-17/57 JTC 4); Geiger, pp. 215-18.

[40]Hoffman and Lyon, pp. 66-67; Juan López de Avilés, 2-23-1600, SD 54-5-14/35 JTC 2; Alonso de las Alas, 1-24-1602, SD 54-5-14/45 JTC 3.

41Alonso de las Alas, 5-24-1602, SD 54-5-14/47 JTC 3; Cédula to Juan Menéndez Marqués, 3-21-1603, "Registros," pp. 344-45.

42Consejo proposals for contador of Florida, 5-24-1630, SD 53-1-6/43 JTC 2; Nicolás Ponce de León, 7-3-1632, SD 54-5-14/91 JTC 3.

43Francisco Menéndez Marqués and Pedro Benedit Horruytiner, 5-17-1646, SD 54-5-14/98 JTC 3; Nicolás Ponce de León, 11-20-1637, SD 54-5-10 JTC 3, and 9-12-1638, SD 54-5-18/24 JTC 4; King to the Conde de Salvatierra, Viceroy of New Spain, 8-3-1646, SD 54-5-14/95 JTC 3; Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4. Five years after Nicolás died his son married Espinosa's illegitimate daughter Ana, whose dowry was the future to the sergeantcy major (Joseph de Prado and Juan Menéndez Marqués, 6-30-1668, SD 54-5-14/134 JTC 3).

44Correspondence between Governor Márques Cabrera and the Crown from 5-30-1684 to 9-16-1686, SD 54-5-11/116 JTC 3; Junta de Guerra reply, n.d., to a letter from Governor Márques Cabrera, 10-6-1686, SD 58-1-35/21 JTC 6; Governor Guerra y Vega to don Francisco Dávila Orejón Gastón, 7-7-1668, SD 54-5-18 JTC 4.

45Matheo Chuba, Declaration, n.d. [1687], n.p., in Residencia of Deputy Governor Antonio Matheos, Escribanía 5-25/50 to 116 ST-Hann; Nicolás Ponce de León II, 8-4-1690, SD 54-5-19/113 JTC 4. When Governor Márques Cabrera was being rowed out to the waiting galley on the day he deserted, he threw his baton into the sea and cried, "That's what you can do with your filthy governorship!" (Auto on Governor Márques Cabrera, 6-22-1687, SD 54-5-19/82 JTC 4).

46Sánchez-Bella, pp. 180-81; Moore, p. 81; Nicolás Ponce de León, 7-3-1632, SD 54-5-14/91 JTC 3. When Governor Córcoles y Martínez moved to arrest Sergeant Major Juan de Ayala for disrespect he first seized his baton (Gillaspie, "Juan de Ayala y Escobar," pp. 107-109).

47Joseph de Prado and Domingo de Leturiondo, 11-4-1663, SD 54-5-14/127 JTC 3.

48Sánchez-Bella, pp. 137-38, 262-67.

49Sánchez-Bella, p. 162; Alonso de las Alas, 1-12-1600, SD 54-5-14/29 JTC 3; Royal officials (not listed), 1-5-1580 [Consejo summary 6-4-1580], IG 140-7-33 JTC 7; Cédulas to the royal officials of Florida, 9-10-1580, and to the governor and royal officials of Florida, 4-26-1583, "Registros," pp. 145, 155.

50Governor Ybarra, 1-8-1604, SD 54-5-9/74 JTC 2; Geiger, pp. 168-69; Bartolomé de Argüelles, 3-18-1599, SD 54-5-14/27 JTC 3; Alonso de las Alas, 1-12-1600, SD 54-5-14/29 JTC 3.

51Arnade, Florida on Trial, pp. 16-17, 73, 85; Geiger, pp. 122-23, 76; Alonso de las Alas, 1-12-1600, SD 54-5-14/29 JTC 3; Governor Méndez Canzo to Governor Ybarra, 1603, SD 54-5-17 JTC 4; Pedro Redondo Villegas, 4-18-1600, SD 54-5-16/101 JTC 4; Bartolomé de Argüelles,

10-31-1598, SD 54-5-14/25 JTC 3; Juan Menéndez Marquéz, Juan López de Avilés and Bartolomé de Argüelles, 9-13-1600, SD 54-5-14/-1 JTC 3; Cédula to the royal officials of Mexico City, 11-5-1598, and cédula to the royal officials of Florida, same date, "Registros," pp. 299-300.

[52] Moore, pp. 59-60; Boniface, pp. 70-72; Governor Méndez Canzo to Governor Ybarra, 1603, SD 54-5-17 JTC 4; Cédula to the royal officials of Mexico City, 11-5-1598, and cédula to Governor-elect Ybarra, 2-10-1603, "Registros," pp. 298, 338-39; Bartolomé de Argüelles, Juan Menéndez Marquéz and Pedro López de San Julian, 1-23-160?, SD 54-5-14/43 JTC 3; Xporal [Cristobal] Gonzalez and Anton Martín, n.d. [seen in Junta de Guerra, 1608], SD 54-5-17/52 JTC 4; Governor Ybarra, 1-8-1604, SD 54-5-9/74 JTC 2; Juan Menéndez Marquéz and Alonso de Las Alas, 11-26-1609, SD 54-5-14/62 JTC 3; Governor Ybarra, 2-5-1605 and 12-23-1605, SD 54-5-17/31 and 37 JTC 4. It was one of a royal official's rights to be imprisoned in the casas reales rather than a public jail (Sánchez-Bella, p. 163).

[53] Francisco Ramírez, Juan de Cueva and Francisco Menéndez Marquéz, 1-4-1621, SD 54-5-14/82 JTC 3.

[54] Cédula to the royal officials of Mexico City, 11-5-1598, "Registros," p. 298; Friars' informe to the governor of Cuba, 9-16-1602, SD 54-5-20/10 JTC 4; Governor Guerra y Vega, 4-8-1666, SD 54-5-10 JTC 3; Nicolás Ponce de León II, Antonio Menéndez Marquéz and Francisco de la Rocha, 10-15-1674, SD 54-5-14/138 JTC 3; Governor Hita y Salazar, 10-30-1678, SD 58-1-32 JTC 5.

[55] Governor Márques Cabrera, 1-25-1682 and 6-28-1683, SD 54-5-19/45 and 55 JTC 4; Interim Governor Aranda y Avellaneda, 6-22-1687, SD 54-5-19/81 JTC 4; Ana Ruíz, 8-16-1685, SD 54-5-19/61 JTC 4; Alonso de Leturiondo, 4-18-1687, SD 54-5-19/75 JTC 4.

[56] Ex-Governor Quiroga y Losada, n.d. [Consejo date of 10-19-1697], SD 58-1-27 JTC 5; Arnade, The Siege of St. Augustine, pp. 57-59; Governor Zúñiga y Cerda, Orders, 11-6-1702, SD 58-2-8/B-.. JTC 6; Governor Zúñiga y Cerda, 1-6-1703, SD 58-1-27/61 JTC 5.

[57] The viceroy of Peru refrained from attending the ceremony of smelting silver because all the workers would have had to stop work and remain standing with their hats off in his presence (Sánchez-Bella, p. 267).

[58] Alonso de Leturiondo, 4-29-1697, SD 54-5-20/143 JTC 4.

[59] Acclamation of Philip V, 1-7-1702, and Obsequies for Charles II, 3-28-1702, SD 58-1-27/45 and 50 JTC 5.

[60] Sánchez-Bella, p. 138.

[61] Sánchez-Bella, p. 163; Auto on St. Marks Day, 4-25-1697, SD 54-5-20/142 JTC 4; Friars in chapter to Governor Márques Cabrera, May, 1681, SD 54-5-11 JTC 3; Juan Lorenzo Castaneda to Governor Zúñiga y Cerda, La Chua, 2-3-1705, SD 58-2-8/4 JTC 6.

[62]Governor Ybarra to Fr. Pedro Bermejo, 7-27-1605, SD 54-5-17/102 JTC 4.

[63]Francisco de Fuentes to Governor Márques Cabrera, Sapala, 5-4-1681, SD 54-5-11 JTC 3; Auto on Governor Márques Cabrera, 6-22-1687, SD 54-5-19/82 JTC 4.

[64]Juan Menéndez Marquéz, 9-20-1602, SD 54-5-14/49 JTC 3; Cédula to Governor Menéndez Marquéz, 4-19-1583, "Registros," pp. 150-51.

to sound financial accounting and accountability were self-perpetuating and seemingly insuperable. Officials charged with correcting the situation preferred to profit by it. Considering the royal officials' and the auditors' chronic misappropriations, absenteeism, and lackadaisical performance, the Crown treated them all with a lenience that approached indifference.

Notes

[1] Cédula [to the governor of Florida], 3-22-1685, SD 58-2-2/34 JTC 6; Thomás Menéndez Marquéz and Joachin de Florencia, 4-15-1697, SD 54-5-15/120 JTC 4; Bartolomé de Argüelles, 10-31-1598, SD 54-5-14/25 JTC 3; Cédula to Pedro Redondo Villegas, 11-14-1600, "Registros," p. 329.

[2] Antonio Menéndez Marquéz and Francisco de la Rocha to Governor Márques Cabrera, n.d. [between 3-15-1682 and 9-7-1682], SD 54-5-11/95 JTC 3; Friars' informe on St. Augustine and Florida, 9-16-1602, SD 54-5-20/10 JTC 4; Governor Zúñiga y Cerda, 10-24-1701, SD 58-1-27/21 JTC 5; Nicolás Ponce de León, 7-3-1632, SD 54-5-14/91 JTC 3.

[3] Sánchez-Bella, p. 133.

[4] Bartolomé de Argüelles, 2-20-1600, SD 54-5-14/32 JTC 3.

[5] Sánchez-Bella, p. 109.

[6] Sánchez-Bella, pp. 23-24, 28-29; Pedro Menéndez de Avilés to the King, St. Augustine, 10-15-1565, Lawson, comp. and trans., "Letters," I, 233.

[7] Bartolomé de Argüelles, 5-12-1591, SD 54-5-14/16 JTC 3.

[8] Lyon, The Enterprise of Florida, pp. 74, 88.

[9] Cédulas to Governor Menéndez Marquéz, 2-9-1586, and to the royal officials of Florida, 9-16-1586, "Registros," pp. 136-37, 174-75.

[10] Cédulas regarding Petronila de Junco, 10-27-1593, 10-19-1594 and 6-13-1596, "Registros," pp. 250, 254-55, 282-83; Bartolomé de Argüelles, 5-12-1591, and Instructions to the tenedor, same date, SD 54-5-14/16 JTC 3.

132

[11] Cédula to Governor Méndez Canzo, 8-12-1598, "Registros," p. 291; Hoffman and Lyon, pp. 66-67. See also Chapter 3.

[12] Juan López de Avilés, 2-23-1600, SD 54-5-14/35 JTC 3. Argüelles complained of the extra load on the contador without a tenedor, but it seems clear who was doing the work (11-2-1598, SD 54-5-14/26 JTC 3).

[13] Alonso de las Alas, 1-24-1602, SD 54-5-14/45 JTC 3; Juan de Arrazola, Atdrés de Sotomayor and Joseph de Olivera, 5-28-1612 with marginal note dated 8-12-1613, SD 54-5-14/68 JTC 3.

[14] Hoffman and Lyon, pp. 66-67.

[15] Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Nicolás Ponce de León, 9-12-1638, SD 54-5-18/24 JTC 4.

[16] Petition of the Menéndez Marquéz orphans, Madrid, 6-30-1630, SD 53-1-6/44-2-6 JTC 2. They did get a grant of 400 ducats for all six, to come from surpluses of Florida or encomiendas in Peru. It may never have been paid. Their grandmother and their mother had similar grants which never materialized (María Menéndez y Posada, Madrid, n.d., Consejo action 11-3-1629, filed with her children's petition; Bartolomé de Argüelles, 3-18-1599, SD 54-5-14/27 JTC 3).

[17] Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Informe about St. Augustine, San Juan de Ulúa, 5-30-1601, SD 54-5-20/9 JTC 4.

[18] Francisco Menéndez Marquéz and Pedro Benedit Horruytiner, 5-17-1646, SD 54-5-14/98 JTC 3; Anon., 11-20-1655, SD 54-5-10 JTC 3.

[19] Pedro Sánchez Griñan, Relación, Madrid, 7-7-1756 JTC 7.

[20] Lyon, The Enterprise of Florida, p. 92; Governor Zúñiga y Cerda, Order 3, 3-14-1701, SD 58-2-8/5-252 JTC 6; Manuel Solana to Governor Zúñiga y Cerda, 8-19-1704, SD 58-2-8/8-289 JTC 6; Juan Lorenzo Castañeda to Governor Zúñiga y Cerda, La Chua, 2-3-1705, SD 58-2-8/4 JTC 6. When the Florida missions had long since disappeared and the Spanish were reduced to a trading post in Apalache, one item they stocked for the Indians was writing paper (Juan Isidoro de Leon to Governor Montiano, San Marcos de Apalache, 2-21-1746, SD 58-1-32/62 JTC 5).

[21] Joseph de Prado and Domingo de Leturiondo, 11-4-1661, SD 54-5-14/127 JTC 3; Juan Menéndez Marquéz, Juan lórez de Avilés and Bartolomé de Argüelles, 9-13-1600, SD 54-5-14/41 JTC 3; Antonio Ponce de León, 2-26-1687, SD 58-2-15/6 JTC 6; Bartolomé de Argüelles, Juan Menéndez Marquéz and Pedro López de San Julian, 1-23-1602, SD 54-5-14/43 JTC 3; Hoffman and Lyon, p. 57; Bartolomé de Argüelles, 5-15-1602, SD 54-5-14/46 JTC 3; Cédulas to the governor of Florida, 6-7-1600 and 1-15-1602, "Registros," pp. 319-20, 332-33.

[22]Alonso Sánchez Sáez de Mercado, 5-8-1586, SD 54-5-14/12 JTC 3; Governor [Quiroga y Losada] and royal officials (not named), 5-8-1689, SD 54-5-19/99 JTC 4; Nicolás Ponce de León, 7-3-1632, SD 54-5-14/91 JTC 3. For the media anata see Chapter 2, pp. 40-41.

[23]Cédula to the alguacil mayor of Florida, 4-19-1583, "Registros," p. 152; Governor [Quiroga y Losada] and royal officials (not named), 5-8-1689, SD 54-5-19/99 JTC 4; Sánchez-Bella, p. 240.

[24]Juan Menéndez Marquéz, Alonso de las Alas and Alonso Sánchez Sáez de Mercado, 3-12-1608, SD 54-5-14/57 JTC 3; Governor [Quiroga y Losada] and royal officials (not named), 5-8-1689, SD 54-5-19/99 JTC 4; Juan Díez de la Calle, Memorial, y noticias sacras y reales del imperio de las Indias occidentales, Madrid, 1646, extracts in JTC 10; Governor Ybarra, 2-5-1605, SD 54-5-17/31 JTC 4.

[25]Governor Márques Cabrera, 6-28-1683, SD 54-5-14/160 JTC 3; Parish Register Marriages; Governor [Quiroga y Losada] and royal officials (not named), 5-8-1689, SD 54-5-19/99 JTC 4; Matheo Luis de Florencia and Juan de Pueyo, 3-15-1702, SD 58-1-27/41 JTC 5.

[26]Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Fr. Alonso del Moral et al., 9-10-1657, SD 54-5-20 JTC 4; Joseph de Prado and Domingo de Leturiondo, 9-3-1661, SD 54-5-14/124 JTC 3.

[27]Francisco Menéndez Marquéz and Pedro Benedit Horruytiner, 5-17-1646, SD 54-5-14/98 JTC 3.

[28]Contador de Cuentas Irigoyen was expected to work six hours a day, six days a week (Sánchez-Bella, p. 277). The reference for meeting after morning mass is Governor Márques Cabrera to the royal officials, 9-6-1681, enclosed with his Auto on the trade goods, 6-28-1683, SD 54-5-14/159 JTC 3.

[29]Lyon, The Enterprise of Florida, pp. 74, 101; Governor Márques Cabrera, Orders to Antonio Matheos, 2-28-1687, SD 58-1-26/112 JTC 5. Contador Argüelles once suggested that Indians be used as sailors since they were not as apt to jump ship as the regular seamen, and the Crown consented, so long as it was voluntary (Cédula to Bartolomé de Argüelles, 8-18-1593, "Registros," p. 240).

[30]Bartolomé de Argüelles, 3-30-1601, SD 54-5-17/7 JTC 4; Salvador de Cigarroa and Francisco de la Rocha, 2-18-1680, SD 54-5-14/150 JTC 3.

[31]Governor Quiroga y Losada, 12-20-1687, SD 58-1-26/114 JTC 5; Nicolás de Aguirre, Report to Visitador Álvaro Flores de Ouiñones on 11-30-1578, PAT 2-5-2/10 JTC 1; Pedro Beltrán de Santa Cruz, 11-20-1655, Havana, SD 54-5-18/48 JTC 4.

[32]Sánchez-Bella, p. 265.

33 Sánchez-Bella, pp. 316-17.

34 Francisco Menéndez Marquéz and Nicolás Ponce de León, 1-5-1634, SD 54-5-14/93 JTC 3; Bartolomé de Argüelles, 2-20-1600, SD 54-5-14/32 JTC 3; Governor Treviño Guillamas, 1-27-1617, SD 54-5-14/79 JTC 3.

35 Governor Márques Cabrera to the royal officials, 2-20-1687, in Auto on the Baía de Espíritu Santo, 2-18-1687, SD 58-1-26/112 JTC 5; Governor Márques Cabrera, 5-30-1684, with comment by the fiscal of the Consejo on 8-23-1686, SD 54-5-11/116 JTC 3.

36 Bartolomé de Argüelles, 10-11-1598, SD 54-5-14/25 JTC 3; Governor Ybarra, 12-23-1605, SD 54-5-17/37 JTC 4; Governor Treviño Guillamas to the royal officials, 1-27-1617, SD 54-5-14/79 JTC 3; Sánchez-Bella, p. 313; Juan Menéndez Marquéz, 4-13-1601, SD 54-5-17/11 JTC 4.

37 Sánchez-Bella, pp. 265-67; Francisco Menéndez Marquéz and Nicolás Ponce de León, 1-5-1634, and Consejo reply, 9-13-1635 SD 54-5-14/93 JTC 3; Bartolomé de Argüelles, 5-12-1591, SD 54-5-14/16 JTC 3.

38 Sánchez-Bella, pp. 267, 272, 301-302. For typical deficits see Pedro Beltrán de Santa Cruz, 11-20-1655, Havana, SD 54-5-18/48 JTC 4.

39 Governor Hita y Salazar, 9-6-1677, SD 58-1-26/46 JTC 5.

40 Baltasar López, 9-15-1602, in Friars' informe on St. Augustine and Florida, 9-16-1602, SD 54-5-20/10 JTC 4; Governor Aranpuiz y Cotes, 11-1-1659, SD 58-2-2/4 ST; Juan de Pueyo Visita of 1695, Residencias for 1694-1699, EC 157-4/91 JTC 1.

41 Thomás Menéndez Marquéz and Francisco de la Rocha, 9-26-1686, SD 54-5-19/62 JTC 4; Alonso García de la Vera, n.d. [Cámara date of 9-25-1605], IG 145-3-3 JTC 7; Governor Treviño Guillamas, 10-7-1614, SD 54-5-17/74 JTC 4.

42 Sebastián de Ynclan, 2-24-1600, SD 54-5-14/36 JTC 3; Alonso de las Alas, 11-23-1609, SD 54-5-14/61 JTC 3; Fr. Francisco Pareja et al., 1-14-1617, SD 54-5-20/18 JTC 4. Although both this escribano and the rations and munitions notary were known to receive royal titles this was no more than a rubber stamp of the governor's choice. See cédula to Governor Méndez Canzo, 11-9-1598, "Registros," pp. 300-306, and Governor Treviño Guillamas, 10-7-1614, SD 54-5-17/74 JTC 4.

43 Hernando de Mestas, 3-12-1603, SD 54-5-17/25 JTC 4.

44 Governor Treviño Guillamas to the royal officials and notary, 1-27-1617, SD 54-5-14/79 JTC 3; Francisco de San Buenaventura, Bishop of Tricale, 4-29-1736, SD 58-2-14/121 JTC 6.

45 Sánchez-Bella, p. 204.

46 Sánchez-Bella, pp. 204, 253-54.

[47]Bartolomé de Argüelles and Juan Menéndez Marquéz, 1-23-1602, SD 54-5-14/44 JTC 3.

[48]Hoffman and Lyon, p. 59.

[49]Bartolomé de Argüelles, 1-22-1596, SD 54-5-16/73 JTC 4, and 4-20-1600, SD 54-5-14/38 JTC 3; Pedro Redondo Villegas, 4-20-1601, SD 54-5-17/13 JTC 4; [Alonso de Cáceres], Relación, [Havana], n.d. [after 12-12-1574], PAT 1-1-1/19-33 JTC 1.

[50]Bartolomé de Argüelles, 8-3-1598, SD 54-5-14/24 JTC 3; Juan Menéndez Marquéz, 4-13-1601, SD 54-5-17/11 JTC 4; Cédula to the royal officials of Mexico City, 6-18-1635, SD 54-5-10 (summary only) JTC 3.

[51]Enrique Primo de Rivera, 11-26-1690, SD 54-5-19/115 JTC 4; Gillaspie, "Juan de Ayala y Escobar," p. 88.

[52]p. 60. In 1576 the caja at Lima had the same kind of divided books, two for the factor and two for the contador, with no general ledger (Sánchez-Bella, pp. 262, 264).

[53]Hoffman and Lyon, pp. 60-61; Nicolás de Aguirre, 11-30-1578, in Visita of Álvaro Flores de Quiñones, 9-25-1578 to 11-30-1578, PAT 2-5-2/10-12 JTC 1.

[54]Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Bartolomé de Argüelles and Juan Menéndez Marquéz, 1-23-1602, SD 54-5-14/44 JTC 3; Hoffman and Lyon, p. 57; Sánchez-Bella, p. 264.

[55]Sánchez-Bella, pp. 269-71.

[56]Cédulas to Governor Menéndez Marquéz, 11-22-1585, and Governor Gutierre de Miranda, 5-6-1590, "Registros," pp. 163-64, 190-91.

[57]Cédula to Governor Méndez Canzo, 10-22-1599, "Registros," pp. 314-15; Governor Ybarra, 5-10-1605, SD 54-5-9/76 JTC 2.

[58]Governor Márques Cabrera, 5-30-1684 and 6-14-1681, SD 54-5-11/116 and unnumbered document, JTC 3. His book, according to him, was Espejo de Buen Soldado, printed in 1674.

[59]Bartolomé de Argüelles, 11-2-1598, SD 54-5-14/26 JTC 3; Cédula to Governor Menéndez Marquéz, 3-31-1583, "Registros," p. 149; Alonso de Cáceres, Sentence against Pedro Menéndez Marquéz, Havana, 2-20-1574, CT 21-1-1/25-15 JTC 1.

[60]Cédulas to the royal officials of Florida, 5-22-1596, and regarding Petronila de Junco, 6-13-1596, "Registros," pp. 279-80, 282-83.

[61]Alonso de Cáceres, Sentence against Pedro Menéndez Marquéz, Havana, 2-20-1574, CT 21-1-1/25-16 JTC 1.

[62]Geiger, pp. 36, 45. See also Chapter 2, pp. 35-38.

[63]Gannon, pp. 87-88; Cédula regarding bartering in Florida, 4-21-1582, "Registros," pp. 202-203; Thomas Menéndez Marquéz and Joachin de Florencia to Governor Torres y Ayala, 4-15-1697, SD 54-5-13/ 113-113 NC 9. For the more usual Florida exports to Havana see Juan de Pueyo and Juan Benedit Horruytiner, 11-10-1707, SD 58-1-34/11 JTC 6, and Bushnell, "The Menéndez Marquéz Cattle Barony at La Chua," pp. 423-24.

[64]Lyon, The Enterprise of Florida, p. 191.

[65][Alonso de Cáceres], Relación, [Havana], n.d. [after 12-12-1574], PAT 1-1-1/19-33 JTC 1.

[66]Alonso de las Alas and Juan Menéndez Marquéz, 12-13-1595, SD 54-5-14/18 JTC 3 (also in SD 54-5-16/69 JTC 4); Gillaspie, "Juan de Ayala y Escobar," pp. 17-18.

[67][Alonso de Cáceres], Relación, [Havana], n.d. [after 12-12-1574], PAT 1-1-1/19-33 JTC 1.

[68]Hoffman and Lyon, pp. 65-66.

[69]Cédula to Pedro Redondo Villegas, contador of the munitions foundry in Cuba, 11-5-1598, "Registros," pp. 295-98; Sánchez-Bella, p. 274.

[70]Cédula to Pedro Redondo Villegas, contador of the munitions foundry in Cuba, 11-5-1598, "Registros," pp. 295-98; Bartolomé de Argüelles and Juan Menéndez Marquéz, 1-23-1602, SD 54-5-14/44 JTC 3; Bartolomé de Argüelles, 5-15-1602, SD 54-5-14/46 JTC 3; Salvador de Cigarroa, Madrid, 6-25-1659, SD 54-5-14/121 JTC 3. For a photograph of a typical audited account page with marginal comments see Hoffman and Lyon, p. 60.

[71]Cédulas to Pedro Redondo Villegas, 11-14-1600, and [to the royal officials of Florida], 10-28-1598, "Registros," pp. 326-28, 294; Juan Menéndez Marquéz, Juan López de Avilés and Bartolomé de Argüelles, 9-13-1600, SD 54-5-14/41 JTC 3; Sánchez-Bella, pp. 262, 264.

[72]See Chapter 2, p. 30.

[73]Hoffman and Lyon, pp. 65-66; Cédula to Pedro Redondo Villegas, 11-14-1600, "Registros," pp. 326-28; Bartolomé de Argüelles, 5-15-1602 and 11-2-1598, SD 54-5-14/46 and 26 JTC 3; Pedro Redondo Villegas, 4-20-1601, SD 54-5-17/13 JTC 4.

[74]Cédulas to Diego Ruíz Osorio, receptor of the Consejo, 11-17-1598 and 11-24-1598, "Registros," pp. 311-13; Bartolomé de Argüelles, 5-15-1602, SD 54-5-14/46 JTC 3; Juan Menéndez Marquéz, 9-20-1603, SD 54-5-14/49 JTC 3; Hernando de Mestas, 3-12-1603, SD 54-5-17/25 JTC 4; Alonso de las Alas, 2-23-1600, SD 54-5-14/34 JTC 3.

[75]Cédula to Governor Ybarra, 7-25-1603, "Registros," pp. 351-52; Hernando de Mestas, 3-12-1603, SD 54-5-17/25 JTC 4.

[76]Arnade, Florida on Trial, pp. 80-81, 85, 90.

[77]Cannon, p. 4; Cédula to the governors of Florida, 6-19-1586, "Registros," pp. 173-74.

[78]C. dulas to Pedro Redondo Villegas, contador of the munitions foundry in Cuba, 11-5-1598, Bartolomé de Argüelles, 5-26-1603 and 1-31-1604, and Juan Menéndez Marqués, 5-26-1603, "Registros," pp. 295-98, 347-48, 357-58; Hoffman and Lyon, pp. 66-68; Arnade, Florida on Trial, p. 51; Consejo summary and reply, 1-9-1627, to a letter from Francisco Menéndez Marqués, n.d., SD 54-5-14/86 JTC 3.

[79]Sánchez-Bella, pp. 66-69; Juan Menéndez Marquéz, Alonso de las Alas and Alonso Sánchez Sáez de Mercado, 3-12-1608, SD 54-5-14/57 JTC 3.

[80]Joseph de Prado and Domingo de Leturiondo, 11-24-1660, SD 54-5-14/122 JTC 3.

[81]Pedro Beltrán de Santa Cruz, Havana, 11-28-1645, SD 54-5-14/102 JTC 3, and 5-25-1657, SD 54-5-18/49 JTC 4.

[82]Nicolás Ponce de León, 11-20-1637, SD 54-5-10 JTC 3, and 9-12-1638, SD 54-5-18/24 JTC 4. On the contador's absence see Chapter 3, p. 87.

[83]Pedro Beltrán de Santa Cruz, Havana, 11-28-1645, with marginal comment by the fiscal of the Consejo on 3-3-1646, SD 54-5-14/102 JTC 3.

[84]Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/ 48 JTC 4.

[85]Pedro Beltrán de Santa Cruz, Havana, 11-28-1645, SD 54-5-14/ 102 JTC 3; Francisco Menéndez Marquéz and Pedro Benedit Horruytiner, 5-17-1646, SD 54-5-14/98 JTC 3.

[86]Juan López de Avilés, 2-23-1600, SD 54-5-14/35 JTC 3; Francisco Menéndez Marquéz and Pedro Benedit Horruytiner, 5-17-1646, SD 54-5-14/98 JTC 3.

[87]Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Salvador de Cigarroa, Madrid, 6-25-1659, SD 54-5-14/121 JTC 3. For a discussion of Francisco's and his son Thomás' ranching enterprises see Bushnell, "The Menéndez Marquéz Cattle Barony at La Chua."

[88]Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/ 48 JTC 4.

[89]Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/ 48 JTC 4.

[90]Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4.

[91]Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4.

[92]Pedro Beltrán de Santa Cruz, Havana, 5-25-1657, SD 54-5-18/49 JTC 4.

[93]Pedro Benedit Horruytiner, 11-10-1657, SD 54-5-18/55 JTC 4; Salvador de Cigarroa, Madrid, 6-25-1659, SD 54-5-14/121 JTC 3; Fiscal of the Consejo, n.d. [between 9-17-1667 and 10-21-1667], comments on Governor Guerra y Vega, 8-27-1666, SD 54-5-10/100 ST.

[94]Joseph de Prado and Domingo de Leturiondo, 11-24-1660, with marginal comment of 11-23-1661, and same authors, 9-7-1663, SD 54-5-14/122 and 126 JTC 3; Juan Menéndez Marqués and Lorenzo Joseph de León, 9-9-1666, SD 54-5-14/129 JTC 3; Fiscal of the Consejo, n.d. [between 9-17-1667 and 10-21-1667], comments on Governor Guerra y Vega, 8-27-1666, SD 54-5-10/100 ST.

[95]Governor Hita y Salazar, 11-15-1680, SD 54-5-11/64 JTC 3; Sánchez-Bella, pp. 66-69.

[96]Fiscal of the Consejo, 12-13-1695 comment on Thomjs Menéndez Marqués and Joachin de Florencia, 12-29-1693, SD 58-1-34/$A^2$ JTC 6; Acclamation of Philip V, 1-7-1702, SD 58-1-27/45 JTC 5.

As Portal y Mauleón once remarked to his lawyer, when one's parents were persons of quality it was not honor that one stood in need of, but a living.[78]

## Notes

[1] Eugene Lyon, "St. Augustine 1580: The Living Community," El Escribano, 14 (1977), 25.

[2] The boy was a nephew of the said retail merchant Juan García, who himself was a relative of the governor's (Bartolomé de Argüelles, 8-3-1598, SD 54-5-14/24 JTC 3). Argüelles used the same phrase when he reported that a certain friar had punished the impudence of an Indian by having a bit installed in his tongue, but the Indian was only an anapccuto, which was one of those who were lowly and "of small fortune," and he had not died nor become disabled (2-20-1600, SD 54-5-14/32 JTC 3).

[3] Francisco Menéndez Marquéz II and Joseph Sánchez de Uriza, 2-25-1720, SD 58-1-34/30 JTC 6. Since a governor customarily gave his own name to converts among the Indian nobility, the progress of Florida conquest could theoretically be traced by the surnames of chiefs. The governors called the practice "adopting them with my surname" (Governor Navarrete, 11-15-1749, SD 86-6-5/101 JTC 7). Pedro Sánchez Griñan, in the 18th century, voiced the suspicion that Indians consented to baptism only for the godfather's gifts (Relación, Madrid, 7-7-1756 JTC 7).

[4] Ignacio de Leturiondo, n.d. [copyist's date of 1707], SD 58-2-8/4-206 JTC 6. When a governor was up for residencia he asked prominent persons to write him character recommendations which, if not reliable as to specifics, do illustrate the contemporary ideal for the gentleman. The Bishop of Cuba, Diego de Evelina y Compostel, warned Governor Torres y Ayala that he would need the parish priest's good report at his residencia and should keep on good terms with him (a copy of the bishop's letter of 5-30-1697 is with Governor Torres y Ayala, 7-2-1697, SD 54-5-20/145 JTC 4).

[5] Haring, p. 292.

[6] Ignacio de Leturiondo, n.d. [copyist's date of 1707], SD 58-2-8/4-206 JTC 6; Anon., 1-19-1682, in Residencia of Governor Hita y Salazar, EC 156-G-70 JTC 1.

[7] Governor Hita y Salazar, 10-30-1678, SD 58-1-32 JTC 5; Vicens Vives, pp. 417-18; Moore, p. 277.

[8] Ex-Governor Rojas y Borja, 7-27-1630, in Residencia of Governor Rojas y Borja, 1620-1630, EC 154-B, Escribanía 27-C.

[9] Ex-Governor Quiroga y Losada, Cádiz, n.d. [Consejo summary, 10-19-1697], SD 58-1-27 JTC 5; Governor Hita y Salazar, n.d. [enclosed in a letter of 10-30-1678], SD 58-1-32 JTC 5; Juan Menéndez Marqués, 4-13-1601, SD 54-5-17/11 JTC 4; Governor Méndez Canzo to Governor Ybarra, Informe, 1603, SD 54-5-17 JTC 4.

[10] Juan Menéndez Marqués II and Lorenzo Joseph de León said that they and the governor always tried to send as situadores solid citizens in good standing, with wives and children (9-9-1666, SD 54-5-14/129 JTC 3); Governor Ybarra to Fr. Pedro Bermejo, 7-27-1605, SD 54-5-17 JTC 4; Geiger, pp. 214-15.

[11] Interim Governor Aranda y Avellaneda, 6-22-1687, SD 54-5-19/81 JTC 4; Miguel Gerónimo Portal y Maulcón's lawyer, n.d., in Residencia of Governor Rojas y Borja, 1620-1630, EC 154-B, Escribanía 27-C; Juan Rodríguez de Cartaya, 5-7-1613, IG 147-5-17 JTC 7.

[12] Cargo manifest on the Nuestra Señora del Rosario out of Seville, n.d. [1607], SD 54-5-14/54 JTC 3. For Indian ways see Table 2, Chapter 3, p. 81, and this chapter, pp. 183-84.

[13] Ex-Governor Quiroga y Losada, Cádiz, n.d. [Consejo summary, 10-19-1697], SD 58-1-27 JTC 5; Salvador de Cigarroa, Madrid, 6-25-1659, SD 54-5-14/121 JTC 3; Sánchez-Bella, p. 134.

[14] Cédula to Rodrigo de Junco, 4-17-1592, "Registros," p. 201; Catalina de Valdés, n.d. [1616], SD 54-5-17/76 JTC 4.

[15] María Menéndez y Posada, Madrid, n.d. [before 9-3-1629], included with the petition of the Menéndez Marqués orphans, Madrid, 6-30-1631, SD 53-1-6/42 JTC 2.

[16] "Don Patricio, Cacique of Ivitachuco, and Don Andrés, Cacique of San Luis, to the King, February 12, 1699," in Boyd, Smith and Griffin, eds., Here They Once Stood, p. 25.

[17] Bartolomé de Argüelles, 5-15-1602, SD 54-5-14/46 JTC 3; Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Cédula regarding Petronila de Junco, 10-19-1594, "Registros," pp. 254-55; Juan Menéndez Marqués, n.d. [Consejo summary, 5-24-1622], SD 54-5-14/85 JTC 3. See the wedding of don Francisco de la Rocha, son of Captain Patricio de Florencia and Anna de la Rocha, Parish Register Marriages, 6-25-1689.

[18] N.d. [copyist's guess 1707], SD 58-2-8/4-206 JTC 6. Gillaspie has divided a 1689 census by the hearth count and estimated an average of 2.8 persons per family. In a garrison town, however, there were many single men ("Juan de Ayala y Escobar," pp. 6-7).

[19]Fr. Francisco Pareja et al., 1-17-1617, SD 54-5-20 JTC 4; Parish Register Marriages and Baptisms, passim; Francisco Menéndez Marquéz II Will, 9-2-1742, included with the probate inventory of 7-3-1743, SD 58-1-34/73 1/2 ST. Luis Arana supplied the author with a summary, and Charles Arnade a transcript of this document.

[20]Domingo de Leturiondo to Governor Márques Cabrera from San Pedro [de Potohiriba], 11-28-1685, SD 58-1-26/82 JTC 5; María Menéndez y Posada, Madrid, n.d. [before 9-3-1629], included with the petition of the Menéndez Marquéz orphans, Madrid, 6-30-1631, SD 53-1-6/42 JTC 2; Pedro Menéndez de Avilés Will, San Lucar [de Barrameda], 1-7-1574, in Lawson, comp. and trans., "Letters," II, 460-65.

[21]For the social importance of real estate owned by women see Charles W. Arnade, "The Avero Story: An Early Saint Augustine Family with Many Daughters and Many Houses," FHQ, 40 (1961), 1-34 passim. Two of the Thomás Menéndez Marquéz daughters married ranchers with property contiguous to their father's (Bushnell, "The Menéndez Marquéz Cattle Barony at La Chua," p. 427). For plazas and royal office dowries see Bartolomé de Argüelles, 3-18-1599, SD 54-5-14/27 JTC 3; María Menéndez y Posada, Madrid, n.d. [before 9-3-1629], included with the petition of the Menéndez Marquéz orphans, Madrid, 6-30-1631, SD 53-1-6/42 JTC 2; Cédula of 9-27-1681 to Enrique Primo de Rivera, and a letter from him, 10-18-1695, both with 11-26-1690, SD 54-5-19/115 JTC 4; Joseph de Prado and Juan Menéndez Marquéz II, 6-30-1668, SD 54-5-14/134 JTC 3; Sánchez-Bella, p. 133.

[22]Francisco Menéndez Marquéz, [Seville?], n.d. [before 3-26-1629], in the Residencia of Governor Rojas y Borja, 1620-1630, EC 154-B, Escribanía 27-C; Dr. Pedro Fernández de Pulgar, Historia General de la Florida, n.d. [after 1640], lib. 4, cap. 5, folio 210, tuken from Lowery extracts in JTC 7; Alonso de Leturiondo, 4-27-1697, SD 54-5-20/142 JTC 4; Cristoval del Viso to the Secretary of the Consejo, from Madrid, 6-27-1682, SD 54-5-11/89 JTC 3.

[23]Governor Torres y Ayala and Thomás Menéndez Marquéz, 4-20-1697, SD 54-5-15/120 JTC 4; Gannon, pp. 46, 79.

[24]Anon., Visita of Bishop Juan de las Cabezas Altamirano, 6-27-1606, SD 54-5-20 JTC 4; Fr. Antonio de Somoza, n.p., 5-2-1673, SD 54-5-20/97 JTC 4; Geiger, pp. 218, 236-38. The Custodia of Santa Elena was given jurisdiction over Cuba in 1609, and in 1612 was elevated to a Provincia.

[25]Arana, pp. 23, 80-90; Enrique Primo de Rivera, 11-26-1690, SD 54-5-19/115 JTC 4; Cédula from the Queen Regent [Mariana], 12-24-1673, SU 54-5-20/100, included with Fr. Juan Moreno to Senora, n.d., [seen in Consejo 4-18-1673], SD 54-5-20/95 JTC 4; Friars in chapter, correspondence with Governor Márques Cabrera, 8-9-1685 to 8-14-1685, SD 58-2-15/3 JTC 6.

[26]Antonio de Argüelles to Antonio Ortiz de Otalora, 6-11-1690, SD 54-5-19/110 JTC 4; Junta de Guerra, 3-8-1687, SD 58-1-20 JTC 4;

Sánchez-Bella, pp. 132-33; Junta de Guerra, n.d., answering a letter of Governor Márques Cabrera, 10-6-1686, received 1-13-1687, SD 58-1-46/21 JTC 4; Governor Márques Cabrera, 10-6-1686, SD 58-1-35/21 JTC 6.

[27]Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Parish Register, passim; Bushnell, "The Menéndez Marquéz Cattle Barony at La Chua"; Alonso de Leturiondo, 4-29-1697, SD 54-5-20/143 JTC 4.

[28]Lyon, "St. Augustine 1580," p. 26; Governor Treviño Guillamas, 10-12-1617, SD 54-5-17/77 JTC 4.

[29]Thomás Menéndez Marquéz, 7-1-1697, SD 58-1-26/136 JTC 5; Fr. Francisco Alonso de Jesús to Governor Rojas y Borja, n.d. [seen by the governor on 3-2-1630], SD 54-5-20/25 JTC 4.

[30]Ex-Governor Hita y Salazar, 12-7-1680, SD 54-5-11/65 JTC 3; Boniface, p. 74; Friars in chapter, 9-10-1657, SD 54-5-20 JTC 4; Fiscal of the Consejo, 8-30-1686, comments on a letter from Francisco de la Rocha and Juan de Pueyo, 4-1-1684, SD 54-5-14/164 JTC 3.

[31]Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Fr. Claudio de Florencia, 6-9-1707, SD 58-1-27/110 JTC 5; Interim Governor Aranda y Avellaneda, 6-22-1687, SD 54-5-19/81 JTC 4.

[32]Governor Ybarra, 1-8-1604, SD 54-5-9/74 JTC 2; Juan Menéndez Marquéz and Alonso de las Alas, 11-26-1609, SD 54-5-14/62 JTC 3.

[33]Arnade, The Siege of St. Augustine, pp. 42-44, 58-59.

[34]Francisco Ramírez, Juan de Cueva and Francisco Menéndez Marquéz, 1-4-1621, SD 54-5-14/82 JTC 3; Parish Register Martinges, 4-20-1678 and 10-10-1691; Francisco Menéndez Marquéz II Probate Papers, 7-3-1743, SD 58-1-34/73 1/2 JTC 6.

[35]Pedro Sánchez Griñan, Relación, Madrid, 7-7-1756, JTC 7; Lyon, "St. Augustine 1580," pp. 23, 26; Andrews and Andrews, eds., Jonathan Dickinson's Journal, pp. 62-63; Moore, p. 155.

[36]Francisco de la Rocha and Francisco de Cigarroa, 3-20-1685, SD 54-5-12 NC 6; Arnade, Florida on Trial, p. 74; Francisco Menéndez Marquéz II Will, 9-2-1742, included with the probate inventory of 7-3-1743, SD 58-1-34/73 1/2 ST (Arana summary); Alonso de Leturiondo, 4-29-1697, SD 54-5-20/143 JTC 4; Governor Zúñiga y Cerda, Auto, 11-6-1702, SD 58-2-8/8-26 JTC 6.

[37]Juan Menéndez Marquéz, 4-13-1601, SD 54-5-17/11 JTC 4; Cédulas to Juan de Cevadilla and Lázaro Sánchez de Mercado, --13-1577, "Registros," pp. 76-96; Cédula to the governor of Florida, 9-19-1593, "Registros," pp. 244-45.

[38]Sánchez-Bella, pp. 214, 134; Diego de Evelina Compostela, Bishop of Cuba, to Governor Torres y Ayala, 5-30-1697, included with

Governor Torres y Ayala, 7-2-1697, SD 54-5-20/145 JTC 4; Alonso de las
Alas, 1-12-1600, SD 54-5-14/29 JTC 3; Bartolomé de Argüelles, 10-31-
1598 and 3-18-1599, SD 54-5-14/25 and 27 JTC 3; Parish Register Bap-
tisms, 9-10-1597 to 3-7-1619 passim. Governor Ybarra once threatened to
punish certain chiefs in future "without intercession from their god-
fathers" (to Fr. Blasco, 12-7-1605, SD 54-5-17 JTC 4).

39Cédula to doña María de Solís, 1-31-1580, "Registros," pp.
127-28.

40Lyon, "St. Augustine 1580," pp. 25-26; Miguel Gerónimo Portal
y Mauleón's lawyer, n.d., in Residencia of Governor Rojas y Borja, 1620-
1630, EC 154-B, Escribanía 27-C; Parish Register Marriages, 4-20-1678;
Joachín de Florencia Visita of 1694-1695, EC 157-4 JTC 1.

41Baptism of Lorensa, daughter of Captain Dionisio de los Ríos
and María de la Vera, Parish Register Baptisms, 8-20-1675.

42An unidentified document mentioning the slaves escaping to Ais
is in JTC 1 between the Álvaro Mexía Derrotero of July, 1605, PAT 1-1-1/
19-29-9 and the Report of the first Francisco Fernández de Ecija voyage,
October, 1605, PAT 1-1-1/19-29-10.

43Governor Ybarra, 1-4-1606, SD 54-5-9/80 JTC 2; Bartolomé de
Argüelles, 8-3-1598, SD 54-5-14/24 JTC 3; Francisco Menéndez Marquéz,
Juan de Cueva and Francisco Ramírez, 1-30-1627, SD 54-5-14/87 JTC 3;
Governor Méndez Canzo, Auto, 1-31-1600, SD 54-5-9/16-62 JTC 2; Baptism
of María, an Indian of Campeche, slave of Governor Vega Castro y Pardo,
Parish Register Baptisms, 8-1-1640.

44Parish Register Marriages and Baptisms, passim; Bushnell, "The
Menéndez Marquéz Cattle Barony at La Chua," pp. 418, 430; Francisco
Menéndez Marquéz II Probate Papers, 7-3-1743, SD 58-1-34/73 1/2 JTC 6.

45Alonso de Pastrana, n.d. [16162], SD 54-5-17/75 JTC 4; Sale of
Governor Salazar Vallecilla's Estate, 10-16-1651, SD 54-5-18 JTC 4;
Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4;
Salvador de Cigarroa, Madrid, 6-25-1659, SD 54-5-14/121 JTC 3; Interim
Governor Nicolás Ponce de León II, n.d. [1674], SD 54-5-11 JTC 3.

46Governor Méndez Canzo, 9-22-1602, SD 54-5-9/70 JTC 2; Fr. An-
tonio de Somoza, n.p., 5-2-1673, SD 54-5-20/97 JTC 4; Francisco de
Buenaventura, Bishop of Tricale, 4-29-1736, SD 58-2-14/119 JTC 6; Fr.
Alonso del Moral, n.d. [Consejo summary made 11-5-1676], SD 54-5-20/104
JTC 4; Governor Márques Cabrera, 12-8-1680, SD 54-5-11/66 JTC 3;
Bartolomé de Argüelles, 10-31-1598, SD 54-5-14/25 JTC 3.

47Consejo, 9-25-1662, appended to Governor Aranguiz y Cotes, 11-
15-1661, SD 54-5-10 JTC 3; Caciques of Guale, trans. by friars, Guale,
10-16-1657, SD 54-5-20 JTC 4; Juan Menéndez Marquéz II, 1-25-1667,
SD 54-5-14/130 JTC 3; Fr. Antonio de Somoza, n.p., 5-2-1673, SD 54-5-
20/97 JTC 4; Fr. Juan Luengo, n.p., 11-30-1676, attached to and answer-
ing a memorial by Fr. Alonso del Moral, a summary of which is dated 11-
5-1676, SD 54-5-20/104 JTC 4.

[48]Joachin de Florencia Visita of 1694-1695, EC 157-4 JTC 1; Alonso de Leturiondo, Relación, Madrid, n.d. [c. 1700], SD 58-2-3/14 ST-Hann; Alonso de Leturiondo, 6-14-1690, SD 54-5-20/127 JTC 4; Governor Márques Cabrera, 6-28-1683, SD 54-5-14/160 JTC 3; Petitions of the Florida soldiers, n.d. and 8-21-1628, filed with another of their petitions of 1-14-1627, SD 54-5-18/5 JTC 4.

[49]Juan Menéndez Marquéz, Juan López de Avilés and Bartolomé de Argüelles, 9-13-1600, SD 54-5-14/41 JTC 3. In the 1680s, when cattle were plentiful in Florida, the soldiers were given fresh meat rations weekly instead of the salt or dried, but they did not prefer them. See Salvador de Cigarroa and Francisco de la Rocha, 2-18-1680, SD 54-5-14/150 JTC 3, and Joseph de Córdova Ponce de León, Governor of Havana, 10-6-1683, SD 54-5-19/55 JTC 4.

[50]Bartolomé de Argüelles, 5-12-1591, SD 54-5-14/16 JTC 3; Juan Menéndez Marquéz, 9-20-1602, SD 54-5-14/49 JTC 3; Pedro Beltrán de Santa Cruz, Havana, 11-20-1655, SD 54-5-18/48 JTC 4; Governor Zúñiga y Cerda, 10-15-1701, SD 58-1-27/20 JTC 5; Gillaspie, "Juan de Ayala y Escobar," pp. 48, 103.

[51]Dr. Pedro Fernández de Pulgar, Historia General de la Florida, n.d. [after 1640], lib. 4, cap. 5, folio 210, taken from Lowery extracts in JTC 7; Fr. Juan Gómez de Palma, n.p. [Madrid?], n.d. [1640?], British Museum MS 13976 fol. 87, Lowery transcript in JTC 7; Nicolás Ponce de León, 11-20-1637, SD 54-5-10 JTC 3.

[52]Sánchez-Bella, p. 158; Arnade, Florida on Trial, p. 33; Bartolomé de Argüelles, 11-2-1598, SD 54-5-14/26 JTC 3; Juan Menéndez Marquéz, 4-13-1601, SD 54-5-17/11 JTC 4.

[53]Francisco Menéndez Marquéz and Pedro Benedit Horruytiner, 5-17-1646 and 2-6-1647, SD 54-5-14/98 and 103 JTC 3; Interim Governor Nicolás Ponce de León, 9-20-1651, SD 54-5-18/45 JTC 4; Santos de las Heras, Mexico City, 3-15-1654, SD 54-5-14/113 JTC 3.

[54]Joseph de Prado and Antonio Menéndez Marquéz, 3-21-1672, SD 54-5-14/136 JTC 3; Governor Márques Cabrera, 6-28-1683, SD 54-5-19/55 JTC 4; Francisco de Lara, 12-12-1672, SD 54-5-18/92 JTC 4; Francisco de la Rocha and Juan de Pueyo, 4-1-1684, SD 54-5-14/164 JTC 3; Alonso de Leturiondo, 3-18-1689, SD 58-1-34/A$^1$ JTC 6; Thomás Menéndez Marquéz and Joachin de Florencia, 12-29-1693, SD 58-1-34/A$^2$ JTC 6; Antonio Ponce de León, 4-29-1697, enclosed with letter from Governor Torres y Ayala, 8-26-1697, SD 58-1-34/A$^4$ JTC 6.

[55]Bartolomé de Argüelles, 11-2-1598, SD 54-5-14/26 JTC 3; Cargo manifest on the Nuestra Senora del Rosario out of Seville, n.d. [1607], SD 54-5-14/54 JTC 3; Thomás Menéndez Marquéz and Joachin de Florencia, 12-29-1693, SD 58-1-34/A$^2$ JTC 6.

[56]Joachin de Florencia Visita of 1694-1695, EC 157-4 JTC 1; Fr. Francisco Pérez, n.d. [Consejo summary 8-28-1646], SD 54-5-20 JTC 4; Alonso de Leturiondo, 4-29-1697, SD 54-5-20/143 JTC 4; Governor Zúñiga y Cerda, 10-15-1701, SD 58-1-27/20 JTC 5.

[57] Fr. Juan Gómez de Palma, n.p. [Madrid?], n.d. [1640?], British Museum MS 13976 fol. 87, Lowry transcript in JTC 7; Juan de Pueyo Visita of 1695, EC 157-4/91 JTC 1; Milanich and Sturtevant, eds., Francisco Pareja's 1613 Confessionario, Moran, trans., p. 68; Alonso de Leturiondo, 4-29-1697, SD 54-5-20/143 JTC 4.

[58] Pedro Sánchez Griñan, Relación, Madrid, 7-7-1756, JTC 7; Lyon, "St. Augustine 1580," p. 23; Alonso de Leturiondo, 4-29-1697, SD 54-5-20/143 JTC 4, and Relación, Madrid, n.d. [c. 1700], SD 58-2-3/14 ST-Hann; [Alonso de Cáceres], Relación, [Havana], n.d. [after 12-12-1574], PAT 1-1-1/19-33 JTC 1; Andrews and Andrews, eds., Jonathan Dickinson's Journal, pp. 55-56, 58, 61.

[59] Fr. Francisco Martínez, Memorial, summary, n.d. [seen in Consejo 6-15-1658], SD 54-5-20 JTC 4; Alonso de Leturiondo, 4-29-1697, SD 54-5-20/143 JTC 4.

[60] Alonso de Leturiondo, 3-18-1689, SD 58-1-34/A[1] JTC 6; Thomás Menéndez Marqués and Joachin de Florencia, 12-29-1693, SD 58-1-34/A[2] JTC 6; [Francisco Fuentes] to the Padre at San Luis [de Talimali], San Luis, 11-27-1682, included with Governor Márques Cabrera, 6-28-1683, SD 54-5-11/105 JTC 3; Armada, Florida on Trial, p. 21; Alonso de Leturiondo, 3-18-1689, SD 58-1-34/A[1] JTC 6, and 8-7-1697, SD 54-5-20/146 JTC 4; Fr. Francisco Martínez, Memorial, summary, n.d. [seen in Consejo 6-15-1658], SD 54-5-20 JTC 4.

[61] Juan de Pueyo and Juan Benedit Horruytiner, 11-10-1707, SD 58-1-34/10 JTC 6; Thomás Menéndez Marqués and Joachín de Florencia, 7-6-1689, SD 54-5-19/101 JTC 4.

[62] Alonso de Leturiondo, 3-18-1689, SD 58-1-34/A[1] JTC 6; Thomás Menéndez Marqués and Joachin de Florencia, 12-29-1693, SD 58-1-34/A[2] JTC 6.

[63] Bartolomé de Arguelles, 2-20-1600, SD 54-5-14/32 JTC 3; Governor Zúñiga y Cerda, Auto, 11-6-1702, SD 58-2-8/B-26 JTC 6; Ex-Governor Hita y Salazar, 12-7-1680, SD 54-5-11/65 JTC 3; Cacique of Guale to Governor Márques Cabrera, Sapala, 5-5-1681, SD 54-5-11 JTC 3; Joachin de Florencia Visita of 1694-1695, EC 157-4 JTC 1; "Memorandum and Accounting for 500 Yards of Jerqueta That Your Excellency Sent Me. San Luis [no date], evidently by Manuel Solana," in Boyd, Smith and Griffin, eds., Here They Once Stood, pp. 46-48. Governor Zúñiga y Cerda, to whom this letter was addressed, had it recorded in St. Augustine, 5-14-1703.

[64] Francisco Menéndez Márquez, Juan de Cueva and Francisco Ramírez, 1-30-1627, SD 54-5-14/87 JTC 3; Governor Hita y Salazar, 9-6-1677, SD 54-5-11/34 JTC 3; Alonso de Leturiondo, Relación, Madrid, n.d. c. 1700], SD 58-2-3/14 ST-Hann; Governor Márques Cabrera, 6-28-1683, SD 54-5-11/105 JTC 3; Auto against Fr. Alonso del Moral, included with Governor Márques Cabrera, 6-28-1683, SD 54-5-11/105 JTC 3; Cargo manifest on the Nuestra Señora del Rosario out of Seville, n.d. [1607], SD 54-5-14/54 JTC 3.

[65]Alonso de Leturiondo, 4-18-1687, SD 54-5-19/75 JTC 4; Juan Pinto, Declaration, in Auto against Governor Márques Cabrera, 6-22-1687, SD 54-5-19/82 JTC 4.

[66]Acclamation for Philip V, 1-7-1702, and Obsequies for Charles II, 3-28-1702, SD 58-1-27/45 and 50 JTC 5; Governor Córcoles y Martínez vs. Joseph Benedit Horruytiner, 10-12-1712, SD 58-1-35/60, summary in JTC 6; Cargo manifest on the Nuestra Señora del Rosario out of Seville, n.d. [1607], SD 54-5-14/54 JTC 3; Bartolomé de Argüelles, 10-31-1598, SD 54-5-14/25 JTC 3; Alonso de Leturiondo, 8-9-1697, SD 54-5-20/147 JTC 4.

[67]Cédula to Governor Menéndez Marquéz, 7-11-1583, "Registros," pp. 155-56; Anon., 6-27-1606, SD 54-5-20 JTC 4; Francisco Menéndez Marquéz, 2-18-1648, SD 54-5-14/109 JTC 3; Juan Menéndez Marquéz II, 7-4-1668, SD 54-5-18 JTC 4; Chatelain, pp. 65, 153.

[68]Juan Menéndez Marquéz, 4-13-1601, SD 54-5-17/11 JTC 4; Governor Treviño Guillamas, 10-7-1614, SD 54-5-17/74 JTC 4; Sánchez-Bella, p. 156.

[69]Governor Márques Cabrera, 3-20-1686, SD 58-2-2 JTC 6; Cargo manifest on the Nuestra Señora del Rosario out of Seville, n.d. [1607], SD 54-5-14/54 JTC 3; Diego de Florencia, purchase order and goods receipt at Santa María de Galve, 12-2-1702, SD 58-2-8/B-255 JTC 6; Joachin de Florencia Visita of 1694-1695, EC 157-4 JTC 1.

[70]Lyon, The Enterprise of Florida, pp. 105-106; Joseph de Prado, 12-30-1654, with comment by the fiscal of the Consejo, 7-3-1656, SD 54-5-14/115 JTC 3.

[71]Pedro Sánchez Griñan, Relación, Madrid, 7-7-1756, JTC 7; Governor Rebolledo, 10-18-1657, SD 54-5-18 JTC 4; Chatelain, p. 74; Joachin de Florencia Visita of 1694-1695, EC 157-4 JTC 1.

[72]Acclamation of Philip V, 1-7-1702, SD 58-1-27/45 JTC 5.

[73]Leturiondo Visita of 1677-1678, EC 156-22/87 to 90 JTC 1; [Francisco Fuentes] to Governor Márques Cabrera, postscript on a copy of the Fuentes letter to the Padre at San Luis, 11-27-1682, included with Governor Márques Cabrera, 6-28-1683, SD 54-5-11/105 JTC 3; Fr. Juan Gómez de Engraba to Fr. Francisco Martínez, Havana, 3-13-1657, SD 54-5-10 JTC 3; Juan de Ayala y Escobar, Auto, San Luis de Talimali, 2-22-1701, SD 58-2-8/B-233 JTC 6.

[74]Alonso de Leturiondo, 4-27-1697, SD 54-5-20/141 JTC 4.

[75]Sánchez-Bella, p. 163; Governor Ruíz de Salazar [Vallecilla], 5-22-1647, SD 54-5-14/107 JTC 3; Antonio Ponce de León, Auto, 2-26-1687, SD 58-2-15/6 JTC 6; Fr. Domingo de Ojeda, 2-20-1687, SD 58-2-15/4 JTC 6. One company was of Spanish infantry, the second, of Indian archers, and the third was Indian arquebusiers (Lucy L. Wenhold, trans., A 17th Century Letter of Gabriel Díaz Vara Calderón, Bishop of Cuba,

Describing the Indians and Indian Missions of Florida, Smithsonian
Miscellaneous Collections, Vol. 95, No. 16 [Washington, Smithsonian
Institute, 1937], p. 3).

76
Governor Rojas y Borja, 11-6-1628, SD 54-5-18/9 JTC 4; Sánchez-
Bella, p. 156; Cédula to Governor Márquez Cabrera, 3-22-1685, SD 58-2-
2/34 JTC 6.

77The fiscal of the Consejo commented that there was no need to
advertise the town's location by night to pirates, and the priest might
content himself with an honor guard of two soldiers and a boy to precede
him, ringing a small bell by hand. Governor Quiroga y Losada, Auto,
5-28-1689, and comment by the fiscal of the Consejo on it and a letter
of 8-16-1689, on 7-12-1693, SD 54-5-20 JTC 4.

78Miguel Gerónimo Portal y Maulión's lawyer, n.d., in Residencia
of Governor Rojas y Borja, 1620-1630, EC 154-B, Escribanía 27-C.