# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION
### IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

                Plaintiff,                CIVIL ACTION

      v.

                                      Case No. 8:07-cv-00614-SDM-MAP

THE UNIDENTIFIED SHIPWRECKED VESSEL,
If any, its apparel, tackle, appurtenances and
cargo located within a five mile radius of the
center point coordinates provided to the Court
under seal,

                Defendant,
                *in rem*

and

THE KINGDOM OF SPAIN, THE REPUBLIC OF PERU, AND
GONZALO DE ALIAGA, *et al.,*

                Claimants.

_____/

## KINGDOM OF SPAIN'S OPPOSITION TO
## ODYSSEY MARINE EXPLORATION'S MOTION TO REPLY

The Kingdom of Spain hereby opposes Odyssey Marine Exploration ("Odyssey")'s Motion for Leave to File Reply to Spain's Response to Odyssey's Objections to the Magistrate's Report and Recommendation (Doc. 242, "Motion").

The Magistrate Act calls for a party "filing objections to an R&R to specifically identify those findings objected to and the specific basis for such objections." *State Contracting & Engineering Corp. v. Condotte America, Inc.*, 368 F. Supp. 2d 1296, 1300 (S.D. Fl. 2005); *see also Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir.), *cert. denied*, 488 U.S. 983 (1988). Odyssey has had a full opportunity to do so, at length.

This Court needs no further repetition from Odyssey of its objections to the R&R. The two issues Odyssey seeks leave to address – the proper standard of review for jurisdictional FSIA challenges and whether the *Mercedes* falls within FSIA's commercial activity exception – were discussed at great length in Odyssey's Objections.

As this Court has previously held, "because Spain's assertion of sovereign immunity is a challenge to this Court's jurisdiction, the Court is duty-bound to determine this issue at the earliest possible stage in the case." (Doc. 114, Order, at 1 (citing *Guevara v. Republic of Peru*, 468 F.3d 1289, 1309 (11th Cir. 2006)).) More than ten days after Spain submitted its response to Odyssey's objections, Odyssey now seeks leave for an additional thirty days for further filings.

The relevant law and local rules require a party seeking to object to a magistrate judge's Report and Recommendation to present the grounds for their objections in a written Objection, as Odyssey has done. Spain respectfully submits that Odyssey may not now further revisit or repeat those objections or raise additional objections via a reply not contemplated by the Magistrate Act or by this Court's rules.

## CONCLUSION

For the foregoing reasons, Spain respectfully submits that Odyssey's Motion for Leave to File Reply to Spain's Response should be denied.

Respectfully submitted on September 11, 2009,

s/ James A. Goold

| | |
|---|---|
| James A. Goold | David C. Banker |
| District of Columbia Bar #430315 | Florida Bar #352977 |
| Covington & Burling LLP | Bush Ross, PA |
| 1201 Pennsylvania Ave. NW | 220 S. Franklin St. |
| Washington, DC 20004 | Tampa, FL 33601-3913 |
| Telephone: (202) 662-5507 | Telephone: (813) 224-9255 |
| Fax: (202) 662-6291 | Fax: (813) 223-9255 |
| E-mail: jgoold@cov.com | E-mail: dbanker@bushross.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, September 11, 2009, I caused the foregoing Opposition to Spain's Motion to File Reply to be served on counsel of record for all parties by filing with the Court via its CM/EMF system.

<u>s/ James A. Goold</u>
James A. Goold
District of Columbia Bar #430315
Covington & Burling LLP
1201 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 662-5507
Fax: (202) 662-6291
E-mail: jgoold@cov.com