UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
In Admiralty

ODYSSEY MARINE EXPLORATION, INC.,

        Plaintiff,

vs.                                      Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, etc.,

        Defendant,
        *in rem*

and

THE KINGDOM OF SPAIN, et al.,

        Claimants.
_____/

## SUPPLEMENT TO CARGO CLAIMANTS WHITLOCK AND DURAND REQUEST FOR CLARIFICATIONS OF SEPTEMBER 18 ORDER TO ALLOW REPLY IN SUPPORT OF OBJECTIONS TO MAGISTRATE'S REPORTREQUEST

THE UNDERSIGNED counsel for Cargo Claimant Elsa D. Whitlock who filed, jointly

with counsel for Cargo Claimant Dr. Jamie Durand Palacios, their request for clarification of the

Court's September 18, 2009, Order, has received the response of counsel for the Kingdom of

Spain with respect to his position with respect to Claimant's motion.  Counsel for the Kingdom of

Spain opposes the motion.

I HEREBY CERTIFY that a true and correct copy hereof was electronically filed with the

Clerk of the Court via the CM/ECF system on this 22nd day of September, 2009, I electronically

filed the foregoing with the Clerk  of the Court by using the CM/ECF system which will generate

and transmit Notices of Electronic Filing to all parties except Jose Antonio Rodriguez-Menendez,

who is being served by United States Mail at 4611 South University Drive, Davie, FL

33328-3817, this same day.

/s/ Marlow V. White
MARLOW V. WHITE
Florida Bar No. 275417
LEWIS & WHITE, P.L.C.
P.O. Box 1050
Tallahassee, Florida 32302
Vox: (850) 425-5000
Fax:  (850) 425-5004
Email: mvw@lewisandwhite.com
Attorneys for Claimant
ELSA D. WHITLOCK, f/k/a
ELSA DORCA RUIZ