# **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2009 the foregoing Statement of Interest and Brief of the United States as Amicus Curiae in Support of the Kingdom of Spain were served on counsel of record by filing with the Clerk of the Court via its CM/ECF system, and that a true and correct copy will be mailed to non-CM/ECF participant Joseph A. Rodriguez, *pro se*, 4611 South University Drive, Davie, FL 33328-3817, on September 29, 2009.

                                        s/Barbara B. O'Malley
                                        District of Columbia Bar Number 106617
                                        Attorney for the United States of America
                                        U.S. Department of Justice
                                        Civil Division, Torts Branch
                                        P. O. Box 14271
                                        Washington, DC 20044-4271
                                        Telephone (202) 616-4081
                                        Fax (202) 616-4002
                                        E-Mail: barbara.o'malley@usdoj.gov