UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                        Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
If any, its apparel, tackle, appurtenances and cargo
located within a five mile radius of the center point
coordinates provided to the Court under seal, *in rem*

    Defendant,

and

The Kingdom of Spain and the Republic of Peru,

    Claimants.
_____/

**ORDER ON THE REPUBLIC OF PERU'S MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF ITS OBJECTIONS TO THE MAGISTRATE'S REPORT AND
RESPONSE TO THE STATEMENT OF INTEREST OF THE UNITED STATES**

The Republic of Peru is granted leave to file a Reply in support of its Objection to the Magistrate's Report and Recommendation of no more than 15 pages by Friday, October 16, 2009.

ORDERED in Tampa, Florida on October _____, 2009.

                                                                _____
                                                                 STEVEN D. MERRYDAY
                                                                 UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record