UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

        Plaintiff,

v.                          Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
If any, its apparel, tackle, appurtenances and cargo
located within a five mile radius of the center point
coordinates provided to the Court under seal, *in rem*

        Defendant,
and

THE KINGDOM OF SPAIN,
THE REPUBLIC OF PERU, *et al*.,

        Claimants.
_____/

### PERU'S REQUEST FOR ORAL ARGUMENT ON OBJECTIONS TO REPORT AND RECOMMENDATION AND STATEMENT OF INTEREST OF THE UNITED STATES

COMES NOW The Republic of Peru, by and through undersigned counsel and hereby requests, pursuant to Local Rule 3.01(j), Oral Argument on Objections to the Magistrate's Report and Recommendations dated June 3, 2009, the Responses to the Objections and the Statement of Interest filed by the United States.

Counsel estimates that 30 minutes would be necessary for argument, allowing reservation of some time for rebuttal and respectfully suggests that plaintiff and each claimant or group of claimants be allowed 30 minutes for argument.

Peru believes that in light of the numerous objections, the Statement of Interest by the United Stated, and the complex issues involved, oral argument would assist the court.

Respectfully Submitted,

/s/ Mark Maney_____
Mark Maney
Texas State Bar No. 12898200
Burford & Maney pc
700 Louisiana, Suite 4600
Houston, Texas 77002
713.237.1111
713.222.1475 (fax)
mmaney@burfordmaney.com
Attorneys for the Republic of Peru

and

 /s/ Timothy P. Shusta_____
Timothy P. Shusta
FBN: 442305
Phelps Dunbar LLP
100 S. Ashley Drive
Suite 1900
Tampa, FL 33602-5315
813-472-7550
813-472-7570 Fax
shustat@phelps.com
Attorneys for the Republic of Peru

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court via CM/ECF system on October 2, 2009, which will generate and transmit Notices of Electronic Filing to all counsel of record and sent via e-mail to Joseph A. Rodriguez-Menendez on October 2, 2009.

 /s/ Timothy P. Shusta___
Timothy P. Shusta