Odyssey Marine Exploration, Inc. v. The Unidentified Shipwrecked Vessel Doc. 253

FILED

09 OCT -6 AM 9:30

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

Plaintiff

CIVIL ACTION

vs.

Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED VESSEL, its apparel, tackle appurtenances and cargo located within center point coordinates: provided to the Court under seal, in rem

Defendant
In Rem

And

The Kingdom of Spain and the Republic of Peru,

Claimants

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho),
Agustin de Aliaga (the current Marques de Zelada de la Fuente),
Gonzalo Alvarez del Villar, Ignacio de Colmenares (the 11th Count Of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu, Flora Leonor Perales Calderon de Colmenares, Felipe Voyest, Adela Armida de Izcue Bazo, Carola Daireux Kinsky, Eleonora Daireux Kinsky, Matilde Daireux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio, Javier de Goyeneche (the current Count of Guaqui and Marques de Villafuente) *and* Jose Antonio Rodriguez Menendez aka Joseph Anthony Rodriguez

Claimants /

Dockets.Justia.com

Jose Antonio Rodriguez Menendez (Menendez) *Opposed* Motion for Leave to File Motion Correcting Error and Clarifying Kingdom of Spain's Response to Ojections [Kingdom of Spain objects to this motion for leave]

In footnotes of pp. 37 and 38, Kingdom of Spain (KS) Response to Objections of Odyssey Marine Exploration (OME) and Individual Claimants to the Magistrate Judge's June 3, 2009 Report and Recommendation (Doc. 236), KS refers to Menendez:

> One claimant, Jose Antonio Rodriguez-Menendez, purports to assert rights not because of any connection to the *Mercedes*, but rather based on a claim that an ancestor of his was granted rights in 1555 to "one fifteenth part of all the income, mines of gold and silver, precious stones, pearls and products which we shall have from the said lands and provinces of Florida," (Doc. 175, Rodriguez-Menendez Verified Claim; Doc. 234, Rodriguez-Menendez Objs.) By article 2 of the 1819 Treat of Amity, Settlement and Limts Between the United States and His Catholic Majesty, Spain ceded Florida "in full property and sovereignty" to the United States. 8 Stat 252.

"Parties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to." *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Circ.), *cert. denied*, 488 U.S. 983 (1988)...

Menendez basis for motion for leave to reply:

1. KS Error: "1555" (fifteen hundred fifty-five) is incorrect. Correct year of signing for Asiento (contract) between Pedro Menendez de Aviles, Alonso de la Campa (Menendez ancestor) and Felipe II, King of Spain for the Pacification and Settlement of Florida, is 1565 (fifteen hundred sixty-five). Menendez seeks to make this correction in Motion to Reply. See Exhibits 3/A and 4/A.

2. "in full property and sovereignty" is taken out of context by KS and misleads this Honorable Court because the remainder of the Adams-Onis Treaty (for 1821 purchase of Spanish Florida by the United States), pertinent case law, and other pertinent

judicial literature all highlight the fact that the United States only purchased State lands and State property from Spain. *Private property* and *private rights*, e.g. private contractual rights, were *not* sold by Spain to the United States—nor did the United States elect to assume them. Consequently, a post-transaction, contractual liability of Kingdom of Spain to Menendez survives the sale of Spanish Florida—as would have been the expressed intent of His Majestry, Felipe II, King of Spain. Menendez seeks to clarify this confusion and to present this Court with supporting case law and judicial literature in his proposed Motion to Reply to Kingdom of Spain's Response to Objections.

Local Rule 3.01 Certification

Menendez certifies that legal counsel of all parties were asked about potential objections prior to filing this Motion for Leave to Reply to KS's Response to Objections. Only Kingdom of Spain expressed objection to this motion.

Conclusion

Menendez respectfully requests leave to file a ten page motion to reply to Kingdom of Spain's Response to Objections to Magistrate's Report and Recommendation along with supporting citations and documents, by an October 16, 2009 filing deadline.

Certificate of Service

I hereby certify, on October 5, 2009, that I caused the attached documents to be served upon the Court:

Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue
Tampa, FL 33602

813/301-5400

and upon attorneys of record for the parties listed below, by Fedex Carrier to:

Allen von Spiegelfeld/
Eric C. Thiel
Fowler,White, Boggs, Banker, P.A.
501 E. Kennedy Blvd.- Ste. 1700
P.O. Box 1438
Tampa, FL 33601-1438
Fax: (813) 229-8313

Attorneys for Plaintiff (Odyssey Marine)

AND

James A. Goold, Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004
Fax: (202) 662-6291
Email: jgoold@cov.com
Attorneys for Kingdom of Spain

Melinda J. MacConnel—FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
Email: mmacconnel@shipwreck.net

Attorneys for Plaintiff

John D. Kimball, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5259
Fax: (917) 332-3730
Email: jkimball@blankrome.com

Attorneys for Plaintiff

K. Russell LaMotte
Beveridge & Diamond, PC
Suite 700
1350 1 St. NW
Washington, DC 20005-3311
Tel. (202) 789-6080
Fax (202) 789-6190
Email: rlamotte@bdlaw.com

Attorneys for Plaintiff

Carl Richard Nelson/

Gianluca Morello
Fowler White Boggs, PA
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Tel. (813) 769-7867

David C. Banker/
Jeffrey Carter Andersen/
Keith Dennis Skorewicz
Florida Bar 352977
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida 33602-2656
(813) 244-9255
(813) 223-9620
Kingdom of Spain

Mark Maney (Trial Counsel)
Texas State Bar No. 12898200
South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas 77002
Tel (713) 654-8001
Fax (713) 654-8818
mmaney@maneylaw.com
Attorneys for the Republic of Peru

And

Timothy P. Shusta
FBN: 442305
Phelps Dunbar LLP
100 S. Ashley Drive
Suite 1900
Tampa, FL 33602-5315
Tel. (813) 472-7550
Fax (813) 472-7570
Shustat@phelps.com
Attorneys for the Republic of Peru

Marlowe V. White, Jr.
Lewis & White, PLC
222W. Georgia St.
P.O. Box 1050 Tallahassee, FL 32302
Tel. (850) 425-5000
Fax (850) 425-5004

Email: lawlaw@polaris.net
Attorney of Elsa Dorca Whitlock

David Paul Horan
FL Bar 142474
Horan, Wallace, and Higgins, LLP
608 Whitehead Street
Key West, FL 33040
Tel. (305) 294-4585
Fax (305) 294-7822
Attorney of Named Descendants

John J. McLaughlin
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, FL 33606
Tel. (813) 225-4000
Fax (813) 225-4010
Attorney of Santiago & Emilio Alvear,
Maria Eugenia, Agustina, & Ignacio Solveyra,
And Elsa Dorca Whitlock

Guy Ellington Burnette, Jr.
Guy E. Burnette, Jr., P.A.
3020 N. Shannon Lakes DR
Tallahassee, FL 32309
Tel. (850) 668-7900
Fax (850) 668-7972
Email: geb@gburnette.com
Attorney of Dr. Jaime Durand Palacios

Barbara B. O'Malley
U.S. Department of Justice
P.O. Box 14271
1425 New York Ave., NW
Washington, DC 20044
Tel. (202) 616-4081
Fax (202) 616-4159

USA: Interested Party

Respectfully submitted,

Joseph A. Rodriguez aka

Jose Antonio Roriguez Menendez

Pro Se/ Unrepresented Party

4611 South University Drive
Davie, FL 33328-3817
Tel. (954) 804-4115
Email: Expertdoctor@aol.com