UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, if any, its apparel, tackle,
appurtenances and cargo located within a five
mile radius of the center point coordinates
provided to the Court under seal,

    Defendant;
    *in rem*

and

THE KINGDOM OF SPAIN *et al.*,

    Claimants.
_____/

Case No: 8:07-cv-614-T-23MAP

## SUPPLEMENT TO THE CERTIFICATE OF COMPLIANCE
## TO THE MOTION OF FORMER AND CURRENT MEMBERS OF CONGRESS
## FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Comes Now, the undersigned counsel who represents the Former and Current Members of Congress and pursuant to Local Rule 3.01 (g) supplements the Certificate of Compliance to its motion seeking leave to file an amicus curiae brief and would show that he has now received a response from Marlow V. White counsel for Merchant Descendants – individuals – Whitlock, who has responded that he has no objection to the motion, and from

1

Melinda MacConnel, counsel for Odyssey Marine Exploration, Inc. who has responded that she agrees to the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2009, I electronically filed this document with the Clerk of the Court by using the CM/ECF system and mailed a true and correct copy to non-CM/ECF participant Joseph A. Rodriguez, *pro se*, 4611 South University Drive, Davie, FL 33328-3817.

Respectfully Submitted,

S\: R. Jeffrey Stull
R. Jeffrey Stull, Esquire
Florida Bar No. 241008
602 South Boulevard
Tampa, FL 33606
(813) 251-3914
813) 251-0974
jeff@stull pa.com