UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                                  CASE NO: 8:07-cv-614-T-23MAP

UNIDENTIFIED, SHIPWRECKED
VESSEL,

    Defendant,

KINGDOM OF SPAIN, et al.,

    Claimants.
_____/

## O R D E R

For the reasons stated in the Kingdom of Spain's response (Doc. 256) in opposition, the "Motion of Former and Current Members of Congress for Leave to File Amicus Curiae Brief" (Doc. 255) is **DENIED**.

ORDERED in Tampa, Florida, on October 9, 2009.

                                                  STEVEN D. MERRYDAY
                                                  UNITED STATES DISTRICT JUDGE

xc: Magistrate Judge