UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.          CASE NO: 8:07-cv-614-T-23MAP

UNIDENTIFIED, SHIPWRECKED
VESSEL,

    Defendant,

KINGDOM OF SPAIN, et al.,

    Claimants.
_____/

## **O R D E R**

The "descendant claimants" move (Doc. 263) for leave to belatedly file a response to the United States' statement of interest. No party objects to the motion. Accordingly, the motion (Doc. 263) is **GRANTED**. On or before Friday, November 13, 2009, the "descendant claimants" shall separately file the response.

ORDERED in Tampa, Florida, on November 9, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

xc: Magistrate Judge