UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

vs.                                      Case No.: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, if any, its apparel, tackle,
appurtenances, and cargo located within a
five mile radius of the center point coordinates
provided to the Court under seal,

    Defendant,

KINGDOM OF SPAIN, et al.,

    Claimants.
_____/

## **NOTICE OF LAW FIRM CHANGE**

Gianluca Morello, one of Plaintiff Odyssey Marine Exploration, Inc.'s counsel of record in this case, provides this notice of law firm change. His new firm name and address are as follows:

WIAND GUERRA KING P.L.
3000 Bayport Drive
Suite 600
Tampa, FL 33607
Tel: 813-347-5100
Fax: 813-347-5155

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**s/ Gianluca Morello**
Gianluca Morello, FBN 034997
Email: gmorello@wiandlaw.com
WIAND GUERRA KING P.L.
3000 Bayport Drive
Suite 600
Tampa, FL 33607
Telephone:813-347-5100
Facsimile: 813-347-5155

*Attorney for Plaintiff, Odyssey*
*Marine Exploration, Inc.*
