**From:** Goold, James <jgoold@cov.com>
**To:** expertdoctor@aol.com
**Cc:** David C. Banker <dbanker@bushross.com>; kskorewicz@bushross.com; candersen@bushross.com; dph@horan-wallace.com; jeff@StullPA.com; jkimball@blankrome.com; rlamotte@bdlaw.com
**Subject:** FW: Odyssey Marine Exploration, Inc. v. The Unidentified Shipwrecked Vessel :: Justia News
**Date:** Mon, Nov 16, 2009 8:45 am

Dear Sir,

In reply to your email of yesterday, please find below a link to a publicly accessible website at which filings made in the case to which you refer are available.
Please also be informed that the ECF Procedures of the Court require counsel to file documents electronically and provide for a " pro se filer" such as yourself to receive authorisation to participate in the ECF system.
I therefore suggest you make use of these procedures and would object to your proposed motion.
James A. Goold

http://news.justia.com/cases/featured/florida/flmdce/8:2007cv00614/197978/

```
U.S. District Court
Middle District of Florida
DEFENDANT'S EXHIBIT
Exhibit Number:
                112A
Case Number:
Case No. 8:07-CV-00614-
SDM-MAP

ODYSSEY    v.   Spain

Date Identified: 11/19/09
Date Admitted:
```