UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                                                                          Case No: 8:07-cv-614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, if any, its apparel, tackle,
appurtenances and cargo located within a five
mile radius of the center point coordinates
provided to the Court under seal, *in rem*,

    Defendant,

and

THE KINGDOM OF SPAIN, THE REPUBLIC
OF PERU, Gonzalo de Aliaga (the Count of San
Juan de Lurigancho), Enriqueta Pita Duthurburu,
Julio Vega Eurasquin, Carola Daireaux Kinsky,
Eleonora Daireaux Kinsky, Matilde Daireaux
Kinsky, Inez Marquez Osorio, Dr. Jaime Durand
Palacios, Alejandro Julian Pera Barthé, Flora
Leonor Perales Calderon de Colmenares, Jose
Antonio Rodriguez-Menendez, Agustina
Solveyra, Ignacio Solveyra, Maria Eugenia
Solveyra, Alberto Emilio Thiessen, Felipe
Voyest, Elsa Dorca Whitlock, Agustin de Aliaga
(the current Marques de Zelada del Fuente),
Emilio de Alvear, Santiago de Alvear, Ignacio de
Colmenares (the 11th Count of Polentinos),
Javier de Goyeneche (the current Count of
Guaqui and Marques de Villafuente), Juan
Mariano de Goyeneche y Silvela (the current
Marques of Casa Davila), Adela Armida de
Izcue Bazo, and Gonzalo Alvarez del Villar,

    Claimants.                                                /

## NOTICE OF APPEAL

Notice is hereby given that Odyssey Marine Exploration, Inc., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final order of dismissal (Doc. 270) and the final judgment (Doc. 271) entered in this action on December 22, 2009, and December 28, 2009, respectively.

Respectfully submitted,

Carl R. Nelson, FBN 0280186
cnelson@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: (813) 228-7411
Fax No: (813) 229-8313
and
Melinda J. MacConnel, FBN 871151
mmacconnel@shipwreck.net
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
Phone: (813) 876-1776, ext. 2240
Fax No.: (813) 830-6609

Attorneys for Plaintiff/Appellant Odyssey Marine Exploration, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2010, I electronically filed this document with the Clerk of the Court by using the CM/ECF system and mailed a true and correct copy to non-CM/ECF participant Joseph A. Rodriguez, *pro se*, 4611 South University Drive, Davie, FL 33328-3817.

Carl R. Nelson, FBN 0280186