UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
In Admiralty

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

vs.          CASE NO. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, if any, its apparel, tackle, etc.,

    Defendant *in rem,*

and

THE KINGDOM OF SPAIN and
THE REPUBLIC OF PERU, GONZALO DE ALIAGA (The Count of San Juan de Lurigancho), ENRIQUETA PITA DUTHURBURU, JULIO VEGA EURASQUIN, CAROLA DAIREAUX KINSKY, ELEONORA DAIREAUX KINSKY, MATILDE DAIREAUX KINSKY, INEZ MARQUEZ OSORIO, JAIME DURAND PALACIOS, ALEJANDRO JULIAN PERA BARTHÉ, FLORA LEONOR PERALES CALDERON DE COLMENARES, JOSE ANTONIO RODRIGUEZ-MENENDEZ, AGUSTINA SOLVEYRA, IGNACIO SOLVEYRA, MARIA EUGENIA SOLVEYRA, ALBERTO EMILIO THIESSEN, FELIPE VOYEST, ELSA DORCA WHITLOCK, AGUSTIN DE ALIAGA (The Current Marques de Zelada del Fuente), ERNILIO DE ALVEAR, SANTIAGO DE ALVEAR, IGNACIO DE COLMENARES (The 11th Count of Polentinos), JAVIER DE GOYENECHE (The Current Count of Guaquiand and Marques de Villafliente), JUAN MARIANO DE GOYENECHE Y SILVELA (The Current Marques of Casa Davila), ADELA ARMIDA DE IZCUE BAZO, AND GONZALO ALVAREZ DEL VILLAR,

    Claimants.
_____/

**CLAIMANT WHITLOCK'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Elsa D. Whitlock appeals to the United States Court of Appeals for the Eleventh Circuit from a final order of dismissal (Doc. 270) and the final judgment (Doc. 271) entered in this action on December 22, 2009, and December 28, 2009, respectively.

/s/ Marlow V. White
Marlow V. White
Florida Bar No. 275417
LEWIS & WHITE, P.L.C.
P.O. Box 1050
Tallahassee, Florida 32302
Vox: (850) 425-5000
Fax:  (850) 425-5004
Email: mvw@lewisandwhite.com
ATTORNEYS FOR CLAIMANT
ELSA D. WHITLOCK

OF COUNSEL

William VanDercreek
Texas Bar Member 20442000
Email: wvcreek_tlh@msn.com
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
Telephone: (214) 361-4005

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 19th day of January, 2010, I electronically filed this document with the Clerk of the Court via the CM/ECF system and mailed a true and correct copy to Jose Antonio Rodriguez-Menendez, Claimant Pro Se, 4611 South University Drive, Davie, FL 33328-3817.

/s/ Marlow V. White
Marlow V. White
Florida Bar No. 275417