UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

      Plaintiff,

v.                                        Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED VESSEL,
If any, its apparel, tackle, appurtenances and cargo
located within a five mile radius of the center point
coordinates provided to the Court under seal, *in rem*

      Defendant,

and

THE KINGDOM OF SPAIN, THE REPUBLIC OF
PERU, Gonzalo de Aliaga (the Count of San Juan
de Lurigancho), Enriqueta Pita Duthurburu, Julio
Vega Eurasquin, Carola Daireaux Kinsky,
Eleonora Daireaux Kinsky, Matilde Daireaux
Kinsky, Inez Marquez Osorio, Dr. Jamie Durand
Palacios, Alejandro Julian Pera Barthé, Flora
Leonor Perales Calderon de Colmenares, Jose Antonio
Rodriguez-Menendez, Agustina Solveyra, Ignacio
Solveyra, Maria Eugenia Solveyra, Alberto Emilio
Thiessen, Felipe Voyest, Elsa Dorca Whitlock, Agustin
De Aliaga (the current Marques de Zelada del Fuente),
Emilio de Alvear, Santiago de Alvear, Ignacio de
Colmenares (the 11th Count of Polentinos), Javier
De Goyeneche (the current Count of Guaqui and
Marques de Villafuente), Juan Mariano de Goyeneche
y Silvela (the current Marques of Casa Davila), Adela
Armida de Izcue Bazo, and Gonzalo Alvarez del Villar,

      Claimants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that the Republic of Peru, claimant in the above captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final order of dismissal (D.E. 270) and the final judgment (D.E. 271) entered in this action on December 22, 2009 and December 28, 2009 respectively.

    Respectfully Submitted,

    /s/ Mark Maney_____
    Mark Maney
    Texas State Bar No. 12898200
    Burford & Maney pc
    700 Louisiana, Suite 4600
    Houston, Texas 77002
    713.237.1111
    713.222.1475 (fax)
    mmaney@burfordmaney.com
    Attorneys for the Republic of Peru

    and

    _/s/ Timothy P. Shusta_____
    Timothy P. Shusta
    FBN: 442305
    Phelps Dunbar LLP
    100 S. Ashley Drive
    Suite 1900
    Tampa, FL 33602-5315
    813-472-7550
    813-472-7570 Fax
    shustat@phelps.com
    Attorneys for the Republic of Peru

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court via CM/ECF system on January 19, 2010, which will generate and transmit Notices of Electronic Filing to all counsel of record and sent via e-mail to non-CM/ECF participant Joseph A. Rodriguez-Menendez on January 19, 2010.

    _/s/ Timothy P. Shusta___
    Timothy P. Shusta