IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

          Plaintiff,                          CIVIL ACTION

                                        Case No. 8:O7-CV-00614-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, if any, its apparel, tackle,
appurtenances and cargo located within a
five mile radius of the center point co-
ordinates provided to the Court under seal,

          Defendant,
          *In Rem*

And

The Kingdom of Spain and the Republic of Peru,

          **Claimants;**
And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho),
Agustin de Aliaga (the current Marques de Zelada de la
Fuente), Gonzalo Alvarez del Villar, Jgnacio de
Colmenares (the 11th Count of Polentinos), Alberto Emilio
Thiessen, Enriqueta Pita Duthurburu, Flora Leonor Perales
Calderon de Colmenares, Felipe Voyest, Adela Armida de
Izcue Bazo, Carola Daireaux Kinsky, Eleonora Daireaux
Kinsky, Matilde Daireaux Kinsky, Julio Vega Eurasquin,
lnez Marquez Osorio, Javier do Goyeneche (the current
Count of Guaqui and Marques de Villafuente),

      **And**

Santiago de Alvear, Emilio de Alvear,
María Eugenia Solveyra, Alejandro Julían Pera Barthé,
Agustina Solveyra, and Ignacio Solveyra

          **Claimants.**
And

Elsa D. Whitlock f/ka/ Elsa Dorca Ruiz,

          **Claimant**
_____/

NOTICE OF APPEAL

Notice is hereby given that Santiago de Alvear, Emilio de Alvear, Maria Eugenia Solveyra, Alejandro Julian Pera Barthe', Agustina Solveyra and Ignacio Solveyra, Claimants in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final order of dismissal (Doc. 270) and the final judgment (Doc. 271) entered in this action on December 22, 2009 and December 28, 2009, respectively.

Respectfully submitted,

/s/ John McLaughlin
JOHN McLAUGHLIN
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, Florida   33606
813/225-4000; 813/225-4010 (fax)
Attorneys for Claimants
Florida Bar No. 193587
E-mail:   John@wagnerlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the CM/ECF participants listed below and I have mailed a copy to Joseph A. Rodriguez, Pro Se/Unrepresented Party, 4611 S. University Dr., Davie, FL, 33328-3817:

Jeffrey Andersen, Esquire
David Banker, Esquire
Keith Skorewicz, Esquire
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL  33601-3913
Attorneys for Kingdom of Spain

James Goold, Esquire
Covington & Burling, LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004-2401
Attorneys for Kingdom of Spain

K. Russell LaMotte, Esquire
Beveridge & Diamond, PC
13501 I St. NW, Suite 700
Washington, DC  20005-3311
Attorneys for Odyssey Marine

Melinda J. MacConnell, Esquire
O'Brien Bower, P.A.
511 W. Bay St., Suite 330
Tampa, FL  33606-3533
Attorneys for Odyssey Marine

Eric C. Thiel, Esquire
Allen K. von Spiegelfeld, Esquire
Banker Lopez Gassler, P.A.
501 E. Kennedy Blvd., Suite 1500
Tampa, FL  33602
Attorneys for Odyssey Marine

Mark Maney, Esquire
Maney Firm
711 Louisiana, Suite 3100
Houston, TX  77002-2711
Attorneys for Republic of Peru

David P. Horan, Esquire
Horan & Wallace, LLP
608 Whitehead St.
Key West, FL  33040
Attorneys for Claimants

Marlow V. White, Esquire
Lewis & White, PLC
P.O. Box 1050
Tallahassee, FL  32302
Attorneys for Claimant, Elsa Whitlock

Timothy Shusta, Esquire
Phelps Dunbar, LLP
100 S. Ashley Dr., Suite 1900
Tampa, FL  33602-5315
Attorneys for Republic of Peru

Guy E. Burnette, Jr., Esquire
Guy E. Burnette, Jr., P.A.
3020 N. Shannon Lakes Dr.
Tallahassee, FL  32309
Attorney for Claimants

/s/ John McLaughlin
JOHN McLAUGHLIN
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, Florida   33606
813/225-4000; 813/225-4010 (fax)
Attorneys for Claimants
Florida Bar No. 193587
E-mail:   John@wagnerlaw.com