IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division
In Admiralty

ODYSSEY MARINE EXPLORATION, INC.

   Plaintiff,

         Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, if any, its apparel, tackle, etc.

   Defendant *in rem,*
and

THE KINGDOM OF SPAN and THE REPUBLIC OF PERU,
GONZALEO DE ALIAGA (The Count of San Juan de Lurigancho),
ENRIQUETA PITA DUTHURBURU, JULIO VEGA EURASQUIN,
CAROLA DAIREAUX KINSKY, MATILDE DAIREAUX KINSKY,
INEZ MARIQUEZ OSORIO, JAIME DURAND PALACIOS,
ALEXANDRIO JULIAN PERA BARTHE, FLORA LEONOR
PERALES CALDERON DE COLMENARES, JOSE ANTONIO
 RODRIGUES-MENENDEZ, AGUSTINE SOLVEYRA,
IGNACIO SOLVEYRA, MARIA EUGENIA SOLVEYRA,
ALBERTO EMILIO THIESSEN, FELIPE VOYEST, ELSA
DORCA WHITLOCK, AGUSTIN DE ALIAGA (The current
Marques de Zelada del Fuenta), ERNILIO DE ALVEAR,
SANTIAGO DE ALVEAR, IGNACIO DE COLEMARES
(The 11th Count of Polentinos), JAVIER DE GOYENECHE
(The current Count of Guaquiand and Marquest de Villafliente),
JUAN MARIANO DE GOYENECHE Y SILVELA (The current
Marques of Casa Davila), ADELA ARMIDA DE IZCUE BAZO
and GONZALO ALVEREZ DEL VILLAR,

   Claimants.
                /

Odyssey Marine Exploration, Inc. v. The Unidentified Shipwrecked Vessel  Doc. 278

Dockets.Justia.com

**CLAIMANT JAIME DURAND PALACIOS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Claimant Jaime Durand Palacios appeals to the United States Court of Appeals for the Eleventh Circuit from a final order of dismissal (Doc. 270) and the final judgment (Doc. 271) entered in this action on December 22, 2009 and December 28, 2009, respectively.

/s/ Guy E. Burnette, Jr.
Guy E. Burnette, Jr.
Florida Bar No. 0236578
GUY E. BURNETTE, JR. P. A.
3020 N. Shannon Lakes Drive
Tallahassee, Florida 32309
Tel:  (850) 205-0480
Fax: (850) 668-7972
Attorney for Claimant,
Dr. Jaime Durand Palacios

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January 2010, I filed this document with the Clerk of Court via CM/ECF electronic filing system and for electronic service to all parties.  A true and correct copy was mailed via U.S. Mail to Jose Antonio Rodriguez, Menendez, Claimant Pro Se, 4611 So. University Drive, David, FL   33328.

/s/ Guy E. Burnette, Jr.
Guy E. Burnette, Jr., Esquire