FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

'10 JAN 21   PM 12: 36

IN ADMIRALTY


ODYSSEY MARINE EXPLORATION, INC.

   Plaintiff                                              CIVIL ACTION

vs.

                                          Case No. 8:07-CV-00614-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle
appurtenances and cargo located within
center point coordinates:
provided to the Court under seal,
in rem

      Defendant
      In Rem

And

The Kingdom of Spain and the Republic of Peru,

      Claimants

And

Gonzalo de Aliaga (the Count of San Juan de Lurigancho),
Agustin de Aliaga (the current Marques de Zelada de la Fuente),
Gonzalo Alvarez del Villar, Ignacio de Colmenares (the 11th Count
Of Polentinos), Alberto Emilio Thiessen, Enriqueta Pita Duthurburu,Flora Leonor Perales
Calderon de Colmenares, Felipe Voyest, Adela
Armida de Izcue Bazo, Carola Daireux Kinsky, Eleonora Daireux Kinsky,
Matilde Daireux Kinsky, Julio Vega Eurasquin, Inez Marquez Osorio,
Javier de Goyeneche (the current Count of Guaqui and Marques de Villafuente)
*et tal and* Jose Antonio Rodriguez Menendez aka Joseph Anthony Rodriguez
   Claimants _____/

Notice of Appeal

Notice is hereby given that Jose Antonio Rodriguez Menendez aka Joseph A. Rodriguez,

Pro Se/ Unrepresented Claimant in case no. 07cv00614, hereby appeals to the U.S. Court

of Appeals for the 11th Circuit from the final order of dismissal (Doc. 270) and the final

judgment (Doc. 271) entered December 22 and 28, 2009, respectively.

Certificate of Service

I hereby certify, on January 19, 2010, that I caused the attached documents to be served

upon the Court:


Clerk of Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue
Tampa, FL   33602

and upon attorneys of record for the parties listed below:

Allen von Spiegelfeld/
Eric C. Thiel/Carl Richard Nelson
Fowler,White, Boggs, Banker, P.A.          AND               James A. Goold, Esq.
501 E. Kennedy Blvd.- Ste. 1700                           Covington & Burling, LLP
P.O. Box 1438                                        1201 Pennsylvania Avenue, NW
Tampa, FL   33601-1438                                     Washington, D.C.   20004
Fax:  (813) 229-8313                                          Fax:  (202) 662-6291
                                                          Email: jgoold@cov.com
Attorneys for Plaintiff (Odyssey Marine)          Attorneys for Kingdom of Spain


Melinda J. MacConnel—FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL   33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
Email:  mmacconnel@shipwreck.net

Attorneys for Plaintiff

Gianluca Morello, Esq.

Wiand Guerra King, PL
3000 Bayport Drive
Suite 600
Tampa, FL   33607
(813) 347-5100
Fax (813) 347-5155

Attorneys for Plaintiff

John D. Kimball, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY   10174
(212) 885-5259
Fax: (917) 332-3730
Email: jkimball@blankrome.com

Attorneys for Plaintiff

K. Russell LaMotte
Beveridge & Diamond, PC
Suite 700
1350 1 St. NW
Washington, DC   20005-3311
Tel. (202) 789-6080
Fax (202) 789-6190
Email: rlamotte@bdlaw.com

Attorneys for Plaintiff

David C. Banker/
Jeffrey Carter Andersen/
Keith Dennis Skorewicz
Florida Bar 352977
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida   33602-2656
(813) 244-9255
(813) 223-9620
Kingdom of Spain

Mark Maney (Trial Counsel)
Texas State Bar No. 12898200
South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas   77002

Tel (713) 654-8001
Fax (713) 654-8818
mmaney@maneylaw.com
Attorneys for the Republic of Peru

And

Timothy P. Shusta
FBN: 442305
Phelps Dunbar LLP
100 S. Ashley Drive
Suite 1900
Tampa, FL   33602-5315
Tel. (813) 472-7550
Fax (813) 472-7570
Shustat@phelps.com
Attorneys for the Republic of Peru

Marlowe V. White, Jr.
Lewis & White, PLC
222W. Georgia St.
P.O. Box 1050 Tallahassee, FL   32302
Tel. (850) 425-5000
Fax (850) 425-5004
Email: lawlaw@polaris.net
Attorney of Elsa Dorca Whitlock

David Paul Horan
FL Bar 142474
Horan, Wallace, and Higgins, LLP
608 Whitehead Street
Key West, FL   33040
Tel. (305) 294-4585
Fax (305) 294-7822
Attorney of Named Descendants

John J. McLaughlin
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, FL   33606
Tel. (813) 225-4000
Fax (813) 225-4010
Attorney of Santiago & Emilio Alvear,
Maria Eugenia, Agustina, & Ignacio Solveyra,
And Elsa Dorca Whitlock

Guy Ellington Burnette, Jr.
Guy E. Burnette, Jr., P.A.
3020 N. Shannon Lakes DR
Tallahassee, FL   32309
Tel. (850) 668-7900
Fax (850) 668-7972
Email: geb@gburnette.com
Attorney of Dr. Jaime Durand Palacios

U.S. Department of Justice
Attn:  Barbara B. O'Malley
1425 New York Ave., NW
Washington, DC   20044
(202) 616-4081
Fax (202) 616-4159
Barbara.o'malley@usdoj.gov
Attorneys for United States of
America

R. Jeffrey Stull, Esq.
606 South Boulevard
Tampa, FL   33606
(813) 251-3914
Fax (813) 251-3914
jeff@stullpa.com
Attorney for Present and Past
U.S. Congressmen

Respectfully submitted,

_____

Joseph A. Rodriguez

aka
Jose Antonio Rodriguez Menendez
Pro Se/ Unrepresented Party

4611 South University Drive
Davie, FL 33328-3817
Tel. (954) 804-4115
Email: Expertdoctor@aol.com