I, Jose Antonio Rodriguez Menendez, do hereby certify that, to the best of my knowlege and belief, the following is a true and correct Spanish translation, to wit:

Request at first level of appeal
with the penalty and bond
of 12,500 "dobas"
at the behest of His Majesty's
Prosecutor in the lawsuit which
he conducts with the Heirs of the
Adelantado Pedro Menendez de
Aviles concerning the pretension
that they be granted perpetual
title of Adelantado of Florida in
their House and entailed estate
and that the Crown comply
with certain decree of Grace

Don PH Cetta.  Attorneys
Fernando de Villasenor, Don
Pedro de Vivanco y Villa Gomez,
Don Lorenzo Ramirez de Prado,
Don Luis de Paredes, Dr. Bustos
de Bustan ante, I provide Royal certification
of the Indies that they might view at first
level of appeal the lawsuit litigated between
Don Pedro Menendez de Aviles,
nephew of the Adelantado Pedro
Menendez de Aviles and Successor
in his House and entailed estate
(having been substituted by Don
Martin Menendez de Aviles youngest
son of said Don Pedro) and my
Prosecutor concerning compliance
with the contract which said
adelantado entered into with the
King my Lord, for the glorious
conquest and settlement of the
provinces of Florida  which
sentences were handed down after
first and second judicial reviews.
The first review absolved said
Prosecutor from charges made
against him by the Heirs; the
second review confirmed that the
Heirs are  owed title of Adelan-
tado of said provinces of Florida,
perpetual title in their House and
entailed estate, and that the Crown
should comply with a Royal Decree
that was granted to said
Pedro Menendez de Aviles during the
past year  of 1609, from
Indian rents that become available
in New Spain, totaling 40,000
ducados, to be paid as 2 of 20, 2000 duca-
dos each, so that they might purchase
2000 ducado rental units, for incorporation
in the entailed estate

U.S. District Court
Middle District of Florida

DEFENDANT'S EXHIBIT

Exhibit Number:
**101/B**

Case Number:
Case No. 8:07-CV-00614-

SDM-MAP

Dockets.Justia.com

of said Adelantado a nd a perpe tual fishery
of fish, in the said province of
Florida; and said Prosecutor appeared
before my Royal person at a first
level of appeal with the penalty and
bond of 1,500 "dobas" as per the
Law of Segovia and prayed that I
order him to accept at said first level
of appeal and that I name judges to
review and adjudicate said case, and
I perceived this to be proper, and by
this document I hold out and order
that you view the process of said law-
suit at a first level of appeal and that
you release the Heirs and deem
that justice has been served, I so
authorize it as required in such a case.

Given in Barcelona on the eleventh of
May of 1632, I the King, I Don Fernando
Ruiz de Cancieras, Secretary of the King
my Lord so write it. By order of Attorney
Fernando de VillaSenor.

**IN WITNESS THEREOF** this translation is certified to in Davie, Florida, this sixteenth day of January
2010.

NOTARY PUBLIC-STATE OF FLORIDA
Nicolette Piecuch
Commission # DD822757
Expires:   SEP. 14, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

Nicolette Piecuch

1/16/10.

Jose Antonio Rodríguez Menéndez aka
Joseph A. Rodriguez
Translator and Affiant